IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>v.<br><br>SBC COMMUNICATIONS, INC.<br><br>    and<br><br>AT&T CORP.<br><br>        Defendants. | Civil Action No. 1:05CV02102<br><br>Judge: Emmet G. Sullivan |
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.<br><br>    and<br><br>MCI, INC.<br><br>        Defendants. | Civil Action No. 1:05CV02103<br><br>Judge: Henry H. Kennedy |

**ORDER FOR CONSOLIDATION OF ACTIONS FOR PROCEEDINGS UNDER
THE ANTITRUST PROCEDURES AND PENALTY ACT, 15 U.S.C. §§ 16(b)-(h)**

    **THIS MATTER** having come before the Court on Plaintiff United States' Uncontested

Motion for Consolidation of <u>United States v. SBC Communications, Inc. & AT&T Corp.</u>, (No.

1:05CV02102) (Dist. D.C., filed October 27, 2005) with <u>United States v. Verizon</u>

Communications, Inc. & MCI, Inc.,(No. 1:05CV02103) (Dist. D.C., filed October 27, 2005) requesting consolidation of these proceedings under the Antitrust Procedures and Penalties Act, 15 U.S.C. §§ 16(b)-(h) (the "APPA"); and

**IT APPEARING THAT** consolidation is in the interests of efficiency and judicial economy;

**IT IS HEREBY ORDERED THAT**

United States v. SBC Communications, Inc. & AT&T Corp., (No. 1:05CV02102) (Dist. D.C., filed October 27, 2005) and United States v. Verizon Communications, Inc. & MCI, Inc.,(No. 1:05CV02103) (Dist. D.C., filed October 27, 2005) shall be consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure for purposes of proceedings under the APPA and assigned to: _____, United States District Judge.

_____
UNITED STATES DISTRICT JUDGE