## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2005, I caused a copy of the foregoing Plaintiff's Competitive Impact Statement to be mailed, by U.S. mail, postage prepaid, to the attorneys listed below:

FOR DEFENDANT VERIZON COMMUNICATIONS INC.

John Thorne (D.C. Bar No. 421351)
Verizon Communications, Inc.
1515 North Courthouse Road
Arlington, Virginia 22201
(703) 351-3900

FOR DEFENDANT MCI, INC.

Paul M. Eskildsen (D.C. Bar No. 337790)
MCI, Inc.
22001 Loudoun County Parkway
Ashburn, Virginia 20147
(703) 886-4051

/s/
Jared A. Hughes
Attorney
Telecommunications & Media Section
Antitrust Division
U.S. Department of Justice
City Center Building
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530
(202) 514-5621