## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | Civil Action No. 1:05CV02102 (EGS) |
| ) | |
| **SBC Communications, Inc. and** ) | |
| **AT&T Corp.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| **v.** ) | Civil Action No. 1:05CV02103 (EGS) |
| ) | |
| **Verizon Communications, Inc. and** ) | |
| **MCI, Inc.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Upon consideration of COMPTEL's Motion for Leave to Intervene and all other papers herein, it is hereby

ORDERED that the motion is granted, and it is further ordered that

ORDERED that COMPTEL may respond to the Department of Justice's response to comments filed by members of the public under 15 U.S.C. § 16(d) within 15 days of filing, and it is further

ORDERED that COMPTEL may participate in hearings held by the Court in this matter, and it is further

ORDERED that COMPTEL, without seeking leave of Court, may make a motion seeking a hearing in this matter, and it is further

ORDERED that COMPTEL may seek discovery in this matter related to the Department of Justice's relevant market definition, the competitive effect in the relevant market, and its determination of a proposed remedy.


Dated: _____, 2006                _____

                                                Judge Emmet G. Sullivan
                                                United States District Court for the District
                                                of Columbia