AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America,

        Plaintiff(s)  )  **APPEARANCE**
)
)
        vs.  )  CASE NUMBER  **1:05CV02103**
Verizon Communications Inc. and MCI, )
Inc.  )
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Aaron M. Panner__ as counsel in this
                       (Attorney's Name)

case for: __Verizon Communications Inc. and MCI, Inc.__
              (Name of party or parties)

__February 16, 2006__       _[signature]_
Date                                   Signature

                                Aaron M. Panner
__453608__                            Print Name
BAR IDENTIFICATION
                               1615 M Street, NW, Suite 400
                               Address

                               Washington, DC 20036
                               City       State       Zip Code

                               202.326.7900
                               Phone Number