AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America,

        Plaintiff(s)        )    **APPEARANCE**

        vs.        )    CASE NUMBER   1:05CV02103

Verizon Communications Inc. and MCI, Inc.

        Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Joseph S. Hall__ as counsel in this
(Attorney's Name)

case for: __Verizon Communications Inc. and MCI, Inc.__
(Name of party or parties)

__February 16, 2006__
Date

*[Signature]*
Signature

__475057__
BAR IDENTIFICATION

Joseph S. Hall
Print Name

1615 M Street, NW, Suite 400
Address

Washington, DC 20036
City    State    Zip Code

202.326.7900
Phone Number