AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America )
        Plaintiff(s)    )   **APPEARANCE**
                          )
            vs.        )   CASE NUMBER   1:05CV02103
Verizon Communications Inc. and MCI, Inc. )
       Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   David E. Wheeler   as counsel in this
                           (Attorney's Name)

case for:   Verizon Communications Inc. and MCI, Inc.
             (Name of party or parties)

February 16, 2006
Date

*(signature)*
Signature

473404
BAR IDENTIFICATION

David E. Wheeler
Print Name

1515 North Courthouse Road, Ste 500
Address

Arlington, VA  22201
City      State      Zip Code

(703) 351-3155
Phone Number