AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America

       Plaintiff(s)    )
           )   **APPEARANCE**
           )
       vs.    )   CASE NUMBER   1:05CV02103
Verizon Communications Inc. and MCI, Inc.)
       Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of __John Thorne__ as counsel in this
                                (Attorney's Name)

case for: __Verizon Communications Inc. and MCI, Inc.__
            (Name of party or parties)

February 16, 2006
Date

_(signature)_
Signature

John Thorne
Print Name

421351
BAR IDENTIFICATION

1515 North Courthouse Road, Ste 500
Address

Arlington, VA  22201
City    State    Zip Code

(703) 351-3900
Phone Number