IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05CV02103 (EGS) |
| | ) | |
| Verizon Communications Inc. and MCI, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATION OF DEFENDANTS PURSUANT TO 15 U.S.C. § 16(g)

1. On October 27, 2005, the United States filed a complaint and, by stipulation among all the parties, a proposal for consent judgment in this case. On November 28, 2005, the United States, by stipulation among all the parties, filed a proposal for an amended consent judgment with the Court.

2. Pursuant to 15 U.S.C. § 16(g), Verizon Communications Inc. and MCI, Inc. state that there have been no written or oral communications by or on behalf of either of them with an officer or employee of the United States concerning or relevant to either the original proposal for consent judgment or the subsequent proposal for an amended consent judgment filed in this case, other than communications made by counsel of record alone with employees of the Department of Justice and communications by MCI with employees of the General Services Administration who are responsible for purchasing MCI services, to inform them about the status of the proposed consent judgment.

3.   Verizon and MCI certify to this Court that, with the exception of the filing date, the requirements of 15 U.S.C. § 16(g) have been complied with and that this filing is a true and complete description of the communications identified in 15 U.S.C. § 16(g) known to Verizon and/or MCI or which Verizon and/or MCI reasonably should have known.

Dated: February 16, 2006

                        Respectfully submitted,

                        FOR DEFENDANTS
                        VERIZON COMMUNICATIONS INC.
                        AND MCI, INC.

                        _____
                        Mark C. Hansen (D.C. Bar No. 425930)
                        Aaron M. Panner (D.C. Bar No. 453608)
                        Joseph S. Hall (D.C. Bar No. 475057)
                        Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
                        1615 M Street, NW
                        Suite 400
                        Washington, DC  20036

                        John Thorne (D.C. Bar No. 421351)
                        David E. Wheeler (D.C. Bar No. 473404)
                        Verizon
                        1515 North Courthouse Road
                        Suite 500
                        Arlington, VA  22201

## CERTIFICATE OF SERVICE

I, Joseph S. Hall, do hereby certify that a copy of the foregoing Certification of Defendants Pursuant to 15 U.S.C. § 16(g) and Appearance were filed electronically on the 16th day of February, 2006. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

_____
Joseph S. Hall