AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America,

        Plaintiff(s)      )     **APPEARANCE**

vs.      )     CASE NUMBER    1:05CV02103

Verizon Communications Inc. and MCI, Inc.

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Mark C. Hansen__ as counsel in this
                                  (Attorney's Name)

case for: __Verizon Communications Inc. and MCI, Inc.__
                    (Name of party or parties)

__February 16, 2006__
Date

_[signature]_
Signature

__425930__
BAR IDENTIFICATION

Mark C. Hansen
Print Name

1615 M Street, NW, Suite 400
Address

Washington, DC 20036
City     State     Zip Code

202.326.7900
Phone Number