AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America

      Plaintiff(s)

vs.

Verizon Communications Inc. and MCI, Inc.

      Defendant(s)

**APPEARANCE**

CASE NUMBER  1:05CV02103

To the Clerk of this court and all parties of record:

Please enter the appearance of __John Thorne__ as counsel in this
(Attorney's Name)

case for: __Verizon Communications Inc. and MCI, Inc.__
(Name of party or parties)

February 16, 2006
Date

421351
BAR IDENTIFICATION

_[signature]_
Signature

John Thorne
Print Name

1515 North Courthouse Road, Ste 500
Address

Arlington, VA  22201
City          State          Zip Code

(703) 351-3900
Phone Number