IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SBC Communications, Inc. and AT&T Corp.,<br><br>Defendants. | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>Verizon Communications, Inc. and MCI, Inc.,<br><br>Defendants. | Civil Action No. 1:05CV02103 (EGS) |

**ORDER DENYING COMPTEL'S MOTION FOR LEAVE TO INTERVENE**

Upon consideration of COMPTEL's Memorandum in Support of its Motion for Leave to Intervene or in the Alternative to Participate as *Amicus Curiae*, as well as all other relevant papers filed in relation to this motion, it is hereby ORDERED that COMPTEL's motion is DENIED.

SO ORDERED.

Dated: _____, 2006

_____
Emmet G. Sullivan
United States District Judge