## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of February, 2006, true and correct copies of AT&T Inc.'s Memorandum of Points and Authorities in Opposition to COMPTEL's Motion for Leave to Intervene, or in the Alternative, to Participate as *Amicus Curiae* were sent by first class mail, postage prepaid, to the following:

*Attorneys for Plaintiff*

Laury E. Bobbish
Assistant Chief, Telecommunications &
Media Enforcement Section
Antitrust Division
U.S. Department of Justice
City Center Building
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530

Lawrence M. Frankel
Attorney, Telecommunications & Media
Enforcement Section
Antitrust Division
U.S. Department of Justice
City Center Building
1401 H Street, N.W., Suite 800
Washington, D.C. 20530

*Attorneys for COMPTEL*

Kevin R. Sullivan
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Jonathan Lee
Sr. Vice President, Reg. Affairs
COMPTEL
1900 M Street, NW
Suite 800
Washington, D.C. 20036

*Attorneys for Verizon Communications, Inc.*

John Thorne
Verizon Communications Inc.
1515 North Courthouse Road
Arlington, Virginia 22201

*Attorneys for MCI, Inc.*

Paul M. Eskildsen
MCI, Inc.
22001 Loudoun County Parkway
Ashburn, Virginia 20147

                                                                                       */s/ Michael Lazarus*

2724355