IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America, | ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 1:05CV02102 (EGS) |
| v. | ) ) ) | |
| SBC Communications, Inc. and AT&T Corp., | ) ) ) | |
| Defendants. | ) ) ) | |
| United States of America, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 1:05CV02103 (EGS) |
| v. | ) ) ) | |
| Verizon Communications Inc. and MCI, Inc., | ) ) ) ) | |
| Defendants. | ) ) | |

### ERRATA

The attached Proposed Order was erroneously omitted from the United States' filing of its Memorandum in Opposition to COMPTEL's Motion for Leave to Intervene or, in the Alternative, to Participate as Amicus Curiae.

Respectfully submitted,

/s/
Matthew C. Hammond
Lawrence M. Frankel (D.C. Bar No. 441532)

Trial Attorneys

Telecom & Media Section
Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530
(202) 514-5621
Attorneys for the United States