# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>    v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>                Defendants. | Civil Action No.: 1:05CV02102 (EGS) |
| United States of America,<br><br>                Plaintiff,<br><br>    v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>                Defendants. | Civil Action No.: 1:05CV02103 (EGS) |

**ORDER DENYING COMPTEL'S MOTION FOR LEAVE TO INTERVENE, OR IN THE ALTERNATIVE TO PARTIPATE AS AMICUS CURIAE**

Upon consideration of COMPTEL's Motion for Leave to Intervene, or in the Alternative to Participate as Amicus Curiae, as well as all other relevant papers filed in relation to this motion, it is hereby **ORDERED** that COMPTEL's motion is **DENIED.**

Dated: _____                    _____
                                                                        UNITED STATES DISTRICT JUDGE