## CERTIFICATE OF SERVICE

      I hereby certify that on the 23rd day of February, 2006, I caused a copy of the foregoing ERRATA with attached Proposed Order to be mailed, by U.S. mail, postage prepaid, to the attorneys listed below:

| | |
|---|---|
| FOR DEFENDANT<br>SBC COMMUNICATIONS, INC.<br><br>Wm. Randolph Smith (D.C. Bar No. 356402)<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>(202) 624-2700<br><br>FOR DEFENDANT AT&T CORP.<br><br>David L. Lawson (D.C. Bar No. 434741)<br>Sidley Austin Brown & Wood LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>(202) 736-8088<br><br>FOR MOVANT COMPTEL<br><br>Kevin R. Sullivan (D.C. Bar No. 411718)<br>King & Spalding LLP<br>1700 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>(202) 737-0500 | FOR DEFENDANT<br>VERIZON COMMUNICATIONS INC.<br><br>John Thorne (D.C. Bar No. 421351)<br>Verizon Communications, Inc.<br>1515 North Courthouse Road<br>Arlington, Virginia 22201<br>(703) 351-3900<br><br>FOR DEFENDANT MCI, INC.<br><br>Paul M. Eskildsen (D.C. Bar No. 337790)<br>MCI, Inc.<br>22001 Loudoun County Parkway<br>Ashburn, Virginia 20147<br>(703) 886-4051 |

                                                                                /s/<br>
                                                     Matthew C. Hammond<br>
                                                     Attorney<br>
                                                     Telecommunications & Media Section<br>
                                                     Antitrust Division<br>
                                                     U.S. Department of Justice<br>
                                                     City Center Building<br>
                                                     1401 H Street, N.W., Suite 8000<br>
                                                     Washington, D.C. 20530