IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>      Plaintiffs,<br>v.<br><br>Verizon Communications, Inc. and<br>MCI, Inc.,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:05CV02103 (EGS) |

**COMPTEL'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF COMPTEL'S MOTION FOR LEAVE TO INTERVENE, OR IN THE ALTERNATIVE TO PARTICIPATE AS AMICUS CURIAE**

COMPTEL respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 15, for leave to file a Supplemental Memorandum in Support of COMPTEL's Motion for Leave to Intervene, or in the Alternative to Participate as *Amicus Curiae*.

On March 5, 2006, AT&T announced that it was acquiring 100% of the stock of BellSouth Corporation, the incumbent Bell monopoly for a nine-state area of the southeastern United States and AT&T's minority partner in Cingular Wireless, the largest wireless telecommunications carrier in the country. Press Release, AT&T, AT&T, BellSouth to Merge (Mar. 5, 2006), *available at* http://att.sbc.com/gen/pressroom?pid=4800&cdvn=news&

newsarticleid=22140. As described in the accompanying Memorandum (attached as Ex. A), this merger directly relates to the issues pending before this Court, and provides additional support for COMPTEL's Motion to Intervene filed with the Court on February 8, 2006.

Dated: March 8, 2006                         Respectfully submitted,

                                             /s/ Kevin R. Sullivan
                                             Kevin R. Sullivan  (D.C. Bar No.411718)
                                             Peter M. Todaro (D.C. Bar No. 455430)
                                             King & Spalding LLP
                                             1700 Pennsylvania Avenue N.W.
                                             Washington, DC  20006
                                             202-737-0500
                                             202-626-3737 (fax)

                                             Jonathan Lee (D.C. Bar No. 435586)
                                             Sr. Vice President, Regulatory Affairs
                                             COMPTEL
                                             1900 M Street, NW
                                             Suite 800
                                             Washington, D.C.  20036-3508
                                             202-296-6650
                                             202-296-7585 (fax)

                                             *Attorneys for Proposed Intervenor*
                                             *COMPTEL*