## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) Civil Action No.: 1:05CV02102 (EGS) |
| v. | ) |
| SBC Communications, Inc. and AT&T Corp., | ) |
| Defendants. | ) |
| United States of America, | ) |
| Plaintiff, | ) Civil Action No.: 1:05CV02103 (EGS) |
| v. | ) |
| Verizon Communications Inc. and MCI, Inc., | ) |
| Defendants. | ) |

### ORDER DENYING COMPTEL'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF COMPTEL'S MOTION TO INTERVENE, OR IN THE ALTERNATIVE TO PARTIPATE AS AMICUS CURIAE

Upon consideration of COMPTEL's Motion for Leave to File a Supplemental Memorandum in Support of COMPTEL's Motion for Leave to Intervene, or in the Alternative to Participate as Amicus Curiae, as well as all other relevant papers filed in relation to this motion, it is hereby **ORDERED** that COMPTEL's motion is **DENIED.**

Dated: _____          _____
                                UNITED STATES DISTRICT JUDGE