IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SBC Communications, Inc. and AT&T Corp., <br><br> Defendants. | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> Verizon Communications, Inc. and MCI, Inc., <br><br> Defendants. | Civil Action No. 1:05CV02103 (EGS) |

### ORDER DENYING COMPTEL'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM

Upon consideration of COMPTEL's Supplemental Memorandum in Support of its Motion for Leave to Intervene or in the Alternative to Participate as *Amicus Curiae*, as well as all other relevant papers filed in relation to this motion, it is hereby ORDERED that COMPTEL's motion is DENIED.

SO ORDERED.

Dated: _____, 2006

_____
Emmet G. Sullivan
United States District Judge