## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2006, true and correct copies of AT&T Inc.'s Memorandum of Points and Authorities in Opposition to COMPTEL's Motion for Leave to File a Supplemental Memorandum were sent by first class mail, postage prepaid, to the following:

| *Attorneys for Plaintiff* | *Attorneys for COMPTEL* |
|---|---|
| Laury E. Bobbish<br>Assistant Chief, Telecommunications &<br>Media Enforcement Section<br>Antitrust Division<br>U.S. Department of Justice<br>City Center Building<br>1401 H Street, N.W., Suite 8000<br>Washington, D.C. 20530 | Kevin R. Sullivan<br>King & Spalding LLP<br>1700 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006 |
| Lawrence M. Frankel<br>Attorney, Telecommunications & Media<br>Enforcement Section<br>Antitrust Division<br>U.S. Department of Justice<br>City Center Building<br>1401 H Street, N.W., Suite 800<br>Washington, D.C. 20530 | Jonathan Lee<br>Sr. Vice President, Reg. Affairs<br>COMPTEL<br>1900 M Street, NW<br>Suite 800<br>Washington, D.C. 20036 |

*Attorneys for Verizon Communications, Inc.*

John Thorne
Verizon Communications Inc.
1515 North Courthouse Road
Arlington, Virginia 22201

*Attorneys for MCI, Inc.*
Paul M. Eskildsen
MCI, Inc.
22001 Loudoun County Parkway
Ashburn, Virginia 20147

_____
Michael Loganins

2740032