IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>　　　　　　Defendants. | Civil Action No.:  1:05CV02102 (EGS) |
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>　　　　　　Defendants. | Civil Action No.:  1:05CV02103 (EGS) |

**RESPONSE OF THE UNITED STATES TO COMPTEL'S MOTION FOR LEAVE TO FILE AN OPPOSITION TO THE UNITED STATES' MOTION FOR ENTRY OF THE FINAL JUDGMENTS**

　　　　The United States does not oppose COMPTEL's Motion for Leave to File an Opposition to the United States' Motion for Entry of the Final Judgments.[1]  Although nothing in that Opposition warrants a conclusion that the proposed Final Judgments in these matters fail to fall

---

[1] Because COMPTEL is not a party in this matter, it requires the Court's leave to file its proposed Opposition.  The Court may grant that leave if it believes the filing would be helpful to its public interest determination.  15 U.S.C. § 16(f)(3).  The United States continues to oppose COMPTEL's Motion seeking leave to intervene or to participate as amicus curiae.

within the reaches of the public interest and most of what COMPTEL argues is repetitive of its prior filings, the United States has no objection to the Court accepting COMPTEL's filing. If the Court grants COMPTEL's Motion for Leave to File an Opposition, the United States offers the attached Reply as its filing in response to the Opposition.

Respectfully submitted,

/s/
Laury E. Bobbish
Assistant Chief

/s/
Lawrence M. Frankel (D.C. Bar No. 441532)
Matthew C. Hammond
Trial Attorneys

Telecom & Media Section
Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530
(202) 514-5621
Attorneys for the United States