## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 17th day of April, 2006, I caused a copy of the foregoing RESPONSE OF THE UNITED STATES TO COMPTEL'S MOTION FOR LEAVE TO FILE AN OPPOSITION TO THE UNITED STATES' MOTION FOR ENTRY OF THE FINAL JUDGMENTS with attached REPLY OF THE UNITED STATES TO COMPTEL'S OPPOSITION TO THE UNITED STATES' MOTION FOR ENTRY OF THE FINAL JUDGMENTS to be mailed, by U.S. mail, postage prepaid, to the attorneys listed below:

| | |
|---|---|
| FOR DEFENDANT<br>SBC COMMUNICATIONS, INC.<br><br>Wm. Randolph Smith (D.C. Bar No. 356402)<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>(202) 624-2700<br><br>FOR DEFENDANT AT&T CORP.<br><br>David L. Lawson (D.C. Bar No. 434741)<br>Sidley Austin Brown & Wood LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>(202) 736-8088<br><br>FOR MOVANT COMPTEL<br><br>Kevin R. Sullivan (D.C. Bar No. 411718)<br>King & Spalding LLP<br>1700 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>(202) 737-0500 | FOR DEFENDANT<br>VERIZON COMMUNICATIONS INC.<br><br>John Thorne (D.C. Bar No. 421351)<br>Verizon Communications, Inc.<br>1515 North Courthouse Road<br>Arlington, Virginia 22201<br>(703) 351-3900<br><br>FOR DEFENDANT MCI, INC.<br><br>Paul M. Eskildsen (D.C. Bar No. 337790)<br>MCI, Inc.<br>22001 Loudoun County Parkway<br>Ashburn, Virginia 20147<br>(703) 886-4051 |

                                                        /s/
                                              Matthew C. Hammond
                                              Attorney
                                              Telecommunications & Media Section
                                              Antitrust Division
                                              U.S. Department of Justice
                                              City Center Building
                                              1401 H Street, N.W., Suite 8000
                                              Washington, D.C. 20530