IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SBC Communications, Inc. and AT&T Corp.,<br><br>Defendants. | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>Verizon Communications, Inc. and MCI, Inc.,<br><br>Defendants. | Civil Action No. 1:05CV02103 (EGS) |

**AT&T INC.'S RESPONSE TO COMPTEL'S MOTION FOR LEAVE TO FILE AN OPPOSITION TO THE DEPARTMENT OF JUSTICE'S MOTION FOR ENTRY OF FINAL JUDGMENTS**

Undaunted by the fact that this Court has not issued an Order permitting it to intervene in these proceedings, COMPTEL continues not only to make repeated requests seeking this Court's permission, but also to file substantive memoranda as if the Court had already granted such permission. COMPTEL's latest motion and attached brief serve only to prove, however, why there is no need to permit intervention, or even to accept this latest filing. Having taken full advantage of the opportunity to file comments under the Tunney Act, COMPTEL does not even

1

argue in its Motion that the government's response raises new issues that require further commentary. Indeed, the proposed brief itself is largely a recapitulation of arguments made in COMPTEL's Tunney Act comments.

Despite these reasons to deny the Motion, AT&T Inc. does not oppose the Court's accepting the brief as COMPTEL's last word on the issues, provided that (i) the Court's order is limited to permitting COMPTEL leave to file the requested opposition brief and (ii) the Court allows the parties to file short, final replies as well. AT&T's proposed reply memorandum is attached hereto as Exhibit A.

Respectfully submitted,

/s/ Wilma A. Lewis
Wilma A. Lewis (D.C. Bar No. 358637)
Wm. Randolph Smith (D.C. Bar No. 356402)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Counsel for Defendant AT&T Inc.

Dated: April 18, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that on this 18th day of April, 2006, a true and correct copy of AT&T Inc.'s Response to COMPTEL's Motion for Leave to File an Opposition to the Department of Justice's Motion for Entry of Final Judgments was sent by first class mail, postage prepaid, to the following:

*Attorneys for Plaintiff*

Laury E. Bobbish
Assistant Chief, Telecommunications &
Media Enforcement Section
Antitrust Division
U.S. Department of Justice
City Center Building
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530

Lawrence M. Frankel
Attorney, Telecommunications & Media
Enforcement Section
Antitrust Division
U.S. Department of Justice
City Center Building
1401 H Street, N.W., Suite 800
Washington, D.C. 20530

*Attorneys for COMPTEL*

Kevin R. Sullivan
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Jonathan Lee
Sr. Vice President, Reg. Affairs
COMPTEL
1900 M Street, NW
Suite 800
Washington, D.C. 20036

*Attorneys for Verizon Communications, Inc.*

John Thorne
Verizon Communications Inc.
1515 North Courthouse Road
Arlington, Virginia 22201

*Attorneys for MCI, Inc.*

Paul M. Eskildsen
MCI, Inc.
22001 Loudoun County Parkway
Ashburn, Virginia 20147

                                                                      /s/ Wilma A. Lewis