## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> **SBC Communications, Inc. and** ) <br> **AT&T Corp.,** ) <br> ) <br> Defendants. ) | Civil Action No. 1:05CV02102 (EGS) |
| **UNITED STATES OF AMERICA,** ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> **Verizon Communications Inc. and** ) <br> **MCI, Inc.,** ) <br> ) <br> Defendants. ) | Civil Action No. 1:05CV02103 (EGS) |

### NOTICE OF ATTEMPT TO FILE

Verizon Communications Inc. attempted to file its Opposition of Verizon Communications Inc. to CompTel's Motion for Leave to File Opposition on April 18, 2006. Verizon was unable to do so as the Court's website for ECF filing was unavailable and the clerk's office was closed the evening of April 18, 2006. Please accept the Opposition of Verizon Communications Inc. to CompTel's Motion for Leave to File Opposition as filed on April 18, 2006.

                                                Respectfully submitted,

                                                 /s/ Mark C. Hansen

| | |
|---|---|
| John Thorne | Mark C. Hansen |
| David E. Wheeler | Aaron M. Panner |
| Verizon Communications Inc. | Joseph S. Hall |
| 1515 N. Courthouse Road | Kellogg, Huber, Hansen, Todd, |
| Arlington, Virginia 22201 |   Evans & Figel, P.L.L.C. |
| Telephone: (703) 351-3000 | 1615 M Street, N.W., Suite 400 |
| Facsimile: (703) 351-3670 | Washington, D.C. 20036-3209 |
| | Telephone (202) 326-7900 |
| | Facsimile (202) 326-7999 |

April 19, 2006