**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** ) | | |
| ) | | |
| **Plaintiff,** ) | | |
| v. ) | Civil Action No. 1:05CV02102 (EGS) | |
| ) | | |
| **SBC Communications, Inc. and AT&T Corp.,** ) | | |
| ) | | |
| **Defendants.** ) | | |
| | | |
| **UNITED STATES OF AMERICA,** ) | | |
| ) | | |
| **Plaintiff,** ) | | |
| v. ) | Civil Action No. 1:05CV02103 (EGS) | |
| ) | | |
| **Verizon Communications Inc. and MCI, Inc.,** ) | | |
| ) | | |
| **Defendants.** ) | | |

**OPPOSITION OF VERIZON COMMUNICATIONS INC. TO COMPTEL'S MOTION
FOR LEAVE TO FILE OPPOSITION**

CompTel's motion for leave to file an opposition to the government's motion for entry of a final judgment in the case against Verizon should be denied. CompTel has already exercised its statutory right to participate in this proceeding by filing comments with the Department of Justice. If the Court grants CompTel's motion, Verizon reserves the right to file a reply to CompTel's opposition in due course.

## CONCLUSION

The Court should deny the motion.

>Respectfully submitted,
>
> /s/ Mark C. Hansen

| | |
|---|---|
| John Thorne | Mark C. Hansen |
| David E. Wheeler | Aaron M. Panner |
| Verizon Communications Inc. | Joseph S. Hall |
| 1515 N. Courthouse Road | Kellogg, Huber, Hansen, Todd, |
| Arlington, Virginia 22201 |   Evans & Figel, P.L.L.C. |
| Telephone: (703) 351-3000 | 1615 M Street, N.W., Suite 400 |
| Facsimile: (703) 351-3670 | Washington, D.C. 20036-3209 |
| | Telephone (202) 326-7900 |
| | Facsimile (202) 326-7999 |

April 18, 2006