IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) Civil Action No.: 1:05CV02102 (EGS) |
| v. | ) |
| SBC Communications, Inc. and AT&T Corp., | ) |
| Defendants, | ) |
| United States of America, | ) |
| Plaintiff, | ) Civil Action No.: 1:05CV02103 (EGS) |
| v. | ) |
| Verizon Communications Inc. and MCI, Inc., | ) |
| Defendants. | ) |

### ORDER

Upon consideration of the motion by the Alliance for Competition in Telecommunications' motion for *amicus curiae* status to participate in the proceedings before this Court and for intervenor status for the purposes of filing an appeal, any opposition thereto, and the entire record in this case, and having found good cause, it is this_____ day of_____, 2006,

ORDERED that the Alliance for Competition in Telecommunications' motion is GRANTED; and it is

FURTHER ORDERED that the Alliance for Competition in Telecommunications is hereby granted *amicus curiae* status for the purposes of participating in the proceedings before

this Court and specifically for the purposes of opposing the United States' Motion for Entry of Final Judgments; and it is

FURTHER ORDERED that Alliance for Competition in Telecommunications is hereby granted intervenor status for the purposes of filing an appeal.

So Ordered.

_____
Judge Emmet G. Sullivan
United states District Court for the
District of Columbia