# EXHIBIT 4

Westlaw.                                                                    NewsRoom

2/1/05 KCSTAR A1                                                            Page 1


2/1/05 Kan. City Star A1
2005 WLNR 22823604

                          Kansas City Star (MO)
                   Copyright 2005 The Kansas City Star Co.

                              February 1, 2005



                          **Merger mania keeps calling**

                                SUZANNE KING

Expect the telecom deals to keep on coming.

SBC Communications Inc., as expected, on Monday formally announced plans to acquire
its former parent, AT&T Corp. The $16 billion stock and cash transaction, which
would create the biggest telecom company in the country, is the latest **merger** to
hit the turbulent industry.

Telecom observers say the industry is being reshaped by another round of
consolidation as companies work to transform themselves into communications giants
that can offer consumers everything from home and cell phone service to access to
television and the Internet. They say the **merger** wave is sure to shift product
choices and prices for consumers, and add to the continuing job uncertainty for
telecom workers.

"It has just begun," said Jeff Kagan, an industry analyst based in Atlanta.

If SBC wins regulatory approval to acquire AT&T, it is certain to trigger further
consolidation, observers said.

Wide-ranging **merger** speculation on Monday focused on long-struggling MCI Corp., the
long-distance company that recently emerged from bankruptcy following a massive
accounting scandal. But speculation about a potential takeover target even touched
on Overland Park-based Sprint Corp., which already has plans to buy Nextel
Communications Inc.

The SBC-AT&T deal, which the companies said is unlikely to close before the first
half of next year, is not expected to significantly affect residential customers of
the two companies since AT&T previously announced plans to exit the home market to
focus on more profitable corporate customers.

But the deal leaves many unanswered questions for employees of the two companies,
including thousands in the Kansas City area, who may face cutbacks as the two
companies consolidate operations.

The two companies declined to comment on whether the **merger** would lead to layoffs.
But they said the deal would produce $15 billion in cost savings.

In a statement, Morton Bahr, president of the Communications Workers of America,
which represents 15,000 AT&T employees and 95,000 SBC employees, said the deal
"makes good business sense." But he expressed concern for employees' job security.

              ©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

"In recent years, AT&T has been contracting its business and shedding jobs," Bahr said. "With the integration of its operations into SBC, there is now the opportunity for a new strategy that instead focuses on dynamic growth and creation of new services and technologies."

SBC has about 2,200 employees in the Kansas City area. Those operations include a call center where employees handle directory assistance and customer service calls; employees who install, repair and maintain the local network; and employees who work in a network operations center, which monitors SBC's 13-state local phone network.

AT&T declined to provide its current employee count in the area, citing a new policy not to reveal city- or state-specific employee numbers. In July, the company had about 2,950 employees here, but the company planned major cuts throughout its ranks last year. AT&T began 2004 with nearly 62,000 employees, but today has only about 47,000.

The majority of AT&T's area employees work at a call center in Lee's Summit, which in July employed about 1,400 people who handle calls for the residential long-distance business. Last summer, AT&T announced it was exiting the residential long-distance business and wouldn't be soliciting new customers, so it could focus on business customers.

Most observers agree that it was only a matter of time before AT&T was acquired.

"I would have thought that it would have happened sooner," said Dick Martin, formerly the executive vice president of public relations at AT&T.

The country's former telephone monopoly was forced to divest its local phone service business in 1984, when SBC - then Southwestern Bell - and six other regional local phone companies were spun off as independent companies. At the same time, AT&T was forced to compete for long-distance customers.

Until recently, "Ma Bell" maintained its strength and remained a powerful force in the long-distance market. But as competition intensified, long-distance prices dropped and regulations began to overhaul the landscape. As a result, AT&T began to stumble in the difficult industry.

When the regional Bells, such as SBC, were allowed to enter the long-distance business following the Telecommunications Act of 1996, AT&T was thrown another curve ball. Although the company tried to fight back by entering the local phone business, that effort ended last summer when another regulatory change made that business economically unattractive.

AT&T also has struggled with changing technology that allowed more customers to opt for wireless phone service or place calls over the Internet.

Although the company dipped its toes in the wireless business and in cable, those ventures were abandoned and the company went back to being a standalone long-distance carrier.

The **merger** of two longtime telephone competitors would create a greater force to compete against cable companies, which increasingly are entering the phone business. But consumer groups warned that the deal also could be the start of more limited choices for consumers.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

"Consumers have only two choices - a single cable company that dominates video and high-speed Internet or a regional Bell operating company that dominates local, long-distance and wireless telecommunications," Mark Cooper, director of research at the Consumer Federation of America, said in a statement. "Two companies are not enough to provide serious price competition or strong incentives to innovate."

