# EXHIBIT 8

 

FORMAT FOR PRINTING sponsored by

December 16, 2005

REVIEW & OUTLOOK

## Antitrust Anxiety
*December 16, 2005*

**DOW JONES REPRINTS**

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit: www.djreprints.com.

• See a sample reprint in PDF format.
• Order a reprint of this article now.

Our longstanding view is that Presidents deserve wide latitude in staffing the executive branch. But when one of President Bush's nominees begins to have problems with some of his most loyal Senate policy allies, perhaps it's time for the White House to take another look.

That's what is happening with Thomas Barnett, who is Mr. Bush's nominee to be Assistant Attorney General for the Antitrust Division. A pair of free-market Republican Senators, Jon Kyl of Arizona and Sam Brownback of Kansas, have asked Mr. Bush to reconsider the appointment on grounds that Mr. Barnett's activist antitrust bent is both out of step with Administration policy and likely to do economic damage over the next three years.

Mr. Barnett has been one of the leaders of a Bush antitrust policy that has too often been hard to distinguish from Bill Clinton's. While the Administration did settle the Microsoft case, it somehow saw fit to block the proposed 2001 merger of United Airlines and US Airways on grounds that together they would have hurt competition. Both of the economic juggernauts later went into Chapter 11.

Mr. Barnett's signature case was Justice's 2004 lawsuit against Oracle, which was trying to acquire the business software firm PeopleSoft. Justice took an overly restrictive view of the software market in the case, choosing to ignore a legal precedent in the Sungard case that should have been a warning. And sure enough, Justice was routed in court.

Federal Judge Vaughn Walker, a Reagan appointee, found no fewer than 10 holes in the Justice argument. But afterward an unrepentant Mr. Barnett said, "I do not see the decision in Oracle/PeopleSoft as indicating any fundamental flaw in our theory or the way that we presented the case." Even though Justice chose not to appeal, Mr. Barnett still declared that he would "bring the case again."

Now, it's one thing to disagree with a judicial decision. But it's quite another for an executive branch official who is supposed to enforce the law to thumb his nose at a federal judge and assert he'd waste the time of business and the courts by making the same failed argument all over again.

Fish gotta swim, and career lawyers in the Antitrust Division wouldn't have a reason for being if they didn't try to block some mergers. Which is all the more reason to have a political appointee who is willing to provide some policy supervision. That's especially true in a global economy where technology changes rapidly and yesterday's monopolists can quickly become tomorrow's

General Motors. Yet Mr. Barnett says he doesn't think Justice will "need to make any fundamental changes" in its thinking. Second-term Presidencies often promote nominees simply because it's too hard to find a first-rate choice. Senators Kyl and Brownback are doing the President a favor by raising a red flag about Mr. Barnett.

**URL for this article:**
http://online.wsj.com/article/SB113470344278424342.html

**Copyright 2006 Dow Jones & Company, Inc. All Rights Reserved**

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our **Subscriber Agreement** and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit **www.djreprints.com**.