# EXHIBIT 9

1 of 1 DOCUMENT

Copyright 2005 Factiva, a Dow Jones and Reuters Company
All Rights Reserved

(c) 2005 Reuters Limited
Reuters News

September 30, 2005 Friday  2:55 PM GMT

**LENGTH:** 596 words

**HEADLINE:** UPDATE 1-Big U.S. telecom deals seen winning antitrust OK

**BYLINE:** By Peter Kaplan

**DATELINE:** September 30, 2005

**BODY:**

(Adds FCC details on possible votes, paragraph 8)

WASHINGTON, Sept 30 (Reuters) - Antitrust lawyers at the U.S. Justice Department are in favor of approving two landmark telecommunications mergers without requiring major changes, sources close to the review process said on Friday.

Lawyers at the department's antitrust division are inclined to approve SBC Communications Inc.'s purchase of AT&T Corp. and Verizon Communications Inc.'s acquisition of MCI Inc. on the condition the companies divest a limited number of high-capacity lines serving business customers, the sources said.

Staff lawyers are not recommending that the government order sweeping divestitures like those called for by consumer groups and rival telecommunications companies. "It's going to be a much more surgical approach," one source said.

Verizon and SBC are the top two local phone companies, while AT&T and MCI are the top two long-distance carriers and also have extensive and lucrative business and government contracts.

Critics and competitors have argued that the deals would hobble competition in the market for business phone services and some have urged the department to force Verizon and SBC to sell all of the AT&T and MCI assets within their home regions.

Negotiations between the department and the companies are in their final stages, and an agreement is expected to be approved within the next several weeks, one of the sources said.

OPTIMISTIC

A spokesman for Verizon declined to comment on the Justice Department review. The Federal Communications Commission must also approve the deals.

FCC Chairman Kevin Martin may move the agency's Oct. 12 monthly open meeting to one of the two following weeks where the commissioners could cast rare public votes on the purchases, sources close to the matter said.

SBC spokesman Michael Balmoris said company officials "remain optimistic that the DOJ and the FCC recognize the benefits the merger will bring consumers and businesses in terms of greater choice and access to new technologies."

A spokeswoman for the Justice Department said the investigation of the deals was ongoing, but declined to comment on any possible divestitures that would be required.

A critic of the deals insists major divestitures are necessary to protect consumers.

UPDATE 1-Big U.S. telecom deals seen winning antitrust OK Reuters News S

"We'll be extremely disappointed if antitrust officials do not require more substantial divestment of assets," said Gene Kimmelman, public policy director for Consumers Union.

"Without a more significant splitting of assets, it's hard to imagine how competition to an SBC or Verizon giant can emerge to offer local phone, long-distance and new Internet service competition," Kimmelman said.

But the sources said the Justice Department will only require the sale of selected high-capacity lines to allay antitrust concerns and assure that customers still have a choice of providers after the mergers.

"It's coming out far better for the carriers than even the carriers anticipated," one antitrust lawyer said on condition of anonymity.

Kimmelman, of Consumers Union, said he hoped that the FCC would impose additional requirements.

The FCC has been urged to require the companies to offer stand-alone high-speed Internet service that is not tied to other services as well as impose requirements that they sell to rivals wholesale access to their networks with price limits.

FCC Chairman Martin has requested the staff draft orders approving the deals but it was not clear what conditions, if any, he or the other commissioners would seek. (Additional reporting by Jeremy Pelofsky)

**NOTES:** TELECOMS-MERGERS (UPDATE 1)|LANGEN|ABN|E|RBN|U|D|RNP|DNP|PCO;
PUBLISHER: Reuters Ltd.

**LOAD-DATE:** October 1, 2005