# EXHIBIT 12

**BEAR STEARNS**

Equity Research

JUNE 2005

# U.S. Wireline Services

## The Catalyst for Consolidation
### An Analysis of the Enterprise Telecom Marketplace

- **A DETAILED LOOK AT THE ENTERPRISE TELECOM MARKET.** This report presents an in-depth view of the enterprise market. We examine the market size and composition of the market and review important product trends. We also take a detailed look at the top service providers serving enterprise customers. Finally, the report highlights our view of the market post-consolidation.

- **A KEY DRIVER OF INDUSTRY HEALTH.** While 2004 was mostly characterized by brutal long distance competition in the consumer market and a destructive price war in the small and medium enterprise (SME) and large enterprise market, we foresee dramatic changes across the industry in coming years. We believe investors will be keenly focused on enterprise telecom market dynamics as a gauge not only of the success of consolidation, but also of the health of the industry overall.

- **ALL PARTICIPANTS COULD BENEFIT.** Post consolidation, the very large enterprise market will likely remain the dominion of the new mega-carriers (SBC and Verizon, both rated Peer Perform), in our view. However, we expect tier two and three carriers to continue to play a role in the provision of services to large enterprises, primarily as providers of back-up connections and route diversity. In the SME market, we believe opportunities exist for all carriers.

Mike McCormack, CFA
(212) 272-4117
mmccormack@bear.com

| D. Scott Goldman | Colin V. Morawski | Bernadette H. Morris | Steven L. Randall, CFA |
| --- | --- | --- | --- |
| (212) 272-6112 | (212) 272-9145 | (212) 272-4991 | (212) 272-9408 |
| sgoldman@bear.com | cmorawski@bear.com | bmorris@bear.com | srandall@bear.com |

Bear Stearns does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Customers of Bear Stearns in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at www.bearstearns.com/independentresearch or can call (800) 517-2327 to request a copy of this research. Investors should consider this report as only a single factor in making their investment decision.
PLEASE READ THE IMPORTANT DISCLOSURE AND ANALYST CERTIFICATION INFORMATION IN THE ADDENDUM SECTION OF THIS REPORT.

| | |
|---|---|
| **SME MARKET DYNAMICS** | We note that following the completion of 271 applications by the RBOCs in 2003, the SME market became more competitive as the RBOCs used their access cost advantage to win market share. The IXCs were losing customers and revenue, and responded by competing with more urgency in the enterprise market, the most visible example being AT&T's public pronouncement to stem market share loss through price matching in fourth-quarter 2003.<br><br>As the mergers are finalized, we expect competition in the SME market to slow down. Many middle-market customers will likely be served by either side of the RBOC/IXC mergers. Further, we expect out-of-region competition to be a lower priority for the new megacarriers in the SME market, which may lead to more stable pricing. We believe small businesses, many of which have already moved to the RBOCs through aggressive pricing, are not likely to see more benefits from pricing actions of the megacarriers. We note these customers may be targeted more aggressively by CLECs and cable MSOs, particularly if the megacarriers become less flexible over time.<br><br>As the SME market pricing environment becomes more stable, we expect the megacarriers to focus attention on maintaining enterprise market share, particularly within the RBOC operating territory. With less pressure coming from the SME market for the IXCs to make up revenue and profits in the enterprise market, we believe pricing is likely to stabilize and possibly rise over time. In our view, the megacarriers may seek to stabilize pricing quickly in order to meet or exceed public merger synergy targets. SBC has indicated it expects $15 billion in synergies, while Verizon expects $7 billion. We profile the megacarriers below. |
| **SBC AND AT&T** | Combined, SBC and AT&T had $83 billion in revenue (proportional for SBC's 60% ownership in Cingular) in 2004. We estimate the combined company will have $22 billion in enterprise revenue, or 34% of the wireline enterprise market. While this is a large proportion, we do not believe the companies will have Justice Department issues as weakness in the IXCs' footing has made consolidation the healthiest outcome for the industry. In addition, given AT&T's decision to exit the consumer and small business segment, the companies have little overlap in the enterprise market space. Part of the weakness in the IXCs is related to the access advantage enjoyed by the RBOCs compared with competing carriers without dense local networks. Further, the enterprise market has displayed extremely competitive characteristics, with average price declines in the 10% area over the last five years, with three major players accounting for 46% of enterprise revenue in 2004. While we expect the competitive dynamic to be eased by the vertical local/long distance combinations of SBC/AT&T and Verizon/MCI, we believe price competition in some market segments could continue to be an issue due in part to the presence of Sprint and tier-three players such as Qwest. |
| **DIVESTITURES?** | In our view, the Justice Department may require SBC to divest local assets acquired with AT&T, specifically metro fiber rings acquired by AT&T through Teleport within SBC's operating territory. We believe this may happen as SBC will own two access networks in parts of its region, and potentially in markets where there are few alternatives. While there are typically other alternative access providers, including MCI, Sprint, and major CLECs within SBC's operating territories, SBC's market share position may cause the Justice Department to act. However, SBC remains confident that there is good cause for no divestitures. |