# EXHIBIT 13





**Global Equity Research**

Americas

Telecommunications

Sector Comment

# Wireline Telecom Play Book

## What's in Store for 2006?

3 January 2006
www.ubs.com/investmentresearch

- **Looking at the year ahead**
We lay out the key themes to look for in 2006 including TelcoTV, VoIP, Broadband, and the Business market. We also discuss the upcoming activity in the regulatory arena and the potential for M&A in 2006.

- **TelcoTV Comes to Life**
TelcoTV will remain front and center in investors' minds. Verizon will expand its FiOS video rollout, and AT&T will launch its first commercial markets. Verizon expects to market video to a majority of its 3M fiber households by mid-2006. We estimate that Verizon will end 2006 with 380,000 video subscribers, while AT&T garners 95,000.

- **Stabilizing Business Market**
AT&T and Verizon became the largest providers of enterprises. The overall pricing environment should improve as a result of their acquisitions, in our view. We estimate that 48% of AT&T's wireline revenues come from Business, meaning any improvement would help offset weakening profits in Consumer. The benefits of stable pricing, however, could be offset by a faster transition to cheaper IP services.

- **Key projections for fourth-quarter 2005**
This note presents a preview of the wireline carriers' upcoming 4Q05 results. We show key projections, including our quarterly and annual models for AT&T, Verizon, BellSouth, Qwest, CenturyTel, Citizens, and Commonwealth in our detailed report.

**John C. Hodulik, CFA**
Analyst
john.hodulik@ubs.com
+1-212-713 4226

**Batya Levi**
Associate Analyst
batya.levi@ubs.com
+1-212-713 8824

**Gaurav Jaitly, CFA**
Associate Analyst
gaurav.jaitly@ubs.com
+1-212-713 8680

This report has been prepared by UBS Securities LLC

ANALYST CERTIFICATION AND REQUIRED DISCLOSURES BEGIN ON PAGE 22                                                                 1
UBS does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Customers of UBS in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at www.ubs.com/independentresearch or may call +1 877-208-5700 to request a copy of this research.

Wireline Telecom Play Book  3 January 2006

households. We expect DSL to continue to gain incremental share of net adds primarily due to more aggressive pricing. We recently increased our broadband subscriber estimates for all the Bells in 2006 and 2007. Higher data speeds are fast becoming the norm with both BellSouth and SBC launching download speeds of 6 Mbps in selected territories. We expect both these companies to expand this offering to their top metros by YE06. Verizon has raised the bar with its fiber optic FIOS data offerings with download speeds up to 15 Mbps for residential customers. We believe that the ability of the Bells to offer higher bandwidths will be critical in their fight against the cable MSOs.

We expect the 10 largest ILECs to grow their DSL base by 32% to roughly 25 million subscribers in 2006, reaching 30% penetration of online households. This compares with UBS analyst Aryeh Broukoff's cable modem estimates of 26.5 million in 2006, representing 15% annual growth and 32% penetration of online homes. In aggregate, we expect the DSL providers to add roughly 6.0 million high-speed data subscribers in 2005 versus 3.5 million added by the cable operators.

**Emergence of the Third Network:** 2006 should also see the emergence of a credible "third provider" of broadband access in the US. Access technologies such as BPL (Broadband over Power line), WiMax and municipal WiFi networks are maturing and could pose a longer-term threat to the current cable-DSL broadband duoply. BPL provider CURRENT Communications recently signed an agreement with TXU Electric Delivery to deploy a BPL network in 2006 and will offer broadband access to over 2 million homes and businesses in TXU's service delivery region in North Texas. DirecTV and Echostar continue to examine ways to enter the residential broadband market and a number of media outlets recently suggested a tie-up with spectrum owner Motient was in the offing. Lastly, we detailed in our note ("The Risks of Municipal WiFi", August 22, 2005) that several large municipalities are in the process of deploying citywide WiFi networks. These include Philadelphia, San Francisco, Minneapolis and New Orleans. New York recently began to examine the possibility of a metro WiFi network as well. We believe broad deployment of these networks could threaten growth assumptions for the Bells' wireline and wireless data revenues and eventually effect voice as well.

**Stabilizing Business Market:** AT&T and Verizon have become the largest providers of services to enterprise customers following their acquisitions of AT&T Corp. and MCI, respectively. We believe the overall pricing environment should improve as a result of the two mergers. We believe SBC has been the most aggressive carrier in the business market as it tried to establish a presence in the segment. With the acquisition of AT&T, the company will be the largest incumbent in the market with the most to gain from pricing stability. We estimate that 48% of the new AT&T's wireline revenues will come from the Business segment meaning any improvement would help offset weakening profit metrics expected from the Consumer segment (32% of wireline). The benefits of more stable pricing, however, could be offset by a faster transition to

Wireline Telecom Play Book   3 January 2006

cheaper IP-based services. We believe the positive effects of the mergers will filter through to the small and medium business segments as AT&T and Verizon focus their sales efforts on consolidating in-region market share where the economics are most attractive, benefiting all the Bells.



**Deteriorating RLEC Fundamentals:** 2005 saw a dramatic acceleration in RLEC access line losses with total lines declining an estimated 4.2% compared with -2.8% in 2004. Total line losses have been higher than our expectations *every quarter* and we now expect RLEC access lines (including Sprint, CenturyTel, ALLTEL, Citizens and Commonwealth) to decline 5.3% in 2006. The carriers are seeing softening demand for voice connections due primarily to wireless substitution even as cable VoIP competition is increasing. Access line losses have been offset somewhat by increasing DSL penetration but we do not expect data profitability to match that of voice. Additionally, high-margin USF subsidies have been falling. We believe RLEC valuations, which trade at meaningful premiums to implied wireline multiples of the Bells, could come under pressure as margins erode.

**New Fights on the Regulatory Front:** We expect to see regulatory developments on several critical issues in 2006 including network neutrality and packet prioritization, video franchising, inter-carrier compensation and USF.

1) **Network neutrality and packet prioritization will become THE BIG ISSUE:** We expect debate on this critical issue to come to the fore in 2006. AT&T and BellSouth have been vocal in stating that they do not believe that content providers should be allowed to "ride for free" over their new broadband access networks. The Bells are seeking to charge web-based providers for packet prioritization and enhanced network security among other "premium" level services. AT&T and Verizon have committed to the FCC to support the principles of "network neutrality" for a period of two years as a condition to the approval of the IXC mergers. However, we believe that they will argue that "packet prioritization" does not conflict with net neutrality. It appears current versions of the Barton and Ensign bills would allow the Bells to prioritize packets. We believe Bell success in their efforts to implement this service could lead to a new high-margin revenue opportunity for the carriers (see our note "Better than Caller ID", 5 December, 2005).

2) **FCC streamlines video franchising for Bells:** We will closely watch developments in Congress and the FCC as both of these groups work to institute a national video franchising process in what would be a major boost to the telcos' video efforts. There are currently two separate draft telecom bills moving through the House and the Senate that aim to establish a nationwide video franchising process. The House bill, championed by Congressman Joe Barton, is a comprehensive telecom reform bill that largely deregulates IP based services and allows for packet prioritization by the Bells (see below). However, the latest