IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Civil Action No. 1:05CV02102 (EGS)
)
SBC Communications, Inc. and ) NOTICE OF AMICUS CURIAE
AT&T Corp., ) MOTION WITH ACCOMPANYING
) BRIEF ON BEHALF OF MICHAEL
Defendants. ) LOVERN, SR. ET AL, IN OPPOSTION
) TO U.S. MOTION FOR ENTRY OF
) FINAL JUDGMENT

RECEIVED
MAY 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION BY AMICUS, MICHAEL LOVERN, SR., NATIONAL TELEPROCESSING, INC., AND AMERICAM TELEDIAL CORP. CASE NO. 1:05CV02102 (EGS)

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:
*Amicus In Opposition To U.S. Motion For Entry of Final Judgment*

### Amended Amicus Brief by Michael Lovern, Sr., National Teleprocessing, Inc. and American TeleDial Corp. (Amici) Correcting Date on Page 36

Michael Lovern, Sr., National Teleprocessing, Inc. and American TeleDial Corp. (Amici), come before the Court to apologize for an incorrect date on Page 36 of its Amicus Motion with Supporting Brief. Amici quotes R. Hewitt Pate's testimony before the Senate Judiciary Committee and the correct date of said testimony is November 19, 2003. Amici apologizes for the mistake and asked the Court to take notice of the correction.

Respectfully submitted,

Michael Lovern, Sr.
3713 Parke Drive
Edgewater, MD 21037
(206)-202-9074
pratgen@myway.com

American TeleDial Corp. &
National Teleprocessing, Inc.

By: Michael Lovern, Sr.
3713 Parke Drive
Edgewater, MD 21037
(206)-202-9074
pratgen@myway.com


## CERTIFICATE OF SERVICE

I hereby certify that, on this 12th day of May, 2006, copies of the foregoing AMENDMENT TO MOTION & BRIEF OF MICHAEL LOVERN, SR., ET AL, AS AMICUS CURIAE IN OPPOSITION TO U.S. MOTION FOR ENTRY OF FINAL JUDGMENT to be served by U.S. Mail, on counsel of record as follows:

Lawrence M. Frankel (D.C. Bar No. 441532)
Matthew C. Hammond
Trial Attorneys
Telecom & Media Section
Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530
(202) 514-5621
Attorneys for the United States

--------------------------------------------------------------------------------

FOR DEFENDANT
SBC COMMUNICATIONS, INC.

Wm. Randolph Smith (D.C. Bar No. 356402)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2700

(2)

FOR DEFENDANT AT&T CORP.

David L. Lawson (D.C. Bar No. 434741)
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-808

_/s/ Michael Lovern Sr._
Michael Lovern, Sr., et al
3713 Parke Drive
Edgewater, Maryland 21037
(206)-202-9074
pratgen@myway.com

May 12, 2006

(3)