## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 31st day of May, 2006, I caused a copy of the foregoing Reply of the United States to ACTel's Opposition to the United States' Motion for Entry of the Final Judgments to be mailed, by U.S. mail, postage prepaid, to the attorneys listed below:

| | |
|---|---|
| FOR DEFENDANT<br>SBC COMMUNICATIONS, INC.<br><br>Wm. Randolph Smith (D.C. Bar No. 356402)<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>(202) 624-2700 | FOR DEFENDANT<br>VERIZON COMMUNICATIONS INC.<br><br>John Thorne (D.C. Bar No. 421351)<br>Verizon Communications, Inc.<br>1515 North Courthouse Road<br>Arlington, Virginia 22201<br>(703) 351-3900 |
| FOR DEFENDANT AT&T CORP.<br><br>David L. Lawson (D.C. Bar No. 434741)<br>Sidley Austin Brown & Wood LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>(202) 736-8088 | FOR DEFENDANT MCI, INC.<br><br>Mark C. Hansen<br>Kellogg, Huber, Hansen, Todd, Evans<br>   & Figel, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>(202) 326-7900 |
| FOR COMPTEL<br><br>Kevin R. Sullivan (D.C. Bar No. 411718)<br>King & Spalding LLP<br>1700 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>(202) 737-0500 | FOR ACTEL<br><br>Gary L. Reback (D.C. Bar No. 218594)<br>Carr & Ferrell LLP<br>2200 Geng Road<br>Palo Alto, CA 94303<br>(650) 812-3489 |

                                                                    /s/  
                                                     Jared A. Hughes  
                                                     Attorney  
                                                     Telecommunications & Media Section  
                                                     Antitrust Division  
                                                     U.S. Department of Justice  
                                                   City Center Building  
                                                   1401 H Street, N.W., Suite 8000  
                                                   Washington, D.C. 20530