**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>　　　　　　　Defendants. | Civil Action No.:  1:05CV02102 (EGS) |
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>　　　　　　　Defendants. | Civil Action No.:  1:05CV02103 (EGS) |

**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM OF THIRTY-FIVE PAGES**

Upon consideration of the United States' Unopposed Motion for Leave to File Reply Memorandum of Thirty-Five Pages, it is hereby **ORDERED** that United States' Unopposed Motion for Leave to File Reply Memorandum of Thirty-Five Pages is **GRANTED.**

Dated: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE