# EXHIBIT A

# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**1200 19TH STREET, N.W.**
**SUITE 500**
**WASHINGTON, D.C. 20036**

(202) 955-9600

NEW YORK, NY
TYSONS CORNER, VA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(202) 955-9792
www.kelleydrye.com

BRAD E. MUTSCHELKNAUS
DIRECT LINE: (202) 955-9765
EMAIL: bmutschelknaus@kelleydrye.com

July 7, 2005

**VIA FACSIMILE**

Sherry A. Ingram
Assistant General Counsel
1515 N. Courthouse Road
Suite 500
Arlington, VA 22201-2909

Re: WC Docket No. 05-75

Dear Ms. Ingram:

This is in response to your letter addressed to me and dated June 29, 2005 by which you requested that I submit certain data relied upon by Dr. Simon Wilkie in preparing a declaration and presentations submitted in the above-referenced docket. As you are aware, Verizon and MCI have no right of discovery in this proceeding, and neither Kelley Drye & Warren LLP or its clients in this matter have any obligation to provide the requested information to you. You should also be aware that the information that you request is highly confidential, proprietary and competitively sensitive. Finally, most of the information that you seek is readily available for purchase by Verizon from GeoResults or can be found in MCI's own files (i.e. building lists and bid data). Accordingly, we are unable to provide the information that you request.

Sincerely,

Brad E. Mutschelknaus

DC01/MUTSB/235606.1