# EXHIBIT A

PRE- AND POST-MERGER CONCENTRATION
ASSUMING EQUAL-SIZED FIRMS PRE-MERGER

| No. of Pre-Merger Firms (equal-sized) | 5 | 4 | 3 | 2 |
|---|---|---|---|---|
| Pre-Merger Shares: | | | | |
| Firm 1 | 0.200 | 0.250 | 0.333 | 0.500 |
| Firm 2 | 0.200 | 0.250 | 0.333 | 0.500 |
| Firm 3 | 0.200 | 0.250 | 0.333 | |
| Firm 4 | 0.200 | 0.250 | | |
| Firm 5 | 0.200 | | | |
| **Pre-Merger HHI** | **2,000** | **2,500** | **3,333** | **5,000** |
| Post-Merger Shares: | | | | |
| Firms 1 + 2 | 0.400 | 0.500 | 0.667 | 1.000 |
| Firm 3 | 0.200 | 0.250 | 0.333 | |
| Firm 4 | 0.200 | 0.250 | | |
| Firm 5 | 0.200 | | | |
| **Post-Merger HHI** | **2,800** | **3,750** | **5,556** | **10,000** |
| **Increase in HHI** | **800** | **1,250** | **2,222** | **5,000** |