# EXHIBIT F

10/4/04

**Before the**
**FEDERAL COMMUNICATIONS COMMISSION**
**Washington, DC 20554**

| | |
|---|---|
| In the Matter of | |
| Unbundled Access to Network Elements | WC Docket No. 04-313 |
| Review of the Section 251 Unbundling Obligations of Incumbent Local Exchange Carriers | CC Docket No. 01-338 |

**DECLARATION OF CLAIRE BETH NOGAY**

1.      My name is Claire Beth Nogay. I am Senior Vice President – Access Services in Verizon's Wholesale Markets Group. In this capacity, I am responsible for all aspects of Verizon's wholesale access service delivery, for both high-capacity Special Access and high-capacity unbundled network elements, including ordering, provisioning, and repair and service management. I have 22 years' experience with Verizon or its predecessors in most areas of operations, such as outside plant engineering, construction, switching and transport, special services and systems implementation.

2.      The purpose of this declaration is to describe the state of competition for high-capacity services from the perspective of Verizon's Wholesale Markets Group.

3.      The Wholesale Markets Group is in the business of providing high-capacity Special Access services to our carrier customers. These wholesale customers use Verizon's Special Access products to vie for large, medium, and small business end users that require high-capacity services. There are, in fact, many competing providers in the market to provide these services to business end users. As a result, more than 80

REDACTED – FOR PUBLIC INSPECTION

Nogay Declaration

to reach the customer's premises. *Id.* Therefore, even this data vastly understates the extent to which alternative providers are successfully using Verizon's Special Access services to compete for business end users of all sizes.

26. In sum, alternative providers have made facility build versus buy decisions consistent with their own unique business plans – deploying their own network facilities in some cases while leasing facilities from alternative providers or using Verizon Special Access services in others.

## II. The Effect of This Competition In the High-Capacity Market.

### A. Dramatic Change In The Way Customers Do Business.

27. Not surprisingly, this extensive competition in the market for high-capacity services has changed dramatically the way our wholesale customers do business with Verizon. With the explosion of alternative providers in the high-capacity market, Verizon faces tremendous competition in our efforts to keep our wholesale customers on our local networks.

28. Other carriers that have been building and extending the reach of their facilities deeper and deeper into our local networks, including our largest Special Access customers like [CLEC PROPRIETARY BEGINS]                    [CLEC PROPRIETARY ENDS], are increasingly migrating off of our network to their own network facilities. AT&T and MCI purchased the two largest competitive access providers, TCG and MFS, in order to expand the reach of their own facilities, and they also provide wholesale high-capacity services. Our customers often tell us that they are comparing our Special Access prices to those of other wholesalers, including traditional long distance carriers such as AT&T, cable companies such as Cox, Comcast or

**REDACTED – FOR PUBLIC INSPECTION**

15

Nogay Declaration

Cablevision (Lightpath), utilities, and the many other alternative providers described above.

29.    Some carriers like Level 3 and Time Warner, have stated explicitly that they would rather build their own network facilities whenever possible. That is, these carriers tell us that if their costs to build the facilities are in the range of what they would have to pay to lease the facilities from Verizon, they will build the facilities themselves. The message is clear: if we cannot provide competitive pricing, we will lose Level 3's business. To this point, Level 3, in fact, has told us that right now we receive only about **[CLEC PROPRIETARY BEGINS]**   **[CLEC PROPRIETARY ENDS]** percent of their business for high-capacity service.

30.    Even alternative providers like PaeTec, ICG, and Telepacific who have not extensively deployed their own facilities have made it clear that they have many choices in obtaining local access services from other wholesale access providers.

31.    All of this competition in the high-capacity market has sharpened our focus on Verizon's network service quality and reliability. Increasingly we find ourselves in intense competition for an ever more divided market. Even after a business end user selects a provider, there is intense competition among wholesale providers to provide the high-capacity facilities the selected provider may need to fill in its network to serve its business end user. In this scenario, Verizon vies with other wholesale providers and may provide just a small slice of the wholesale business that the selected provider needs to serve its business end user customer.

**REDACTED – FOR PUBLIC INSPECTION**

Nogay Declaration

corridor, in June 2003, we filed a contract tariff offering a flat rate for new orders for DS-1 and DS-3 circuits, and eliminating the distance-sensitive mileage component.

36. In May of this year, we filed a contract tariff offering to provide discounts to customers who spend a certain amount of money with us for Special Access services. These offers are referred to as total billed revenue plans. These plans take into account the total amount customers spend on a designated set of services. This allows the customer flexibility in choosing products, without worrying about whether the specific product or service they are buying is discounted. Depending upon the types of Special Access services the customer purchases, this could mean discounts of between 40 to 50 percent off the tariffed base rates. Indeed, using these discounts and others it received under volume and term plans, one carrier customer that uses Verizon's high-capacity Special Access extensively to serve business end users has achieved a 21 percent reduction in the average prices per circuit in just the last 18 months.

37. Not surprisingly, the result of these aggressive discounts has been a drop in the prices customers pay for Special Access services. Indeed, prices for DS-1 services alone have fallen nine percent since 2001. *See* Verses/Lataille/Jordan/Reney Decl. ¶ 61 & Ex. 15. Overall, high-capacity prices have fallen by almost 12 percent in nominal terms between 2001 and 2003 and over 13 percent in real terms when inflation is taken into account. *See* Declaration of Dr. William E. Taylor Regarding Pricing ¶ 11, Table 1 (Attachment G to Verizon's Comments).

38. In sum, there is intense competition in the market for high-capacity access services today. Alternative providers are winning customers of all types and sizes, using their own facilities, facilities leased from other providers, Verizon's Special Access

**REDACTED – FOR PUBLIC INSPECTION**

I hereby certify under penalty of perjury that the foregoing is true to the best of my knowledge, information, and belief.

Executed on October 4, 2004.

_____
Claire Beth Nogay