# EXHIBIT H



Accessible

Date: **May 5, 2006**

Number: **CLEC06-109**

Effective Date: **July 21, 2006**

Category: **Resale**

Subject: **(RATE CHANGES) DS1 Service - Missouri (5640)**

Related Letters: **NA**

Attachment: **NA**

States Impacted: **Missouri**

Response Deadline: **NA**

Contact: **Account Manager**

Conference Call/Meeting: **NA**

AT&T Missouri is sending notice of intent to file rate changes for the month to month and term plans for Megalink 1.5 High Capacity Digital (DS1) Service in the Missouri Digital Link Services Tariff effective July 21, 2006. The appropriate Resale discounts will be applied to the Retail rates.

AT&T Missouri reserves the right to make any modifications to or to cancel the above information prior to the proposed filing or effective dates. Should any modifications be made to the information, these modifications will be reflected in a subsequent letter sent at the time of the filing. Should the information be canceled, AT&T Missouri will send additional notification at the time of cancellation. AT&T Missouri will incur no liability to the CLECs if such information, mentioned above, is canceled by AT&T Missouri or is not ultimately put into effect.

Attachment



MO DS1 CLEC Notice
7-21-06.xls

| Missouri DS1 Rate Increase Eff. 7/21/06 USOCs and Price Increases | USOC | Current Price | New Price |
|---|---|---|---|
| | | | |
| | | | |
| **MTM** | | | |
| **Local Distribution Channel** | 1LDPJ | $ 210.00 | $ 220.00 |
| **Inter-Office Channel Mileage- Fixed** | 3LBNB | $ 91.75 | $ 96.25 |
| **Inter-Office Channel Mileage- Per Mile** | 3LBNB | $ 28.00 | $ 29.25 |
| **Multiplexing** | QMU | $ 230.00 | $ 240.00 |
| **Multiplexing DS1 to Voice** | MQ1 | $ 230.00 | $ 240.00 |
| | | | |
| **12 Mth** | | | |
| **Local Distribution Channel** | 1LDPJ | $ 185.00 | $ 194.25 |
| **Inter-Office Channel Mileage- Fixed** | 3LBNB | $ 80.00 | $ 84.00 |
| **Inter-Office Channel Mileage- Per Mile** | 3LBNB | $ 17.00 | $ 17.85 |
| **Multiplexing** | QMU | $ 210.00 | $ 220.50 |
| **Multiplexing DS1 to Voice** | MQ1 | $ 210.00 | $ 220.50 |
| | | | |
| **24 Mth** | | | |
| **Local Distribution Channel** | 1LDPJ | $ 165.00 | $ 173.25 |
| **Inter-Office Channel Mileage- Fixed** | 3LBNB | $ 70.00 | $ 73.50 |
| **Inter-Office Channel Mileage- Per Mile** | 3LBNB | $ 12.75 | $ 13.35 |
| **Multiplexing** | QMU | $ 205.00 | $ 215.25 |
| **Multiplexing DS1 to Voice** | MQ1 | $ 205.00 | $ 215.25 |
| | | | |
| **36 Mth** | | | |
| **Local Distribution Channel** | 1LDPJ | $ 130.00 | $ 136.50 |
| **Inter-Office Channel Mileage- Fixed** | 3LBNB | $ 62.50 | $ 65.60 |
| **Inter-Office Channel Mileage- Per Mile** | 3LBNB | $ 9.50 | $ 9.95 |
| **Multiplexing** | QMU | $ 185.00 | $ 194.25 |
| **Multiplexing DS1 to Voice** | MQ1 | $ 185.00 | $ 194.25 |
| | | | |
| **60 Mth** | | | |
| | | | |
| **Local Distribution Channel** | 1LDPJ | $ 110.00 | $ 115.50 |
| **Inter-Office Channel Mileage- Fixed** | 3LBNB | $ 55.00 | $ 57.75 |
| **Inter-Office Channel Mileage- Per Mile** | 3LBNB | $ 9.00 | $ 9.45 |
| **Multiplexing** | QMU | $ 175.00 | $ 183.75 |
| **Multiplexing DS1 to Voice** | MQ1 | $ 175.00 | $ 183.75 |



Accessible

Date: **April 25, 2006** Number: **CLECAM06-131**

Effective Date: **September 1, 2006** Category: **Resale**

Subject: **(RATE CHANGES) Fractional DS1 Service - IL, IN, OH, WI (5620)**

Related Letters: **NA** Attachment: **NA**

States Impacted: **Illinois, Indiana, Ohio, Wisconsin**

Issuing ILECS: **AT&T Illinois, AT&T Indiana, AT&T Ohio and AT&T Wisconsin (collectively referred to for purposes of this Accessible Letter as "AT&T Midwest Region 4-State")**

Response Deadline: **NA** Contact: **Account Manager**

Conference Call/Meeting: **NA**

AT&T Midwest Region 4-State is sending notice of intent to file rate changes for the Month to Month and Term Plan Local Distribution Channel rates for Fractional DS1 Service effective September 1, 2006. The appropriate Resale discounts will be applied to the Retail rates.

