IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br>v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>    Defendants,<br><br>The Alliance for Competition in<br>    Telecommunications<br><br>    and<br><br>COMPTEL,<br><br>    *Amicus-Curiae.* | Civil Action No.: 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>    Defendants,<br><br>The Alliance for Competition in<br>    Telecommunications<br><br>    and<br><br>COMPTEL,<br><br>    *Amicus-Curiae.* | Civil Action No.: 1:05CV02103 (EGS) |

## ACTel's MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO FILE EXCESS PAGES

*Amicus Curiae*, Alliance for Competition in Telecommunications ("ACTel"), pursuant to Federal Rule of Civil Procedure 7(b) respectfully requests that the Court allow it to file excess pages for its Reply Memorandum in Opposition to the United States' Motion for Entry of Final Judgments. The proposed Reply consists of twenty-seven pages, which exceeds by two pages the twenty-five page limit for reply memoranda set forth in Local Rule 7(e) of this Court.

ACTel submits that its motion to extend the page limits from twenty-five to twenty-seven pages, is proper because it is responding to three separate memoranda filed by the United States Department of Justice, AT & T and Verizon respectively. Moreover, the United States Department of Justice was granted leave to extend its Memorandum from 25 to 35 pages (to which ACTel consented) and ACTel, thus, requires additional pages in which to properly respond.

Pursuant to the requirements of Local Rule 7(m), ACTel represents that it has conferred with all opposing parties and Verizon, SBC(AT & T) and the United States Department of Justice do not oppose this motion.

Accordingly, ACTel submits that its proposed Reply, while slightly over the page limits set forth in Local Rule 7(e), is not excessively lengthy and respectfully requests that the Court grant its unopposed motion for leave to file excess pages for its Reply Memorandum in Opposition to the United States' Motion for Entry of Final Judgments.

Dated: June 7, 2006

                                                Respectfully submitted,

                                                          /s/

                                              Gary Reback (Bar No. 218594)
                                            Carr & Ferrell LLP

2200 Geng Road
Palo Alto, CA 94303
650-812-3489 (phone)
650-812-3444 (facsimile)
greback@carrferrell.com

Thomas Cohen (Bar No. 269332)
Kelley Drye & Warren LLP
3050 K Street, NW, Suite 400
Washington, DC 20007
(202) 342-8400 (phone)
(202) 342-8451 (facsimile)
tcohen@kelleydrye.com

*Attorneys for the Alliance for
Competition in Telecommunications*