IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br>v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>                Defendants,<br><br>The Alliance for Competition in<br>      Telecommunications<br><br>                and<br><br>COMPTEL,<br><br>              *Amicus-Curiae.* | Civil Action No.: 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>                Defendants,<br><br>The Alliance for Competition in<br>      Telecommunications<br><br>                and<br><br>COMPTEL,<br><br>              *Amicus-Curiae.* | Civil Action No.: 1:05CV02103 (EGS) |

**PROPOSED ORDER GRANTING ACTel's
MOTION FOR LEAVE TO FILE EXCESS PAGES**

Upon consideration of ACTel's Unopposed Motion and Memorandum of Points and Authorities in Support of the Motion for Leave to File Excess Pages for its Reply Memorandum in Opposition to the United States' Motion for Entry of Final Judgments so as to enable it to file twenty-seven pages, it is hereby **ORDERED** that ACTel's Unopposed Motion for Leave to File Excess Pages is **GRANTED**.

Dated:_____                           _____
                                                Judge Emmet G. Sullivan

                                                UNITED STATES DISTRICT JUDGE