IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br>v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>             Defendants,<br><br>The Alliance for Competition in<br>     Telecommunications<br><br>             and<br><br>COMPTEL,<br><br>             *Amicus-Curiae.* | Civil Action No.: 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>             Defendants,<br><br>The Alliance for Competition in<br>     Telecommunications<br><br>             and<br><br>COMPTEL,<br><br>             *Amicus-Curiae.* | Civil Action No.: 1:05CV02103 (EGS) |

**<u>PROPOSED ORDER GRANTING ACTel's<br>MOTION TO FILE EXHIBIT D TO ITS REPLY<br>MEMORANDUM IN OPPOSITION TO THE UNITED<br>STATES' MOTION FOR ENTRY OF FINAL JUDGMENTS UNDER SEAL</u>**

Upon consideration of ACTel's Motion and Memorandum in Support so as to allow it to file Exhibit D to its Reply Memorandum in Opposition to the United States' Motion for Entry of Final Judgments Under Seal ("Exhibit D") under the terms provided therein, it is hereby **ORDERED** that ACTel's Motion to File Exhibit D under seal is **GRANTED**.

Dated:_____

_____
Judge Emmet G. Sullivan

UNITED STATES DISTRICT JUDGE