IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SBC Communications, Inc. and ) <br> AT&T Corp., ) <br> ) <br> Defendants. ) | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Verizon Communications, Inc. and ) <br> MCI, Inc., ) <br> ) <br> Defendants. ) | Civil Action No. 1:05CV02103 (EGS) |

**AT&T INC.'S MOTION FOR LEAVE TO FILE A RESPONSE TO
ACTEL'S REPLY MEMORANDUM IN OPPOSITION TO THE
DEPARTMENT OF JUSTICE'S MOTION FOR ENTRY OF FINAL JUDGMENTS
AND MEMORANDUM OF POINTS AND AUTHORITIES**

AT&T hereby moves this Court for an Order granting it leave to file the attached six-page response to ACTel's Reply Memorandum in Opposition to the Department of Justice's Motion for Entry of Final Judgments. As grounds for this motion, AT&T states as follows:

At the hearing before this Court on May 10, 2006, ACTel was granted permission to file a Supplemental Memorandum and a Reply Memorandum in support of its objection to the entry of the Final Judgments in this Tunney Act proceeding. But the Court explicitly directed ACTel to make a precise proffer of its expected submissions to provide the Government and parties a

1

fair opportunity to object and respond. May 10 Tr. 52:9-18.[1] Notwithstanding the Court's directive in this regard, ACTel chose to wait until its final Reply Memorandum to attach over 100 pages of exhibits -- virtually all of which were on the public record at the time of the May 10 hearing -- and to claim, for the first time, that the mergers led to an increase in special access prices. Not only is ACTel's attached "evidence" of no relevance or probative value in this proceeding and its price increase assertions inaccurate, but ACTel has contravened this Court's explicit instructions from the May 10th hearing which clearly contemplated that the Government and other parties would have an opportunity to respond to ACTel's proffer of evidence. While ACTel's inappropriate, last-minute deluge is therefore subject to a motion to strike, AT&T instead requests only the opportunity for a brief reply to correct the record.

Pursuant to the requirements of Local Rule 7, AT&T Inc. has consulted with the other counsel in this litigation to determine whether they consent to granting AT&T leave to file a response to ACTel's Reply Memorandum. Counsel for the United States and Verizon consent. Counsel for Comptel did not respond. Counsel for ACTel stated it would consent only if AT&T consented to a further filing by ACTel. AT&T will not consent to further filings by amici because, as the issue before the Court is Government's Motion for Entry of Final Judgments, the Government and the other parties to this proceeding should have the last word. Consequently, AT&T further requests that the Court declare the record closed upon receipt of final replies from the Government and the other parties.

---

[1] The Court: "You alluded to other declarations and other documents of an evidentiary manner. You need to be more precise and make a proffer as to what you would tend to supplement the record by and what those documents or additional evidence might show in an effort to afford the government and other interested parties an opportunity to respond appropriately before we get into this, all right, well, I'll let your first pleading be filed and then you request and then in your next pleading you have four or five declarations and affidavits and the slippery slope is turned into something else." May 10 Tr. 52:9-18.

For the foregoing reasons, the Court should grant AT&T Inc.'s request to file this response to correct the misleading information provided in ACTel's final reply brief. The Court also should direct that no further filings from <u>amici</u> will be accepted. A proposed Order is attached.

                                        Respectfully submitted,

                                          /s/  Wilma A. Lewis
                                        Wilma A. Lewis (D.C. Bar No. 358637)
                                        Wm. Randolph Smith (D.C. Bar No. 356402)
                                        **CROWELL & MORING LLP**
                                        1001 Pennsylvania Avenue, N.W.
                                        Washington, DC  20004
                                        Telephone:  (202) 624-2500
                                        Facsimile:  (202) 628-5116

                                        Counsel for Defendant AT&T Inc.

Dated:  June 19, 2006

2786854_1