# EXHIBIT A



Accessible

Date: **November 18, 2004**                        Number:  **CLEC04-413**

Effective Date: **January 7, 2005**                Category: **Resale**

Subject:  **(RATE CHANGE) Month To Month Megalink1.5 (DS1) Rate Change – Arkansas (3835)**

Related Letters: **NA**                            Attachment: **NA**

States Impacted: **Arkansas**

Response Deadline: **NA**                           Contact: **Account Manager**

Conference Call/Meeting: **NA**


SBC Arkansas is sending notice of rate changes for month to month Megalink 1.5 Service (DS1) in the Digital Link Service Tariff effective January 7, 2005.  The appropriate Resale discount applies to the Resale rates below.

| Description | USOC | Current Rate | New Rate |
|---|---|---|---|
| Local Distribution Channel | 1RA1X | $   225.00 | $   **250.00** |
| Interoffice Channel - Fixed | 3LBNB | $   90.00 | $   **110.00** |
| Interoffice Channel - Per Mile | 3LBNB | $   26.00 | $   **30.00** |
| Multiplexing | MXMOX | $   350.00 | $   **375.00** |

SBC Arkansas reserves the right to make any modifications to or to cancel the above information prior to the proposed filing or effective dates.  Should any modifications be made to the information, these modifications will be reflected in a subsequent letter sent at the time of the filing.  Should the information be canceled, SBC Arkansas will send additional notification at the time of cancellation.  SBC Arkansas will incur no liability to the CLECs if such information, mentioned above, is canceled by SBC Arkansas or is not ultimately put into effect.



Accessible

Date: **December 8, 2004**                    Number: **CLECAM04-328**

Effective Date: **February 15, 2005**          Category: **Resale**

Subject: **(RATE CHANGES) DS1 and DS3 Rate Changes – Michigan, Ohio, Wisconsin (1089)**

Related Letters: **N/A**                       Attachment: **N/A**

States Impacted: **Michigan, Ohio, Wisconsin**

Issuing SBC ILECS:   **SBC Michigan, SBC Ohio and SBC Wisconsin (collectively referred to for purposes of this Accessible Letter as "SBC Midwest Region 3-State")**

Response Deadline: **N/A**                     Contact: **Account Manager**

Conference Call/Meeting: **N/A**

SBC Midwest Region 3-State is sending notification of intent to file tariff revisions to change the pricing of the DS1 and DS3 products. The new Retail rates are listed below, and the applicable Resale discount will be applied to the new Retail rate. The proposed effective date for this price change is February 15, 2005.

| Product | State | USOC | Mth to Mth | 12 Mth | 24 Mth | 36 Mth | 60 Mth | Effective Date |
|---|---|---|---|---|---|---|---|---|
| DS1 Channel Termination | MI | TZ4X1/2/3 | $ 300.00 $ 315.00 $ 335.00 | $ 230.00 $ 240.00 $ 265.00 | $ 165.00 $ 175.00 $ 195.00 | $ 140.00 $ 145.00 $ 160.00 | $ 125.00 $ 130.00 $ 140.00 | 2/15/2005 |
| DS1 Channel Mileage Termination | MI | CZ4X1/2/3 | $ 105.00 $ 105.00 $ 105.00 | $ 75.00 $ 75.00 $ 75.00 | $ 55.00 $ 55.00 $ 65.00 | $ 40.00 $ 40.00 $ 55.25 | $ 28.00 $ 28.00 $ 55.00 | 2/15/2005 |
| DS1 Channel Mileage | MI | 1YZX1/2/3 | $ 33.50 $ 33.50 $ 33.50 | $ 25.00 $ 25.00 $ 25.00 | $ 25.00 $ 25.00 $ 25.00 | $ 17.00 $ 17.00 $ 17.00 | $ 15.00 $ 15.00 $ 15.00 | 2/15/2005 |
| DS1 Multiplexing | MI | QMVX1/2/3 | $ 460.00 $ 460.00 $ 460.00 | $ 390.00 $ 390.00 $ 390.00 | $ 315.00 $ 315.00 $ 315.00 | $ 290.00 $ 290.00 $ 290.00 | $ 275.00 $ 275.00 $ 275.00 | 2/15/2005 |
| DS3 Channel Termination | MI | TZUP1/2/3 | $3400.00 $3600.00 $4000.00 | | | | | 2/15/2005 |
| DS3 Channel Mileage Termination | MI | CZ4X1/2/3 | $ 475.00 $ 475.00 $ 475.00 | | | | | 2/15/2005 |
| DS3 Channel Mileage | MI | 1YZX1/2/3 | $ 140.00 $ 140.00 $ 140.00 | | | | | 2/15/2005 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DS3 Multiplexing | MI | QM3X1/2/3 | $ 825.00<br>$ 825.00<br>$ 825.00 | | | | | 2/15/2005 |
| DS1 Channel Termination | OH | TZ4X1/2/3 | $ 250.00<br>$ 265.00<br>$ 285.00 | $ 205.00<br>$ 215.00<br>$ 235.00 | $ 165.00<br>$ 175.00<br>$ 195.00 | $ 140.00<br>$ 145.00<br>$ 160.00 | $ 125.00<br>$ 130.00<br>$ 141.00 | 2/15/2005 |
| DS1 Channel Mileage Termination | OH | CZ4X1/2/3 | $ 105.00<br>$ 105.00<br>$ 105.00 | $ 75.00<br>$ 75.00<br>$ 75.00 | $ 55.00<br>$ 55.00<br>$ 68.25 | $ 41.10<br>$ 45.50<br>$ 63.00 | $ 28.00<br>$ 29.80<br>$ 55.00 | 2/15/2005 |
| DS1 Channel Mileage | OH | 1YZX1/2/3 | $ 33.50<br>$ 33.50<br>$ 33.50 | $ 25.00<br>$ 25.00<br>$ 25.00 | $ 25.00<br>$ 25.00<br>$ 25.00 | $ 17.00<br>$ 17.20<br>$ 18.85 | $ 15.00<br>$ 15.00<br>$ 15.05 | 2/15/2005 |
| DS1 Multiplexing | OH | QMVX1/2/3 | $ 460.00<br>$ 460.00<br>$ 460.00 | $ 390.00<br>$ 390.00<br>$ 390.00 | $ 315.00<br>$ 315.00<br>$ 315.00 | $ 290.00<br>$ 290.00<br>$ 290.00 | $ 275.00<br>$ 275.00<br>$ 275.00 | 2/15/2005 |
| DS3 Channel Termination | OH | TZUP1/2/3 | $3400.00<br>$3600.00<br>$4000.00 | | | | | 2/15/2005 |
| DS3 Channel Mileage Termination | OH | CZ4X1/2/3 | $ 475.00<br>$ 475.00<br>$ 475.00 | | | | | 2/15/2005 |
| DS3 Channel Mileage | OH | 1YZX1/2/3 | $ 140.00<br>$ 140.00<br>$ 140.00 | | | | | 2/15/2005 |
| DS3 Multiplexing | OH | QM3X1/2/3 | $ 825.00<br>$ 825.00<br>$ 825.00 | | | | | 2/15/2005 |
| DS1 Channel Termination | WI | TZ4X1/2/3 | $ 320.00<br>$ 335.00<br>$ 355.00 | $ 265.00<br>$ 275.00<br>$ 308.00 | $ 195.00<br>$ 205.00<br>$ 227.00 | $ 165.00<br>$ 170.00<br>$ 185.00 | $ 150.00<br>$ 155.00<br>$ 165.00 | 2/15/2005 |
| DS1 Channel Mileage Termination | WI | CZ4X1/2/3 | $ 105.00<br>$ 105.00<br>$ 105.00 | $ 75.00<br>$ 75.00<br>$ 75.00 | $ 55.00<br>$ 55.00<br>$ 65.00 | $ 40.00<br>$ 40.00<br>$ 52.70 | $ 28.00<br>$ 28.00<br>$ 55.00 | 2/15/2005 |
| DS1 Channel Mileage | WI | 1YZX1/2/3 | $ 33.50<br>$ 33.50<br>$ 33.50 | $ 25.00<br>$ 25.00<br>$ 25.00 | $ 25.00<br>$ 25.00<br>$ 25.00 | $ 17.00<br>$ 17.00<br>$ 17.00 | $ 15.00<br>$ 15.00<br>$ 15.00 | 2/15/2005 |
| DS1 Multiplexing | WI | QMVX1/2/3 | $ 460.00<br>$ 460.00<br>$ 460.00 | $ 390.00<br>$ 390.00<br>$ 390.00 | $ 315.00<br>$ 315.00<br>$ 315.00 | $ 290.00<br>$ 290.00<br>$ 290.00 | $ 275.00<br>$ 275.00<br>$ 275.00 | 2/15/2005 |
| DS3 Channel Termination | WI | TZUP1/2/3 | $3400.00<br>$3600.00<br>$4000.00 | | | | | 2/15/2005 |
| DS3 Channel | WI | CZ4X1/2/3 | $ 475.00<br>$ 475.00 | | | | | 2/15/2005 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Mileage Termination | | | $ 475.00 | | | | | |
| DS3 Channel Mileage | WI | 1YZX1/2/3 | $ 140.00 $ 140.00 $ 140.00 | | | | | 2/15/2005 |
| DS3 Multiplexing | WI | QM3X1/2/3 | $ 825.00 $ 825.00 $ 825.00 | | | | | 2/15/2005 |

