IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **SBC Communications, Inc. and** ) <br> **AT&T Corp.,** ) <br> ) <br> **Defendants.** ) <br> ) | Civil Action No. 1:05CV02102 (EGS) |
| **UNITED STATES OF AMERICA,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **Verizon Communications, Inc. and** ) <br> **MCI, Inc.,** ) <br> ) <br> **Defendants.** ) <br> ) | Civil Action No. 1:05CV02103 (EGS) |

**ORDER**

Upon consideration of AT&T Inc.'s Motion for Leave to File a Response to ACTel's Reply Memorandum in Opposition to the Department of Justice's Motion for Entry of Final Judgments, as well as the record herein, it is hereby ORDERED that AT&T's motion is GRANTED. It is further ORDERED that, following any additional responses by the other parties to this proceeding to ACTel's Reply Memorandum, no further response by the *amici* will be accepted.

SO ORDERED.

Dated: _____, 2006

                                                  _____
                                                  Emmet G. Sullivan
                                                  United States District Judge