## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) Civil Action No.: 1:05CV02102 (EGS) |
| v. | ) |
| SBC Communications, Inc. and AT&T Corp., | ) |
| Defendants. | ) |
| United States of America, | ) |
| Plaintiff, | ) Civil Action No.: 1:05CV02103 (EGS) |
| v. | ) |
| Verizon Communications Inc. and MCI, Inc., | ) |
| Defendants. | ) |

### ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL RESPONSE

Upon consideration of the United States' Motion for Leave to File a Supplemental Response, it is hereby **ORDERED** that United States' Motion for Leave to File a Supplemental Response is **GRANTED.**


Dated: _____        _____

                              UNITED STATES DISTRICT JUDGE