at&t

Accessible

Date: **May 5, 2006**                                Number:  **CLEC06-109**

Effective Date: **July 21, 2006**                    Category: **Resale**

Subject:  **(RATE CHANGES) DS1 Service - Missouri (5640)**

Related Letters: **NA**                              Attachment: **NA**

States Impacted:  **Missouri**

Response Deadline: **NA**                            Contact: **Account Manager**

Conference Call/Meeting: **NA**

AT&T Missouri is sending notice of intent to file rate changes for the month to month and term plans for Megalink 1.5 High Capacity Digital (DS1) Service in the Missouri Digital Link Services Tariff effective July 21, 2006.  The appropriate Resale discounts will be applied to the Retail rates.

AT&T Missouri reserves the right to make any modifications to or to cancel the above information prior to the proposed filing or effective dates.  Should any modifications be made to the information, these modifications will be reflected in a subsequent letter sent at the time of the filing.  Should the information be canceled, AT&T Missouri will send additional notification at the time of cancellation.  AT&T Missouri will incur no liability to the CLECs if such information, mentioned above, is canceled by AT&T Missouri or is not ultimately put into effect.

Attachment

MO DS1 CLEC Notice 7-21-06.xls

| Missouri DS1 Rate Increase Eff. 7/21/06 USOCs and Price Increases | USOC | Current Price | New Price |
|---|---|---|---|
| **MTM** | | | |
| Local Distribution Channel | 1LDPJ | $ 210.00 | $ 220.00 |
| Inter-Office Channel Mileage- Fixed | 3LBNB | $ 91.75 | $ 96.25 |
| Inter-Office Channel Mileage- Per Mile | 3LBNB | $ 28.00 | $ 29.25 |
| Multiplexing | QMU | $ 230.00 | $ 240.00 |
| Multiplexing DS1 to Voice | MQ1 | $ 230.00 | $ 240.00 |
| **12 Mth** | | | |
| Local Distribution Channel | 1LDPJ | $ 185.00 | $ 194.25 |
| Inter-Office Channel Mileage- Fixed | 3LBNB | $ 80.00 | $ 84.00 |
| Inter-Office Channel Mileage- Per Mile | 3LBNB | $ 17.00 | $ 17.85 |
| Multiplexing | QMU | $ 210.00 | $ 220.50 |
| Multiplexing DS1 to Voice | MQ1 | $ 210.00 | $ 220.50 |
| **24 Mth** | | | |
| Local Distribution Channel | 1LDPJ | $ 165.00 | $ 173.25 |
| Inter-Office Channel Mileage- Fixed | 3LBNB | $ 70.00 | $ 73.50 |
| Inter-Office Channel Mileage- Per Mile | 3LBNB | $ 12.75 | $ 13.35 |
| Multiplexing | QMU | $ 205.00 | $ 215.25 |
| Multiplexing DS1 to Voice | MQ1 | $ 205.00 | $ 215.25 |
| **36 Mth** | | | |
| Local Distribution Channel | 1LDPJ | $ 130.00 | $ 136.50 |
| Inter-Office Channel Mileage- Fixed | 3LBNB | $ 62.50 | $ 65.60 |
| Inter-Office Channel Mileage- Per Mile | 3LBNB | $ 9.50 | $ 9.95 |
| Multiplexing | QMU | $ 185.00 | $ 194.25 |
| Multiplexing DS1 to Voice | MQ1 | $ 185.00 | $ 194.25 |
| **60 Mth** | | | |
| Local Distribution Channel | 1LDPJ | $ 110.00 | $ 115.50 |
| Inter-Office Channel Mileage- Fixed | 3LBNB | $ 55.00 | $ 57.75 |
| Inter-Office Channel Mileage- Per Mile | 3LBNB | $ 9.00 | $ 9.45 |
| Multiplexing | QMU | $ 175.00 | $ 183.75 |
| Multiplexing DS1 to Voice | MQ1 | $ 175.00 | $ 183.75 |