# AT&T CLEC ONLINE DISCLAIMER

**Notice**

The Agreements and/or Amendments posted on this website have been posted for the convenience of our wholesale customers and are for informational purposes only and do not constitute an offer by any AT&T ILEC to any particular CLEC. The Agreements and/or Amendments posted on this website may not reflect the current contract language that is available at any given time. In addition, please note that certain information contained on this web site may not have been fully updated to reflect the following actions: USTA v. FCC, 290 F.3d 415 (D.C. Cir. 2002) and following remand and appeal, USTA v. FCC, 359 F.3d 554 (D.C. Cir. 2004), the FCC's Triennial Review Order and implementing rules, CC Docket Nos. 01-338, 96-98 and 98-147 (FCC 03-36) (rel. Aug. 21, 2003) including, without limitation, the FCC's MDU Reconsideration Order (FCC 04-191) (rel. Aug. 9, 2004) and the FCC's Order on Reconsideration (FCC 04-248) (rel. Oct. 18, 2004); the FCC's Order on Remand (FCC 04-290), WC Docket No. 04-312 and CC Docket No. 01-338 (rel. Feb. 4, 2005) ("TRO Remand Order"); and/or other relevant government actions (collectively "Government Actions"). Therefore, certain information contained on this website relating to products and services impacted by Government Actions may be inaccurate or incomplete. If a CLEC is interested in entering into an Agreement and/or Amendment with an AT&T ILEC, including, without limitation, an Agreement and/or Amendment which mirrors or is similar to an Agreement and/or Amendment posted on this website, the CLEC must submit a request for a signature-ready document through its Account Manager or Negotiator. If a CLEC has not done business with any AT&T ILEC, it must submit a request to begin negotiations in writing. Click on "Getting Started as a CLEC" and "The Negotiations Process" for a list of items to be included in the letter of request. In response to any such CLEC request, the CLEC will be provided with the then-current version of the signature-ready Agreement and/or Amendment, to the extent that such Agreement and/or Amendment is available at the time of CLEC's request. Users of this website assume sole responsibility for any reliance on any information contained herein which is for reference purposes only and subject to any other disclaimers and notices found on this website.

https://clec.att.com/clec/