# Private Line Change

Effective April 20, 2006, rates will change for Single Channel IOCs, Single Channel and T1.5 Local Channels and select Frame and ATM port and PVC speeds.

## Domestic Private Line

Single Channel (Voice Grade and ASDS) Rate Schedule A Domestic Private Line rates will increase 10%. Alternate Rate Schedule Bs will not be changed.

## Local Channels

Single Channel (Voice Grade, DDLA/DDLC, and GDA) and T1.5 Local channels rates will increase 10%. Rate Schedule Bs will not be changed.

## Frame Relay

National Ports and PVCs under 1.544 Mbps will be increased 10%.

## ATM

National PVCs under 1.544 Mbps will be increased 10%.


AT&T 8000-040-4523 Tariff Rate Change

Copyright© 2000 AT&T. All rights reserved.