IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br>v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>            Defendants,<br><br>The Alliance for Competition in<br>    Telecommunications<br><br>            and<br><br>COMPTEL,<br><br>            *Amicus-Curiae.* | Civil Action No.: 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>            Defendants,<br><br>The Alliance for Competition in<br>    Telecommunications<br><br>            and<br><br>COMPTEL,<br><br>            *Amicus-Curiae.* | Civil Action No.: 1:05CV02103 (EGS) |

**PROPOSED ORDER GRANTING ACTel's
MOTION FOR LEAVE TO FILE A RESPONSE TO
ADDITIONAL BRIEFS FILED BY THE PARTIES**

Upon consideration of ACTel's Motion and Memorandum of Points and Authorities for Leave to File a Response to Additional Briefs Filed by the Parties, as well as the record herein, it is hereby ORDERED that ACTel's motion is GRANTED.

Dated:_____

_____
Judge Emmet G. Sullivan

UNITED STATES DISTRICT JUDGE