UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
UNITED STATES OF AMERICA       )
                               )
               Plaintiff,      )
                               )
     v.                        ) Civil Action No. 03-2512 (EGS)
                               )
                               )
SBC COMMUNICATIONS, INC. and   )
AT&T CORP.                     )
                               )
               Defendants.     )
_____)
                               )
UNITED STATES OF AMERICA       )
                               )
               Plaintiff,      )
                               )
     v.                        ) Civil Action No. 03-2513 (EGS)
                               )
                               )
VERIZON COMMUNICATIONS, INC. and )
MCI, INC.                      )
                               )
               Defendants.     )
_____)
```

**O R D E R**

The Court informs the parties and the *amici curiae* in the above-captioned cases that the Court has requested from the General Counsel of the Federal Communications Commission ("FCC") copies of FCC's Memorandum Opinion and Order in *In the Matter of Verizon Communications Inc. and MCI, Inc. Applications for Approval of Transfer of Control* (Dkt No. 05-75) and *In the Matter of SBC Communications Inc. and AT&T Corp. Applications for*

1

*Approval of Transfer of Control* (Dkt No. 05-65).

To date, the Court has received publicly available redacted versions of those two Memorandum Opinions and Orders. The Deputy General Counsel of FCC, P. Michele Ellison, has informed the Court that she will provide for the Court's review unredacted versions of those Memorandum Opinions and Orders. The Court has also been informed by Ms. Ellison that, in view of the Protective Orders entered in those cases, she will contact all individuals and entities that submitted protected confidential information relied on or referenced in the Memorandum Opinions and Orders to receive their consent for the Court's review.

The Court directs the parties and the *amici curiae* to submit objections, if any, by no later than **12:00 PM** on **July 17, 2006,** to the Court's review of unredacted versions of the two FCC Memorandum Opinions and Orders mentioned above.

**Signed:**   **Emmet G. Sullivan**
              **United States District Court**
              **July 14, 2006**