IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>　　　　Defendants. | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>Verizon Communications, Inc. and<br>MCI, Inc.,<br><br>　　　　Defendants. | Civil Action No. 1:05CV02103 (EGS) |

**AT&T INC.'S RESPONSE TO THE
COURT'S ORDER OF JULY 14, 2006**

AT&T Inc. ("AT&T") submits this response to the Court's Order of July 14, 2006. informing the parties of the Court's intention to obtain a copy of the unredacted, non-public version of the FCC's Memorandum Opinion and Order in *In the Matter of SBC Communications Inc. and AT&T Corp. Applications for Approval of Transfer of Control* ("FCC Opinion"). AT&T has no objection to the Court's review of the unredacted, non-public version of the FCC Opinion if the Court believes that will assist it in making its public interest determination, provided that such review is *in camera* consistent with the FCC's confidentiality protections for

1

the highly confidential and competitively sensitive information from both parties to the FCC proceeding and third parties contained therein.

Respectfully submitted,

 /s/  Wilma A. Lewis
Wilma A. Lewis (D.C. Bar No. 358637)
Wm. Randolph Smith (D.C. Bar No. 356402)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116

Counsel for Defendant AT&T Inc.

Dated:  July 17, 2006

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2006, true and correct copies of AT&T Inc.'s Response to the Court's July 14, 2006 Order were sent by first class mail, postage prepaid, to the following:

*Attorneys for Plaintiff*

Laury E. Bobbish
Assistant Chief, Telecommunications &
Media Enforcement Section
Antitrust Division
U.S. Department of Justice
City Center Building
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530

Lawrence M. Frankel
Attorney, Telecommunications & Media
Enforcement Section
Antitrust Division
U.S. Department of Justice
City Center Building
1401 H Street, N.W., Suite 800
Washington, D.C. 20530

*Attorneys for ACTel*

Gary Reback
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, CA 94303

Thomas Cohen
3050 K Street, N.W., Suite 400
Washington, DC 20007

*Attorneys for COMPTEL*

Kevin R. Sullivan
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

*Attorneys for Verizon Communications, Inc.*

John Thorne
Verizon Communications Inc.
1515 North Courthouse Road
Arlington, Virginia 22201

*Attorneys for MCI, Inc.*
Paul M. Eskildsen
MCI, Inc.
22001 Loudoun County Parkway
Ashburn, Virginia 20147

        /s/  Wilma A. Lewis