# THE BUCKINGHAM RESEARCH GROUP

*Important disclosure information (relative to NASD Rule 2711) about The Buckingham Research Group's rating system, risks, and potential conflicts of interest appear at the end of this material (or contact your investment representative). This report should be used as only a single factor in making investment decisions.*

## COMMUNICATION SERVICES
*Telecom Carriers Upbeat on Non-Consumer Trends*

July 6, 2006

Qaisar Hasan, CFA 212-922-5533     qhasan@buckresearch.com
May Tang 212-922-2039     mtang@buckresearch.com

- Fundamentals within the enterprise and wholesale portions of the US telecommunications market remain on an upswing following recent industry consolidation. This was our principal takeaway from discussions with several carriers and buyers at a recent conference focusing on the wholesale market.

- Pricing trends, while varying quite widely by geography and product, are stabilizing. The greatest improvement appears to be within wholesale voice, which makes up more than half of all enterprise / wholesale revenues. Of note, AT&T and Verizon, which will soon control nearly three-quarters of the market between themselves, continue to look for ways to raise prices on their recently acquired customer bases.

- Smaller carriers are reporting some success in winning market share away from AT&T and Verizon as buyers look for alternative, competitive suppliers. Many carriers have added ex- AT&T and MCI salespeople in recent months, which should lead to a ramp-up in sales over the next 6-12 months.

- 2Q06 results should be strong across the board for carriers with exposure to enterprise / wholesale. The body language of most executives we spoke to on the sidelines of the conference suggested sequential improvement in revenues and margins on the back of recent industry consolidation and robust demand for additional services.

- Industry consolidation is likely to continue. While some carriers expressed concern at recent deal multiples, there was near-universal agreement on the underlying logic for further M&A. Metro assets appear far more in demand than long haul at this point.

- Carriers favorably exposed to the enterprise / wholesale trends include LVLT, TWTC, T and VZ. We would especially favor LVLT and TWTC, which have corrected 15% - 26% off recent highs, and yet are likely to report solid results for 2Q.

**Exhibit 1: US Enterprise / Wholesale Revenue Characteristics (2006e total for Top 10 carriers: $88.2B)**



Market share, by total revenues     Revenues by product mix     Revenues by network segment

Source: BRG estimates and calculations, based on 2006 revenue estimates for Top 10 listed US Telecom carriers, including T, VZ, BLS, Q, S, LVLT, GLBC, BWNG, TWTC and CCOI.

**Communication Services** Page 2 of 8

### Key takeaways from Capacity 2006

We recently attended Capacity 2006, the latest iteration of an annual gathering of telecom carriers interested in selling and / or buying wholesale capacity and services from each other. Carriers represented at the event included AT&T, Verizon, Broadwing, Qwest and Global Crossing, amongst others.

The event gave us a fairly rare glimpse into a segment of the US Telecom market that remains very difficult to track, and yet one that is likely to be a major source of future earnings upside for many of the carriers within our coverage universe. At the event, several carriers provided updates on current industry trends from a wholesale perspective. We also took the opportunity to speak to several executives on the sidelines to get a more first hand feel for key issues including demand, pricing and competition. Some of our key takeaways follow:

- **Pricing trends continue to improve, albeit selectively.** Almost all carriers echoed the view that price pressures are easing, with the two prime catalysts being recent industry consolidation and a more balanced supply-demand equation on selective routes. Pricing on wholesale voice services appears to be the most stable, with many major carriers reiterating their resolve to hold the line on current rates, and in some cases even raise rates. Transport prices appear to be falling, although there is selective evidence of improvement on specific inter-city routes where demand has caught up with lit capacity. IP pricing trends appear to be showing the most improvement, albeit off fairly high (30-50%) annual decline run-rates. One of the more interesting comments came from a Verizon executive who suggested that while the company was somewhat hamstrung in raising special access rates due to FCC conditions imposed as part of the VZ-MCI merger, it was looking at other ways to extract higher prices for its services, including the recent FCC forbearance petition that could lead to better pricing on SONET and other inter-central office transport services. *Our view: Prices should continue to improve on the back of less intense competition resulting from recent M&A. We believe AT&T and Verizon, which dominate the current market for enterprise and wholesale services, will drive the market higher by raising the price cards for services inherited from AT&T Corp and MCI, and will find creative ways to get around FCC rate caps on special access prices (as exemplified by the Verizon executive's comments in relation to the recent forbearance petition).*

