**Exhibit "B"**

Civil Case No. **1:05-CV-02102 (EGS)**

Curriculum Vitae of Darren Bush, Page 1 of 8                                   Version 7/01/2006

# DARREN BUSH
100 Law Center, Houston, TX 77204 • Phone: (713) 743-3346 • Dbush@central.uh.edu

**EDUCATION:**

J.D., UNIVERSITY OF UTAH COLLEGE OF LAW, MAY 1998
    William H. Leary Scholar 1998
    Marriner S. Eccles Fellowship in Political Economy, 1996-1998
    Teaching Assistant, Legal Writing, 1997-1998
    Teaching Assistant, Torts, 1996-1997
    College of Law Scholarship, 1995

PH.D., ECONOMICS, UNIVERSITY OF UTAH, DECEMBER 1995
    The Graduate Research Fellowship, 1994-1995
    Grant from The Center for Public Policy Research (with Peter Philips), 1992-1994
    Teaching Fellowship, Department of Economics, 1991-1992
    Outstanding Teaching Assistant Award, Department of Economics, 1991-1992

B.S., ECONOMICS, CALIFORNIA STATE UNIVERSITY, SAN BERNARDINO, JUNE 1991
    Omicron Delta Epsilon (Economics Honor Society)

**TEACHING/RESEARCH INTERESTS:**
Antitrust, Law & Economics, (De)regulated industries (particularly energy), Intellectual Property, Administrative Law

**CURRENT POSITION:**
Assistant Professor of Law, University of Houston Law Center, July 2003 – present
    New Faculty Research Program Grant, 2004
    Courses: Antitrust, Regulated Industries, Law & Economics, Administrative Law, Analytic Methods for Lawyers, International Energy Competition Policy (seminar)

**PRIOR POSITIONS:**
Visiting Associate Professor of Law, University of Utah, July 2001 – June 2003
Courses taught: Antitrust, Business Organizations, Law & Economics, Professional Responsibility

Director, Law & Economics Society, September 2001 – June 2003

Trial Attorney, Attorney General's Honors Program, Transportation, Energy, & Agriculture Section, Antitrust Division, United States Department of Justice, September 1998 - June 2001

Instructor, Economics Department, University of Utah, June 1996 - August 1998
Courses taught: Industrial Organization, Law & Economics, Microeconomics, and Introduction to Economics

**PRIOR POSITIONS (cont'd):**
Consultant on issues involving Nevada and Utah Deregulation of Electricity, February 1996 - September 1998

Summer Law Intern, Transportation, Energy & Agriculture Section, Antitrust Division, United States Department of Justice, May 1997 - July 1997

Research Assistant on Antitrust and Intellectual Property issues for Professor John Flynn, University of Utah College of Law, August 1996 - September 1998

Teaching Assistant and Instructor, Economics Department, University of Utah, September 1991 - August 1995
Courses taught: Microeconomics, Macroeconomics, Introduction to Economics

**PUBLICATIONS:**
**Dissertation:**
CREATING COMPETITION IN ELECTRICITY GENERATION: RECONCILING THE PUBLIC UTILITY REGULATORY POLICIES ACT OF 1978 WITH THE ENERGY POLICY ACT OF 1992 (UMI Press 1995).

**Books:**
JOHN J. FLYNN, HARRY FIRST AND DARREN BUSH, FREE ENTERPRISE AND ECONOMIC ORGANIZATION: ANTITRUST (7th Ed.)(Scheduled to be completed by July 2006).

JOHN J. FLYNN, HARRY FIRST, AND DARREN BUSH, ANTITRUST: STATUTES, TREATIES, REGULATIONS, GUIDELINES, AND POLICIES, 2007-2008 (2007)(to be completed July 2006).

JOHN J. FLYNN, HARRY FIRST, AND DARREN BUSH, ANTITRUST: STATUTES, TREATIES, REGULATIONS, GUIDELINES, AND POLICIES, 2005-2006 (2005).

JOHN J. FLYNN, HARRY FIRST, AND DARREN BUSH, ANTITRUST: STATUTES, TREATIES, REGULATIONS, GUIDELINES, AND POLICIES, 2003-2004 (2003).

JOHN J. FLYNN, HARRY FIRST, AND DARREN BUSH, ANTITRUST: STATUTES, TREATIES, REGULATIONS, GUIDELINES, AND POLICIES (2001).

