UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Case No. **1:05-CV-02102 (EGS)** |
| ) | |
| SBC COMMUNICATIONS, INC. and ) | |
| AT&T CORP., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Case No. **1:05-CV-02103 (EGS)** |
| ) | |
| VERIZON COMMUNICATIONS, INC. ) | |
| and MCI INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING MOTION OF THE
AMERICAN ANTITRUST INSTITUTE, INC. TO INTERVENE**

The motion of the AMERICAN ANTITRUST INSTITUTE, INC. ("AAI") to intervene for the purposes of participating in the Court's Tunney Act review in the above-captioned cases having come before the Court, and the Court having duly considered said motion it is hereby

**ORDERED** that the Motion is GRANTED and it is

**FURTHER ORDERED** that the extent and nature of AAI's participation in these proceedings shall be limited to procedures and practices to be determined by further Order.

**IT IS SO ORDERED.**

Dated: _____, 2006                    _____
                                                                                   Emmet G. Sullivan
                                                                                   United States District Court