IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SBC COMMUNICATIONS, INC. and AT&T CORP.,<br><br>    Defendants. | Civil Action No. 05-2102 (EGS) |
| UNITED STATE OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>VERIZON COMMUNICATIONS, INC. and MCI, INC.,<br><br>    Defendants. | Civil Action No. 05-2103 (EGS) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that, attached hereto as Exhibit 1, is a status report from the Federal Communications Commission regarding its response to the Court's request for the unredacted regulatory orders approving the mergers of SBC/AT&T and Verizon/MCI.

//

//

//

Dated: July 17, 2006                         Respectfully submitted,

                                                      PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ARTHUR R. GOLDBERG
Assistant Branch Director

   /s/ James J. Schwartz
JAMES J. SCHWARTZ (D.C. Bar No. 468625)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7310
Washington, D.C. 20530
202-616-8267