IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SBC COMMUNICATIONS, INC. and ) <br> AT&T CORP. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 03-2512 (EGS) |
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VERIZON COMMUNICATIONS, INC. and ) <br> MCI, INC. ) <br> ) <br> Defendants. ) | Civil Action No. 03-2513 (EGS) |

**STATUS OF THE FEDERAL COMMUNICATIONS COMMISSION'S
RESPONSE TO THE COURT'S REQUEST FOR THE
UNREDACTED REGULATORY ORDERS APPROVING THE
MERGERS OF SBC/AT&T AND VERIZON/MCI**

On Thursday, July 13, 2006, the Court requested from the Federal

Communications Commission ("FCC") copies of the FCC's Memorandum Opinions and

Orders in, *In the Matter of Verizon Communications Inc. and MCI, Inc. Applications for

Approval of Transfer of Control*, WC Docket No. 05-75, 20 FCC Rcd. 18433 (2005), and

*In the Matter of SBC Communications Inc. and AT&T Corp. Applications for Approval of*

*Transfer of Control*, WC Docket No. 05-65, 20 FCC Rcd. 18290 (2005) (hereinafter, "Regulatory Orders"). The FCC provided the Court publicly-available, redacted versions of the Regulatory Orders on July 13, 2006, and noted that due to restrictions in the relevant Protective Orders governing confidential information submitted in the transfer of control proceedings, the FCC would contact the parties who submitted protected confidential information relied on or referenced in the Regulatory Orders to clear the way for the Court's inspection of unredacted copies. The Court informed the parties and the *amici curiae* of its request to the FCC by Order on July 14, 2006.

The FCC has now contacted the parties to the regulatory proceeding who submitted protected confidential information relied on or referenced in the Regulatory Orders, and the parties have given their consent to disclosure to the Court of the unredacted versions of the Regulatory Orders, provided that the unredacted copies are filed under seal and are subject to an appropriate protective order. The FCC is preparing to submit promptly the unredacted Regulatory Orders for the Court's inspection together with motions to file under seal and for a protective order. The Court may contact the undersigned should it need additional information regarding the FCC's response to its request.

Dated: July 17, 2006

Respectfully submitted,

By: _____
P. Michele Ellison
Deputy General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC 20554
(202) 418-1700
(D.C. Bar No. 358460)