## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of July, 2006, I caused a copy of the foregoing United States' Opposition to American Antitrust Institute, Inc.'s Motion to Intervene to be mailed, by U.S. mail, postage prepaid, to the attorneys listed below:

| | |
|---|---|
| FOR DEFENDANT<br>SBC COMMUNICATIONS, INC.<br><br>Wm. Randolph Smith (D.C. Bar No. 356402)<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br><br>FOR DEFENDANT AT&T CORP.<br><br>David L. Lawson (D.C. Bar No. 434741)<br>Sidley Austin Brown & Wood LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br><br>FOR AAI<br><br>Jonathan Rubin (D.C. Bar No. 353391)<br>1717 K St., N.W.<br>Suite 600<br>Washington, DC 20036<br><br>FOR COMPTEL<br><br>Kevin R. Sullivan (D.C. Bar No. 411718)<br>King & Spalding LLP<br>1700 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006 | FOR DEFENDANT<br>VERIZON COMMUNICATIONS INC.<br><br>John Thorne (D.C. Bar No. 421351)<br>Verizon Communications, Inc.<br>1515 North Courthouse Road<br>Arlington, Virginia 22201<br><br>FOR DEFENDANT MCI, INC.<br><br>Mark C. Hansen<br>Kellogg, Huber, Hansen, Todd, Evans<br>  & Figel, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br><br>FOR ACTEL<br><br>Gary L. Reback (D.C. Bar No. 218594)<br>Carr & Ferrell LLP<br>2200 Geng Road<br>Palo Alto, CA 94303 |

 

                                                       /s/
                                                Jared A. Hughes
                                                Attorney
                                                Telecommunications & Media Section
                                                Antitrust Division
                                                U.S. Department of Justice
                                                City Center Building
                                                1401 H Street, N.W., Suite 8000
                                                Washington, D.C. 20530