IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, | )<br>)<br>) Civil Action No.: 1:05CV02102 (EGS) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| SBC Communications, Inc. and<br>AT&T Corp., | )<br>)<br>) |
| Defendants. | )<br>) |
| United States of America, | )<br>)<br>) Civil Action No.: 1:05CV02103 (EGS) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| Verizon Communications Inc. and<br>MCI, Inc., | )<br>)<br>) |
| Defendants. | )<br>) |

**ORDER DENYING MOTION OF THE AMERICAN ANTITRUST INSTITUTE, INC.
TO INTERVENE**

Upon consideration of the Motion of the American Antitrust Institute, Inc. to Intervene, it is hereby **ORDERED** that the Motion of the American Antitrust Institute, Inc. to Intervene is **DENIED.**

Dated: _____                    _____
                                          UNITED STATES DISTRICT JUDGE