A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America

|  |  |
|---|---|
| Plaintiff(s) | ) |
|  | ) |
|  | ) |
|  | ) |
| vs. | ) |
| Verizon Comnunications, Inc. and MCI, Inc. | ) |
|  | ) |
| Defendant(s) | ) |

**APPEARANCE**

CASE NUMBER    1:05CV02103

To the Clerk of this court and all parties of record:

Please enter the appearance of __Evan T. Leo__ as counsel in this
                                                    (Attorney's Name)

case for:__Verizon Communications Inc. and MCI, Inc.__
                        (Name of party or parties)

| July 19, 2006 | _Evan T. Leo_ (signature) |
|---|---|
| Date | Signature |
|  | Evan T. Leo |
| 449935 | Print Name |
| BAR IDENTIFICATION | 1615 M. Street, NW, Suite 400 |
|  | Address |
|  | Washington, D.C.  20036 |
|  | City        State        Zip Code |
|  | (202) 326-7900 |
|  | Phone Number |