IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>SBC COMMUNICATIONS, INC. and AT&T CORP.,<br><br>　　　Defendants. | Civil Action No. 05-2102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>VERIZON COMMUNICATIONS, INC. and MCI, INC.,<br><br>　　　Defendants. | Civil Action No. 05-2103 (EGS) |

**PLAINTIFF'S NOTICE OF FILING UNDER SEAL
UNREDACTED REGULATORY ORDERS
APPROVING THE MERGERS OF SBC/AT&T AND VERIZON/MCI**

　　Pursuant to Local Rule 5.4(e)(1), notice is hereby given that, pursuant to this Court's July 14, 2006 Order, plaintiff is filing under seal the unredacted regulatory orders approving the mergers of SBC/AT&T and Verizon/MCI.  Defendant is simultaneously filing a motion for leave to file the foregoing attachment under seal and for protective order, as well as a memorandum in support thereof.  A copy of the proposed protective order is attached hereto as Exhibit 1.

//

//

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        KENNETH L. WAINSTEIN
        United States Attorney

        ARTHUR R. GOLDBERG
        Assistant Director
        Federal Programs Branch
        Civil Division

OF COUNSEL:

| | |
|---|---|
| P. MICHELE ELLISON |   /s/ James J. Schwartz |
| Deputy General Counsel | JAMES J. SCHWARTZ (D.C. Bar No. 468625) |
| Federal Communications Commission | Trial Attorney |
| 445 12th Street, S.W. | U.S. Department of Justice |
| Washington, DC 20554 | Civil Division |
| (202) 418-1700 | Federal Programs Branch |
| (D.C. Bar No. 358460) | 20 Massachusetts Avenue, NW |
| | Room 7310 |
| | Washington, DC 20530 |
| | Telephone: (202) 616-8267 |
| Date: July 20, 2006 | Facsimile: (202) 616-8202 |