IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SBC COMMUNICATIONS, INC. and )<br>AT&T CORP. )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2102 (EGS) |
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON COMMUNICATIONS, INC. and )<br>MCI, INC. )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2103 (EGS) |

PROPOSED ORDER GRANTING FCC'S MOTION
FOR PERMISSION TO SUBMIT REGULATORY ORDERS
APPROVING THE MERGERS OF SBC/AT&T AND VERIZON/MCI
UNDER SEAL AND FOR PROTECTIVE ORDER

Upon consideration of the FCC's Motion for Permission to Submit Regulatory Orders Approving the Mergers of SBC/AT&T and Verizon/MCI Under Seal and for Protective Order, under the terms provided therein, it is hereby **ORDERED** that FCC's ~~Motion to~~ Submit Regulatory Orders Under Seal and for Protective Order is **GRANTED**.

Dated: 7/20/06

Judge Emmet G. Sullivan
UNITED STATES DISTRICT JUDGE