UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **SBC COMMUNICATIONS, INC. and** ) <br> **AT&T CORP.,** ) <br> ) <br> Defendants. ) <br> ) | Civil Case No. 1:05-CV-02102 (EGS) |
| **UNITED STATES OF AMERICA,** ) <br> ) <br> Plaintiff, ) <br> V ) <br> ) <br> **VERIZON COMMUNICATIONS, INC.** ) <br> **And MCI INC.,** ) <br> ) <br> Defendants. ) <br> ) | Civil Case No. 1:05-CV-02103 (EGS) |

**ORDER GRANTING MOTION OF THE
NATIONAL ASSOCIATION OF STATE UTILITY CONSUMER ADVOCATES
TO INTERVENE FOR THE LIMITED PURPOSE
OF PROVIDING CONSUMER VIEWS ON THE PUBLIC INTEREST**

The motion of the NATIONAL ASSOCIATION OF STATE UTILITY CONSUMER ADVOCATES ("NASUCA") to intervene for the limited purposes of providing consumer views on the public interest in the above-captioned cases having come before the Court, and the Court having duly considered said motion it is hereby

**ORDERED** that the Motion is GRANTED and it is

2

**FURTHER ORDERED** that the extent and nature of NASUCA's participation in these proceedings shall be limited to procedures and practices to be determined by further Order.

**IT IS SO ORDERED.**

Dated: _____, 2006    _____
 Emmet G. Sullivan
 United States District Court