LOVERN EXHIBIT A

*M. Lovern*



*pratgen@myway.com*
*3713 Parke Drive*
*Edgewater, Md. 21037*
*Fax (206)-350-5409*
*Phone (206)-202-9074*

May 2, 2006

Ann Lea Richards
Freedom of Information Act / Privacy Act (FOIA / PA) Officer
Antitrust Division
Liberty Place Building, Suite 200
Department of Justice
Washington, D.C. 20530-0001
Voice: (202) 514-2692
Fax: (202) 616-4529

  RE: SBC / AT&T Merger

Dear Ms. Richards:

In conjunction with the Freedom of Information Act, please provide the following information.

1. The names of all DOJ personnel who worked on the SBC / AT&T Merger.
2. Copies of all Documents in possession of the Antitrust Division associated with the SBC / AT&T Merger that pertain to the InterCompany Settlement System (ISS), and SBC / AT&T's role as "Contract Administrator," and/or Telco Billing & Collection – known as LEC Billing.

You can mail of fax your results. Thank you.

M. Lovern


Cc: Select Members of Congress

LOVERN EXHIBIT B

ADMINISTRATIVE FOIA APPEAL

MICHAEL LOVERN, SR.
Petitioner

V.                                              FOIA REQUEST NO. ATFY06-062

ANN LEA RICHARDS
Respondent

## FOIA/PA APPEAL

Michael Lovern, Sr. (Petitioner), filed the enclosed FOIA request [Exhibit A] on May 2, 2006. He received the Respondent's reply via fax on June 7, 2006. The Respondent has claimed an exemption under 5 U.S.C., Sec. 552(b)(7)(A), which can only be associated with *U.S. v. SBC Communications, Inc. and AT&T Corp.*, case no. 1:05CV02102 (EGS), (hereinafter referred to as "AT&T").

Respondent's refusal to comply and claimed exemption is on May 9, 2006. Petitioner did not intervene into the AT&T case until May 15, 2006. Petitioner raises the issue of the Intercompany Settlement System (ISS) in his Amicus Brief.

On May 23, 2006, DOJ's Antitrust Department filed a motion in opposition to Petitioner's intervention claiming "Lovern's concerns [the ISS] have nothing to do with the proposed Final Judgment. He admits that 'DOJ makes no mention of the ISS in any of their filings.' Mot. At 2. Because the issues he raises are unrelated to the impact on competition of SBC's merger with AT&T, his participation as amicus curiae would not assist the Court in making its public interest determination under the Tunney Act."

Respondent claims releasing the requested documents **"could reasonably be expected to interfere with enforcement proceedings,"** [552 (b)(7)(A)], yet DOJ's antitrust lawyers stated to the court in AT&T that the ISS has nothing to do with the case; therefore, Respondent's claimed exemption is without merit, and Petitioner's FOIA request should be provided forthwith.

_____
Michael Lovern, Sr.
3713 Parke Drive
Edgewater, MD 21037
(206)-202-9074
pratgen@myway.com

## Certificate of Service

A copy of this appeal was faxed to Ann Lea Richards at 202-616-4529 on June 7, 2006.

_____
Michael Lovern, Sr.

**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642  Washington, D.C. 20530

JUN 2 1 2006

Mr. Michael Lovern, Sr.
3713 Parke Drive
Edgewater, MD 21037

    Re: Request No. ATFY06-062

Dear Mr. Lovern:

    This is to advise you that your administrative appeal from the action of the Antitrust Division was received by this Office on June 14, 2006.

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **06-2290**. Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

    Sincerely,

    Priscilla Jones
    Chief, Administrative Staff