UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Case No. **1:05-CV-02102 (EGS)** |
| **SBC COMMUNICATIONS, INC. and AT&T CORP.,** | ) | |
| Defendants. | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Case No. **1:05-CV-02103 (EGS)** |
| **VERIZON COMMUNICATIONS, INC. and MCI INC.,** | ) | |
| Defendants. | ) | |

**PRAECIPE TO CHANGE ADDRESS**

TO:   Clerk of the Court
  United States District Court for the District of Columbia
  E. Barrett Prettyman United States Courthouse
  333 Constitution Avenue, NW
  Washington, DC 20001

  PLEASE note that the address of attorney Jonathan Laurence Rubin should be changed for service of papers and pleadings and all other purposes to:

Jonathan L. Rubin, P.A.
1717 K Street, N.W., Suite 600
Washington, D.C. 30036

Respectfully submitted,

___/s/_____
Jonathan Rubin
(D.C. Bar No. 353391)
Jonathan L. Rubin, P.A.
1717 K Street, N.W.
Suite 600
Washington, D.C. 30036
202-415-0616

*Attorney for Movant, American Antitrust Institute*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July, 2006, a true and correct copy of the foregoing Praecipe to Change Address was filed with the clerk's office via ECF filing and paper copies were served via U.S. mail to:

| | |
|---|---|
| Lawrence M. Frankel<br>U.S. DEPARTMENT OF JUSTICE<br>City Center Building<br>1401 H Street, NW<br>Antitrust Division<br>Washington, DC 20530 | Kathleen F. O'Reilly<br>414 A Street, SE<br>Washington, DC 20003 |
| Matthew C. Hammond<br>U.S. DEPARTMENT OF JUSTICE<br>1401 H Street, NW<br>Suite 8000<br>Washington, DC 20530 | Jay L. Himes<br>Chief Antitrust Bureau<br>120 Broadway<br>New York, NY 10271<br><br>*Attorney for Eliot Spitzer, Attorney General of the State of New York* |

*Attorneys for Plaintiff, United States*

John R. Perkins
Iowa Consumer Advocate
President of NASUCA
Office of Consumer Advocate
310 Maple Street
Des Moines, IA 50319

NASUCA
8380 Colesville Road, Suite 101
Silver Spring, MD 20910

*Attorneys for NASUCA*

Christopher J. White
Deputy Ratepayer Advocate
Division of the Ratepayer Advocate
31 Clinton Street, 11th Floor
P.O. Box 46005
Newark, NJ 07101

*Attorney for New Jersey Division of the Ratepayer Advocate*


\_\_\_\_\_/s/_____
Jonathan Rubin