**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>    v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>                Defendants. | Civil Action No.: 1:05CV02102 (EGS) |
| United States of America,<br><br>                Plaintiff,<br><br>    v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>                Defendants. | Civil Action No.: 1:05CV02103 (EGS) |

**ORDER DENYING MOTION OF ELIOT SPITZER, ATTORNEY GENERAL OF THE STATE OF NEW YORK, TO INTERVENE**

Upon consideration of the Motion of Eliot Spitzer, Attorney General of the State of New York, to Intervene, it is hereby **ORDERED** that the Motion of Eliot Spitzer, Attorney General of the State of New York, to Intervene is **DENIED.**

Dated: _____                    _____
                                                                UNITED STATES DISTRICT JUDGE