IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SBC COMMUNICATIONS, INC.<br><br>    and<br><br>AT&T CORP.<br><br>    Defendants. | Civil action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VERIZON COMMUNICATIONS INC.<br><br>    and<br><br>MCI, INC.<br><br>    Defendants. | Civil Action No. 1:05CV02103 (EGS) |

**[PROPOSED] ORDER GRANTING MOTION OF ELIOT SPITZER, ATTORNEY GENERAL OF THE STATE OF NEW YORK, TO INTERVENE**

The Motion of the Eliot Spitzer, Attorney General of the State of New York, to Intervene, dated July 20, 2006, for the purposes of participating in the Court's Tunney Act review in the above-captioned cases, having come before the Court, and the Court having duly considered said motion it is hereby:

ORDERED that the Motion is GRANTED and it is

FURTHER ORDERED that Professor Nicholas Economides, Ph.D. shall testify before this Court on July __, 2006, beginning at __ a.m./p.m.

IT IS SO ORDERED.

Dated: July __, 2006

_____
Emmet G. Sullivan
United States District Judge