**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| United States of America, | ) | |
| | ) | Civil Action No.:  1:05CV02102 (EGS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SBC Communications, Inc. and AT&T Corp., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | Civil Action No.: 1:05CV02103 (EGS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Verizon Communications Inc. and MCI, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DENYING MOTIONS OF THE NEW JERSEY DIVISION OF THE
RATEPAYER ADVOCATE AND THE NATIONAL ASSOCIATION OF STATE
UTILITY CONSUMER ADVOCATES TO INTERVENE**

Upon consideration of the Motion of the New Jersey Division of the Ratepayer Advocate to Intervene and the Motion of the National Association of State Utility Consumer Advocates to Intervene for the Limited Purpose of Providing Consumer Views on the Public Interest, it is hereby **ORDERED** that the Motion of the New Jersey Division of the Ratepayer Advocate to Intervene and the Motion of the National Association of State Utility Consumer Advocates to Intervene for the Limited Purpose of Providing Consumer Views on the Public Interest are **DENIED.**

Dated: _____                    _____
                                        UNITED STATES DISTRICT JUDGE