**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Civil Action No.: 1:05CV02102 (EGS) |
| Plaintiff, | ) | |
| v. | ) | |
| SBC Communications, Inc. and AT&T Corp., | ) | |
| Defendants. | ) | |
| United States of America, | ) | |
| | ) | Civil Action No.: 1:05CV02103 (EGS) |
| Plaintiff, | ) | |
| v. | ) | |
| Verizon Communications Inc. and MCI, Inc., | ) | |
| Defendants. | ) | |

**ORDER DENYING MOTION OF SPRINT NEXTEL CORPORATION FOR AMICUS CURIAE STATUS AND TO INTERVENE**

Upon consideration of the Motion of Sprint Nextel Corporation for Amicus Curiae Status and to Intervene, it is hereby **ORDERED** that the Motion of Sprint Nextel Corporation for Amicus Curiae Status and to Intervene is **DENIED.**

Dated: _____                        _____
                                                                        UNITED STATES DISTRICT JUDGE