**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| United States of America, | ) |
|  | ) |
| Plaintiff, | )   Civil Action No.: 1:05CV02102 (EGS) |
|  | ) |
| v. | ) |
|  | ) |
| SBC Communications, Inc. and | ) |
| AT&T Corp., | ) |
|  | ) |
| Defendants. | ) |
|  | ) |
| United States of America, | ) |
|  | )   Civil Action No.: 1:05CV02103 (EGS) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| Verizon Communications Inc. and | ) |
| MCI, Inc., | ) |
|  | ) |
| Defendants. | ) |

**ORDER DENYING VERIZON'S MOTION FOR ENTRY OF PROTECTIVE ORDER**

Upon consideration of Verizon's Motion for Entry of Protective Order, it is hereby

**ORDERED** that Verizon's Motion for Entry of Protective Order is **DENIED.**

Dated: _____                    _____
                                        UNITED STATES DISTRICT JUDGE