**CERTIFICATE OF SERVICE**

       I hereby certify that on the 28th day of July, 2006, I caused a copy of the foregoing United States' Motion for Entry of a Protective Order to be mailed, by U.S. mail, postage prepaid, to the attorneys listed below:

| | |
|---|---|
| FOR AT&T<br><br>Wm. Randolph Smith<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br><br>FOR VERIZON<br><br>John Thorne<br>Verizon Communications, Inc.<br>1515 North Courthouse Road<br>Arlington, Virginia 22201<br><br>Mark C. Hansen<br>Kellogg, Huber, Hansen, Todd, Evans<br>   & Figel, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br><br>FOR THE ATTORNEY GENERAL OF THE STATE OF NEW YORK<br><br>Jay L. Himes<br>Chief, Antitrust Bureau<br>Office of the Attorney General<br>120 Broadway<br>26C54<br>New York, NY 10271 | FOR COMPTEL<br><br>Kevin R. Sullivan<br>King & Spalding LLP<br>1700 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br><br>FOR ACTEL<br><br>Gary L. Reback<br>Carr & Ferrell LLP<br>2200 Geng Road<br>Palo Alto, CA 94303<br><br>FOR NASUCA<br><br>Kathleen F. O'Reilly<br>414 A Street S.E.<br>Washington, DC 20003<br><br>FOR SPRINT NEXTEL<br><br>Charles T. Kimmett<br>Harris, Wiltshire & Grannis LLP<br>1200 Eighteenth St., N.W.<br>12th Floor<br>Washington, DC 20036 |

                                                    /s/
                                         Jared A. Hughes
                                         Attorney
                                         Telecommunications & Media Section
                                         Antitrust Division
                                         U.S. Department of Justice
                                         1401 H Street, N.W., Suite 8000
                                         Washington, D.C. 20530