# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff(s)<br><br>vs.<br><br>**SBC COMMUNICATIONS, INC. & AT&T, et al.**<br><br>Defendant(s) | Civil Case No: **05-2102(EGS)**<br>&<br>05-2103 |

## NOTICE REGARDING CD-ROM

Pursuant to the procedures for filing documents electronically. This Notice serves as notification of cd-rom of exhibits has been filed in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk