**CERTIFICATE OF SERVICE**

  I hereby certify that on the 2nd day of August, 2006, I caused a copy of the foregoing United States' Motion for Entry of a Protective Order to be mailed, by U.S. mail, postage prepaid, to the attorneys listed below:

| | |
|---|---|
| FOR VERIZON<br><br>John Thorne<br>Verizon Communications, Inc.<br>1515 North Courthouse Road<br>Arlington, Virginia 22201<br><br>Mark C. Hansen<br>Kellogg, Huber, Hansen, Todd, Evans<br> & Figel, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036 | FOR AT&T<br><br>Wm. Randolph Smith<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br><br>FOR MOVANT MICHAEL LOVERN, SR.<br><br>Michael Lovern, Sr.<br>3713 Parke Drive<br>Edgewater, Maryland 21037<br>(206) 202-9074 |

            /s/
            Jared A. Hughes
            Attorney
            Telecommunications & Media Section
            Antitrust Division
            U.S. Department of Justice
            1401 H Street, N.W., Suite 8000
            Washington, D.C. 20530