**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, ) | |
| ) | Civil Action No.: 1:05CV02102 (EGS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SBC Communications, Inc. and ) | |
| AT&T Corp., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| United States of America, ) | |
| ) | Civil Action No.: 1:05CV02103 (EGS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Verizon Communications Inc. and ) | |
| MCI, Inc., ) | |
| ) | |
| Defendants. ) | |

**ORDER DENYING MICHAEL LOVERN'S MOTION FOR LEAVE TO FILE
MOTION FOR RECONSIDERATION**

Upon consideration of Michael Lovern Sr.'s Motion for leave to file Motion for Reconsideration, docketed on July 20, 2006, it is hereby **ORDERED** that Mr. Lovern's Motion is **DENIED**.

Dated: _____        _____
                                                                    UNITED STATES DISTRICT JUDGE