

# State of New Jersey
DEPARTMENT OF THE PUBLIC ADVOCATE
DIVISION OF RATE COUNSEL
31 CLINTON STREET, 11TH FL
P. O. BOX 46005
NEWARK, NEW JERSEY 07101

JON S. CORZINE
*Governor*

RONALD K. CHEN
*Public Advocate*

SEEMA M. SINGH, ESQ.
*Director*

August 2, 2006

**VIA ELECTRONIC FILING**
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

  RE: Letter Response Related to Protective Order(s)
     U.S. v. SBC Communications, Inc., and AT&T Corp. Docket No. 05-2102, U.S.
     FCC, and U.S. v. Verizon Communications. Inc., and MCI, Inc.
     Docket No. 05-2103, U.S. FCC

Dear Clerk:

  The New Jersey Division of Rate Counsel does not oppose the Protective Order issued by the Court in this matter. However, Rate Counsel requests that Paragraph 4 of the Order be revised to permit the use of any information, including confidential, highly confidential and copy prohibited information supplied to the Federal Communications Commission ("FCC") as part of those merger reviews when such information was furnished or produced in any state proceeding reviewing the mergers. Rate Counsel reviewed all three type of information in the New Jersey proceedings related to the mergers. The information reviewed was the documents furnished by the petitioners to the FCC which were made available in Washington and New Jersey for our review and use in New Jersey. Comments filed in the New Jersey proceedings referenced portions of the information we reviewed.

  Rate Counsel asks that paragraph 4 of the Order be revised to add the following additional provision:

> Notwithstanding the provision of paragraph 2 and 3, nothing shall limit a party in this proceeding from use or disclosure of confidential, highly confidential, or copy prohibited information provided to the Federal Communications Commission during the merger reviews when such information was subsequently furnished to a party as part of a state's review of the mergers.

      Rate Counsel would ask the Court to include such a clause in any other confidential order it issues related to pending motions for protective order now before the Court.

                                        Very truly yours,

                                        SEEMA M. SINGH, ESQ.
                                        RATE COUNSEL

                            By: *Christopher J. White*
                                        Christopher J. White, Esq.
                                        Deputy Ratepayer Advocate

Cc: Service list (Via Overnight mail)

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2006, I filed electronically with the Clerk, our Letter Response Related to Protective Order(s) and served the service list by overnight delivery.

*Estrella Dominguez*
ESTRELLA DOMINGUEZ,
TELCO Paralegal
Division of the Rate Counsel
31 Clinton Street, 11th Fl.
Newark, NJ 07102
(973) 648-2690

# Service List

*Attorneys for Plaintiff, United States:*
**Jared A. Hughes**
**Lawrence M. Frankel**
**Matthew C. Hammond**
**David T. Blonder**
**James J. Schwartz**
**Claude F. Scott, Jr.**
Telecommunication and Media
Enforcement, Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Ste. 8000
Washington, D.C. 20530

*Attorneys for Defendant, SBC Communications, Inc.:*
**William Randolph Smith**
**Michael L. Lazarus**
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Attorneys for Defendant, Verizon Communications Inc.:*
**Aaron Martin Panner**
**Joseph S. Hall**
**Mark C. Hansen**
Kellogg, Huber, Hansen, Todd, Evens & Figel, PLLC
1615 M Street, N.W., Suite 400
Washington, D.C. 20036

**David Earl Wheeler**
4445 Warren Street, N.W.
Washington, D.C. 20016-2439

**John Thorne**
1320 North Courthouse Road, 8th Floor
Arlington, VA 22201

*Attorneys for Defendant, AT&T Corp.:*
**Wilma A. Lewis**
**William Randolph Smith**
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Attorneys for Movant, CompTel:*

**Kevin R. Sullivan**
King & Spalding LLP
1730 Pennsylvania Ave., N.W.
Washington, D.C. 2006

*Attorneys for Eliot Spitzer, Attorney General of the State of New York:*

**Jay L. Himes**
Chief Antitrust Bureau
120 Broadway
New York, NY 10271

*Attorney for National Association of State Utility Consumer Advocates:*

**David C. Bergmann**
Assistant Ohio Consumers' Counsel
Chairman, NASUCA Telecommunications Committee
Office of the Ohio Consumers' Counsel
10 West Broad St., Suite 1800
Columbus, Ohio 43215

Charles T. Kimmett
Harris, Wiltshire & Grannis, LLP
1200 Eighteenth Street, NW
12 Floor
Washington, DC 20036-2506

*Attorney for Movant, American Antitrust Institute, Inc.:*

**Jonathan Laurence Rubin**
Jonathan L. Rubin, PA
1717 K Street, NW, Suite 600
Washington, DC 30036

*Attorneys for Movant, Alliance for Competition in Telecommunications:*

**Gary L. Reback**
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, CA 94303

National Association of State Utility Consumer Advocates
8380 Colesville Road, Suite 101
Silver Spring, Maryland 20910

Kathleen F. O'Reilly
414 A Street, SE
Washington, DC 20003