**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>　　　　　　Defendants. | Civil Action No.: 1:05CV02102 (EGS) |
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>　　　　　　Defendants. | Civil Action No.: 1:05CV02103 (EGS) |

**ORDER DENYING NEW JERSEY RATE COUNSEL'S**
**MOTION TO MODIFY PROTECTIVE ORDERS**

Upon consideration of the New Jersey Rate Counsel's motion to modify protective orders, it is hereby **ORDERED** that the Motion is **DENIED**.

Dated: _____          _____
                                                                              UNITED STATES DISTRICT JUDGE