IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>SBC COMMUNICATIONS, INC., and<br>AT&T CORP.<br>               Defendants. | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., and<br>MCI, INC.<br>               Defendants. | Civil Action No. 1:05CV02103 (EGS) |

**MOTION OF TIME WARNER TELECOM INC.[1] FOR EXTENSION OF TIME TO FILE MOTION TO PARTICIPATE IN THESE PROCEEDINGS**

Pursuant to the Tunney Act, 15 U.S.C. §16(f)(3), Time Warner Telecom Inc. ("Time Warner Telecom" or "TWTC") moves this Court for an extension of time, until 4:30 PM local time, for TWTC to file its Motion to Participate in These Proceedings.

**MEMORANDUM OF POINTS AND AUTHORITIES**

The Tunney Act gives this Court the discretion to allow participation of "interested persons" in any "manner and extent which serves the public interest as the court may deem

---

[1] Time Warner Telecom Inc., 10475 Park Meadows Drive, Littleton, Colorado, 80124.

1230438.1

appropriate." 15 U.S.C. §16(f)(3). Time Warner Telecom has a vital interest in this Court's disposition of competing proposed protective orders that will govern the distribution and review of some of Time Warner Telecom's most sensitive business information -- information provided to the United States pursuant to Civil Investigative Demands issued to TWTC in 2005.

Time Warner seeks this short extension of time in order to file its Motion to Participate in These Proceedings, which in turn asks permission to present to this Court TWTC's views on the competing proposed protective orders filed by the United States and by Verizon Communications Inc. The short extension sought by TWTC will in no way prejudice the opportunity of other participants in these proceedings from having a full opportunity to reply to TWTC's views.

For these reasons, Time Warner Telecom respectfully requests that this Court grant its motion for an extension of time, until 4:30PM local time, to file its Motion to Participate in These Proceedings.

Dated: August 2, 2006

Respectfully submitted,

By: /s/ Theodore C. Whitehouse

Theodore C. Whitehouse (D.C. Bar No. 298331)
Thomas Jones (D.C. Bar No. 444900)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006
Tel.:   (202) 303-1000
Fax:   (202) 303-2000

*Counsel to Time Warner Telecom Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2006, a true and correct copy of the Motion of Time Warner Telecom Inc. To Participate in These Proceedings and Memorandum of Points and Authorities was filed with the clerk's office and copies were serviced via U.S. mail to:

| | |
|---|---|
| *Attorneys for Plaintiff, United States:*<br>**Claude F. Scott, Jr.**<br>**Jared A. Hughes**<br>**Lawrence M. Frankel**<br>**Matthew C. Hammond**<br>**David T. Bonder**<br>Telecommunication and Media Enforcement, Antitrust Division<br>U.S. Department of Justice<br>1401 H Street, N.W., Ste. 800<br>Washington, D.C. 20530 | *Attorneys for Defendant, SBC Communications, Inc.:*<br>**William Randolph Smith**<br>**Michael L. Lazarus**<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 |
| *Attorneys for Defendant, Verizon Communications, Inc.:*<br>**Aaron Martin Panner**<br>**Joseph S. Hall**<br>**Mark C. Hansen**<br>Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036 | *Attorneys for Defendant, AT&T Corp.:*<br>**Wilma A. Lewis**<br>**William Randolph Smith**<br>Crowell & Moring, LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 |
| **David Earl Wheeler**<br>Verizon Communications, Inc.<br>4445 Warren Street, N.W.<br>Washington, D.C. 20016-2439 | *Attorneys for Movant, Alliance for Competition in Telecommunications:*<br>**Gary L. Reback**<br>Carr & Ferrell, LLP<br>2200 Geng Road<br>Palo Alto, CA 94303 |
| **John Thorne**<br>Verizon Communications, Inc.<br>1320 North Courthouse Road<br>8th Floor<br>Arlington, VA 22201 | **Thomas Cohen**<br>Kelley, Drye & Warren LLP<br>3050 K Street, N.W., Suite 400<br>Washington, D.C. 20007 |

1230438.1

| *Attorneys for Movant, CompTel:*<br>**Kevin R. Sullivan**<br>King & Spalding LLP<br>1730 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006 | *Attorney for Movant, American Antitrust Institute, Inc.:*<br>**Jonathan Laurence Rubin**<br>Jonathan L. Rubin, PC<br>14121 Saddle River Drive<br>North Potomac, MD 20878 |
| --- | --- |
| *Attorney for the Attorney General of the State of New York:*<br>**Jay L. Himes**<br>Chief Antitrust Bureau<br>120 Broadway<br>New York, NY 10271 | |

_____
Benjamin W. Jackson