IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>SBC COMMUNICATIONS, INC., and<br>AT&T CORP.<br>         Defendants. | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>VERIZON COMMUNICATIONS, INC., and<br>MCI, INC.<br>         Defendants. | Civil Action No. 1:05CV02103 (EGS) |

**[PROPOSED] ORDER GRANTING MOTION OF TIME WARNER TELECOM INC. FOR EXTENSION OF TIME TO FILE MOTION TO PARTICIPATE IN THESE PROCEEDINGS**

  Upon consideration of the motion for of Time Warner Telecom Inc., for an extension of time, it is

  **ORDERED** that the motion for an extension of time, until 4:30PM local time, to file its Motion to Participate in These Proceedings is granted.

  **SO ORDERED**

Dated: _____, 2006

                        _____
                        Emmet G. Sullivan
                        United States District Judge