IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>SBC COMMUNICATIONS, INC., and<br>AT&T CORP.<br>         Defendants. | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>VERIZON COMMUNICATIONS, INC., and<br>MCI, INC.<br>         Defendants. | Civil Action No. 1:05CV02103 (EGS) |

**[PROPOSED] ORDER GRANTING MOTION OF TIME WARNER TELECOM INC.
TO PARTICIPATE IN THESE PROCEEDINGS**

  Upon consideration of the motion for permission to participate of Time Warner Telecom Inc., any opposition to that motion, and the entire record in these cases, it is

  **ORDERED** that the motion to participate is granted for the limited purpose of providing this Court the views of TWTC on the competing proposed protective orders filed by the United States and by Verizon Communications Inc.

  **SO ORDERED**

Dated: _____, 2006

                       _____
                       Emmet G. Sullivan
                       United States District Judge