IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| Plaintiff, | |
| v. | |
| SBC COMMUNICATIONS, INC., and AT&T CORP. | Civil Action No. 1:05CV02102 (EGS) |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| VERIZON COMMUNICATIONS, INC., and MCI, INC. | Civil Action No. 1:05CV02103 (EGS) |
| Defendants. | |

To the Clerk of this Court and All Parties of Record:

Please enter the appearance of Theodore C. Whitehouse as counsel in this case for TIME WARNER TELECOM INC.

Dated: August 2, 2006

By

Theodore C. Whitehouse (D.C. Bar No. 298331)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006
Tel.:    (202) 303-1000
Fax:    (202) 303-2000

*counsel to Time Warner Telecom Inc.*

1230370.1

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2006, a true and correct copy of the Notice of Appearance of Theodore C. Whitehouse was filed with the clerk's office and copies were serviced via U.S. mail to:

| *Attorneys for Plaintiff, United States:*<br>**Claude F. Scott, Jr.**<br>**Jared A. Hughes**<br>**Lawrence M. Frankel**<br>**Matthew C. Hammond**<br>**David T. Bonder**<br>Telecommunication and Media Enforcement,<br>Antitrust Division<br>U.S. Department of Justice<br>1401 H Street, N.W., Ste. 800<br>Washington, D.C.  20530 | *Attorneys for Defendant, SBC*<br>*Communications, Inc.:*<br>**William Randolph Smith**<br>**Michael L. Lazarus**<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004 |
| --- | --- |
| *Attorneys for Defendant, Verizon*<br>*Communications, Inc.:*<br>**Aaron Martin Panner**<br>**Joseph S. Hall**<br>**Mark C. Hansen**<br>Kellogg, Huber, Hansen, Todd, Evans &<br>Figel, PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, D.C.  20036 | *Attorneys for Defendant, AT&T Corp.:*<br>**Wilma A. Lewis**<br>**William Randolph Smith**<br>Crowell & Moring, LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004 |
| **David Earl Wheeler**<br>Verizon Communications, Inc.<br>4445 Warren Street, N.W.<br>Washington, D.C.  20016-2439 | *Attorneys for Movant, Alliance for Competition*<br>*in Telecommunications:*<br>**Gary L. Reback**<br>Carr & Ferrell LLP<br>2200 Geng Road<br>Palo Alto, CA  94303 |
| **John Thorne**<br>Verizon Communications, Inc.<br>1320 North Courthouse Road<br>8th Floor<br>Arlington, VA  22201 | **Thomas Cohen**<br>Kelley, Drye & Warren LLP<br>3050 K Street, N.W., Suite 400<br>Washington, D.C.  20007 |

1230370.1

| | |
|---|---|
| *Attorneys for Movant, CompTel:*<br>**Kevin R. Sullivan**<br>King & Spalding LLP<br>1730 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20006 | *Attorney for Movant, American Antitrust Institute, Inc.:*<br>**Jonathan Laurence Rubin**<br>Jonathan L. Rubin, PC<br>14121 Saddle River Drive<br>North Potomac, MD  20878 |
| *Attorney for the Attorney General of the State of New York:*<br>**Jay L. Himes**<br>Chief Antitrust Bureau<br>120 Broadway<br>New York, NY  10271 | |

Benjamin W. Jackson