UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
UNITED STATES OF AMERICA,            )
                         Plaintiff,            )
                                       )
        v.                              )
                                       )   Civil Action No. 1:05CV02102 (EGS)
SBC COMMUNICATIONS, INC. and        )
AT&T CORP.,                          )
                         Defendants.          )
_____)
                                       )
UNITED STATES OF AMERICA,            )
                         Plaintiff,            )
                                     )
        v.                              )
                                     )   Civil Action No. 1:05CV02103 (EGS)
VERIZON COMMUNICATIONS, INC.        )
and MCI, INC.,                       )
                         Defendants.          )
_____)

To the Clerk of this Court and All Parties of Record:

       Please enter the appearance of Timothy J. Simeone as counsel in this case for Sprint Nextel Corporation.

                                                 Respectfully submitted,

                                                 ____/s/_____
                                                 Timothy J. Simeone
                                                   D.C. Bar No. 453700
                                               HARRIS WILTSHIRE & GRANNIS LLP
                                               1200 Eighteenth Street, N.W., 12th Floor
                                               Washington, D.C.  20036
                                               (202) 730-1300

                                               *Counsel for Sprint Nextel Corporation*

August 3, 2006