UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-2102 (EGS) |
| ) | |
| SBC COMMUNICATIONS, INC. and ) | |
| AT&T CORP., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-2103 (EGS) |
| ) | |
| VERIZON COMMUNICATIONS, INC. ) | |
| And MCI INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

The New Jersey Division of the Rate Counsel herby gives Notice of Filing of the following documents pursuant to the Court's order dated July 25, 2006:

• Agreement Concerning Confidentiality for Christopher J. White, Esq.
• Agreement Concerning Confidentiality for Maria Novas-Ruiz, Esq.
• Agreement Concerning Confidentiality for Susan M. Baldwin
• Agreement Concerning Confidentiality for Sarah Bosely

Very truly yours,

SEEMA M. SINGH, ESQ.
RATEPAYER ADVOCATE

By: *Christopher J. White*
Christopher J. White, Esq.
Deputy Ratepayer Advocate

August 3, 2006

## CERTIFICATE OF SERVICE

     I hereby certify that on this 3rd day of August, 2006, I filed electronically with the Clerk, our Notice of Filing and the Agreements Concerning Confidentiality for Christopher J. White, Maria Novas-Ruiz, Susan M. Baldwin and Sarah Bosely and served the service list by U.S. regular mail.

 

*Estrella N. Dominguez*
Estrella N. Dominguez,
TELCO Paralegal
Division of the Rate Counsel
31 Clinton Street, 11th Fl.
Newark, NJ 07102
(973) 648-2690

# Service List

*Attorneys for Plaintiff, United States:*
**Jared A. Hughes**
**Lawrence M. Frankel**
**Matthew C. Hammond**
**David T. Blonder**
**James J. Schwartz**
**Claude F. Scott, Jr.**
Telecommunication and Media
Enforcement, Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Ste. 8000
Washington, D.C. 20530

*Attorneys for Defendant, SBC Communications, Inc.:*
**William Randolph Smith**
**Michael L. Lazarus**
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Attorneys for Defendant, Verizon Communications Inc.:*
**Aaron Martin Panner**
**Joseph S. Hall**
**Mark C. Hansen**
Kellogg, Huber, Hansen, Todd, Evens & Figel, PLLC
1615 M Street, N.W., Suite 400
Washington, D.C. 20036

**David Earl Wheeler**
4445 Warren Street, N.W.
Washington, D.C. 20016-2439

**John Thorne**
1320 North Courthouse Road, 8th Floor
Arlington, VA 22201

*Attorneys for Defendant, AT&T Corp.:*
**Wilma A. Lewis**
**William Randolph Smith**
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Attorneys for Movant, CompTel:*

**Kevin R. Sullivan**
King & Spalding LLP
1700 Pennsylvania Ave., N.W.
Washington, D.C. 20006

*Attorneys for Eliot Spitzer, Attorney General of the State of New York:*

**Jay L. Himes**
Chief Antitrust Bureau
120 Broadway
New York, NY 10271

*Attorney for National Association of State Utility Consumer Advocates:*

**David C. Bergmann**
Assistant Ohio Consumers' Counsel
Chairman, NASUCA Telecommunications Committee
Office of the Ohio Consumers' Counsel
10 West Broad St., Suite 1800
Columbus, Ohio 43215
*Attorneys for SAVVIS:*

Christopher j. Wright
Charles T. Kimmett
Harris, Wiltshire & Grannis, LLP
1200 Eighteenth Street, NW
12 Floor
Washington, DC 20036-2506
*Attorneys for XO:*

Thomas W. Cohen
Kelley, Drye & Warren, LLP
1200 19th St. NW, Suite 500
Washington, DC 20036

*Attorney for Movant, American Antitrust Institute, Inc.:*

**Jonathan Laurence Rubin**
Jonathan L. Rubin, PA
1717 K Street, NW, Suite 600
Washington, DC 30036

*Attorneys for Movant, Alliance for Competition in Telecommunications:*

**Gary L. Reback**
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, CA 94303


National Association of State Utility
Consumer Advocates
8380 Colesville Road, Suite 101
Silver Spring, Maryland 20910




