**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, ) | |
| ) | Civil Action No.: 1:05CV02102 (EGS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SBC Communications, Inc. and ) | |
| AT&T Corp., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| United States of America, ) | |
| ) | Civil Action No.: 1:05CV02103 (EGS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Verizon Communications Inc. and ) | |
| MCI, Inc., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF NOTIFICATION TO INTERESTED PERSONS PURSUANT TO THE
COURT'S PROTECTIVE ORDER OF AUGUST 4, 2006**

The United States hereby notifies the Court that, pursuant to the Court's Order of August 4, 2006, it has provided to each Interested Person (AT&T, Verizon, the Office of the Attorney General of the State of New York, the National Association of State Utility Consumer Advocates, and Sprint) a list of Protected Persons (as that term is defined in the Order) and their contact information. The United States provided this information so that the Interested Persons may comply with Paragraph 2(d) of the Order by informing the Protected Persons of the identity of any Outside Consultants that will have access to the Highly Confidential Information.

       Respectfully submitted,

       _____/s/_____
       Laury E. Bobbish
       Assistant Chief

       _____/s/_____
       Claude F. Scott, Jr. (D.C. Bar No. 414906)
       Lawrence M. Frankel (D.C. Bar No. 441532)
       Jared A. Hughes
       Trial Attorneys

       Telecommunications & Media Section
       Antitrust Division
       U.S. Department of Justice
       1401 H Street, N.W., Suite 8000
       Washington, D.C. 20530
       (202) 514-5621
       Attorneys for the United States