IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>   Defendants. | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>   Plaintiffs,<br><br>   v.<br><br>Verizon Communications, Inc. and<br>MCI, Inc.,<br><br>   Defendants. | Civil Action No. 1:05CV02103 (EGS) |

NOTICE OF FILING

AT&T Inc. hereby gives Notice of Filing of the following document pursuant to the Court's Order dated August 4, 2006. This notice attaches an agreement concerning confidentiality for William Randolph Smith, outside counsel for AT&T Inc.

                   Respectfully submitted,

                   /s/ Wm. Randolph Smith
                   Wm. Randolph Smith (D.C. Bar No. 356402)
                   Wilma A. Lewis (D.C. Bar No. 358637)
                   **CROWELL & MORING LLP**
                   1001 Pennsylvania Avenue, N.W.

        Washington, DC  20004
        Telephone:  (202) 624-2500
        Facsimile:  (202) 628-5116

        Counsel for Defendant AT&T Inc.

Dated:  August 4, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>　　　　　　Defendants. | Civil Action No.: 1:05CV02102 (EGS) |
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>　　　　　　Defendants. | Civil Action No.: 1:05CV02103 (EGS) |

**AGREEMENT CONCERNING CONFIDENTIALITY**

I, ___Wm. Randolph Smith___, am employed as an ___attorney___ by ___Crowell & Moring for AT&T Inc.___.

I hereby certify that:

1.　　I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

2.　　I agree to be bound by the terms of the Protective Order entered in the above-captioned

action. I agree to use the information provided to me only for the purposes of this action.

3.    I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4.    I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5.    I make this certificate this __4__ day of __August__, 2006.

/s/ Wm. Randolph Smith
_____
SIGNATURE

## **_CERTIFICATE OF SERVICE_**

       I hereby certify that on this 4th day of August, 2006, true and correct copies of AT&T Inc.'s Notice of Filing and the Agreements Concerning Confidentiality for William Randolph Smith, Wilma Lewis, and Valerie Hinko were sent by first class mail, postage prepaid, to the following:

*Attorneys for Plaintiff, United States*
Laury E. Bobbish
Lawrence M. Frankel
Antitrust Division
U.S. Department of Justice
City Center Building
1401 H Street, N.W.
Suite 8000
Washington, DC 20530

Matthew C. Hammond
Antitrust Division
U.S. Department of Justice
City Center Building
1401 H Street, N.W.
Suite 8000
Washington, DC 20530

*Attorney for Verizon Communications*
John Thorne
Verizon Communications Inc.
1515 North Courthouse Road
Arlington, Virginia 22201

*Attorneys for ACTel*
Gary Reback
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, CA 94303

Thomas W. Cohen
Special Counsel
Kelley, Drye & Warren LLP
3050 K Street, N.W., Suite 400
Washington, DC 20007

*Attorney for New Jersey Division of the
  Ratepayer Advocate*
Christopher J. White
Deputy Ratepayer Advocate
Division of the Ratepayer Advocate
31 Clinton Street, 11th Floor
P.O. Box 46005
Newark, NJ 07101

*Attorney for American Antitrust Institute*
Jonathan L. Rubin, Esquire
Jonathan L. Rubin, P.A.
1717 K Street, N.W.
Suite 600
Washington, DC 20036

Jonathan L. Rubin, Esquire
14121 Saddle River Drive
Potomac, MD 20878

*Attorney for MCI*
Paul M. Eskildsen
MCI, Inc.
22001 Loudoun County Parkway
Ashburn, Virginia 20147

*Attorney for COMPTEL*
Kevin R. Sullivan
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006

*Attorneys for NASUCA*
John R. Perkins
Iowa Consumer advocate
President of NASUCA
Office of Consumer Advocate
310 Maple Street
Des Moines, IA 50319

NASUCA
8380 Colesville Road, Suite 101
Silver Spring, MD 20910

Michael Lovern
3713 Park Drive
Edgewater, MD 21037

                                                      /s/ Valerie Hinko