**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 1:05CV02102 (EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| SBC Communications, Inc. and | ) | |
| AT&T Corp., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 1:05CV02103 (EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| Verizon Communications Inc. and | ) | |
| MCI, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' NOTICE OF FILING UNDER SEAL PURSUANT TO THE
COURT'S ORDER OF AUGUST 4, 2006**

Pursuant to Local Rule 5.4(e)(1), notice is hereby given that, pursuant to the Court's Order of August 4, 2006, plaintiff is filing under seal its Submission in Response to the Court's Minute Order of July 25, 2006. The Submission consists of a memorandum, the Declaration of W. Robert Majure, Chief of the Antitrust Division's Competition Policy Section, and supporting materials.

          Respectfully submitted,

          _____/s/_____
          Laury E. Bobbish
          Assistant Chief


          _____/s/_____
          Claude F. Scott, Jr. (D.C. Bar No. 414906)
          Lawrence M. Frankel (D.C. Bar No. 441532)
          Jared A. Hughes
          Trial Attorneys

          Telecommunications & Media Section
          Antitrust Division
          U.S. Department of Justice
          1401 H Street, N.W., Suite 8000
          Washington, D.C. 20530
          (202) 514-5621
          Attorneys for the United States

Date: August 7, 2006