UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>v.<br><br>SBC COMMUNICATIONS, INC. and<br>AT&T CORP.,<br><br>           Defendants. | Civil Case No. 1:05-CV-02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>v.<br><br>VERIZON COMMUNICATIONS, INC.<br>And MCI INC.,<br><br>           Defendants. | Civil Case No. 1:05-CV-02103 (EGS) |

## NOTICE OF FILING

The NATIONAL ASSOCIATION OF STATE UTILITY CONSUMER ADVOCATES ("NASUCA") herby gives Notice of Filing of the following documents:

- Agreement Concerning Confidentiality for Kathleen F. O'Reilly
- Agreement Concerning Confidentiality for Lee L. Selwyn
- Agreement Concerning Confidentiality for Helen E. Golding
- Agreement Concerning Confidentiality for Susan M. Gately

These agreements set forth the named persons' intention to be bound by the terms of this Court's Order of July 28, 2006 in these proceedings.

Very truly yours,

*[signature]* (per authorization)
Kathleen F. O'Reilly
Attorney at Law
414 "A" Street SE
Washington, DC 20003
(W) 202-543-5068
(C) 202-246-1982
kforeilly@igc.org
D.C. Bar # 056390


David C. Bergmann
Chair, NASUCA Telecommunications
Committee
Assistant Consumers' Counsel
Office of the Ohio Consumers' Counsel
10 West Broad Street, Suite 1800
Columbus, Ohio 43215-3485
(614) 466-8574 Telephone
(614) 466-9475 Facsimile
bergmann@occ.state.oh.us


NASUCA
8380 Colesville Road, Suite 101
Silver Spring, MD 20910
Phone (301) 589-6313
Fax (301) 589-6380

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2006, I filed electronically with the Clerk, our Notice of Filing and the Agreements Concerning Confidentiality for Kathleen F. O'Reilly, Lee L. Selwyn, Helen E. Golding, and Susan M. Gately and served the service list by overnight mail.

*[signature]*

David C. Bergmann
Chair, NASUCA Telecommunications Committee

Assistant Consumers' Counsel
Office of the Ohio Consumers' Counsel
10 West Broad Street, Suite 1800
Columbus, Ohio 43215-3485
(614) 466-8574 Telephone
(614) 466-9475 Facsimile
bergmann@occ.state.oh.us

*Attorneys for Plaintiff, United States:*
**Claude F. Scott, Jr.**
**Jared A. Hughes**
**Lawrence M. Frankel**
**Matthew C. Hammond**
**David T. Blonder**
Telecommunication and Media Enforcement, Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Ste. 8000
Washington, D.C. 20530

**James J. Schwartz**
U.S. Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20001

*Attorneys for Defendant, SBC Communications, Inc.:*
**William Randolph Smith**
**Michael L. Lazarus**
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Attorneys for Defendant, AT&T Corp.:*
**Wilma A. Lewis**
**William Randolph Smith**
**Michael L. Lazarus**
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Attorneys for Defendant, Verizon Communications Inc.:*
**Aaron Martin Panner**
**Joseph S. Hall**
**Mark C. Hansen**
Kellogg, Huber, Hansen, Todd, Evens & Figel, PLLC
1615 M Street, N.W., Suite 400
Washington, D.C. 20036

**David Earl Wheeler**
4445 Warren Street, N.W.
Washington, D.C. 20016-2439

**John Thorne**
1320 North Courthouse Road, 8th Floor
Arlington, VA 22201

*Attorneys for Movant, CompTel:*
**Kevin R. Sullivan**
King & Spalding LLP
1730 Pennsylvania Ave., N.W.
Washington, D.C. 2006

*Attorneys for Eliot Spitzer, Attorney General of the State of New York:*
**Jay L. Himes**
Chief Antitrust Bureau
120 Broadway
New York, NY 10271

*Attorneys for Sprint Nextel Corporation:*
**Christopher J. Wright**
**Charles T. Kimmett**
Harris, Wiltshire & Grannis, LLP
1200 18th Street, N.W.
12th Floor
Washington, DC 20036-2506

*Attorneys for Movant, Alliance for Competition in Telecommunications:*
**Gary L. Reback**
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, CA 94303

*Attorney for Movant, American Antitrust Institute, Inc.:*
**Jonathan Laurence Rubin**
Jonathan L. Rubin, PC
14121 Saddle River Drive
North Potomac, MD 20878

