# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-2102 (EGS) |
| **SBC COMMUNICATIONS, INC. and AT&T CORP.,** | ) | |
| Defendants. | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-2103 (EGS) |
| **VERIZON COMMUNICATIONS, INC. And MCI INC.,** | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

The New Jersey Division of the Rate Counsel herby gives Notice of Filing of the following documents pursuant to the Court's order dated July 28, 2006:

• Agreement Concerning Confidentiality for Christopher J. White, Esq.
• Agreement Concerning Confidentiality for Maria Novas-Ruiz, Esq.

Very truly yours,

SEEMA M. SINGH, ESQ.
RATEPAYER ADVOCATE

By: *Christopher J. White*
Christopher J. White, Esq.
Deputy Ratepayer Advocate

August 8, 2006

# CERTIFICATE OF SERVICE

  I hereby certify that on this 8th day of August, 2006, I filed electronically with the Clerk, our Notice of Filing and the Agreements Concerning Confidentiality for Christopher J. White, Maria Novas-Ruiz and served the service list by overnight mail.

                 *Estrella N. Dominguez*
                 Estrella N. Dominguez,
                 TELCO Paralegal
                 Division of the Rate Counsel
                 31 Clinton Street, 11th Fl.
                 Newark, NJ 07102
                 (973) 648-2690

# Service List

*Attorneys for Plaintiff, United States:*
**Jared A. Hughes**
**Lawrence M. Frankel**
**Matthew C. Hammond**
**David T. Blonder**
**James J. Schwartz**
**Claude F. Scott, Jr.**
Telecommunication and Media Enforcement, Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Ste. 8000
Washington, D.C. 20530

*Attorneys for Defendant, Verizon Communications Inc.:*
**Aaron Martin Panner**
**Joseph S. Hall**
**Mark C. Hansen**
Kellogg, Huber, Hansen, Todd, Evens & Figel, PLLC
1615 M Street, N.W., Suite 400
Washington, D.C. 20036

**David Earl Wheeler**
4445 Warren Street, N.W.
Washington, D.C. 20016-2439

**John Thorne**
1320 North Courthouse Road, 8th Floor
Arlington, VA 22201

*Attorneys for Defendant, SBC Communications, Inc.:*
**William Randolph Smith**
**Michael L. Lazarus**
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Attorneys for Defendant, AT&T Corp.:*
**Wilma A. Lewis**
**William Randolph Smith**
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Attorneys for Movant, CompTel:*

**Kevin R. Sullivan**
King & Spalding LLP
1700 Pennsylvania Ave., N.W.
Washington, D.C. 20006

*Attorneys for Eliot Spitzer, Attorney General of the State of New York:*

**Jay L. Himes**
Chief Antitrust Bureau
120 Broadway
New York, NY 10271

*Attorney for National Association of State Utility Consumer Advocates:*

**David C. Bergmann**
Assistant Ohio Consumers' Counsel
Chairman, NASUCA Telecommunications Committee
Office of the Ohio Consumers' Counsel
10 West Broad St., Suite 1800
Columbus, Ohio 43215
*Attorneys for SAVVIS:*

Christopher j. Wright
Charles T. Kimmett
Harris, Wiltshire & Grannis, LLP
1200 Eighteenth Street, NW
12 Floor
Washington, DC 20036-2506
*Attorneys for XO:*

Thomas W. Cohen
Kelley, Drye & Warren, LLP
1200 19th St. NW, Suite 500
Washington, DC 20036

*Attorney for Movant, American Antitrust Institute, Inc.:*

**Jonathan Laurence Rubin**
Jonathan L. Rubin, PA
1717 K Street, NW, Suite 600
Washington, DC 30036

*Attorneys for Movant, Alliance for Competition in Telecommunications:*

**Gary L. Reback**
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, CA 94303


National Association of State Utility Consumer Advocates
8380 Colesville Road, Suite 101
Silver Spring, Maryland 20910




Kathleen F. O'Reilly
414 A Street, SE
Washington, DC 20003




Samuel L. Feder
General Counsel
Federal Communications Commission
445 12th Street, SW
Washington, DC 20554

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>        Defendants. | Civil Action No.: 1:05CV02102 (EGS) |
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>        Defendants. | Civil Action No.: 1:05CV02103 (EGS) |

**AGREEMENT CONCERNING CONFIDENTIALITY**

I, MARIA T. NOVAS-RUIZ, am employed as an assistant ratepayer advocate by New Jersey Rate Counsel. I hereby certify that:

1. I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

2. I agree to be bound by the terms of the Protective Order entered in the above-captioned

6

action. I agree to use the information provided to me only for the purposes of this action.

3. I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4. I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5. I make this certificate this 8th day of August, 2006.

_Maria D. Montuez, Esq._
SIGNATURE

7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>Defendants. | Civil Action No.: 1:05CV02102 (EGS) |
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>Defendants. | Civil Action No.: 1:05CV02103 (EGS) |

**AGREEMENT CONCERNING CONFIDENTIALITY**

I, _Christopher J. White_, am employed as a _Dep-ty Ratepayer Advocate_ by _The New Jersey Division of Rate Counsel_. I hereby certify that:

1.    I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

2.    I agree to be bound by the terms of the Protective Order entered in the above-captioned

6

action. I agree to use the information provided to me only for the purposes of this action.

3. I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4. I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5. I make this certificate this _8_ day of _August_, 2006.

_____
SIGNATURE