**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>　　　　　　　Defendants. | )<br>)<br>)　Civil Action No.:  1:05CV02102 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>　　　　　　　Defendants. | )<br>)<br>)　Civil Action No.: 1:05CV02103 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING THE UNITED STATES' EMERGENCY MOTION TO AMEND
PROTECTIVE ORDER**

Upon consideration of the United States' Emergency Motion to Amend Protective Order the motion is hereby **GRANTED.**

The protective order entered by the Court on August 4, 2006 is hereby amended to include the New Jersey Division of the Ratepayer Advocate, now New Jersey Division of Rate Counsel ("NJRC") as an "Interested Person" as that term is defined in Paragraph 1(e) of the protective order.

The protective order entered by the Court on August 4, 2006 is further amended to allow NJRC to receive Highly Confidential Information three business days after the filing of NJRC's signed Agreement of Confidentiality (filed August 8, 2006).


Dated: _____            _____
                                UNITED STATES DISTRICT JUDGE