# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | )     Civil Action No.: 1:05CV02102 (EGS) |
| | ) |
| v. | ) |
| | ) |
| SBC Communications, Inc. and | ) |
| AT&T Corp., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| United States of America, | ) |
| | ) |
| Plaintiff, | )     Civil Action No.: 1:05CV02103 (EGS) |
| | ) |
| v. | ) |
| | ) |
| Verizon Communications Inc. and | ) |
| MCI, Inc., | ) |
| | ) |
| Defendants. | ) |

## UNITED STATES' NOTICE OF PUBLIC FILING OF REDACTED SUBMISSION PURSUANT TO THE COURT'S ORDER OF AUGUST 4, 2006

Pursuant to Local Rule 5.4(e)(1), notice is hereby given that, pursuant to the Court's Order of August 4, 2006, plaintiff is filing a Redacted Submission in Response to the Court's Minute Order of July 25, 2006. The Redacted Submission consists of: a redacted memorandum, a redacted version of the Declaration of W. Robert Majure, Chief of the Antitrust Division's Competition Policy Section, and redacted supporting materials.

Respectfully submitted,


_____/s/_____
Laury E. Bobbish
Assistant Chief


_____/s/_____
Claude F. Scott, Jr. (D.C. Bar No. 414906)
Lawrence M. Frankel (D.C. Bar No. 441532)
Jared A. Hughes
Trial Attorneys

Telecommunications & Media Section
Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530
(202) 514-5621
Attorneys for the United States

Date: August 9, 2006

2