**Tab 2, AT&T Network Maps**

**REDACTED**