**Tab 3, AT&T Buildings List:**

**REDACTED**