**Tab 4, MCI Network Maps:**

**REDACTED**

Case 1:05-cv-02103-EGS    Document 127-10    Filed 08/09/2006    Page 1 of 1