**Tab 5, MCI Buildings List:**

**REDACTED**