**Tab 6, CLEC Network Maps and Building Lists:**

**REDACTED**