**Tab 8, CLEC Business Plans:**

**REDACTED**