**Tab 9, CLEC Interrogatory Responses:**

**REDACTED**