**Tab 10, Documents Pertaining to CLECs as Providers of Access:**

**REDACTED**