**Tab 11, AT&T Documents:**

**REDACTED**