**Tab 12, MCI Documents:**

**REDACTED**