**Tab 16: Divestiture Assets Purchase Agreements:**

**REDACTED**