**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br>v.<br><br>**SBC Communications, Inc. and AT&T Corp.,**<br><br>    **Defendants.** | Civil Action No.<br>1:05CV02102 (EGS) |
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br>v.<br><br>**Verizon Communications Inc. and MCI, Inc.,**<br><br>    **Defendants.** | Civil Action No.<br>1:05CV02103 (EGS) |

**NOTICE OF FILING**

Verizon hereby gives Notice of Filing of the following documents pursuant to the Court's Order dated August 4, 2006. This notice attaches an agreement concerning confidentiality for Geoffrey Klineberg, outside counsel for Verizon.

                                                Respectfully submitted,

                                                /s/ Mark C. Hansen_____

| | |
|---|---|
| John Thorne | Mark C. Hansen |
| David E. Wheeler | Aaron M. Panner |
| Verizon Communications Inc. | Evan T. Leo |
| 1515 N. Courthouse Road | Kellogg, Huber, Hansen, Todd, |
| Arlington, Virginia 22201 |    Evans & Figel, P.L.L.C. |
| Telephone: (703) 351-3000 | 1615 M Street, N.W., Suite 400 |
| Facsimile: (703) 351-3670 | Washington, D.C. 20036-3209 |
| | Telephone (202) 326-7900 |
| | Facsimile (202) 326-7999 |

August 7, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2006, I caused a copy of the foregoing Notice of Filing and Agreement Concerning Confidentiality to be served by overnight mail on the parties below:

| FOR THE ATTORNEY GENERAL OF THE STATE OF NEW YORK<br><br>Jay L. Himes<br>Chief, Antitrust Bureau<br>Office of the Attorney General<br>120 Broadway<br>26C54<br>New York, NY 10271<br><br>FOR SPRINT NEXTEL<br><br>Charles T. Kimmett<br>Harris, Wiltshire & Grannis LLP<br>1200 Eighteenth Street, N.W.<br>12th Floor<br>Washington, D.C.  20036 | FOR THE UNITED STATES<br><br>Lawrence M. Frankel<br>U.S. Department of Justice<br>City Center Building<br>1401 H Street, N.W.<br>Washington, D.C.  20530<br><br>Brenda Smith<br>5445 Old Providence Road<br>Virginia Beach, VA 23464 |
|---|---|

_____
LaTanya T. Parker