**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
UNITED STATES OF AMERICA       )
                               )
            Plaintiff,         )
                               )
       v.                      )  Civil Action No. 05-2102 (EGS)
                               )
                               )
SBC COMMUNICATIONS, INC. and   )
AT&T CORP.                     )
                               )
            Defendants.        )
_____)
                               )
UNITED STATES OF AMERICA       )
                               )
            Plaintiff,         )
                               )
       v.                      )  Civil Action No. 05-2103 (EGS)
                               )
                               )
VERIZON COMMUNICATIONS, INC. and )
MCI, INC.                      )
                               )
            Defendants.        )
_____)
```

**O R D E R**

Upon consideration of the United States' Emergency Motion to Amend Protective Order, the motion is hereby **GRANTED**.

The protective order entered by the Court on August 4, 2006 is hereby amended to include the New Jersey Division of the Ratepayer Advocate, now New Jersey Division of Rate Counsel ("NJRC") as an "Interested Person" as that term is defined in Paragraph 1(e) of the protective order.

1

The protective order entered by the Court on August 4, 2006 is further amended to allow NJRC to receive Highly Confidential Information three business days after the filing of NJRC's signed Agreement of Confidentiality (filed August 8, 2006).


**Signed:    Emmet G. Sullivan**
            **United States District Court**
            **August 15, 2006**