**From:** Hughes, Jared A.
**Sent:** Thursday, August 03, 2006 3:48 PM
**To:** ATR-SBCATT
**Subject:** FW: protective order

-----Original Message-----
From: kforeilly@igc.org [mailto:kforeilly@igc.org]
Sent: Thursday, August 03, 2006 3:36 PM
To: Hughes, Jared A.
Cc: BERGMANN@occ.state.oh.us
Subject: Re: protective order

Mr. Hughes:

NASUCA has decided not to sign the Agreement Concerning Confidentiality, so it will not be necessary to discuss the concerns tomorrow.

Thank you.

Kathleen F. O'Reilly
Attorney at Law and Counsel to NASUCA
414 "A" Street, Southeast
Washington, D.C. 20003

Tel: 202-543-5068


----- Original Message -----
From: <Jared.Hughes@usdoj.gov>
To: <kforeilly@igc.org>
Cc: <Claude.Scott@usdoj.gov>; <BERGMANN@occ.state.oh.us>
Sent: Thursday, August 03, 2006 10:42 AM
Subject: RE: protective order


> Ms. O'Reilly:
>
> I can be reached tomorrow at 10 am at my office: 202-353-3748.  It would
> be helpful to know in advance what your areas of concern are, so I can be
> prepared to discuss them.
>
> Thank you.
>
> Jared A. Hughes
> U.S. Department of Justice/Antitrust Division
> Telecommunications and Media Enforcement Section
> 1401 H Street N.W.
> Suite 8000
> Washington, DC 20530
> (202) 353-3748
>
> -----Original Message-----
> From: kforeilly@igc.org [mailto:kforeilly@igc.org]
> Sent: Thursday, August 03, 2006 10:04 AM
> To: Hughes, Jared A.
> Cc: BERGMANN@occ.state.oh.us
> Subject: Re: protective order
> Importance: High

1

```
>
>
> Mr. Hughes:
>
> NASUCA's leadership has reviewed the proposed protective order and would
> like to make arrangements with you for a 3-way telephone call in order to
> discuss areas of concern.
>
> Would you be available for such a discussion tomorrow morning?
> Participating
> on behalf of NASUCA would be Assistant Ohio Consumers' Counsel, David
> Bergmann, who serves as Chair of NASUCA's Telecom Committee. and myself.
>
> If you could suggest a time and the appropriate telephone number at which
> to
> reach you (if other than 353-3748), I will be happy to initiate that call.
>
> Thank you.
>
> Kathleen F. O'Reilly
> Attorney at Law and Counsel to NASUCA
> 414 "A" Street, Southeast
> Washington, D.C. 20003
>
> Tel: 202-543-5068
>
```