UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>SBC COMMUNICATIONS, INC. and<br>AT&T CORP.,<br>Defendants. | Civil Case No. 1:05-CV-02102 (EGS) |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>VERIZON COMMUNICATIONS, INC.<br>And MCI INC.,<br>Defendants. | Civil Case No. 1:05-CV-02193 (EGS) |

DECLARATION OF
DAVID C. BERGMANN

**DAVID C. BERGMANN**, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am Assistant Consumers' Counsel, Office of the Ohio Consumers' Counsel.

2. I submit this declaration in support of the motion for my admission *pro hac vice*.

3. I am an attorney licensed to practice law in the state of Ohio. A Certificate of Good Standing from the Ohio Supreme Court is attached hereto.

4. There are no pending disciplinary proceedings against me in any state or federal court.

**WHEREFORE**, affiant respectfully requests that he be permitted to appear as counsel and advocate *pro hac vice* in this action.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON AUGUST 10, 2006, COLUMBUS OHIO.**

DAVID C. BERGMANN