UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Case No. 1:05-CV-02102 (EGS) |
| | ) | |
| **SBC COMMUNICATIONS, INC. and AT&T CORP.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Case No. 1:05-CV-02193 (EGS) |
| | ) | |
| **VERIZON COMMUNICATIONS, INC. And MCI INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED ORDER**

---

This matter having come before the Court on the motion of Kathleen F. O'Reilly, a member in good standing of the bar of the Court, for leave to permit David C. Bergmann, Esq. to appear in this action *pro hac vice*, as counsel for NASUCA, and the Court being sufficiently advised that David C. Bergmann, Esq. is licensed and admitted to practice law before the State of Ohio, it hereby GRANTS said motion; and

IT IS HEREBY ORDERED that David C. Bergmann, Esq. is granted leave to appear in this action *pro hac vice*, as counsel for NASUCA.

_____
UNITED STATES DISTRICT JUDGE

Date:_____, 2006