IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SBC COMMUNICATIONS, INC. ) <br> ) <br> and ) <br> ) <br> AT&T CORP. ) <br> ) <br> Defendants. ) <br> ) | Civil action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VERIZON COMMUNICATIONS INC. ) <br> ) <br> and ) <br> ) <br> MCI, INC. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:05CV02103 (EGS) |

## NOTICE OF FILING

The Attorney General of the State of New York, Eliot Spitzer, hereby gives Notice of Filing the following document pursuant to the Court's Protective Order in the above-captioned matter:

- Agreement Concerning Confidentiality for Margaret Ross

Dated: New York, New York
      August 23, 2006

                ELIOT SPITZER
                Attorney General of the State of New York

By: _____

                Jay L. Himes
                Chief, Antitrust Bureau
                120 Broadway
                26C54
                New York, NY 10271
                Tel No.: (212) 416-8262
                Fax No.: (212) 416-6015

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) ) | Civil Action No.: 1:05CV02102 (EGS) |
| v. | ) ) | |
| SBC Communications, Inc. and AT&T Corp., | ) ) ) | |
| Defendants. | ) ) | |
| United States of America, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 1:05CV02103 (EGS) |
| v. | ) ) | |
| Verizon Communications Inc. and MCI, Inc., | ) ) ) | |
| Defendants. | ) ) | |

**AGREEMENT CONCERNING CONFIDENTIALITY**

I, **Margaret Ross**, am employed as an **AAG** by **the NY State Law Dept.**
I hereby certify that:

1. I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

2. I agree to be bound by the terms of the Protective Order entered in the above-captioned

6

action. I agree to use the information provided to me only for the purposes of this action.

3.  I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4.  I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5.  I make this certificate this 23rd day of August, 2006.

_____
SIGNATURE

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2006, a true and correct copy of the Notice of Filing, dated August 23, 2006 and the Agreement Concerning Confidentiality for Margaret Ross, dated August 23, 2006, were filed with the clerk's office and copies were served by 1st class mail to:

*Attorneys for Plaintiff*

Laury E. Bobbish, Assistant Chief
Jared A. Hughes, Attorney
Lawrence M. Frankel, Attorney
Matthew C. Hammond, Attorney
David T. Blonder, Attorney
Telecommunications & Media
Enforcement Section - Antitrust Division
U.S. Department of Justice
City Center Building
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530

*Attorneys for Verizon Communications, Inc.*

John Thorne
Verizon Communications, Inc.
1515 North Courthouse Road
Arlington, VA 22201

Aaron Martin Panner
Joseph S. Hall
Mark C. Hansen
Kellog, Huber, Hansen, Todd, Evens & Figel, PLLC
1615 M Street, N.W., Suite 400
Washington, D.C. 20016-2439

David Earl Wheeler
4445 Warren Street, N.W.
Washington, D.C. 20016-2439

*Attorneys for MCI, Inc.*

Paul M. Eskildsen
MCI, Inc.
22001 Loudoun County Parkway
Ashburn, VA 20147

*Attorneys for Defendant, SBC Communications*

Wm. Randolph Smith
Michael L. Lazarus
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Richard L. Rosen
Arnold & Porter
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206

James D. Ellis
Wayne Watts
SBC Communications Inc.
175 East Houston Street
San Antonio, TX 78205

*Attorneys for Defendant, AT&T Corp.:*
Wilma A. Lewis
William Randolph Smith
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Attorneys for Defendant, AT&T Corp.:*
Ilene Knable Gotts
Wachtell, Lipton Rosen & Katz
51 West 52nd Street
New York, NY 10019

David L. Lawson
David W. Carpenter
Sidley Austin Brown & Wood LLP
1501 K Street N.W.
Washington, D.C. 20005

James W. Cicconi
Lawrence J. Lafaro
AT&T Corp.
One AT&T Way
Bedminster, NJ 07921

*Attorneys for New Jersey Division of Rate Council*

Christopher J. White
Deputy Ratepayer Advocate
Division of the Ratepayer Advocate
31 Clinton Street, 11th Floor
Newark, NJ 07101

*Attorneys for American Antitrust Institute*

Albert A. Foer, President
Jonathan Rubin
American Antitrust Institute
1717 K Street, N.W.
Suite 600
Washington, D.C. 30036

*Attorneys for CompTel*

Kevin R. Sullivan
Peter M. Todaro
King & Spalding LLP
1700 Pennsylvania Ave., N.W.
Washington, D.C. 20006

Jonathan Lee
Sr. Vice President, Regulatory Affairs
CompTel
1900 M Street, N.W.
Suite 800
Washington, D.C. 20036-3508

*Attorneys for Alliance for Competition in Telecommunications*

Gary L. Reback
Carr & Ferrell LLP
535 Montgomery Street, Suite 750
San Francisco, CA 94111

*Attorneys for National Association of State Utility Consumer Advocates*

John R. Perkins
Iowa Consumer Advocate
President of NASUCA
Office of the Consumer Advocate
310 Maple Street
Des Moines, IA 50319-0063

NASUCA
8380 Colesville Road, Suite 101
Silver Springs, MD 20910

_____
Jeremy R. Kasha