## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SBC Communications, Inc. and ) <br> AT&T Corp., ) <br> ) <br> Defendants, ) <br> ) <br> The Alliance for Competition in ) <br> Telecommunications ) <br> ) <br> and ) <br> ) <br> COMPTEL, ) <br> ) <br> *Amicus-Curiae*. ) <br> ) | Civil Action No.: 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Verizon Communications Inc. and ) <br> MCI, Inc., ) <br> ) <br> Defendants, ) <br> ) <br> The Alliance for Competition in ) <br> Telecommunications ) <br> ) <br> and ) <br> ) <br> COMPTEL, ) <br> ) <br> *Amicus-Curiae*. ) <br> ) | Civil Action No.: 1:05CV02103 (EGS) |

### ACTEL'S NOTICE OF FILING UNDER SEAL PURSUANT TO THE COURT'S ORDER OF AUGUST 4, 2006

DC01/REISS/251307.3

Pursuant to Local Rule 5.4(e)(1), notice is hereby given that, pursuant to the Court's Order of August 4, 2006, *Amicus Curiae* Alliance for Competition in Telecommunications (ACTel) is filing under seal its Response to the United States' Submission under this Court's Minute Order of July 25, 2006. The Response consists of a memorandum and supporting exhibits.

Dated September 5, 2006.

                                                        Respectfully submitted,

                                                        _____/s/_____

Gary Reback (Bar No. 218594)
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, CA 94303
650-812-3489 (phone)
650-812-3444 (facsimile)
greback@carrferrell.com

Thomas Cohen (Bar No. 269332)
Kelley Drye & Warren, LLP
3050 K Street, N.W., Suite 400
Washington, D.C. 20005
(202) 342-8400 (phone)
(202) 342-8451 (facsimile)
tcohen@kelleydrye.com

*Attorneys for the Alliance for Competition in Telecommunications*