UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SBC COMMUNICATIONS, INC. and<br>AT&T CORP.,<br>　　　　　　　Defendants. | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>VERIZON COMMUNICATIONS, INC.<br>and MCI, INC.,<br>　　　　　　　Defendants. | Civil Action No. 1:05CV02103 (EGS) |

**SPRINT NEXTEL CORPORATION'S
NOTICE OF FILING UNDER SEAL**

Pursuant to Local Rule 5.4(e)(1) and this court's Protective Order dated August 4, 2006, as amended August 15, 2006, Sprint Nextel Corporation hereby gives notice that it is filing under seal the Response of Sprint Nextel Corporation to the United States' Submission in Response to the Court's Minute Order of July 25, 2006 and attachments.

　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　____/s/_____
Sprint Nextel Corporation　　　　Christopher J. Wright (DC Bar No. 367384)
2001 Edmund Halley Drive　　　　Timothy J. Simeone (DC Bar No. 453700)
Reston, VA  20191　　　　　　　HARRIS, WILTSHIRE & GRANNIS LLP
　　　　　　　　　　　　　　　1200 Eighteenth Street, N.W., 12th Floor
　　　　　　　　　　　　　　　Washington, D.C.  20036
　　　　　　　　　　　　　　　(202) 730-1300

September 5, 2006　　　　　　　*Counsel for Sprint Nextel Corporation.*