**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Civil Action No. 1:05CV02102 (EGS) |
| ) | |
| SBC Communications, Inc. and ) | |
| AT&T Corp., ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Civil Action No. 1:05CV02103 (EGS) |
| ) | |
| Verizon Communications, Inc. and ) | |
| MCI, Inc., ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF
THE NATIONAL ASSOCIATION OF STATE UTILITY CONSUMER ADVOCATES
OF FILING UNDER SEAL PURSUANT TO
COURT'S ORDER OF AUGUST 4, 2006**

Pursuant to Local Rule 5.4(e)(1), notice is hereby given that, pursuant to the Court's Order of August 4, 2006, Amicus National Association of State Utility Consumer Advocates ("NASUCA")[1] is filing under seal its Reply to the Submission filed by the United States

---

[1] As noted in NASUCA's "Motion to Intervene For the Limited Purpose of Providing Consumer Views on the Public Interest" ("Motion to Intervene") filed on July 20, 2005, NASUCA is a voluntary association of 44 advocate offices in 41 states and the District of Columbia, incorporated in Florida as a non-profit corporation. NASUCA's members are designated by laws of their respective jurisdictions to represent the interests of utility consumers before state and federal regulators and in the courts. See, e.g., Ohio Rev. Code Chapter 4911; 71 Pa. Cons. Stat. Ann. § 309-4(a); Md. Pub. Util. Code Ann. § 2-205(b); Minn. Stat. § 8.33; D.C. Code Ann. § 34-804(d). Members operate independently from state utility commissions as advocates primarily for residential ratepayers. Some NASUCA member offices are separately established advocate agencies while others are divisions of larger state agencies (e.g., the state Attorney General's office). NASUCA's associate and affiliate members also serve utility consumers but

("Department of Justice" or "Department") in Response to the Court's Minute Order of July 25, 2006. The Reply includes the Declaration of Dr. Lee Selwyn and attachments thereto. The Attachments to the Selwyn Affidavit are non confidential; the Attachments are identical in both the redacted filing and the filing made under seal.

    Respectfully submitted,

    __/s/ Kathleen F. O'Reilly___

Kathleen F. O'Reilly
Attorney at Law
414 "A" Street SE
Washington, DC 20003
(W) 202-543-5068
(C) 202-246-1982
kforeilly@igc.org
D.C. Bar # 056390

David C. Bergmann
Chair, NASUCA Telecommunications Committee
Assistant Consumers' Counsel
Office of the Ohio Consumers' Counsel
10 West Broad Street, Suite 1800
Columbus, Ohio 43215-3485
(614) 466-8574 Telephone
(614)466-9475 Facsimile
bergmann@occ.state.oh.us
(Admission pro haec vice)


Counsel for Amicus NASUCA


NASUCA
8380 Colesville Road, Suite 101
Silver Spring, MD 20910
Phone (301) 589-6313
Fax (301) 589-6380

September 5, 2006

---

are not created by state law or do not have statewide authority. The Court granted NASUCA leave to participate as amicus in a Minute Order issued July 25, 2006.