For AT&T, being bought by SBC is a case of "if you can't beat 'em, join 'em," said Charles White, a vice president with TNS Telecoms, an industry research firm.

He noted that AT&T had led the fight against SBC in recent years, opposing regulatory changes at the state and federal level.

John Ivanuska, an executive with Birch Telecom, a Kansas City-based phone company that competes against SBC and typically sided with AT&T on regulatory issues, said the SBC **merger** should cause regulators and lawmakers to stop and consider the new competitive landscape.

"We need to take a big timeout and say: `What do we have here with AT&T out of the market?'" Ivanuska said.

SBC's market power would be consolidated even more in an AT&T **merger**, Ivanuska said. Yet SBC continues asking state lawmakers to loosen regulations.

"The time to talk about additional competitive concessions for SBC is not now," Ivanuska said.

The combination of SBC and AT&T would create a company controlling more than a quarter of revenue in the consumer local phone market and almost 40 percent of revenue in the consumer long-distance market. SBC also would gain the still-potent AT&T brand name.

Perhaps more importantly, SBC would gain access to AT&T's global long-distance network and the ability to serve large companies that do business around the world. According to TNS Telecoms, the combined company would control about 24 percent of business revenues.

Under terms of the agreement, AT&T shareholders would receive $19.71 a share, based on SBC's stock price Friday. They would receive 0.77942 shares of SBC common stock for each common share of AT&T. In addition, they would be paid a special dividend of $1.30 per share when the deal closes.

"Today's agreement is a huge step forward in our efforts to build a company that will lead an American communications revolution in the 21st century," SBC Chairman and Chief Executive Edward E. Whitacre Jr. said in a statement when the deal was announced early Monday. "We are combining AT&T's national and global networks and expertise with SBC's strong platforms and skills in local exchange service, wireless and broadband. It's a great combination."

As SBC and other local phone companies face new competition from cable companies, such as Time Warner Cable, they need to be able to offer multiple services to their customers.

Some analysts said a **merger** between SBC and AT&T would push other regional Bells, Verizon Communications Inc. and BellSouth Corp., to begin looking for partners.

While MCI is expected to top the list of potential takeover targets, some speculated Monday that Sprint, with its wireless and long-distance networks, also

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

could be an attractive target.

Standard & Poor's Equity Research upgraded Sprint's stock to "buy" from "hold" and raised the target price to $27 from $26 based on that speculation.

"We believe a higher premium may be justified for Sprint shares as the company is growing faster than peers," the report said.

Sprint, which announced a $35 billion **merger** with Nextel Communications late last year, declined to comment on the speculation. The Sprint-Nextel **merger**, which would create a third giant in the wireless business to compete with Cingular and Verizon Wireless, is expected to close in the middle of the year.

Company spokeswoman Jennifer Bosshardt said Sprint is focused on its **merger** "and we look forward to becoming the premier communications company, Sprint-Nextel."

Notably, Sprint last year reached a deal to sell wholesale wireless access to AT&T, which wanted to get back into the wireless business.

But in a conference call Monday, AT&T Chairman David Dorman said the company would review a deal to resell Sprint service in light of the SBC **merger** deal.

AT&T customers are not being served by Sprint's network today. Bosshardt referred questions about the future of Sprint's wireless wholesale deal to AT&T.

"For us, right now it's business as usual," she said.

To reach Suzanne King, send e-mail to sking@kcstar.com or call (816) 234-4336.

What the deal means

FOR CONSUMERS: Residential customers are not expected to be greatly affected. The deal, if regulators approve, isn't expected to close until next year.

FOR EMPLOYEES: The companies aren't saying, but some area employees seem likely to lose their jobs. Both companies have call centers in the area. SBC has 2,200 area employees; AT&T isn't saying how many it has now, but it reported 2,950 in the area last summer.

FOR COMPETITORS: SBC could be even more formidable, gaining access to AT&T's global long-distance network. The deal also sparks speculation about further **mergers**.

FOR STOCKHOLDERS: Under terms of the agreement, AT&T shareholders will receive $19.71 a share - 0.77942 shares of SBC common stock for each common share of AT&T, and a special dividend of $1.30 a share when the deal closes.

Go to KANSASCITY.COM for details of the SBC-AT&T deal.

Word Count: 2088
2/1/05 KCSTAR A1

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.