Per Interconnection Agreements with AT&T Illinois, notice is given of all changes in Retail services, including rate changes, available for Resale. However, per the Illinois Commence Commission Alternative Regulation Plan, increases in Retail rates will not result in an increase in Resale rates.

AT&T Midwest Region 4-State reserves the right to make any modifications to or to cancel the above information prior to the proposed filing or effective dates. Should any modifications be made to the information, these modifications will be reflected in a subsequent letter sent at the time of the filing. Should the information be canceled, AT&T Midwest Region 4-State will send additional notification at the time of cancellation. AT&T Midwest Region 4-State will incur no liability to the CLECs if such information, mentioned above, is canceled by AT&T Midwest Region 4-State or is not ultimately put into effect.

Attachment



Fractional T1 Rate Increases - Midwest(:

**Frac DS1 State Tariff - 2006**
**Price Increases - Midwest**

| | State | Effective Date | USOC Zone 1/A | Current Price - Fractionals Zone 1/A | Current Price - Fractionals Zone 2/B | Current Price - Fractionals Zone 3/C | New Price - Fractionals Zone 1/A | New Price - Fractionals Zone 2/B | New Price - Fractionals Zone 3/C |
|---|---|---|---|---|---|---|---|---|---|
| **MTM** | | | | | | | | | |
| **Channel Termination** | IL | 9/1/2006 | FQA1A/B/C | $ 180.00 | $ 180.00 | $ 180.00 | $ 205.00 | $ 220.00 | $ 240.00 |
| | IN | 9/1/2006 | TZ4X1/2/3 | $ 227.00 | $ 233.00 | $ 276.00 | $ 270.00 | $ 285.00 | $ 305.00 |
| | OH | 9/1/2006 | TZ4X1/2/3 | $ 193.00 | $ 200.00 | $ 216.00 | $ 225.00 | $ 240.00 | $ 260.00 |
| | WI | 9/1/2006 | TZ4X1/2/3 | $ 280.00 | $ 286.00 | $ 331.00 | $ 320.00 | $ 335.00 | $ 355.00 |
| **12 Mth** | | | | | | | | | |
| **Channel Termination** | IL | 9/1/2006 | FQA1A/B/C | $ 171.00 | $ 171.00 | $ 171.00 | $ 195.00 | $ 205.00 | $ 230.00 |
| | IN | 9/1/2006 | TZ4X1/2/3 | $ 205.00 | $ 211.00 | $ 253.00 | $ 230.00 | $ 240.00 | $ 265.00 |
| | OH | 9/1/2006 | TZ4X1/2/3 | $ 174.00 | $ 180.00 | $ 194.00 | $ 205.00 | $ 215.00 | $ 240.00 |
| | WI | 9/1/2006 | TZ4X1/2/3 | $ 260.00 | $ 266.00 | $ 308.00 | $ 265.00 | $ 275.00 | $ 308.00 |
| **36 Mth** | | | | | | | | | |
| **Channel Termination** | IL | 9/1/2006 | FQA1A/B/C | $ 124.60 | $ 128.71 | $ 138.40 | $ 140.00 | $ 145.00 | $ 160.00 |
| | IN | 9/1/2006 | TZ4X1/2/3 | $ 125.00 | $ 129.00 | $ 139.00 | $ 140.00 | $ 145.00 | $ 160.00 |
| | OH | 9/1/2006 | TZ4X1/2/3 | $ 124.56 | $ 138.00 | $ 156.00 | $ 140.00 | $ 145.00 | $ 160.00 |
| | WI | 9/1/2006 | TZ4X1/2/3 | $ 159.00 | $ 163.00 | $ 173.00 | $ 165.00 | $ 170.00 | $ 185.00 |
| **60 Mth** | | | | | | | | | |
| **Channel Termination** | IL | 9/1/2006 | FQA1A/B/C | $ 112.50 | $ 116.25 | $ 125.00 | $ 125.00 | $ 130.00 | $ 140.00 |
| | IN | 9/1/2006 | TZ4X1/2/3 | $ 113.00 | $ 117.00 | $ 125.00 | $ 125.00 | $ 130.00 | $ 140.00 |
| | OH | 9/1/2006 | TZ4X1/2/3 | $ 112.50 | $ 123.00 | $ 141.00 | $ 125.00 | $ 130.00 | $ 140.00 |
| | WI | 9/1/2006 | TZ4X1/2/3 | $ 147.50 | $ 151.25 | $ 160.00 | $ 150.00 | $ 155.00 | $ 165.00 |