SBC Midwest Region 3-State reserves the right to make any modifications to or to cancel the above information prior to the proposed filing or effective dates. Should any modifications be made to the information, these modifications will be reflected in a subsequent letter sent at the time of the filing. Should the information be canceled, SBC Midwest Region 3-State will send additional notification at the time of cancellation. SBC Midwest Region 3-State will incur no liability to the CLECs if such information, mentioned above, is canceled by SBC Midwest Region 3-State or is not ultimately put into effect.



Accessible

Date: **December 9, 2004**                    Number:  **CLECAM04-329**

Effective Date:  **February 15, 2005**        Category:  **Resale**

Subject: **(RATE CHANGES) DS1 and DS3 Rate Changes – Indiana (1088)**

Related Letters: **N/A**                       Attachment: **N/A**

States Impacted: **Indiana**

Response Deadline:  **N/A**                     Contact: **Account Manager**

Conference Call/Meeting:  **N/A**

SBC Indiana is sending notification of intent to file tariff revisions to change the pricing of the DS1 and DS3 products.  The new Retail rates are listed below, and the applicable Resale discount will be applied to the new Retail rate.  The proposed effective date for this price change is February 15, 2005.

| Product | State | USOC | Mth to Mth | 12 Mth | 24 Mth | 36 Mth | 60 Mth | Effective Date |
|---|---|---|---|---|---|---|---|---|
| DS1 Channel Termination | IN | TZ4X1/2/3 | $ 300.00 $ 315.00 $ 335.00 | $ 230.00 $ 240.00 $ 265.00 | $ 165.00 $ 175.00 $ 195.00 | $ 140.00 $ 145.00 $ 160.00 | $ 125.00 $ 130.00 $ 140.00 | 2/15/2005 |
| DS1 Channel Mileage Termination | IN | CZ4X1/2/3 | $ 105.00 $ 105.00 $ 105.00 | $  75.00 $  75.00 $  75.00 | $  55.00 $  55.00 $  55.00 | $  40.00 $  40.00 $  40.00 | $  28.00 $  28.00 $  28.00 | 2/15/2005 |
| DS1 Channel Mileage | IN | 1YZX1/2/3 | $  33.50 $  33.50 $  33.50 | $  25.00 $  25.00 $  25.00 | $  25.00 $  25.00 $  25.00 | $  17.00 $  17.00 $  17.00 | $  15.00 $  15.00 $  15.00 | 2/15/2005 |
| DS1 Multiplexing | IN | QMVX1/2/3 | $ 460.00 $ 460.00 $ 460.00 | $ 390.00 $ 390.00 $ 390.00 | $ 315.00 $ 315.00 $ 315.00 | $ 290.00 $ 290.00 $ 290.00 | $ 275.00 $ 275.00 $ 275.00 | 2/15/2005 |
| DS3 Channel Termination | IN | TZUP1/2/3 | $3400.00 $3600.00 $4000.00 | | | | | 2/15/2005 |
| DS3 Channel Mileage Termination | IN | CZ4X1/2/3 | $ 475.00 $ 475.00 $ 475.00 | | | | | 2/15/2005 |
| DS3 Channel Mileage | IN | 1YZX1/2/3 | $ 130.00 $ 130.00 $ 130.00 | | | | | 2/15/2005 |
| DS3 Multiplexing | IN | QM3X1/2/3 | $ 775.00 $ 775.00 $ 775.00 | | | | | 2/15/2005 |

SBC Indiana reserves the right to make any modifications to or to cancel the above information prior to the proposed filing or effective dates.  Should any modifications be made to the information, these modifications will be reflected in a subsequent letter sent at the time of the filing.  Should the information be canceled, SBC Indiana will send additional notification at the time of cancellation. SBC Indiana will incur no liability to the CLECs if such information, mentioned above, is canceled by SBC Indiana or is not ultimately put into effect.



Accessible

Date: **February 18, 2005**                        Number: **CLEC05-062**

Effective Date: **April 1, 2005**                  Category: **Resale**

Subject: **(RATE CHANGES) MEGALINK III (DS1) Service and DS3 Service Rate Change Revision –
Texas (1329)**

Related Letters: **CLEC05-020**                    Attachment: **NA**

States Impacted:  **Texas**

Response Deadline: **NA**                           Contact:  **Account Manager**

Conference Call/Meeting:  **NA**


SBC Texas is sending a revision notice of intent to file rate changes for the monthly rate elements
including multiplexing, for MEGALINK III (DS1) and the monthly extension rates for DS3 Service,
including multiplexing, effective April 1, 2005.  The term plan rates for DS1 service are not
changing at this time. The appropriate Resale discounts will be applied to the Retail rates.

SBC Texas reserves the right to make any modifications to or to cancel the above information prior
to the proposed filing or effective dates.  Should any modifications be made to the information,
these modifications will be reflected in a subsequent letter sent at the time of the filing.  Should
the information be canceled, SBC Texas will send additional notification at the time of cancellation.
SBC Texas will incur no liability to the CLECs if such information, mentioned above, is canceled by
SBC Texas or is not ultimately put into effect.

Attachment



Texas 4-1-05 DS1
DS3 Rate Increase-1.

**DS1 State Exchange Tariff**
**Price Increases - Southwest**

| | State | Effective Date | USOC | Current Price | New Price |
|---|---|---|---|---|---|
| **MTM** | | | | | |
| Channel Termination | TX | 4/1/2005 | 1LDPJ | $ 275.27 | $ 280.00 |
| Channel Mileage Termination | TX | 4/1/2005 | 3LBNB/C, D, E, F | $ 160.00 | $ 165.00 |
| Channel Mileage | TX | 4/1/2005 | 3LBNB/C, D, E, F | $ 25.00 | $ 28.00 |
| Multiplexing | TX | 4/1/2005 | QMU/MQ1 | $ 347.23 | $ 375.00 |



**Accessible**

Date: **March 29, 2005**                    Number: **CLEC05-105**

Effective Date: **June 1, 2005**            Category: **Resale**

Subject: **(RATE CHANGES) DS3 Service Rate Change – Arkansas (2207)**

Related Letters: **NA**                      Attachment: **NA**

States Impacted: **Arkansas**

Response Deadline: **NA**                    Contact: **Account Manager**

Conference Call/Meeting: **NA**

SBC Arkansas is sending a revision notice of intent to file rate changes for the monthly extension rates for DS3 Service effective June 1, 2005. The appropriate resale discount will apply to the retail rates attached.