- **Smaller carriers expect to gain market share from AT&T and Verizon.** Most carriers we spoke to suggested they were seeing some evidence of modest revenue slippage out of AT&T and Verizon (primarily the MCI unit), which could translate into fairly meaningful opportunities for the smaller carriers given their size. With the SBC-AT&T and Verizon-MCI transactions having closed only about 6-7 months ago, we did not get the sense that revenues had already begun to migrate, though it does appear that many customers have begun issuing RFPs with the goal of adding new vendors into the mix, and to reduce dependence on the two major carriers. Of note, many competitive carriers have begun ramping up their marketing teams with the addition of several ex- AT&T Corp and MCI salespersons, which should translate into greater sales momentum beginning in the back half of this year. Of course, AT&T and Verizon disputed this 'revenue migration' notion, arguing there was not a lot of overlap between their legacy RBOC and newly acquired IXC businesses. Most other carriers scoffed at this argument, however. *Our view: AT&T and Verizon could lose about 5% of their enterprise / wholesale revenues over the next 12-24 months due to market share slippage. We believe it is inevitable that the consolidation of the two primary competitive carriers into the RBOCs would lead to some deterioration in customer service, more bureaucracy and less competitive pricing – all of which will tend to benefit the remaining competitive carriers. We remain positive on AT&T and Verizon despite this thesis, however, as we feel cost and pricing synergies arising out of the RBOC-IXC combinations will more than offset the modest market share loss to smaller carriers.*

- **2Q trends should build on the improvement seen in recent quarters.** While few publicly traded carriers would comment explicitly about their 2Q trends, the body language of the executives we met was very upbeat, and we walked away with the impression that 2Q06 trends will generally be at the high end of expectations. *Our view: We expect most carriers in our universe, including Broadwing, Time Warner Telecom, AT&T and Verizon, to beat Consensus estimates for the quarter when they report 2Q results over the coming weeks.*

---

*The Buckingham Research Group* *Qaisar Hasan, CFA 212-922-5533*
*May Tang 212-922-2039*

- **Interest in M&A remains high, though there may be a temporary pause in deal making.** Almost all carriers we spoke to felt the recent M&A activity has been good for the industry, and were also near-unanimous in the need for more consolidation to occur. We sensed some apprehension over current valuations, with some carriers – and several private equity investors speaking on one of the panels – suggesting they would rather wait on the sidelines for valuation multiples to ease off a little bit before venturing out into the M&A space again. Private equity investors sounded much more cautious on M&A, suggesting that strategic buyers like Level 3 could more easily justify acquiring companies at current valuations given the synergies of combining two overlapping networks. Interest remains overwhelmingly in acquiring metro and local assets, as opposed to long haul networks (some carriers cited concern of long haul revenue shrinkage as AT&T and Verizon work to move some of their off-net traffic on to their newly acquired long haul networks over coming months). Companies that were cited as being likely takeout candidates in the next round of M&A included AboveNet, XO Communications, Yipes, NEON (part of Globix) and Xspedius. <u>***Our view:***</u> *There is strong industrial logic to further industry consolidation, with most strategic buyers being able to shave off 30-40% of the acquired company's cash operating expenses through network, access, sales and head office streamlining. Many carriers have raised capital in recent months (Time Warner Telecom, Broadwing, Global Crossing and Level 3 to name a few), and we believe at least some of this capital is likely to be deployed towards accretive acquisitions. We also expect to see consolidation within long haul networks, though the buyer is more likely to be another long haul carrier.*

**Top picks in the space: LVLT, TWTC, T & VZ**

We remain bullish on telecom carriers with exposure to US enterprise and wholesale revenues. We believe the recent wave of consolidation will have an increasingly positive impact on industry fundamentals over coming months, with the most visible effect being pricing stability. We also believe some of the smaller carriers will benefit from revenue slippage out of the bigger carriers (AT&T and Verizon), and could therefore see a more magnified impact on their top as well as bottom lines. We believe the first tangible benefits from recent consolidation will occur in 2H06, with the benefits becoming steadily more visible through 2007 and into 2008. <u>We believe the most leveraged plays on these trends are Level 3 (LVLT, Strong Buy, $7 target) and Time Warner Telecom (TWTC, Strong Buy, $22 target), while investors with lower risk thresholds should seek exposure through AT&T (T, Accumulate, $30 target) and Verizon (VZ, Accumulate, $38 target).</u>