**Chapters in Books:**
AMERICAN BAR ASSOCIATION, STATUTORY EXEMPTIONS IN ANTITRUST (*forthcoming* 2006)(Three Chapters in the book discussing the National Cooperative Research Act, the National Cooperative Research & Production Act, the Standards Development Organization Advancement Act, the Local Government Antitrust Act, and the Soft Drink Bottlers Interbrand Competition Act).

**Works in Progress:**
*Is Your Product the Next Tobacco?* with Jill Sundie and Betsy Gelb.

*Resurrecting Intra-Enterprise Conspiracies as Antitrust Violations.*

*Market Concentration: One Size Does Not Fit All* (with Mark Glick and Don Campbell).

*Intellectual Property Damages: Towards a Uniform Approach Using the Antitrust Laws*

*International Conspiracies, National Jurisdictions: The Trouble with Empagran (with John Conner)*

**Published, Forthcoming, and Submitted Articles:**
*Psychological Monopoly: The Next Illegality?*  (with Jill Sundie and Betsy Gelb)(submitted)

*Mission Creep:  Antitrust Exemptions and Immunities as Applied to (De)regulated Industries, forthcoming,* 2006 UTAH L. REV. ___ (invited article for antitrust symposium).

*Real Estate Antitrust: The Ability of the FTC to Obtain Data on Competition in Real Estate Markets, forthcoming,* 35 REAL EST. L. J. 33 (2006)(invited article for AAI symposium on Real Estate).

*Lawsuits as Competitive Marketing Tools* (with Betsy Gelb), 47(2) MIT SLOAN MANAGEMENT REV. 21 (Winter 2006)(peer reviewed management journal).

*What Marketers Need to Know About Antitrust* (with Betsy Gelb), 46(4) MIT SLOAN MANAGEMENT REV. 73 (SUMMER 2005)(peer reviewed management journal).

*Creating Competitive Wholesale Energy Markets: An Introduction*, 1 ENVTL. & ENERGY L. & POL'Y J. 1 (2005).

*Rethinking the Potential Competition Doctrine*, with Salvatore Massa, 2004 WIS. L. REV. 1035. Article was awarded Distinguished Honorable Mention, Jerry S. Cohen Award for outstanding antitrust scholarship.

*In (Reluctant) Defense of Enron: Why Bad Regulation Is to Blame For California's Power Woes, or Why Antitrust Law Fails To Protect Against Market Power When the Market Rules Encourage Its Use*, with Carrie Mayne,  83 OREGON L. REV. 204 (2004).

*The Law & Economics of Restorative Justice,* 2003 UTAH L. REV. 439. (Invited symposium article).

*The Misuse and Abuse of The Tunney Act in the Microsoft Cases: The Adverse Consequences of The "Microsoft Fallacies,"* with John J. Flynn, 34 LOY. U. CHI. L. J. 749 (2003).
Article nominated for Jerry S. Cohen Award for outstanding antitrust scholarship.

**Published and Forthcoming Articles (cont'd):**
*When Big Is Bad: An Essay on the Political Implications of Firm Size on Antitrust Enforcement As Illustrated in the Microsoft Case,* 5 LONG TERM VIEW 29 (2003)(solicited article).

*The Law & Economics of Post-Employment Covenants: A Unified Framework*, with Mark Glick and Jonathan Hafen, 11 GEO. MASON. L. REV. 357 (2002).

*Moving to the Left by Moving to the Right: Law & Economics in Defense of Same-Sex Marriage,* 22 WOMEN'S RTS. L. REP. 115 (2001)(solicited article).

*The Marketplace of Ideas: Is Judge Posner Chasing Don Quixote's Windmills?* 32 ARIZ. ST. L. J. 1107 (2000).

*Caught Between Scylla and Charybdis: Law & Economics As a Useful Tool for Feminist Legal Theorists*, 7 AM. U. J. GENDER, SOC. POL'Y & L. 395 (1999).

**Court Filings and Other Testimony:**
Oral Testimony before the Antitrust Modernization Commission, December 1, 2005.

Supplemental Written Testimony submitted to the Antitrust Modernization Commission, *available at* http://www.amc.gov.

*A Framework for Policymakers to Analyze Proposed and Existing Antitrust Immunities and Exemptions: Report Prepared by Consultants to the Antitrust Modernization Commission* (co-written with Gregory K. Leonard and Stephen Ross) *available at* http://www.amc.gov/commission_hearings/pdf/IE_Framework_Overview_Report.pdf.

Comments of the AAI Working Group on Exemptions and Immunities to the Antitrust Modernization Commission, *available at*  http://www.antitrustinstitute.org/recent2/433.pdf (co-written with Warren Grimes).