Kathleen F. O'Reilly
414 A Street, SE
Washington, DC 20003




Samuel L. Feder
General Counsel
Federal Communications Commission
445 12th Street, SW
Washington, DC 20554

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SBC COMMUNICATIONS, INC. and ) <br> AT&T CORP. ) <br> ) <br> Defendants. ) | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VERIZON COMMUNICATIONS, INC. and ) <br> MCI INC. ) <br> ) <br> Defendants. ) | Civil Action No. 1:05CV02103 (EGS) |

## AGREEMENT CONCERNING CONFIDENTIALITY

I, <u>Christopher J. White</u>, am employed as a <u>Deputy Ratepayer Advocate</u> by <u>NJ Division of Rate Counsel</u>. I hereby certify that:

    1.    I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

6

2. I agree to be bound by the terms of the Protective Order entered in the above-captioned action. I agree to use the information provided to me only for the purposes of this action.

3. I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4. I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5. I make this certificate this 2 day of August, 2006.

_____
SIGNATURE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SBC COMMUNICATIONS, INC. and )<br>AT&T CORP. )<br>)<br>Defendants. )<br>_____ )<br>UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON COMMUNICATIONS, INC. and )<br>MCI INC. )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:05CV02102 (EGS)<br><br><br><br><br><br><br><br><br>Civil Action No. 1:05CV02103 (EGS) |

## AGREEMENT CONCERNING CONFIDENTIALITY

I, _MARIA T. NOVA-RUIZ_, am employed as an _attorney_ by _the Division of the Rate Counsel_. I hereby certify that:

1.   I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

6

2. I agree to be bound by the terms of the Protective Order entered in the above-captioned action. I agree to use the information provided to me only for the purposes of this action.

3. I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4. I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5. I make this certificate this __2nd__ day of __August__, 2006.

_____
SIGNATURE

08/01/2006 09:12 9702552455 SUSAN BALDWIN PAGE 02
Case 1:05-cv-02103-EGS   Document 109   Filed 08/03/2006   Page 9 of 12
Case 1:05-cv-02102-EGS   Document 68-2   Filed 07/20/2006   Page 6 of 8

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SBC COMMUNICATIONS, INC. and )<br>AT&T CORP. )<br>)<br>Defendants. ) | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON COMMUNICATIONS, INC. and )<br>MCI INC. )<br>)<br>Defendants. ) | Civil Action No. 1:05CV02103 (EGS) |

## AGREEMENT CONCERNING CONFIDENTIALITY

I, _Susan Baldwin_, am employed as a _Consultant_ by _the New Jersey Division of Rate Counsel_

I hereby certify that:

1.  I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

6

2.  I agree to be bound by the terms of the Protective Order entered in the above-captioned action. I agree to use the information provided to me only for the purposes of this action.

3.  I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4.  I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5.  I make this certificate this 1st day of August, 2006.

_____
SIGNATURE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff, <br><br> v. <br><br> SBC COMMUNICATIONS, INC. and AT&T CORP. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:05CV02102 (EGS) <br> ) <br> ) <br> ) |
| UNITED STATES OF AMERICA <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC. and MCI INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:05CV02103 (EGS) <br> ) <br> ) <br> ) |

## AGREEMENT CONCERNING CONFIDENTIALITY

I, _Sarah M. Bosley_, am employed as a _Consultant_ by _New Jersey Division of the Rate Counsel_
I hereby certify that:

    1.    I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

2. I agree to be bound by the terms of the Protective Order entered in the above-captioned action. I agree to use the information provided to me only for the purposes of this action.

3. I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4. I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5. I make this certificate this 2 day of August, 2006.

_____
SIGNATURE