*Attorneys for Time Warner Telecom Inc.*
**Benjamin Wallace Jackson**
**Theodore C. Whitehouse**
Willkie Farr & Gallegher LLP
1875 K Street, NW
Washington, DC 2006

*Attorneys for XO:*
**Thomas W. Cohen**
Kelley, Drye & Warren, LLP
1200 19th Street, N.W.
Suite 500
Washington, D.C. 20036

4

**Samuel L. Feder**
General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, D.C. 20554

*Attorneys for New Jersey Division of Rate Counsel:*
**Christopher J. White**
Department of the Public Advocate
Division of Rate Counsel
31 Clinton Street, 11th Floor
P.O. Box 46005
Newark, NJ 07101

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SBC Communications, Inc. and )<br>AT&T Corp., )<br>)<br>Defendants. )| Civil Action No.: 1:05CV02102 (EGS) |
| United States of America, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Verizon Communications Inc. and )<br>MCI, Inc., )<br>)<br>Defendants. ) | Civil Action No.: 1:05CV02103 (EGS) |

## AGREEMENT CONCERNING CONFIDENTIALITY

I, KATHLEEN F. O'Reilly, am employed as a Counsel by the National Association of State Consumer Utility Advocates (NASUA)
I hereby certify that:

1.      I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

2.      I agree to be bound by the terms of the Protective Order entered in the above-captioned

6

action. I agree to use the information provided to me only for the purposes of this action.

3.  I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4.  I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5.  I make this certificate this _8th_ day of _August_, 2006.

_[signature]_
SIGNATURE

Attorney at Law
Bar No. 056390
414 "C" St. Southeast
Washington, D.C. 20003
Tel: 202-543-5068
Fax: 202-547-5784
Kforeilly@igc.org

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Civil Action No.: 1:05CV02102 (EGS) |
| v. | |
| SBC Communications, Inc. and AT&T Corp., | |
| Defendants. | |
| United States of America, | |
| Plaintiff, | Civil Action No.: 1:05CV02103 (EGS) |
| v. | |
| Verizon Communications Inc. and MCI, Inc., | |
| Defendants. | |

## AGREEMENT CONCERNING CONFIDENTIALITY

I, Lee L. Selwyn, am employed as a Consultant by NASUCA.
I hereby certify that:

1. I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

2. I agree to be bound by the terms of the Protective Order entered in the above-captioned

6

action. I agree to use the information provided to me only for the purposes of this action.

3.  I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4.  I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5.  I make this certificate this 8th day of August, 2006.

_____
SIGNATURE
Lee L. Selwyn
Economics and Technology, Inc.
Two Center Plaza, Suite 400
Boston, Mass. 02108
617-227-0900

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>　　　　Defendants. | Civil Action No.: 1:05CV02102 (EGS) |
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>　　　　Defendants. | Civil Action No.: 1:05CV02103 (EGS) |

## AGREEMENT CONCERNING CONFIDENTIALITY

I, __Helen E. Golding__, am employed as a __Consultant__ by __NASUCA__.
I hereby certify that:

1.  I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

2.  I agree to be bound by the terms of the Protective Order entered in the above-captioned

6

action. I agree to use the information provided to me only for the purposes of this action.

3.  I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4.  I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5.  I make this certificate this 8th day of August, 2006.

_____
SIGNATURE
Helen E. Golding
Economics and Technology, Inc.
Two Center Plaza, Suite 400
Boston, Mass. 02108
617-227-0900

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, )<br>    Plaintiff, )<br>v. )<br>SBC Communications, Inc. and )<br>AT&T Corp., )<br>    Defendants. ) | Civil Action No.: 1:05CV02102 (EGS) |
| United States of America, )<br>    Plaintiff, )<br>v. )<br>Verizon Communications Inc. and )<br>MCI, Inc., )<br>    Defendants. ) | Civil Action No.: 1:05CV02103 (EGS) |

### AGREEMENT CONCERNING CONFIDENTIALITY

I, Susan M. Gately, am employed as a Consultant by NASUCA.
I hereby certify that:

1. I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

2. I agree to be bound by the terms of the Protective Order entered in the above-captioned

6

action. I agree to use the information provided to me only for the purposes of this action.

3. I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4. I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5. I make this certificate this 8th day of August, 2006.

*[signature: Susan A Gately]*
SIGNATURE

Susan M. Gately
Economics and Technology, Inc.
Two Center Plaza, Suite 400
Boston, Mass. 02108
617-227-0900