Accessible

Date: **April 24, 2006**

Number: **CLECAM06-130**

Effective Date: **September 1 , 2006**

Category: **Resale**

Subject: **(RATE CHANGES) DS1 Service - IL, IN, OH, WI (5621)**

Related Letters: **NA**

Attachment: **NA**

States Impacted: **Illinois, Indiana, Ohio, Wisconsin**

Issuing ILECS: **AT&T Illinois, AT&T Indiana, AT&T Ohio and AT&T Wisconsin (collectively referred to for purposes of this Accessible Letter as "AT&T Midwest Region 4-State")**

Response Deadline: **NA**

Contact: **Account Manager**

Conference Call/Meeting: **NA**

AT&T Midwest Region 4-State is sending notice of intent to file rate changes for the month to month rate elements for DS1 Service effective September 1, 2006. The appropriate Resale discounts will be applied to the Retail rates.

Per Interconnection Agreements with SBC Illinois, notice is given of all changes in Retail services, including rate changes, available for Resale. However, per the Illinois Commence Commission Alternative Regulation Plan, increases in Retail rates will not result in an increase in Resale rates.

AT&T Midwest Region 4-State reserves the right to make any modifications to or to cancel the above information prior to the proposed filing or effective dates. Should any modifications be made to the information, these modifications will be reflected in a subsequent letter sent at the time of the filing. Should the information be canceled, AT&T Midwest Region 4-State will send additional notification at the time of cancellation. AT&T Midwest Region 4-State will incur no liability to the CLECs if such information, mentioned above, is canceled by AT&T Midwest Region 4-State or is not ultimately put into effect.

Attachment



DS1 Rate Increases - Midwest 9-1-06.xls

DS1 State Exchange Tariff - 2006
Price Increases - Midwest

| | | Effective | USOC | Current Price | | | New Price | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Date | Zone 1/A | Zone 1/A | Zone 2/B | Zone 3/C | Zone 1/A | Zone 2/B | Zone 3/C |
| MTM | | | | | | | | | |
| Channel Termination | IL | 9/1/2006 | FQA1A/B/C | $ 320.00 | $ 335.00 | $ 355.00 | $ 345.00 | $ 365.00 | $ 385.00 |
| | IN | 9/1/2006 | TZ4X1/2/3 | $ 320.00 | $ 335.00 | $ 355.00 | $ 345.00 | $ 365.00 | $ 385.00 |
| | OH | 9/1/2006 | TZ4X1/2/3 | $ 320.00 | $ 335.00 | $ 355.00 | $ 345.00 | $ 365.00 | $ 385.00 |
| | WI | 9/1/2006 | TZ4X1/2/3 | $ 320.00 | $ 335.00 | $ 355.00 | $ 345.00 | $ 365.00 | $ 385.00 |
| Channel Mileage Termination | IL | 9/1/2006 | CZ4XA/B/C | $ 110.00 | $ 110.00 | $ 110.00 | $ 115.00 | $ 115.00 | $ 115.00 |
| | IN | 9/1/2006 | CZ4X1/2/3 | $ 110.00 | $ 110.00 | $ 110.00 | $ 115.00 | $ 115.00 | $ 115.00 |
| | OH | 9/1/2006 | CZ4X1/2/3 | $ 110.00 | $ 110.00 | $ 110.00 | $ 115.00 | $ 115.00 | $ 115.00 |
| | WI | 9/1/2006 | CZ4X1/2/3 | $ 110.00 | $ 110.00 | $ 110.00 | $ 115.00 | $ 115.00 | $ 115.00 |
| Channel Mileage | IL | 9/1/2006 | 1YZXA/B/C | $ 37.00 | $ 37.00 | $ 37.00 | $ 40.00 | $ 40.00 | $ 40.00 |
| | IN | 9/1/2006 | 1YZX1/2/3 | $ 37.00 | $ 37.00 | $ 37.00 | $ 40.00 | $ 40.00 | $ 40.00 |
| | OH | 9/1/2006 | 1YZX1/2/3 | $ 37.00 | $ 37.00 | $ 37.00 | $ 40.00 | $ 40.00 | $ 40.00 |
| | WI | 9/1/2006 | 1YZX1/2/3 | $ 37.00 | $ 37.00 | $ 37.00 | $ 40.00 | $ 40.00 | $ 40.00 |
| Multiplexing | IL | 9/1/2006 | QMVXA/B/C | $ 500.00 | $ 500.00 | $ 500.00 | $ 525.00 | $ 525.00 | $ 525.00 |
| | IN | 9/1/2006 | QMVX1/2/3 | $ 500.00 | $ 500.00 | $ 500.00 | $ 525.00 | $ 525.00 | $ 525.00 |
| | OH | 9/1/2006 | QMVX1/2/3 | $ 500.00 | $ 500.00 | $ 500.00 | $ 525.00 | $ 525.00 | $ 525.00 |
| | WI | 9/1/2006 | QMVX1/2/3 | $ 500.00 | $ 500.00 | $ 500.00 | $ 525.00 | $ 525.00 | $ 525.00 |