SBC Arkansas reserves the right to make any modifications to or to cancel the above information prior to the proposed filing or effective dates. Should any modifications be made to the information, these modifications will be reflected in a subsequent letter sent at the time of the filing. Should the information be canceled, SBC Arkansas will send additional notification at the time of cancellation. SBC Arkansas will incur no liability to the CLECs if such information, mentioned above, is canceled by SBC Arkansas or is not ultimately put into effect.

Attachment



ARRateIncrease6-1-
05-2207.xls

**DS3 State Exchange Tariff**
**Price Increases - Southwest**

| MTM | | Effective Date | USOC | Current Price | | | New Price | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Zone 1 | Zone 2 | Zone 3 | Zone 1 | Zone 2 | Zone 3 |
| Channel Termination | AR | 6/1/2005 | TZLUP1/2/3 | $ 2,400.00 | $ 2,600.00 | $ 2,800.00 | $ 2,550.00 | $ 2,650.00 | $ 2,950.00 |
| Channel Mileage Termination | AR | 6/1/2005 | CZ4X1/2/3 | $ 1,000.00 | $ 1,100.00 | $ 1,200.00 | $ 1,050.00 | $ 1,150.00 | $ 1,250.00 |
| Channel Mileage | AR | 6/1/2005 | 1YZX1/2/3 | $ 150.00 | $ 175.00 | $ 200.00 | $ 160.00 | $ 185.00 | $ 210.00 |
| Multiplexing | AR | 6/1/2005 | QM3X1/2/3 | $ 1,000.00 | $ 1,100.00 | $ 1,200.00 | $ 1,050.00 | $ 1,150.00 | $ 1,250.00 |



# Accessible

Date: **April 8, 2005**                     Number: **CLEC05-121**

Effective Date: **June 1, 2005**            Category: **Resale**

Subject: **(RATE CHANGES) SuperTrunk® Channelized DS1 Service and Business Digiline® (BRI) Service – Arkansas (2243, 2241))**

Related Letters: **N/A**                    Attachment: **N/A**

States Impacted: **Arkansas**

Response Deadline: **N/A**                   Contact: **Account Manager**

Conference Call/Meeting: **N/A**

SBC Arkansas is sending notice of rate changes for month to month Digital Loop Service – SuperTrunk® service and Business Digiline® (BRI) service effective June 1, 2005. The appropriate Resale discount applies to the Resale rates below.

| Description | USOC | Current Rate | New Rate |
|---|---|---|---|
| Transport | DLS | $ 300.00 | $ 325.00 |
| SuperTrunk® Port | N2Y1X | $ 275.00 | $ 290.00 |
| Two Way Access | TF7CX | $ 16.00 | $ 17.00 |
| Two Way Access | T2PCX | $ 16.00 | $ 17.00 |
| Digiline® Business Interface Facility | Z23, Z22 | $ 54.95 | $ 59.95 |

SBC Arkansas reserves the right to make any modifications to or to cancel the above information prior to the proposed filing or effective dates. Should any modifications be made to the information, these modifications will be reflected in a subsequent letter sent at the time of the filing. Should the information be canceled, SBC Arkansas will send additional notification at the time of cancellation. SBC Arkansas will incur no liability to the CLECs if such information, mentioned above, is canceled by SBC Arkansas or is not ultimately put into effect.



**Accessible**

Date: **May 20, 2005**                    Number: **CLECAM05-108**

Effective Date: **July 15, 2005**          Category: **Resale**

Subject: **(RATE CHANGES) DS1 Service – Indiana, Ohio, Wisconsin  (2781, 2782, 2784)**

Related Letters: **NA**                    Attachment: **NA**

States Impacted:  **Indiana, Ohio, Wisconsin**

Issuing SBC ILECS: **SBC Indiana, SBC Ohio and SBC Wisconsin (collectively referred to for purposes of this Accessible Letter as "SBC Midwest Region 3-State")**

Response Deadline: **NA**                  Contact: **Account Manager**

Conference Call/Meeting:  **NA**

SBC Midwest Region 3-State is sending notice of intent to file rate changes for the month to month rate elements for DS1 including multiplexing effective July 15, 2005.  The appropriate Resale discounts will be applied to the Retail rates.

SBC Midwest Region 3-State reserves the right to make any modifications to or to cancel the above information prior to the proposed filing or effective dates.  Should any modifications be made to the information, these modifications will be reflected in a subsequent letter sent at the time of the filing.  Should the information be canceled, SBC Midwest Region 3-State will send additional notification at the time of cancellation.  SBC Midwest Region 3-State will incur no liability to the CLECs if such information, mentioned above, is canceled by SBC Midwest Region 3-State or is not ultimately put into effect.

Attachment



MW DS1 MTM Rate
Increase 07-15-05.xls

## DS1 State Exchange Tariff Price Increases – Midwest

| | | Effective Date | USOC | Current Price | | | | New Price | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Zone 1/A | Zone 2/B | Zone 3/C | Average | Zone 1/A | Zone 2/B | Zone 3/C | Average |
| MTM Channel Termination | IN | 7/15/2005 | TZ4X1/2/3 | $ 300.00 | $ 315.00 | $ 335.00 | $ 316.67 | $ 315.00 | $ 330.00 | $ 350.00 | $ 331.67 |
| | OH | 7/15/2005 | TZ4X1/2/3 | $ 250.00 | $ 265.00 | $ 285.00 | $ 266.67 | $ 290.00 | $ 305.00 | $ 325.00 | $ 306.67 |
| | WI | 7/15/2005 | TZ4X1/2/3 | $ 320.00 | $ 335.00 | $ 355.00 | $ 336.67 | $ 320.00 | $ 335.00 | $ 355.00 | $ 336.67 |
| Channel Mileage Termination | IN | 7/15/2005 | CZ4X1/2/3 | $ 105.00 | $ 105.00 | $ 105.00 | $ 105.00 | $ 105.00 | $ 105.00 | $ 105.00 | $ 105.00 |
| | OH | 7/15/2005 | CZ4X1/2/3 | $ 105.00 | $ 105.00 | $ 105.00 | $ 105.00 | $ 105.00 | $ 105.00 | $ 105.00 | $ 105.00 |
| | WI | 7/15/2005 | CZ4X1/2/3 | $ 105.00 | $ 105.00 | $ 105.00 | $ 105.00 | $ 105.00 | $ 105.00 | $ 105.00 | $ 105.00 |
| Channel Mileage | IN | 7/15/2005 | 1YZX1/2/3 | $ 33.50 | $ 33.50 | $ 33.50 | $ 33.50 | $ 35.00 | $ 35.00 | $ 35.00 | $ 35.00 |
| | OH | 7/15/2005 | 1YZX1/2/3 | $ 33.50 | $ 33.50 | $ 33.50 | $ 33.50 | $ 35.00 | $ 35.00 | $ 35.00 | $ 35.00 |
| | WI | 7/15/2005 | 1YZX1/2/3 | $ 33.50 | $ 33.50 | $ 33.50 | $ 33.50 | $ 35.00 | $ 35.00 | $ 35.00 | $ 35.00 |
| Multiplexing | IN | 7/15/2005 | QMWX1/2/3 | $ 460.00 | $ 460.00 | $ 460.00 | $ 460.00 | $ 475.00 | $ 475.00 | $ 475.00 | $ 475.00 |
| | OH | 7/15/2005 | QMWX1/2/3 | $ 460.00 | $ 460.00 | $ 460.00 | $ 460.00 | $ 475.00 | $ 475.00 | $ 475.00 | $ 475.00 |
| | WI | 7/15/2005 | QMWX1/2/3 | $ 460.00 | $ 460.00 | $ 460.00 | $ 460.00 | $ 475.00 | $ 475.00 | $ 475.00 | $ 475.00 |



Accessible

Date: **June 15, 2005**                    Number: **CLEC05-216**

Effective Date: **July 21, 2005**          Category: **Resale**

Subject: **(RATE CHANGES) DS1 and DS3 Service Revision – Missouri (2776-2779)**

Related Letters: **CLEC05-201, CLEC05-179**    Attachment: **N/A**

States Impacted:  **Missouri**

Response Deadline: **N/A**                 Contact: **Account Manager**

Conference Call/Meeting:  **N/A**


SBC Missouri is sending a revision of intent to file rate changes for the month to month rate elements for DS1 and the month to month rate elements for DS3 Service effective July 21, 2005.  The DS1 multiplexing (MQ1) rate will be changing also.  The appropriate resale discounts will be applied to the retail rates.