# Communication Services

## Exhibit 2: US Telecom Valuation Summary

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RBOCs** | | | | | | | | | | | | | | |
| Verizon | VZ | $33.29 | $38.00 | Accumulate | 89,632 | 94,228 | 93,904 | 52,284 | 52,587 | 49,561 | 169,346 | 181,439 | 183,018 | 75,059 | 93,150 | 94,824 |
| AT&T | T | $27.90 | $30.00 | Accumulate | 106,337 | 105,219 | 98,020 | 52,947 | 54,302 | 56,634 | 150,476 | 150,713 | 145,847 | 64,522 | 84,719 | 84,438 |
| BellSouth | BLS | $36.19 | $40.00 | Accumulate | 65,214 | 65,576 | 65,576 | 28,983 | 28,468 | 25,886 | 90,410 | 90,257 | 87,675 | 33,984 | 35,335 | 36,064 |
| **CTCs** | | | | | | | | | | | | | | |
| Level 3 | LVLT | $4.13 | $7.00 | Strong Buy | 3,091 | 4,184 | 4,222 | 6,702 | 7,527 | 7,556 | 10,308 | 12,251 | 12,319 | 3,629 | 5,278 | 5,248 |
| Time Warner Telecom | TWTC | $14.41 | $22.00 | Strong Buy | 1,684 | 1,716 | 1,735 | 967 | 1,182 | 1,094 | 2,651 | 2,899 | 2,829 | 709 | 778 | 858 |
| Global Crossing | GLBC | $17.51 | N/A | - | 494 | 642 | 642 | 1,057 | 1,157 | 1,303 | 1,556 | 1,802 | 1,949 | 1,968 | 1,899 | 2,000 |
| Broadwing | BWNG | $10.20 | $13.00 | Neutral | 744 | 889 | 889 | (7) | (11) | 3 | 679 | 846 | 856 | 879 | 928 | 1,013 |
| Vonage | VG | $8.27 | $5.00 | Underperform | 622 | 779 | 779 | 338 | 418 | 284 | 1,094 | 1,653 | 1,119 | 269 | 630 | 1,029 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RBOCs** | | | | | | | | | | | | | | |
| Verizon | VZ | $33.29 | $38.00 | Accumulate | 28,575 | 32,447 | 33,222 | 3,154 | 8,831 | 12,804 | $0.36 | $2.35 | $3.86 | $2.54 | $2.55 | $2.66 |
| AT&T | T | $27.90 | $30.00 | Accumulate | 20,319 | 26,488 | 28,254 | 9,878 | 8,981 | 11,471 | $2.36 | $1.95 | $2.74 | $1.73 | $2.14 | $2.46 |
| BellSouth | BLS | $36.19 | $40.00 | Accumulate | 12,496 | 13,416 | 14,188 | 4,975 | 4,570 | 6,307 | $1.87 | $1.68 | $2.70 | $2.00 | $2.26 | $2.28 |
| **CTCs** | | | | | | | | | | | | | | |
| Level 3 | LVLT | $4.13 | $7.00 | Strong Buy | 386 | 700 | 972 | 54 | 255 | 484 | ($0.64) | ($0.36) | ($0.17) | ($0.98) | ($0.74) | ($0.55) |
| Time Warner Telecom | TWTC | $14.41 | $22.00 | Strong Buy | 251 | 270 | 295 | 88 | 98 | 134 | ($0.28) | ($0.03) | $0.58 | ($0.93) | ($0.56) | $0.10 |
| Global Crossing | GLBC | $17.51 | N/A | - | (120) | (73) | 35 | (243) | (155) | (95) | ($11.66) | ($6.52) | ($5.10) | ($15.94) | ($11.96) | ($6.60) |
| Broadwing | BWNG | $10.20 | $13.00 | Neutral | (13) | 34 | 56 | (13) | (25) | (10) | ($0.43) | ($0.41) | ($0.22) | ($1.84) | ($0.37) | $0.07 |
| Vonage | VG | $8.27 | $5.00 | Underperform | (253) | (276) | (284) | (269) | (287) | (281) | ($3.53) | ($2.97) | ($2.79) | ($2.10) | ($2.07) | ($1.87) |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RBOCs** | | | | | | | | | | | | | | |