Letter to the Federal Trade Commission on Category Management Issues in the Procter & Gamble Acquisition of Gillette, *available at* http://www.antitrustinstitute.org/recent2/420.pdf.

Affidavit filed with FERC re Market-Based Rates for Public Utilities, Docket No. RM04-7-000, *filed* March 14, 2005, available at http://www.appanet.org/files/PDFs/APPATAPS_Searchable.pdf.

Brief of Amici Curiae of Professors Darren Bush, et al., Empagran, S.A. v. F. Hoffman-LaRoche, Ltd. (Mar. 15, 2004) (No. 03-724), *available* at 2004 WL 533933. (Note: This collaboration was based primarily on the works of John Connor).

**Reports, Essays and Opinion Pieces:**

*Cutting Edge Issues at the Nexus of Intellectual Property and Antitrust: They Came From The 20th Century* (invited paper for Institute for Intellectual Property Conference, October 7, 2005).

*An Essay on "Screening" for Market Power in Electricity Markets,* ENERGY MAGAZINE 112 (2005).

*Towing the Line,* HOUSTON CHRON. 1C (April 25, 2004).

*All Evidence Isn't in to Prove Racial Profiling*, HOUSTON CHRON. 25A (Feb. 18, 2004).

*Trib. Offers Simplistic View of Bankruptcies,* SALT LAKE TRIB. AA4 (July 28, 2002).

*Dish Network/Direct TV Merger Might Harm Utahns,* SALT LAKE TRIB. AA4 (May 12, 2002).

*Utah Should Stick With Microsoft Suit,* SALT LAKE TRIB. AA6 (September 2, 2001).

ANTITRUST ISSUES RAISED BY RELATIONSHIPS WITH CLIENTS, COMPETITORS, AND DISTRIBUTORS (1997). Informational Pamphlet published by and for Parsons Behle & Latimer, LLC, Salt Lake City, Utah (with Mark Glick).

THE ECONOMIC IMPACT OF THE CONSTRUCTION AND OPERATION OF THE SUNNYSIDE COGENERATION PLANT ON EMPLOYMENT, BUSINESS ACTIVITY AND GOVERNMENT REVENUES IN CARBON COUNTY (1996). Report prepared for the Center for Public Policy Research, Salt Lake City, Utah (with Peter Philips).

*Why Have a Bar Exam? An Appraisal,* In Manuscript.

**PRESENTATIONS & LECTURES:**

*Mission Creep: Antitrust Exemptions and Immunities as Applied to (De)regulated Industries*, Utah L. Rev. Symposium on "Recurring Issues in Antitrust Enforcement," February 3, 2006.

*The Incentive and Ability of the FTC to Obtain Real Estate Data: An Exercise in Political Economy,* American Antitrust Institute Symposium on Antitrust and Real Estate, November 8, 2005, Washington, D.C.

*The Is and the Oughts of Racial Profiling Data Collection in Texas,* Society of Law and Politics Student Group, November 1, 2005.

*Three Future Articles on a Theme: State Action,* Faculty Monday Luncheon, September 19, 2005.

*Giving Americans a Reason to Want Same-Sex Marriage*, Outlaw Gay & Lesbian Student Group at the University of Houston, April 5, 2005.

Civil Case No. **1:05-CV-02102 (EGS)**

Curriculum Vitae of Darren Bush, Page 6 of 8                                      Version 7/01/2006

**PRESENTATIONS & LECTURES (cont'd):**

*Creating Competitive Wholesale Energy Markets: An Introduction*, Environmental & Energy Law & Policy Journal Symposium, March 4, 2005.

*Rethinking the Potential Competition Doctrine,* Faculty Monday Luncheon, February 21, 2005.

*Rethinking the Potential Competition Doctrine,* 2004 Antitrust Colloquium, Loyola University of Chicago School of Law, April 16, 2004.

*The Law & Economics of the Regulation and/or Prohibition of Drugs,* Colloquium, Drugs and Justice, University of Utah, April 11, 2003.

*Enron's Role in the California Power Crisis*, Brown Bag, University of Utah College of Law, October 15, 2002.

*Guns on Campus, A Debate with John Lott*, University of Utah College of Law, October 14, 2002.

*Antitrust Law: A Primer*, Executive MBA Program, University of Utah College of Business, August 13, 2002.

*Roundtable: The Microsoft Antitrust Settlement: A Remedy in the Public Interest?*, Utah State Bar, June 27, 2002.