Accessible

Date: **April 24, 2006**

Number: **CLECAM06-129**

Effective Date: **September 1, 2006**

Category: **Resale**

Subject: **(RATE CHANGES) DS3 Service - IL, IN, OH, WI (5622)**

Related Letters: **NA**

Attachment: **NA**

States Impacted: **Illinois, Indiana, Ohio, Wisconsin**

Issuing ILECS: **AT&T Illinois, AT&T Indiana, AT&T Ohio and AT&T Wisconsin (collectively referred to for purposes of this Accessible Letter as "AT&T Midwest Region 4-State")**

Response Deadline: **NA**

Contact: **Account Manager**

Conference Call/Meeting: **NA**

AT&T Midwest Region 4-State is sending notice of intent to file rate changes for the monthly extension rates for DS3 Service effective September 1, 2006. The appropriate Resale discounts will be applied to the Retail rates.

Per Interconnection Agreements with SBC Illinois, notice is given of all changes in Retail services, including rate changes, available for Resale. However, per the Illinois Commence Commission Alternative Regulation Plan, increases in Retail rates will not result in an increase in Resale rates.

AT&T Midwest Region 4-State reserves the right to make any modifications to or to cancel the above information prior to the proposed filing or effective dates. Should any modifications be made to the information, these modifications will be reflected in a subsequent letter sent at the time of the filing. Should the information be canceled, AT&T Midwest Region 4-State will send additional notification at the time of cancellation. AT&T Midwest Region 4-State will incur no liability to the CLECs if such information, mentioned above, is canceled by AT&T Midwest Region 4-State or is not ultimately put into effect.

Attachment



DS3 Rate Increases - Midwest 9-1-06-5622

**DS3 State Exchange Tariff - 2006**
**Price Increases - Midwest**

| | | Effective | | Current Price | | | New Price | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Date | USOC | Zone 1 | Zone 2 | Zone 3 | Zone 1 | Zone 2 | Zone 3 |
| **MER** | | | | | | | | | |
| **Channel Termination** | IL | 9/1/2006 | TZUPA/B/C | $3,625.00 | $ 3,850.00 | $ 4,250.00 | $3,850.00 | $4,050.00 | $4,450.00 |
| | IN | 9/1/2006 | TZUP1/2/3 | $3,625.00 | $ 3,850.00 | $ 4,250.00 | $3,850.00 | $4,050.00 | $4,450.00 |
| | OH | 9/1/2006 | TZUP1/2/3 | $3,625.00 | $ 3,850.00 | $ 4,250.00 | $3,850.00 | $4,050.00 | $4,450.00 |
| | WI | 9/1/2006 | TZUP1/2/3 | $3,625.00 | $ 3,850.00 | $ 4,250.00 | $3,850.00 | $4,050.00 | $4,450.00 |
| **Channel Mileage Terminatior** | IL | 9/1/2006 | CZ4XA/B/C | $ 525.00 | $ 525.00 | $ 525.00 | $ 550.00 | $ 550.00 | $ 550.00 |
| | IN | 9/1/2006 | CZ4X1/2/3 | $ 525.00 | $ 525.00 | $ 525.00 | $ 550.00 | $ 550.00 | $ 550.00 |
| | OH | 9/1/2006 | CZ4X1/2/3 | $ 525.00 | $ 525.00 | $ 525.00 | $ 550.00 | $ 550.00 | $ 550.00 |
| | WI | 9/1/2006 | CZ4X1/2/3 | $ 525.00 | $ 525.00 | $ 525.00 | $ 550.00 | $ 550.00 | $ 550.00 |
| **Channel Mileage** | IL | 9/1/2006 | 1YZXA/B/C | $ 150.00 | $ 150.00 | $ 150.00 | $ 160.00 | $ 160.00 | $ 160.00 |
| | IN | 9/1/2006 | 1YZX1/2/3 | $ 150.00 | $ 150.00 | $ 150.00 | $ 160.00 | $ 160.00 | $ 160.00 |
| | OH | 9/1/2006 | 1YZX1/2/3 | $ 150.00 | $ 150.00 | $ 150.00 | $ 160.00 | $ 160.00 | $ 160.00 |
| | WI | 9/1/2006 | 1YZX1/2/3 | $ 150.00 | $ 150.00 | $ 150.00 | $ 160.00 | $ 160.00 | $ 160.00 |