SBC Missouri reserves the right to make any modifications to or to cancel the above information prior to the proposed filing or effective dates.  Should any modifications be made to the information, these modifications will be reflected in a subsequent letter sent at the time of the filing.  Should the information be canceled, SBC Missouri will send additional notification at the time of cancellation.  SBC Missouri will incur no liability to the CLECs if such information, mentioned above, is canceled by SBC Missouri or is not ultimately put into effect.

Attachment



MO DS1-DS3 MTM
Increase - 072105 - 1

| DS1 State Exchange Tariff Price Increases - Southwest | | Effective Date | USOC | Current Price | | New Price | |
|---|---|---|---|---|---|---|---|
| **MTM** | | | | | | | |
| **Channel Termination** | MO | 7/21/2005 | 1LDPJ | $ | 195.00 | $ | 210.00 |
| **Channel Mileage Termination** | MO | 7/21/2005 | 3LBNB | $ | 85.00 | $ | 91.75 |
| **Channel Mileage** | MO | 7/21/2005 | 3LBNB | $ | 26.00 | $ | 28.00 |
| **Multiplexing** | MO | 7/21/2005 | QMU | $ | 215.00 | $ | 230.00 |
| **Multiplexing** | MO | 7/21/2005 | MQ1 | $ | 215.00 | $ | 230.00 |



Accessible

Date: **June 23, 2005**                    Number: **CLECAM05-126**

Effective Date: **August 15, 2005**        Category: **Resale**

Subject: **(RATE CHANGES) DS1 Service Rate Change – Michigan (3061)**

Related Letters: **NA**                     Attachment: **NA**

States Impacted: **Michigan**

Response Deadline: **NA**                   Contact: **Account Manager**

Conference Call/Meeting: **NA**

SBC Michigan is sending a notice of intent to file rate changes for the month to month rate elements for DS1 Service effective August 15, 2005. The appropriate resale discounts will be applied to the retail rates.

SBC Michigan reserves the right to make any modifications to or to cancel the above information prior to the proposed filing or effective dates. Should any modifications be made to the information, these modifications will be reflected in a subsequent letter sent at the time of the filing. Should the information be canceled, SBC Michigan will send additional notification at the time of cancellation. SBC Michigan will incur no liability to the CLECs if such information, mentioned above, is canceled by SBC Michigan or is not ultimately put into effect.

Attachment



MI DS1 081505.xls

**DS1 State Exchange Tariff Price Increases - Midwest**

| | Effective Date | USOC | Current Price Zone 1/A | Zone 2/B | Zone 3/C | New Price Zone 1/A | Zone 2/B | Zone 3/C |
|---|---|---|---|---|---|---|---|---|
| **MTM** | | | | | | | | |
| Channel Termination | MI 8/15/2005 | TZ4X1/2/3 | $300.00 | $315.00 | $335.00 | $315.00 | $330.00 | $350.00 |
| Channel Mileage Termination | MI 8/15/2005 | CZ4X1/2/3 | $105.00 | $105.00 | $105.00 | $105.00 | $105.00 | $105.00 |
| Channel Mileage | MI 8/15/2005 | 1YZX1/2/3 | $ 33.50 | $ 33.50 | $ 33.50 | $ 35.00 | $ 35.00 | $ 35.00 |
| Multiplexing | MI 8/15/2005 | QMVX1/2/3 | $460.00 | $460.00 | $460.00 | $475.00 | $475.00 | $475.00 |



# Accessible

Date: **July 12, 2005**                    Number:  **CLECAM05-149**

Effective Date:  **August 16, 2005**        Category:  **Resale**

Subject:  **(RATE CHANGES) DS0, DS1, DS3 Services Rate Changes Revision – Illinois (3012)**

Related Letters: **CLECAM05-125**            Attachment:  **N/A**

States Impacted:  **Illinois**

Response Deadline: **N/A**                  Contact: **Account Manager**

Conference Call/Meeting: **N/A**

SBC Illinois is sending revision of notice of monthly rate changes for DS0 Services adding DS1 and DS3 Services effective August 16, 2005.  The retail rates are attached.

SBC Illinois reserves the right to make any modifications to or to cancel the above information prior to the proposed filing or effective dates.  Should any modifications be made to the information, these modifications will be reflected in a subsequent letter sent at the time of the filing.  Should the information be canceled, SBC Illinois will send additional notification at the time of cancellation. SBC Illinois will incur no liability to the CLECs if such information, mentioned above, is canceled by SBC Illinois or is not ultimately put into effect.

Attachments


IL DS0 Rate
8-16-05.xls


IL DS1 081605.xls


IL DS3 081605.xls

| Description | USOC | Class of Service | Current Rate | New Rate |
|---|---|---|---|---|
| Channel Mileage Per Mile | 1L5XX | XZD1N | $ 1.65 | $ 2.00 |
| Channel Mileage Per Mile | 1L5XX | XZD2N | $ 1.65 | $ 2.00 |
| Channel Mileage Per Mile | 1L5XX | XZD3N | $ 1.65 | $ 2.00 |
| Channel Mileage Per Mile | 1L5XX | XZD4N | $ 1.65 | $ 2.00 |
| Channel Mileage Per Mile | 1L5XX | XZD5N | $ 1.65 | $ 2.00 |
| Channel Mileage Per Mile | 1L5XX | XZDHN | $ 1.65 | $ 2.00 |
| Channel Mileage Termination | CM6 | XZD1N | $ 17.40 | $ 21.00 |
| Channel Mileage Termination | CM6 | XZD2N | $ 17.40 | $ 21.00 |
| Channel Mileage Termination | CM6 | XZD3N | $ 17.40 | $ 21.00 |
| Channel Mileage Termination | CM6 | XZD4N | $ 17.40 | $ 21.00 |
| Channel Mileage Termination | CM6 | XZD5N | $ 17.40 | $ 21.00 |
| Channel Mileage Termination | CM6 | XZDHN | $ 17.40 | $ 21.00 |
| Local Distribtn Chan | 1RADA | XZD1N | $ 106.70 | $ 132.00 |
| Local Distribtn Chan | 1RADA | XZD2N | $ 106.70 | $ 132.00 |
| Local Distribtn Chan | 1RADA | XZD3N | $ 106.70 | $ 132.00 |
| Local Distribtn Chan | 1RADA | XZD4N | $ 106.70 | $ 132.00 |
| Local Distribtn Chan | 1RADA | XZD5N | $ 106.70 | $ 132.00 |
| Local Distribtn Chan | 1RADA | XZDHN | $ 106.70 | $ 132.00 |
| Local Distribtn Chan | 1RADB | XZD1N | $ 106.70 | $ 132.00 |
| Local Distribtn Chan | 1RADB | XZD2N | $ 106.70 | $ 132.00 |
| Local Distribtn Chan | 1RADB | XZD3N | $ 106.70 | $ 132.00 |
| Local Distribtn Chan | 1RADB | XZD4N | $ 106.70 | $ 132.00 |
| Local Distribtn Chan | 1RADB | XZD5N | $ 106.70 | $ 132.00 |
| Local Distribtn Chan | 1RADB | XZDHN | $ 106.70 | $ 132.00 |
| Local Distribtn Chan | 1RADC | XZD1N | $ 106.70 | $ 132.00 |
| Local Distribtn Chan | 1RADC | XZD2N | $ 106.70 | $ 132.00 |
| Local Distribtn Chan | 1RADC | XZD3N | $ 106.70 | $ 132.00 |
| Local Distribtn Chan | 1RADC | XZD4N | $ 106.70 | $ 132.00 |
| Local Distribtn Chan | 1RADC | XZD5N | $ 106.70 | $ 132.00 |
| Local Distribtn Chan | 1RADC | XZDHN | $ 106.70 | $ 132.00 |