| Verizon | VZ | $33.29 | $38.00 | Accumulate | 2.3x | 1.9x | 1.9x | 5.9x | 5.6x | 5.5x | 53.7x | 20.5x | 14.3x | 13.1x | 13.1x | 12.5x |
| AT&T | T | $27.90 | $30.00 | Accumulate | 2.3x | 1.8x | 1.7x | 7.4x | 5.7x | 5.2x | 15.2x | 16.8x | 12.7x | 16.1x | 13.0x | 11.3x |
| BellSouth | BLS | $36.19 | $40.00 | Accumulate | 2.7x | 2.6x | 2.4x | 7.2x | 6.7x | 6.2x | 18.2x | 19.8x | 13.9x | 18.1x | 16.0x | 15.9x |
| **CTCs** | | | | | | | | | | | | | | |
| Level 3 | LVLT | $4.13 | $7.00 | Strong Buy | 2.8x | 2.3x | 2.3x | 26.7x | 17.5x | 12.7x | 190.9x | 48.0x | 25.5x | - | - | - |
| Time Warner Telecom | TWTC | $14.41 | $22.00 | Strong Buy | 3.7x | 3.7x | 3.3x | 10.6x | 10.7x | 9.6x | 30.0x | 29.6x | 21.2x | - | - | 148.3x |
| Global Crossing | GLBC | $17.51 | N/A | - | 0.8x | 0.9x | 1.0x | - | - | 55.2x | - | - | - | - | - | - |
| Broadwing | BWNG | $10.20 | $13.00 | Neutral | 0.8x | 0.9x | 0.8x | - | 24.7x | 15.2x | - | - | - | - | - | - |
| Vonage | VG | $8.27 | $5.00 | Underperform | 4.1x | 2.6x | 1.1x | - | - | - | - | - | - | - | - | 139.7x |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RBOCs** | | | | | | | | | | | | | | |
| Verizon | VZ | $33.29 | $38.00 | Accumulate | 20.4% | 18.8% | 18.5% | 1.1% | 6.1% | 986.6x | 1.1% | 7.1% | 11.6% | 4.7% | 4.8% | 4.8% |
| AT&T | T | $27.90 | $30.00 | Accumulate | 15.6% | 14.9% | 13.9% | 0.7% | 9.4% | -2.5x | 8.5% | 7.0% | 9.8% | 4.8% | 4.8% | 4.8% |
| BellSouth | BLS | $36.19 | $40.00 | Accumulate | 19.0% | 18.2% | 16.5% | 1.4% | 2.4% | 5.2x | 5.2% | 4.6% | 7.4% | 3.2% | 3.4% | 3.5% |
| **CTCs** | | | | | | | | | | | | | | |
| Level 3 | LVLT | $4.13 | $7.00 | Strong Buy | 8.5% | 7.2% | 8.6% | 0.5% | 0.6% | 0.5x | -15.4% | -8.7% | -4.0% | 0.0% | 0.0% | 0.0% |
| Time Warner Telecom | TWTC | $14.41 | $22.00 | Strong Buy | 22.7% | 20.4% | 18.9% | 1.2% | 1.1% | 1.0x | -1.9% | -0.2% | 4.0% | 0.0% | 0.0% | 0.0% |
| Global Crossing | GLBC | $17.51 | N/A | - | 3.6% | 3.8% | 3.7% | - | - | 0.6x | -66.6% | -37.2% | -29.1% | 0.0% | 0.0% | 0.0% |
| Broadwing | BWNG | $10.20 | $13.00 | Neutral | 6.5% | 7.1% | 7.0% | - | 0.6% | 0.5x | -4.2% | -4.0% | -2.1% | 0.0% | 0.0% | 0.0% |
| Vonage | VG | $8.27 | $5.00 | Underperform | 28.3% | 12.3% | 6.5% | - | - | - | -42.7% | -35.9% | -33.7% | 0.0% | 0.0% | 0.0% |

Source: Buckingham Research Group estimates and calculations. Note: Core subs access lines for T (formerly SBC), BLS, VZ and Q. Core EV is calculated by backing out the value of non-core activities, e.g. directory and wireless services at VZ. Unlevered FCF is calculated by adding cash interest back into FCF.