*The Exercise of Market Power in California's Electricity Markets,* Heterodox Economic Students Association, University of Utah, May 3, 2002.

*The Law & Economics of Restorative Justice*, Utah Restorative Justice Conference, University of Utah College of Law, March 22, 2002.

*Dancing in the Dark: How California's Energy Markets Were Driven Wayward*, Brown Bag, University of Utah College of Law, March 13, 2002.

*The Application of Tying Doctrine to the Software Industry,* American Inn of Court, Salt Lake City, Utah, October 17, 2001.

*Understanding the Role of Experts in Intellectual Property and Patent Damages*, National Association of Certified Valuation Analysts, Washington D.C., October, 2, 2001.

*Economics, Statistics, and Antitrust Principles*, National Association of Certified Valuation Analysts, Washington, D.C., October, 1, 2001.

*What Went Wrong With California's Electricity Markets?* State University of New York, April 2, 2001, New Paltz, New York.

Civil Case No. **1:05-CV-02102 (EGS)**

Curriculum Vitae of Darren Bush, Page 7 of 8                                      Version 7/01/2006

**PRESENTATIONS & LECTURES (cont'd):**
*E-Commerce: Antitrust's Latest Challenge?*, State University of New York, April 2, 2001, New Paltz, New York.

*The Antitrust Law & Economics of B2Bs,* Heterodox Economics Student's Association, University of Utah, February 9, 2001.

*Antitrust Issues Arising from the Creation of B2Bs*, Law & Economics Society of Utah and the Utah State Bar, February 7, 2001, Salt Lake City.

*Is Law & Economics a Useful Tool For Feminist Legal Theorists?* Feminism and Legal Theory Workshop, December 13th, 1997, Columbia University School of Law.

*Market Power Mitigation, Aggregation, and the Obligation to Serve,* Electrical Deregulation and Customer Choice Task Force, August 28th, 1997, Utah State Capitol Building.

Participant, Roundtable On Electricity and Antitrust Priorities, American Antitrust Institute, September 7, 2000, Bracewell & Patterson, Washington, D.C.

**PRESS:**
KTRH News Radio, discussion of telecomm mergers (aired on November 2, 2005).

Cecile Kohrs Lindell, *Consumer group voices P&G-Gillette worries,* DAILY DEAL (June 8, 2005).

Todd Ackerman, *Hospital Mergers Could Raise Antitrust Issues*, HOUSTON CHRON. B5 (May 19, 2005)

KPFT News, *Mayor's Mobility Plan,* Local News (April 29, 2004)(aired at 6:00 p.m.)(interviewed by Renee Feltz)

Fields Mosely, *Guns on Campus* KUTV News (October 28, 2002).

Courtney Zavala, *Guns on Campus*, Fox 13 News (October 28, 2002).

Adam Benson, *College of Law Joins Heated Gun Debate*, DAILY UTAH CHRON. 1 (October 15, 2002).

Ben Gose, *Dispute Over Guns at The University of Utah May Test Academic Freedom,* CHRON. HIGHER EDUC. A26 (September 20, 2002).

Rich Losepka, *Utah Residents File For Bankruptcy,* AP National Newswire (August 23, 2002).

Samantha Jones, *Marriage Rates Declining in Utah*, KSL-TV, (August 15, 2002).

**PRESS (cont'd)**
Ashley Broughton, *Food Stamp Red Tape Stumps Experts,* SALT LAKE TRIB. E2 (June 20, 2002).

**SERVICE:**
**Professional Service:**
Consultant, United States Antitrust Modernization Commission, July 2005 – present

Member, AAI Immunities and Exemptions Committee, May 2005 – present

Member, American Antitrust Institute Advisory Board, March 2005 – present

**University Service:**
University Research Council, September 2004 – August 2005

**Law Center Service (does *not* include service in regards to the Energy, Environment and Natural Resources program):**
Graduate Legal Studies Committee, September 2005 – present

Executive Committee, September 2004 – present

Appointments Committee, September 2004 – June 2005

Faculty Symposium Editor, Environment & Energy Law & Policy Journal, May 2004 – August 2005

LARC Contract Employee Hiring Committee, Summer 2004

**DISSERTATION COMMITTEES:**
Carrie Mayne, University of Utah Department of Economics, *The Economic Effect of Merger Enforcement on Innovation*.

**PROFESSIONAL MEMBERSHIPS:**
Utah State Bar, District Court of Utah, ABA, ABA Antitrust Section