Accessible

Date: **January 6, 2006** Number: **CLECAM06-012**

Effective Date: **March 1, 2006** Category: **Resale**

Subject: **(RATE CHANGES) DS3 MTM and Service Packs Rate Changes - Illinois, Michigan (4659, 4660)**

Related Letters: **NA** Attachment: **NA**

States Impacted: **Illinois, Michigan**

Issuing SBC ILECS: **SBC Illinois and SBC Michigan (collectively referred to for purposes of this Accessible Letter as "SBC Midwest Region 2-State")**

Response Deadline: **NA** Contact: **Account Manager**

Conference Call/Meeting: **NA**

SBC Midwest Region 2-State is sending notification of intent to file tariff revisions to change the pricing of the DS3 Service Month to Month and DS3 Service Packs recurring rates. The new Retail rates are attached, and the applicable Resale discount will be applied to the new Retail rates. The proposed effective date for this price change is March 1, 2006.

Per Interconnection Agreements with SBC Illinois, notice is given of all changes in Retail services, including rate changes, available for Resale. However, per the Illinois Commence Commission Alternative Regulation Plan, increases in Retail rates will not result in an increase in Resale rates.

SBC Midwest Region 2-State reserves the right to make any modifications to or to cancel the above information prior to the proposed filing or effective dates. Should any modifications be made to the information, these modifications will be reflected in a subsequent letter sent at the time of the filing. Should the information be canceled, SBC Midwest Region 2-State will send additional notification at the time of cancellation. SBC Midwest Region 2-State will incur no liability to the CLECs if such information, mentioned above, is canceled by SBC Midwest Region 2-State or is not ultimately put into effect.

Attachment



ALDS3MTMServicePa
cksMIIL3-1-06-4659-

| DS3 State Exchange Tariff - 2006<br>Price Increases - Midwest | | Effective Date | USOC | Current Price Zone 1 | Current Price Zone 2 | Current Price Zone 3 | New Price Zone 1 | New Price Zone 2 | New Price Zone 3 |
|---|---|---|---|---|---|---|---|---|---|
| **DS3 Service Packs** | | | | | | | | | |
| **Michigan** | | 3/1/2006 | HZ4X1/2/3 | $ 400.00 | $ 400.00 | $ 400.00 | $ 475.00 | $ 475.00 | $ 475.00 |
| DS3 | | 3/1/2006 | PCG31/2/3 | $ 2,070.00 | $ 2,139.00 | $ 2,300.00 | $ 2,277.00 | $ 2,352.90 | $ 2,530.00 |
| DS3B | | 3/1/2006 | PCG31/2/3 | $ 3,200.00 | $ 3,290.00 | $ 3,500.00 | $ 3,520.00 | $ 3,619.00 | $ 3,850.00 |
| DS3C | | 3/1/2006 | PCG31/2/3 | $ 4,500.00 | $ 4,623.00 | $ 4,910.00 | $ 4,950.00 | $ 5,085.30 | $ 5,401.00 |
| DS3F | | 3/1/2006 | PCG31/2/3 | $ 7,950.00 | $ 8,170.50 | $ 8,685.00 | $ 8,745.00 | $ 8,987.55 | $ 9,553.50 |
| DS3L | | 3/1/2006 | PCG31/2/3 | $ 12,600.00 | $ 12,945.00 | $13,750.00 | $ 13,860.00 | $ 14,239.50 | $ 15,125.00 |
| DS3X | | 3/1/2006 | PCG31/2/3 | $ 18,900.00 | $ 19,425.00 | $20,650.00 | $ 20,790.00 | $ 21,367.50 | $ 22,715.00 |
| **MTM Recurring** | | | | | | | | | |
| **Channel Termination** | MI | 3/1/2006 | TZUP1/2/3 | $ 3,400.00 | $ 3,600.00 | $ 4,000.00 | $ 3,625.00 | $ 3,850.00 | $ 4,250.00 |
| **Channel Mileage Termination** | MI | 3/1/2006 | CZ4X1/2/3 | $ 475.00 | $ 475.00 | $ 475.00 | $ 525.00 | $ 525.00 | $ 525.00 |
| **Channel Mileage** | MI | 3/1/2006 | 1YZX1/2/3 | $ 140.00 | $ 140.00 | $ 140.00 | $ 150.00 | $ 150.00 | $ 150.00 |
| **Multiplexing** | MI | 3/1/2006 | QM3X1/2/3 | $ 825.00 | $ 825.00 | $ 825.00 | $ 875.00 | $ 875.00 | $ 875.00 |