**DS1 State Exchange Tariff**
**Price Increases - Midwest**

| | USOC | Effective Date | Current Price Zone 1/A | Current Price Zone 2/B | Current Price Zone 3/C | Current Price Average | New Price Zone 1/A | New Price Zone 2/B | New Price Zone 3/C | New Price Average |
|---|---|---|---|---|---|---|---|---|---|---|
| **MTM** | | | | | | | | | | |
| Channel Termination | FQXA1A/B/C | 8/16/2005 | $ 242.00 | $ 275.00 | $ 306.00 | $ 274.33 | $ 275.00 | $ 290.00 | $ 310.00 | $ 291.67 |
| Channel Mileage Termination | C24XA/B/C | 8/16/2005 | $ 99.95 | $ 99.95 | $ 99.95 | $ 99.95 | $ 105.00 | $ 105.00 | $ 105.00 | $ 105.00 |
| Channel Mileage | 1YZXA/B/C | 8/16/2005 | $ 32.00 | $ 32.00 | $ 32.00 | $ 32.00 | $ 33.50 | $ 33.50 | $ 33.50 | $ 33.50 |
| Multiplexing | QMXXA/B/C | 8/16/2005 | $ 437.00 | $ 437.00 | $ 437.00 | $ 437.00 | $ 460.00 | $ 460.00 | $ 460.00 | $ 460.00 |
| **12 Mth** | | | | | | | | | | |
| Channel Termination | FQXA1A/B/C | 8/16/2005 | $ 205.00 | $ 211.00 | $ 253.00 | $ 223.00 | $ 230.00 | $ 240.00 | $ 285.00 | $ 245.00 |
| Channel Mileage Termination | C24XA/B/C | 8/16/2005 | $ 71.00 | $ 71.00 | $ 71.00 | $ 71.00 | $ 75.00 | $ 75.00 | $ 75.00 | $ 75.00 |
| Channel Mileage | 1YZXA/B/C | 8/16/2005 | $ 23.00 | $ 23.00 | $ 23.00 | $ 23.00 | $ 25.00 | $ 25.00 | $ 25.00 | $ 25.00 |
| Multiplexing | QMXXA/B/C | 8/16/2005 | $ 437.00 | $ 437.00 | $ 437.00 | $ 437.00 | $ 460.00 | $ 460.00 | $ 460.00 | $ 460.00 |
| **24 Mth** | | | | | | | | | | |
| Channel Termination | FQXA1A/B/C | 8/16/2005 | $ 148.75 | $ 157.00 | $ 184.25 | $ 163.33 | $ 165.00 | $ 175.00 | $ 195.00 | $ 178.33 |
| Channel Mileage Termination | C24XA/B/C | 8/16/2005 | $ 49.50 | $ 49.50 | $ 55.75 | $ 51.58 | $ 55.00 | $ 55.00 | $ 65.00 | $ 58.33 |
| Channel Mileage | 1YZXA/B/C | 8/16/2005 | $ 23.00 | $ 23.00 | $ 23.00 | $ 23.00 | $ 25.00 | $ 25.00 | $ 25.00 | $ 25.00 |
| Multiplexing | QMXXA/B/C | 8/16/2005 | $ 370.00 | $ 370.00 | $ 370.00 | $ 370.00 | $ 390.00 | $ 390.00 | $ 390.00 | $ 390.00 |
| **36 Mth** | | | | | | | | | | |
| Channel Termination | FQXA1A/B/C | 8/16/2005 | $ 124.56 | $ 128.71 | $ 138.40 | $ 130.56 | $ 140.00 | $ 145.00 | $ 160.00 | $ 148.33 |
| Channel Mileage Termination | C24XA/B/C | 8/16/2005 | $ 37.89 | $ 37.89 | $ 47.45 | $ 41.08 | $ 40.00 | $ 40.00 | $ 50.00 | $ 43.33 |
| Channel Mileage | 1YZXA/B/C | 8/16/2005 | $ 15.82 | $ 15.82 | $ 15.82 | $ 15.82 | $ 17.00 | $ 17.00 | $ 17.00 | $ 17.00 |
| Multiplexing | QMXXA/B/C | 8/16/2005 | $ 298.00 | $ 298.00 | $ 298.00 | $ 298.00 | $ 315.00 | $ 315.00 | $ 315.00 | $ 315.00 |
| **60 Mth** | | | | | | | | | | |
| Channel Termination | FQXA1A/B/C | 8/16/2005 | $ 112.50 | $ 115.40 | $ 125.00 | $ 117.63 | $ 125.00 | $ 130.00 | $ 140.00 | $ 131.67 |
| Channel Mileage Termination | C24XA/B/C | 8/16/2005 | $ 24.80 | $ 24.80 | $ 42.51 | $ 30.70 | $ 28.00 | $ 28.00 | $ 55.00 | $ 37.00 |
| Channel Mileage | 1YZXA/B/C | 8/16/2005 | $ 13.84 | $ 13.84 | $ 13.84 | $ 13.84 | $ 15.00 | $ 15.00 | $ 15.00 | $ 15.00 |
| Multiplexing | QMXXA/B/C | 8/16/2005 | $ 244.00 | $ 244.00 | $ 244.00 | $ 244.00 | $ 290.00 | $ 290.00 | $ 290.00 | $ 275.00 |

**DS3 State Exchange Tariff**
**Price Increases - Midwest**

MTM

| | | | Current Price | | | | New Price | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Effective Date | USOC | Zone 1 | Zone 2 | Zone 3 | Average | Zone 1 | Zone 2 | Zone 3 | Average |
| Channel Termination | IL | 8/16/2005 TZUPA/B/C | $ 3,200.00 | $ 3,400.00 | $ 3,800.00 | $ 3,466.67 | $ 3,400.00 | $ 3,600.00 | $4,000.00 | $3,666.67 |
| Channel Mileage Termination | IL | 8/16/2005 CZ4XX/B/C | $ 450.00 | $ 450.00 | $ 450.00 | $ 450.00 | $ 475.00 | $ 475.00 | $ 475.00 | $ 475.00 |
| Channel Mileage | IL | 8/16/2005 1YZXX/B/C | $ 130.00 | $ 130.00 | $ 130.00 | $ 130.00 | $ 140.00 | $ 140.00 | $ 140.00 | $ 140.00 |
| Multiplexing | IL | 8/16/2005 QM3XA/B/C | $ 775.00 | $ 775.00 | $ 775.00 | $ 775.00 | $ 825.00 | $ 825.00 | $ 825.00 | $ 825.00 |



Accessible

Date: **July 28, 2005**                           Number: **CLECN05-023**

Effective Date: **October 11, 2005**         Category: **Resale**

Subject: **(RATE CHANGES) DS1 Service Rate Change – Nevada (3328)**

Related Letters: **NA**                        Attachment: **NA**

States Impacted:  **Nevada**

Response Deadline: **NA**                    Contact:  **Account Manager**

Conference Call/Meeting: **NA**


SBC Nevada is sending notice of its intent to change the rates for its DS1 Service effective
October 11, 2005.  The appropriate resale discounts will be applied to the retail rates
attached.