*The Buckingham Research Group*

*Qaisar Hasan, CFA 212-922-5533*
*May Tang 212-922-2039*

**Communication Services** <span style="float:right">**Page 5 of 8**</span>

**Companies mentioned in the report**

AT&T (T $27.90 – Accumulate; Tgt $30)

Verizon (VZ $33.29 – Accumulate; Tgt $38)

BellSouth (BLS $36.19 – Accumulate; Tgt $40)

Level 3 Communications (LVLT $4.13 – Strong Buy; Tgt $7)

Time Warner Telecom (TWTC $14.41 – Strong Buy; Tgt $22)

Broadwing (BWNG $10.20 – Neutral; Tgt $13)

Qwest (Q $8.25 – Not Rated)

Global Crossing (GLBC $17.51 – Not Rated)

XO Communications (XOHO $4.30 – Not Rated)

Globix Corp (GEX $4.84 – Not Rated)

Cogent (CCOI $9.69 – Not Rated)

## IMPORTANT DISCLOSURES

**ANALYST CERTIFICATION**
The above-named analyst hereby certifies that the views expressed in this research report accurately reflect his/her personal views about the subject company and its securities. The analyst also certifies that he/she has not been, does not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation in this report.

| Company | Disclosure |
|---|---|
| AT&T Inc. | |
| BellSouth Corp | |
| Broadwing Corporation | 1 |
| Time Warner Telecom | 1 |
| Verizon Communications | |

**RESEARCH DISCLOSURE LEGEND**
1) The Buckingham Research Group makes a market in the securities of the subject company.
2) The Buckingham Research Group or associated companies own 1% or more of any class of common equity securities, warrants or options of the subject company.
3) Analyst, associate or a member of household have a financial interest in any class of common equity securities, warrants or options of the subject company.
4) Analyst, associate or a member of household is an officer, director, or advisory board member of the subject company.

Neither the Buckingham Research Group nor its employees perform investment banking services for stocks under coverage.

**RATINGS** of Stocks Under Coverage at The Buckingham Research Group: Buys 50%; Neutral 48%; Underperform/Not Rated 2%. The Buckingham Research Group's rating categories are as follows.

**STRONG BUY** -- We expect the stock to appreciate 25% or more within the next 6-12 months. There is good visibility and nearer-term earnings or events catalysts are expected.
**ACCUMULATE** -- We expect 15% or more appreciation over the next 6-12 months and the stock is attractively valued; however, near-term catalysts are lacking.
**NEUTRAL** -- The stock's current price reflects our intermediate-term price objectives, and positions may be reduced.
**UNDERPERFORM** -- There appears to be more risk than reward in this stock at current levels. We expect the stock to underperform over the next 6-12 months.
**NOT RATED** -- We are not carrying a rating on this stock for the time being. Rating & estimates under review.

**STATEMENT OF RISK:** Risks associated with attaining the target set for this stock include, but are not limited to, traditional economic and competitive pressures, effective execution of corporate strategies and stock market volatility. Additionally, the company may be subject to government regulation as well as corporate litigation, patent litigation and expirations.

**COMPENSATION:** Analysts' compensation is based upon activities and services intended to benefit the clients of The Buckingham Research Group and its affiliates ("the firm"). Like all firm employees, analysts receive performance-based compensation that is impacted by the individual analyst's contribution and overall firm profitability, which includes revenues from institutional equities sales and the money management subsidiary. The analysts may also have funds managed by this subsidiary and make recommendations to this unit consistent with their public recommendations.

This report is based upon information available to the public. No representation is made that it is accurate or complete. The Buckingham Research Group and its subsidiaries may have positions in, and may effect transactions in securities of the companies mentioned herein independently of and not necessarily in accordance with the recommendation. The disclosures contained in this report are accurate as of the date of this report.

**Communication Services** Page 7 of 8

**PRICE CHARTS**









**Communication Services** <span style="float:right">**Page 8 of 8**</span>