Accessible

Date: **January 10, 2006** Number: **CLECAM06-016**

Effective Date: **March 1, 2006** Category: **Resale**

Subject: **(RATE CHANGES) DS3 MTM and Service Packs Rate Changes Revision– Illinois, Michigan (4659, 4660) - IL, MI**

Related Letters: **CLECAM06-012** Attachment: **NA**

States Impacted: **Illinois, Michigan**

Issuing SBC ILECS: **SBC Illinois and SBC Michigan (collectively referred to for purposes of this Accessible Letter as "SBC Midwest Region 2-State")**

Response Deadline: **NA** Contact: **Account Manager**

Conference Call/Meeting: **NA**

SBC Midwest Region 2-State is sending a revised notification of intent to file tariff revisions to change the pricing of the DS3 Service Month to Month and DS3 Service Packs recurring rates. The new corrected Retail rates are attached, and the applicable Resale discount will be applied to the new Retail rates. The proposed effective date for this price change is March 1, 2006.

Per Interconnection Agreements with SBC Illinois, notice is given of all changes in Retail services, including rate changes, available for Resale. However, per the Illinois Commence Commission Alternative Regulation Plan, increases in Retail rates will not result in an increase in Resale rates.

SBC Midwest Region 2-State reserves the right to make any modifications to or to cancel the above information prior to the proposed filing or effective dates. Should any modifications be made to the information, these modifications will be reflected in a subsequent letter sent at the time of the filing. Should the information be canceled, SBC Midwest Region 2-State will send additional notification at the time of cancellation. SBC Midwest Region 2-State will incur no liability to the CLECs if such information, mentioned above, is canceled by SBC Midwest Region 2-State or is not ultimately put into effect.

Attachment



DS3 and DS3 Service Pack Rate Changes f(

| DS3 State Exchange Tariff - 200( | | Effective | | Current Price | | | New Price | | |
|---|---|---|---|---|---|---|---|---|---|
| Price Increases - Midwest | | Date | USOC | Zone 1 | Zone 2 | Zone 3 | Zone 1 | Zone 2 | Zone 3 |
| **MTM Recurring** | | | | | | | | | |
| **Channel Termination** | IL | 3/1/2006 | TZUPA/B/C | $ 3,400.00 | $ 3,600.00 | $ 4,000.00 | $ 3,625.00 | $ 3,850.00 | $ 4,250.00 |
| **Channel Mileage Termina** | IL | 3/1/2006 | CZ4XA/B/C | $ 475.00 | $ 475.00 | $ 475.00 | $ 525.00 | $ 525.00 | $ 525.00 |
| **Channel Mileage** | IL | 3/1/2006 | 1YZXA/B/C | $ 140.00 | $ 140.00 | $ 140.00 | $ 150.00 | $ 150.00 | $ 150.00 |
| **Multiplexing** | IL | 3/1/2006 | QM3XA/B/C | $ 825.00 | $ 825.00 | $ 825.00 | $ 875.00 | $ 875.00 | $ 875.00 |
| **DS3 Service Packs** | | | | | | | | | |
| **Illinois** | | 3/1/2006 | HDZLX | $ 400.00 | $ 400.00 | $ 400.00 | $ 475.00 | $ 475.00 | $ 475.00 |
| DS3 | | 3/1/2006 | PCGAA/B/C | $ 2,295.00 | $ 2,139.00 | $ 2,300.00 | $ 2,650.00 | $ 2,450.00 | $ 2,675.00 |
| DS3B | | 3/1/2006 | PCGBA/B/C | $ 3,015.00 | $ 2,790.00 | $ 3,000.00 | $ 3,450.00 | $ 3,200.00 | $ 3,450.00 |
| DS3C | | 3/1/2006 | PCGCA/B/C | $ 3,915.00 | $ 3,813.00 | $ 4,100.00 | $ 4,500.00 | $ 4,400.00 | $ 4,700.00 |
| DS3F | | 3/1/2006 | PCGFA/B/C | $ 6,840.00 | $ 6,835.00 | $ 7,350.00 | $ 7,875.00 | $ 7,850.00 | $ 8,450.00 |
| DS3L | | 3/1/2006 | PCGLA/B/C | $10,350.00 | $ 10,695.00 | $ 11,500.00 | $11,900.00 | $ 12,300.00 | $ 13,225.00 |
| DS3X | | 3/1/2006 | PCGXA/B/C | $15,750.00 | $ 16,275.00 | $ 17,500.00 | $18,100.00 | $ 18,700.00 | $ 20,125.00 |