SBC Nevada reserves the right to make any modifications to or to cancel the above
information prior to the proposed filing or effective dates.  Should any modifications be
made to the information, these modifications will be reflected in a subsequent letter sent at
the time of the filing.  Should the information be canceled, SBC Nevada will send additional
notification at the time of cancellation.  SBC Nevada will incur no liability to the CLECs if
such information, mentioned above, is canceled by SBC Nevada or is not ultimately put into
effect.

Attachment



Nevada DS1 Price
Increases 10-11-05.x

## DS1 State Exchange Tariff
## Price Increases - West

| | | Effective Date | USOC | Retail Current Price | Retail New Price |
|---|---|---|---|---|---|
| **MTM** | | | | | |
| Channel Termination | NV | 10/11/2005 | TMECS | $125.00 | $160.00 |
| Channel Mileage Termination | NV | 10/11/2005 | CMT | $65.00 | $80.00 |
| Channel Mileage | NV | 10/11/2005 | CMF | $10.00 | $13.00 |
| Multiplexing | NV | 10/11/2005 | MQ1 | $225.00 | $275.00 |
| **12 Mth** | | | | | |
| Channel Termination | NV | 10/11/2005 | TMECS | $120.00 | $130.00 |
| Channel Mileage Termination | NV | 10/11/2005 | CMT | $60.00 | $65.00 |
| Channel Mileage | NV | 10/11/2005 | CMF | $9.00 | $10.00 |
| Multiplexing | NV | 10/11/2005 | MQ1 | $200.00 | $235.00 |
| **24 Mth** | | | | | |
| Channel Termination | NV | 10/11/2005 | TMECS | $105.00 | $125.00 |
| Channel Mileage Termination | NV | 10/11/2005 | CMT | $50.00 | $60.00 |
| Channel Mileage | NV | 10/11/2005 | CMF | $8.00 | $9.50 |
| Multiplexing | NV | 10/11/2005 | MQ1 | $190.00 | $225.00 |
| **36 Mth** | | | | | |
| Channel Termination | NV | 10/11/2005 | TMECS | $95.00 | $115.00 |
| Channel Mileage Termination | NV | 10/11/2005 | CMT | $45.00 | $55.00 |
| Channel Mileage | NV | 10/11/2005 | CMF | $7.50 | $8.50 |
| Multiplexing | NV | 10/11/2005 | MQ1 | $180.00 | $200.00 |
| **60 Mth** | | | | | |
| Channel Termination | NV | 10/11/2005 | TMECS | $85.00 | $100.00 |
| Channel Mileage Termination | NV | 10/11/2005 | CMT | $40.00 | $50.00 |
| Channel Mileage | NV | 10/11/2005 | CMF | $7.00 | $8.00 |
| Multiplexing | NV | 10/11/2005 | MQ1 | $160.00 | $180.00 |



Accessible

Date: **July 29, 2005**                    Number: **CLECAM05-177**

Effective Date: **August 16, 2005**        Category: **Resale**

Subject: **(RATE CHANGES) DS0, DS1, DS3 Services Rate Changes Revision – Illinois (3012)**

Related Letters: **CLECAM05-170, CLECAM05-125**    Attachment: **NA**

States Impacted: **Illinois**

Response Deadline: **NA**                  Contact: **Account Manager**

Conference Call/Meeting: **NA**


SBC Illinois is sending a revision of notice of monthly retail rate changes for DS1 Service, 24 Month Term, Channel Mileage.

| State | USOC | Current Price Zone 1/A | Current Price Zone 2/B | Current Price Zone 3/C | New Price Zone 1/A | New Price Zone 2/B | New Price Zone 3/C |
|-------|------|------------------------|------------------------|------------------------|--------------------|--------------------|--------------------|
| Illinois | 1YZXA/B/C | $ 18.25 | $ 18.25 | $ 18.25 | $ 20.25 | $ 20.25 | $ 20.25 |

SBC Illinois reserves the right to make any modifications to or to cancel the above information prior to the proposed filing or effective dates. Should any modifications be made to the information, these modifications will be reflected in a subsequent letter sent at the time of the filing. Should the information be canceled, SBC Illinois will send additional notification at the time of cancellation. SBC Illinois will incur no liability to the CLECs if such information, mentioned above, is canceled by SBC Illinois or is not ultimately put into effect.



Accessible

Date: **September 9, 2005**                    Number:  **CLECAM05-214**

Effective Date: **November 1, 2005**          Category: **Resale**

Subject: **(RATE CHANGES) DS3 Rate Changes – Ohio, Wisconsin (3753)**

Related Letters: **NA**                        Attachment: **NA**

States Impacted: **Ohio, Wisconsin**

Issuing SBC ILECs:  **SBC Ohio and SBC Wisconsin (collectively referred to for purposes of this Accessible Letter as "SBC Midwest Region 2-State")**

Response Deadline: **NA**                       Contact: **Account Manager**

Conference Call/Meeting:  **NA**


SBC Midwest Region 2-State is sending notification of intent to file tariff revisions to change the pricing of the recurring month to month DS3 product.  The new retail rates are attached, and the applicable resale discount will be applied to the new retail rates.  The proposed effective date for this price change is November 1, 2005.

SBC Midwest Region 2-State reserves the right to make any modifications to or to cancel the above information prior to the proposed filing or effective dates.  Should any modifications be made to the information, these modifications will be reflected in a subsequent letter sent at the time of the filing.  Should the information be canceled, SBC Midwest Region 2-State will send additional notification at the time of cancellation.  SBC Midwest Region 2-State will incur no liability to the CLECs if such information, mentioned above, is canceled by SBC Midwest Region 2-State or is not ultimately put into effect.

Attachment



OH WI DS3 CLEC
Notice Nov. 01.xls

**DS3 Price Increases - Ohio Monthly Extension and Wisconsin Month-to-Month**
**Effective Nov. 1, 2005**

| | | USOC | Current Price | | | New Price | | |
|---|---|---|---|---|---|---|---|---|
| | | | Zone 1 | Zone 2 | Zone 3 | Zone 1 | Zone 2 | Zone 3 |
| Local Distribution Channel | OH | TZUP1/2/3 | $ 3,400.00 | $ 3,600.00 | $ 4,000.00 | $ 3,625.00 | $ 3,850.00 | $ 4,250.00 |
| | WI | TZUP1/2/3 | $ 3,400.00 | $ 3,600.00 | $ 4,000.00 | $ 3,625.00 | $ 3,850.00 | $ 4,250.00 |
| Channel Mileage Termination | OH | C24X1/2/3 | $ 475.00 | $ 475.00 | $ 475.00 | $ 525.00 | $ 525.00 | $ 525.00 |
| | WI | C24X1/2/3 | $ 475.00 | $ 475.00 | $ 475.00 | $ 525.00 | $ 525.00 | $ 525.00 |
| Channel Mileage | OH | 1YZX1/2/3 | $ 140.00 | $ 140.00 | $ 140.00 | $ 150.00 | $ 150.00 | $ 150.00 |
| | WI | 1YZX1/2/3 | $ 140.00 | $ 140.00 | $ 140.00 | $ 150.00 | $ 150.00 | $ 150.00 |
| Multiplexing | OH | QM3X1/2/3 | $ 825.00 | $ 825.00 | $ 825.00 | $ 875.00 | $ 875.00 | $ 875.00 |
| | WI | QM3X1/2/3 | $ 825.00 | $ 825.00 | $ 825.00 | $ 875.00 | $ 875.00 | $ 875.00 |



**Accessible**

Date: **September 9, 2005**                    Number: **CLECAM05-215**

Effective Date: **November 15, 2005**          Category: **Resale**

Subject: **(RATE CHANGES) DS3 Rate Changes - Indiana (3744)**

Related Letters: **NA**                        Attachment: **NA**

States Impacted: **Indiana**

Response Deadline: **NA**                       Contact: **Account Manager**

Conference Call/Meeting: **NA**

SBC Indiana is sending notification of intent to file tariff revisions to change the pricing of the DS3 product.  The new retail rates are attached, and the applicable resale discount will be applied to the new retail rates.  The proposed effective date for this price change is November 15, 2005.