Accessible

Date: **December 21, 2005** Number: **CLECAM05-331**

Effective Date: **March 1, 2006** Category: **Resale**

Subject: **(RATE CHANGES) DS1 Service - Illinois, Michigan (4599, 4600)**

Related Letters: **NA** Attachment: **NA**

States Impacted: **Illinois, Michigan**

Issuing SBC ILECS: **SBC Illinois and SBC Michigan (collectively referred to for purposes of this Accessible Letter as "SBC Midwest Region 2-State")**

Response Deadline: **NA** Contact: **Account Manager**

Conference Call/Meeting: **NA**

SBC Midwest Region 2-State is sending notice of intent to file rate changes for the month to month rate elements for DS1 including multiplexing effective March 1, 2006. The appropriate Resale discounts will be applied to the Retail rates.

Per Interconnection Agreements with SBC in Illinois, notice is given of all changes in Retail services, including rate changes, available for Resale. However, per the Illinois Commence Commission Alternative Regulation Plan, increases in Retail rates will not result in an increase in Resale rates.

SBC Midwest Region 2-State reserves the right to make any modifications to or to cancel the above information prior to the proposed filing or effective dates. Should any modifications be made to the information, these modifications will be reflected in a subsequent letter sent at the time of the filing. Should the information be canceled, SBC Midwest Region 2-State will send additional notification at the time of cancellation. SBC Midwest Region 2-State will incur no liability to the CLECs if such information, mentioned above, is canceled by SBC Midwest Region 2-State or is not ultimately put into effect.

Attachments



IL DS1 MTM Rate Increase 030106(1).›



MI DS1 MTM Rate Increase 030106(1).›

**DS1 State Exchange Tariff - 2006**
**Price Increases - Midwest**

| | | Effective | USOC | Current Price | | | New Price | | |
|---|---|---|---|---|---|---|---|---|---|
| | | **Date** | **Zone 1/A** | **Zone 1/A** | **Zone 2/B** | **Zone 3/C** | **Zone 1/A** | **Zone 2/B** | **Zone 3/C** |
| **MTM** | | | | | | | | | |
| **Channel Termination** | IL | 3/1/2006 | FQA1A/B/C | $275.00 | $ 290.00 | $ 310.00 | $320.00 | $ 335.00 | $ 355.00 |
| **Channel Mileage Termination** | IL | 3/1/2006 | CZ4XA/B/C | $105.00 | $ 105.00 | $ 105.00 | $110.00 | $ 110.00 | $ 110.00 |
| **Channel Mileage** | IL | 3/1/2006 | 1YZXA/B/C | $ 33.50 | $ 33.50 | $ 33.50 | $ 37.00 | $ 37.00 | $ 37.00 |
| **Multiplexing** | IL | 3/1/2006 | QMVXA/B/C | $460.00 | $ 460.00 | $ 460.00 | $500.00 | $ 500.00 | $ 500.00 |