SBC Indiana reserves the right to make any modifications to or to cancel the above information prior to the proposed filing or effective dates.  Should any modifications be made to the information, these modifications will be reflected in a subsequent letter sent at the time of the filing.  Should the information be canceled, SBC Indiana will send additional notification at the time of cancellation.  SBC Indiana will incur no liability to the CLECs if such information, mentioned above, is canceled by SBC Indiana or is not ultimately put into effect.

Attachment



IN DS3 CLEC Notice
Nov 05.xls

| Indiana DS3 Monthly Extension Price Increases, effective Nov. 15, 2005 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Current Price | | | | New Price | |
| | USOC | Zone 1 | Zone 2 | Zone 3 | | Zone 1 | Zone 2 | Zone 3 |
| | | | | | | | | |
| Local Distribution Channel | TZUP1/2/3 | $ 3,400.00 | $ 3,600.00 | $4,000.00 | | $ 3,625.00 | $ 3,850.00 | $ 4,250.00 |
| | | | | | | | | |
| Channel Mileage Termination | CZ4X1/2/3 | $ 475.00 | $ 475.00 | $ 475.00 | | $ 525.00 | $ 525.00 | $ 525.00 |
| Channel Mileage | 1YZX1/2/3 | $ 140.00 | $ 140.00 | $ 140.00 | | $ 150.00 | $ 150.00 | $ 150.00 |
| Multiplexing | QM3X1/2/3 | $ 825.00 | $ 825.00 | $ 825.00 | | $ 875.00 | $ 875.00 | $ 875.00 |



Accessible

Date: **October 25, 2005**                    Number: **CLECAM05-260**

Effective Date: **December 10, 2005**          Category: **Resale**

Subject: **(RATE CHANGES) DS1 Services Rate Changes – Illinois**

Related Letters: **NA**                         Attachment: **NA**

States Impacted: **Illinois**

Response Deadline: **NA**                        Contact: **Account Manager**

Conference Call/Meeting: **NA**

SBC Illinois is sending notice tariff filing changing the monthly rate for DS1 Channel Mileage Termination, 60 and 36 month terms– Access Area A /CZ4XA/.  The new resale rates are $ 25.19 the 60 month term and $ 35.74 for the 36 month term.

SBC Illinois reserves the right to make any modifications to or to cancel the above information prior to the proposed filing or effective dates.  Should any modifications be made to the information, these modifications will be reflected in a subsequent letter sent at the time of the filing.  Should the information be canceled, SBC Illinois will send additional notification at the time of cancellation.  SBC Illinois will incur no liability to the CLECs if su ch information, mentioned above, is canceled by SBC Illinois or is not ultimately put into effect.



**Accessible**

Date: **November 3, 2005**          Number: **CLECAM05-273**

Effective Date: **January 1, 2006**          Category: **Resale**

Subject: **(RATE CHANGES) DS1 Service – Indiana, Ohio, Wisconsin  (4253)**

Related Letters: **NA**          Attachment: **Yes**

States Impacted:  **Indiana, Ohio, Wisconsin**

Issuing SBC ILECS: **SBC Indiana, SBC Ohio and SBC Wisconsin (collectively referred to for purposes of this Accessible Letter as "SBC Midwest Region 3-State")**

Response Deadline: **NA**          Contact: **Account Manager**

Conference Call/Meeting:  **NA**


SBC Midwest Region 3-State is sending notice of intent to file rate changes for the month to month rate elements for DS1 including multiplexing effective January 1, 2006.  The appropriate resale discounts will be applied to the retail rates attached.

SBC Midwest Region 3-State reserves the right to make any modifications to or to cancel the above information prior to the proposed filing or effective dates.  Should any modifications be made to the information, these modifications will be reflected in a subsequent letter sent at the time of the filing.  Should the information be canceled, SBC Midwest Region 3-State will send additional notification at the time of cancellation.  SBC Midwest Region 3-State will incur no liability to the CLECs if such information, mentioned above, is canceled by SBC Midwest Region 3-State or is not ultimately put into effect.

Attachment



MW DS1 IN OH WI
MTM Rate Change 01

| Description | *USOC | *State | *Term Agreement or Contract Number | Charge Type REC= recurring NRC = Non-recurring | *Retail Old Rate | *Retail New Rate | *Effective Date |
|---|---|---|---|---|---|---|---|
| Channel Termination | TZ4X1 | IN | MTM | REC | $315.00 | $320.00 | 1/1/2006 |
| Channel Termination | TZ4X1 | IN | MTM | REC | $315.00 | $320.00 | 1/1/2006 |
| Channel Termination | TZ4X1 | IN | MTM | REC | $315.00 | $320.00 | 1/1/2006 |
| Channel Termination | TZ4X1 | IN | MTM | REC | $315.00 | $320.00 | 1/1/2006 |
| Channel Termination | TZ4X1 | IN | MTM | REC | $315.00 | $320.00 | 1/1/2006 |
| Channel Termination | TZ4X1 | IN | MTM | REC | $315.00 | $320.00 | 1/1/2006 |
| Channel Termination | TZ4X2 | IN | MTM | REC | $330.00 | $335.00 | 1/1/2006 |
| Channel Termination | TZ4X2 | IN | MTM | REC | $330.00 | $335.00 | 1/1/2006 |
| Channel Termination | TZ4X2 | IN | MTM | REC | $330.00 | $335.00 | 1/1/2006 |
| Channel Termination | TZ4X2 | IN | MTM | REC | $330.00 | $335.00 | 1/1/2006 |
| Channel Termination | TZ4X2 | IN | MTM | REC | $330.00 | $335.00 | 1/1/2006 |
| Channel Termination | TZ4X2 | IN | MTM | REC | $330.00 | $335.00 | 1/1/2006 |
| Channel Termination | TZ4X3 | IN | MTM | REC | $350.00 | $355.00 | 1/1/2006 |
| Channel Termination | TZ4X3 | IN | MTM | REC | $350.00 | $355.00 | 1/1/2006 |
| Channel Termination | TZ4X3 | IN | MTM | REC | $350.00 | $355.00 | 1/1/2006 |
| Channel Termination | TZ4X3 | IN | MTM | REC | $350.00 | $355.00 | 1/1/2006 |
| Channel Termination | TZ4X3 | IN | MTM | REC | $350.00 | $355.00 | 1/1/2006 |
| Channel Termination | TZ4X3 | IN | MTM | REC | $350.00 | $355.00 | 1/1/2006 |
| Channel Termination | TZ4X1 | OH | MTM | REC | $290.00 | $320.00 | 1/1/2006 |
| Channel Termination | TZ4X1 | OH | MTM | REC | $290.00 | $320.00 | 1/1/2006 |
| Channel Termination | TZ4X1 | OH | MTM | REC | $290.00 | $320.00 | 1/1/2006 |
| Channel Termination | TZ4X1 | OH | MTM | REC | $290.00 | $320.00 | 1/1/2006 |
| Channel Termination | TZ4X1 | OH | MTM | REC | $290.00 | $320.00 | 1/1/2006 |
| Channel Termination | TZ4X1 | OH | MTM | REC | $290.00 | $320.00 | 1/1/2006 |
| Channel Termination | TZ4X2 | OH | MTM | REC | $305.00 | $335.00 | 1/1/2006 |
| Channel Termination | TZ4X2 | OH | MTM | REC | $305.00 | $335.00 | 1/1/2006 |
| Channel Termination | TZ4X2 | OH | MTM | REC | $305.00 | $335.00 | 1/1/2006 |
| Channel Termination | TZ4X2 | OH | MTM | REC | $305.00 | $335.00 | 1/1/2006 |
| Channel Termination | TZ4X2 | OH | MTM | REC | $305.00 | $335.00 | 1/1/2006 |
| Channel Termination | TZ4X2 | OH | MTM | REC | $305.00 | $335.00 | 1/1/2006 |
| Channel Termination | TZ4X3 | OH | MTM | REC | $325.00 | $355.00 | 1/1/2006 |
| Channel Termination | TZ4X3 | OH | MTM | REC | $325.00 | $355.00 | 1/1/2006 |
| Channel Termination | TZ4X3 | OH | MTM | REC | $325.00 | $355.00 | 1/1/2006 |
| Channel Termination | TZ4X3 | OH | MTM | REC | $325.00 | $355.00 | 1/1/2006 |
| Channel Termination | TZ4X3 | OH | MTM | REC | $325.00 | $355.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X1 | IN | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X1 | IN | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X1 | IN | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X1 | IN | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X1 | IN | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X2 | IN | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X2 | IN | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X2 | IN | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X2 | IN | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X2 | IN | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X3 | IN | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X3 | IN | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X3 | IN | MTM | REC | $105.00 | $110.00 | 1/1/2006 |