| DS1 State Exchange Tariff - 2006<br>Price Increases - Midwest | | Effective<br>Date | USOC<br>Zone 1/A | Current Price<br>Zone 1/A | Current Price<br>Zone 2/B | Current Price<br>Zone 3/C | New Price<br>Zone 1/A | New Price<br>Zone 2/B | New Price<br>Zone 3/C |
|---|---|---|---|---|---|---|---|---|---|
| **MTM** | | | | | | | | | |
| **Channel Termination** | MI | 4/1/2006 | TZ4X1/2/3 | $315.00 | $ 330.00 | $ 350.00 | $320.00 | $ 335.00 | $ 355.00 |
| **Channel Mileage Termination** | MI | 4/1/2006 | CZ4X1/2/3 | $105.00 | $ 105.00 | $ 105.00 | $110.00 | $ 110.00 | $ 110.00 |
| **Channel Mileage** | MI | 4/1/2006 | 1YZX1/2/3 | $ 35.00 | $ 35.00 | $ 35.00 | $ 37.00 | $ 37.00 | $ 37.00 |
| **Multiplexing** | MI | 4/1/2006 | QMVX1/2/3 | $475.00 | $ 475.00 | $ 475.00 | $500.00 | $ 500.00 | $ 500.00 |



Accessible

Date: **February 20, 2006**

Number: **CLEC06-040**

Effective Date: **May 17, 2006**

Category: **Resale**

Subject: **(RATE CHANGES) MEGALINK III (DS1) Service - Texas (5961)**

Related Letters: **CLEC06-039**

Attachment: **NA**

States Impacted: **Texas**

Response Deadline: **NA**

Contact: **Account Manager**

Conference Call/Meeting: **NA**

AT&T is sending a revision notice of intent to file rate changes for the month to month monthly rate elements including multiplexing for MEGALINK III (DS1) effective May 17, 2006. The appropriate resale discounts will be applied to the retail rates.

AT&T reserves the right to make any modifications to or to cancel the above information prior to the proposed filing or effective dates. Should any modifications be made to the information, these modifications will be reflected in a subsequent letter sent at the time of the filing. Should the information be canceled, AT&T will send additional notification at the time of cancellation. AT&T will incur no liability to the CLECs if such information, mentioned above, is canceled by AT&T or is not ultimately put into effect.

Attachment



DS1TXMTM-5061.xls

| DS1 State Exchange Tariff - 2006 Price Increases - Texas | | Effective Date | USOC | Current Price | New Price |
|---|---|---|---|---|---|
| MTM | | | | | |
| Channel Termination | TX | 5/17/2006 | 1LDPJ | $ 280.00 | $ 290.00 |
| Channel Mileage Termination | TX | 5/17/2006 | 3LBNB/C/D/E/F | $ 165.00 | $ 165.00 |
| Channel Mileage | TX | 5/17/2006 | 3LBNB/C/D/E/F | $ 28.00 | $ 32.00 |
| Multiplexing | TX | 5/17/2006 | QMU, MQ1 | $ 375.00 | $ 400.00 |



Accessible

Date: **February 17, 2006** Number: **CLEC06-39**

Effective Date: **May 17, 2006** Category: **Resale**

Subject: **(RATE CHANGES) MEGALINK III (DS1) Service – Texas (5961)**

Related Letters: **NA** Attachment: **NA**

States Impacted: **Texas**

Response Deadline: **NA** Contact: **Account Manager**

Conference Call/Meeting: **NA**

AT&T is sending a revision notice of intent to file rate changes for the month to month monthly rate elements including multiplexing for MEGALINK III (DS1) effective May 17, 2006. The appropriate resale discounts will be applied to the retail rates.

AT&T reserves the right to make any modifications to or to cancel the above information prior to the proposed filing or effective dates. Should any modifications be made to the information, these modifications will be reflected in a subsequent letter sent at the time of the filing. Should the information be canceled, AT&T will send additional notification at the time of cancellation. AT&T will incur no liability to the CLECs if such information, mentioned above, is canceled by AT&T or is not ultimately put into effect.

Attachment



DS1TXMTM-5061.xls

| DS1 State Exchange Tariff - 2006 Price Increases - Texas | | Effective Date | USOC | Current Price | | New Price |
|---|---|---|---|---|---|---|
| MTM | | | | | | |
| Channel Termination | TX | 5/17/2006 | 1LDPJ | $ | 280.00 | $ 290.00 |
| Channel Mileage Termination | TX | 5/17/2006 | 3LBNB | $ | 165.00 | $ 165.00 |
| Channel Mileage | TX | 5/17/2006 | 3LBNB | $ | 28.00 | $ 32.00 |
| Multiplexing | TX | 5/17/2006 | QMU | $ | 375.00 | $ 400.00 |