| Channel Mileage Termination | CZ4X3 | IN | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
|---|---|---|---|---|---|---|---|
| Channel Mileage Termination | CZ4X1 | OH | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X1 | OH | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X1 | OH | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X1 | OH | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X2 | OH | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X2 | OH | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X2 | OH | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X2 | OH | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X3 | OH | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X3 | OH | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X3 | OH | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X1 | WI | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X1 | WI | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X1 | WI | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X1 | WI | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X2 | WI | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X2 | WI | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X2 | WI | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X2 | WI | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X3 | WI | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X3 | WI | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X3 | WI | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage Termination | CZ4X3 | WI | MTM | REC | $105.00 | $110.00 | 1/1/2006 |
| Channel Mileage | 1YZX1 | IN | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX1 | IN | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX1 | IN | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX1 | IN | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX1 | IN | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX2 | IN | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX2 | IN | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX2 | IN | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX2 | IN | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX2 | IN | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX3 | IN | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX3 | IN | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX3 | IN | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX3 | IN | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX3 | IN | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX3 | IN | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX1 | OH | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX1 | OH | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX1 | OH | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX1 | OH | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX1 | OH | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX2 | OH | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX2 | OH | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX2 | OH | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX2 | OH | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX2 | OH | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX3 | OH | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX3 | OH | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX3 | OH | MTM | REC | $35.00 | $37.00 | 1/1/2006 |

| Channel Mileage | 1YZX3 | OH | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
|---|---|---|---|---|---|---|---|
| Channel Mileage | 1YZX3 | OH | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX3 | OH | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX1 | WI | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX1 | WI | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX1 | WI | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX1 | WI | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX2 | WI | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX2 | WI | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX2 | WI | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX2 | WI | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX3 | WI | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX3 | WI | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX3 | WI | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Channel Mileage | 1YZX3 | WI | MTM | REC | $35.00 | $37.00 | 1/1/2006 |
| Multiplexing | QMVX1 | IN | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX1 | IN | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX1 | IN | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX1 | IN | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX1 | IN | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX2 | IN | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX2 | IN | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX2 | IN | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX2 | IN | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX2 | IN | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX3 | IN | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX3 | IN | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX3 | IN | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX3 | IN | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX3 | IN | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX1 | OH | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX1 | OH | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX1 | OH | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX1 | OH | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX2 | OH | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX2 | OH | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX2 | OH | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX2 | OH | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX3 | OH | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX3 | OH | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX3 | OH | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX3 | OH | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX1 | WI | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX1 | WI | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX1 | WI | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX1 | WI | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX2 | WI | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX2 | WI | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX2 | WI | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX2 | WI | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX3 | WI | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX3 | WI | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX3 | WI | MTM | REC | $475.00 | $500.00 | 1/1/2006 |
| Multiplexing | QMVX3 | WI | MTM | REC | $475.00 | $500.00 | 1/1/2006 |



Accessible

Date: **December 21, 2005**                          Number:  **CLECAM05-331**

Effective Date: **March 1, 2006**                    Category: **Resale**

Subject: **(RATE CHANGES) DS1 Service - Illinois, Michigan  (4599, 4600)**

Related Letters: **NA**                              Attachment: **NA**

States Impacted:  **Illinois, Michigan**

Issuing SBC ILECS: **SBC Illinois and SBC Michigan (collectively referred to for purposes of this Accessible Letter as "SBC Midwest Region 2-State")**

Response Deadline: **NA**                            Contact: **Account Manager**

Conference Call/Meeting: **NA**


SBC Midwest Region 2-State is sending notice of intent to file rate changes for the month to month rate elements for DS1 including multiplexing effective March 1, 2006.  The appropriate Resale discounts will be applied to the Retail rates.

Per Interconnection Agreements with SBC in Illinois, notice is given of all changes in Retail services, including rate changes, available for Resale.  However, per the Illinois Commence Commission Alternative Regulation Plan, increases in Retail rates will not result in an increase in Resale rates.

SBC Midwest Region 2-State reserves the right to make any modifications to or to cancel the above information prior to the proposed filing or effective dates.  Should any modifications be made to the information, these modifications will be reflected in a subsequent letter sent at the time of the filing.  Should the information be canceled, SBC Midwest Region 2-State will send additional notification at the time of cancellation.  SBC Midwest Region 2-State will incur no liability to the CLECs if such information, mentioned above, is canceled by SBC Midwest Region 2-State or is not ultimately put into effect.

Attachments



IL DS1 MTM Rate
Increase 030106(1).›



MI DS1 MTM Rate
Increase 030106(1).›

## DS1 State Exchange Tariff - 2006
### Price Increases - Midwest

| MTM | | Effective Date | USOC Zone 1/A | Current Price Zone 1/A | Zone 2/B | Zone 3/C | New Price Zone 1/A | Zone 2/B | Zone 3/C |
|---|---|---|---|---|---|---|---|---|---|
| Channel Termination | IL | 3/1/2006 | FQA1A/B/C | $ 275.00 | $ 290.00 | $ 310.00 | $ 320.00 | $ 335.00 | $ 355.00 |
| Channel Mileage Termination | IL | 3/1/2006 | CZ4XA/B/C | $ 105.00 | $ 105.00 | $ 105.00 | $ 110.00 | $ 110.00 | $ 110.00 |
| Channel Mileage | IL | 3/1/2006 | 1YZXA/B/C | $ 33.50 | $ 33.50 | $ 33.50 | $ 37.00 | $ 37.00 | $ 37.00 |
| Multiplexing | IL | 3/1/2006 | QMVXA/B/C | $460.00 | $ 460.00 | $ 460.00 | $500.00 | $ 500.00 | $ 500.00 |

## DS1 State Exchange Tariff - 2006
## Price Increases - Midwest

**MTM**

| | | Effective Date | USOC | Current Price Zone 1/A | Zone 2/B | Zone 3/C | New Price Zone 1/A | Zone 2/B | Zone 3/C |
|---|---|---|---|---|---|---|---|---|---|
| Channel Termination | MI | 4/1/2006 | TZ4X1/2/3 | $315.00 | $330.00 | $350.00 | $320.00 | $335.00 | $355.00 |
| Channel Mileage Termination | MI | 4/1/2006 | CZ4X1/2/3 | $105.00 | $105.00 | $105.00 | $110.00 | $110.00 | $110.00 |
| Channel Mileage | MI | 4/1/2006 | 1YZX1/2/3 | $35.00 | $35.00 | $35.00 | $37.00 | $37.00 | $37.00 |
| Multiplexing | MI | 4/1/2006 | QMVX1/2/3 | $475.00 | $475.00 | $475.00 | $500.00 | $500.00 | $500.00 |