**Attachment 1**

**Statement of Qualifications**

**LEE L. SELWYN**



## Statement of Qualifications

## LEE L. SELWYN

Dr. Lee L. Selwyn has been actively involved in the telecommunications field for more than thirty-five years, and is an internationally recognized authority on telecommunications regulation, economics and public policy. Dr. Selwyn founded the firm of Economics and Technology, Inc. in 1972, and has served as its President since that date. He received his Ph.D. degree from the Alfred P. Sloan School of Management at the Massachusetts Institute of Technology. He also holds a Master of Science degree in Industrial Management from MIT and a Bachelor of Arts degree with honors in Economics from Queens College of the City University of New York.

Dr. Selwyn has testified as an expert on rate design, service cost analysis, form of regulation, and other telecommunications policy issues in telecommunications regulatory proceedings before some forty state commissions, the Federal Communications Commission and the Canadian Radio-television and Telecommunications Commission, among others. He has appeared as a witness on behalf of commercial organizations, non-profit institutions, as well as local, state and federal government authorities responsible for telecommunications regulation and consumer advocacy.

He has served or is now serving as a consultant to numerous state utilities commissions including those in Arizona, Minnesota, Kansas, Kentucky, the District of Columbia, Connecticut, California, Delaware, Maine, Massachusetts, New Hampshire, Vermont, New Mexico, Wisconsin and Washington State, the Office of Telecommunications Policy (Executive Office of the President), the National Telecommunications and Information Administration, the Federal Communications Commission, the Canadian Radio-television and Telecommunications Commission, the United Kingdom Office of Telecommunications, and the Secretaria de Comunicaciones y Transportes of the Republic of Mexico. He has also served as an advisor on telecommunications regulatory matters to the International Communications Association and the Ad Hoc Telecommunications Users Committee, as well as to a number of major corporate telecommunications users, information services providers, paging and cellular carriers, and specialized access services carriers.

Dr. Selwyn has presented testimony as an invited witness before the U.S. House of Representatives Subcommittee on Telecommunications, Consumer Protection and Finance and before the U.S. Senate Judiciary Committee, on subjects dealing with restructuring and deregulation of portions of the telecommunications industry.

In 1970, he was awarded a Post-Doctoral Research Grant in Public Utility Economics under a program sponsored by the American Telephone and Telegraph Company, to conduct research on the economic effects of telephone rate structures upon the computer time sharing industry. This work was conducted at Harvard University's Program on Technology and Society, where he was appointed as a Research Associate. Dr. Selwyn was also a member of the faculty at the College of Business Administration at Boston University from 1968 until 1973, where he taught courses in economics, finance and management information systems.

1



*Statement of Qualifications – Lee L. Selwyn*

Dr. Selwyn has been an invited speaker at numerous seminars and conferences on telecommunications regulation and policy, including meetings and workshops sponsored by the National Telecommunications and Information Administration, the National Association of Regulatory Utility Commissioners, the U.S. General Services Administration, the Institute of Public Utilities at Michigan State University, the National Regulatory Research Institute at Ohio State University, the Harvard University Program on Information Resources Policy, the Columbia University Institute for Tele-Information, the International Communications Association, the Tele-Communications Association, the Western Conference of Public Service Commissioners, at the New England, Mid-America, Southern and Western regional PUC/PSC conferences, as well as at numerous conferences and workshops sponsored by individual regulatory agencies.

ECONOMICS AND
TECHNOLOGY, INC.

*Statement of Qualifications – Lee L. Selwyn*

## Papers and Publications

"Taxes, Corporate Financial Policy and Return to Investors," *National Tax Journal*, Vol. XX, No.4, December 1967.

"Considerations for Computer Utility Pricing Policies" (with Daniel S. Diamond), presented at the 23rd Association for Computing Machinery National Conference, 1968.

"Real Time Computer Communications and the Public Interest " (with Michael M. Gold), presented at the 1968 American Federation of Information Processing Societies, Fall Joint Computer Conference, San Francisco, CA, December 9-11, 1968.

"Computer Resource Accounting in a Time Sharing Environment," presented at the 1970 American Federation of Information Processing Societies, Spring Joint Computer Conference, Atlantic City, NJ, May 5-7, 1970.

*Planning Community Information Utilities*, H. Sackman and B. W. Boehm, Eds., Chapter 6, "Industrial and Vocational Services," Montvale, NJ, AFIPS Press, 1972, at 137-172.

"Competition and Structure in the Computer Services Industry," *Proceedings, Second Annual Symposium on Economic Considerations in Managing the Computer Installation*, New York: Association for Computing Machinery, 1972.

"Computer Resource Accounting and Pricing," *Proceedings, Second Annual Symposium on Economic Considerations in Managing the Computer Installation*, New York: Association for Computing Machinery, 1972.

"Pricing Telephone Terminal Equipment Under Competition," *Public Utilities Fortnightly*, December 8, 1977.

"Deregulation, Competition, and Regulatory Responsibility in the Telecommunications Industry," *Presented at the 1979 Rate Symposium on Problems of Regulated Industries - Sponsored by: The American University, Foster Associates, Inc., Missouri Public Service Commission, University of Missouri-Columbia*, Kansas City, MO, February 11 - 14, 1979.

"Sifting Out the Economic Costs of Terminal Equipment Services," *Telephone Engineer and Management*, October 15, 1979.

"Usage-Sensitive Pricing" (with G. F. Borton), (a three part series), *Telephony*, January 7, 28, February 11, 1980.

"Perspectives on Usage-Sensitive Pricing," *Public Utilities Fortnightly*, May 7, 1981.



*Statement of Qualifications – Lee L. Selwyn*

"Diversification, Deregulation, and Increased Uncertainty in the Public Utility Industries" *Comments Presented at the Thirteenth Annual Conference of the Institute of Public Utilities*, Williamsburg, VA - December 14-16, 1981.

"Local Telephone Pricing: Is There a Better Way?; The Costs of LMS Exceed its Benefits: a Report on Recent U.S. Experience," *Proceedings of a conference held at Montreal, Quebec - Sponsored by Canadian Radio-Television and Telecommunications Commission and The Centre for the Study of Regulated Industries, McGill University*, May 2-4, 1984.

"Long-Run Regulation of AT&T: A Key Element of A Competitive Telecommunications Policy," *Telematics*, August 1984.

"Is Equal Access an Adequate Justification for Removing Restrictions on BOC Diversification?" *Presented at the Institute of Public Utilities Eighteenth Annual Conference*, Williamsburg, VA - December 8-10, 1986.

"Market Power and Competition Under an Equal Access Environment," *Presented at the Sixteenth Annual Conference, "Impact of Deregulation and Market Forces on Public Utilities: The Future Role of Regulation," Institute of Public Utilities, Michigan State University*, Williamsburg, VA - December 3-5, 1987.

"Contestable Markets: Theory vs. Fact," *Presented at the Conference on Current Issues in Telephone Regulations: Dominance and Cost Allocation in Interexchange Markets - Center for Legal and Regulatory Studies Department of Management Science and Information Systems - Graduate School of Business, University of Texas at Austin*, October 5, 1987.

"The Sources and Exercise of Market Power in the Market for Interexchange Telecommunications Services," *Presented at the Nineteenth Annual Conference, "Alternatives to Traditional Regulation: Options for Reform," Institute of Public Utilities, Michigan State University*, Williamsburg, VA, December, 1987.

"Assessing Market Power and Competition in The Telecommunications Industry: Toward an Empirical Foundation for Regulatory Reform," *Federal Communications Law Journal*, Vol. 40 Num. 2, April 1988.

"A Perspective on Price Caps as a Substitute for Traditional Revenue Requirements Regulation," *Presented at the Twentieth Annual Conference, "New Regulatory Concepts, Issues and Controversies," Institute of Public Utilities, Michigan State University*, Williamsburg, VA, December, 1988.

"The Sustainability of Competition in Light of New Technologies" (with D. N. Townsend and P. D. Kravtin), *Presented at the Twentieth Annual Conference, Institute of Public Utilities, Michigan State University*, Williamsburg, VA, December, 1988.



"Adapting Telecom Regulation to Industry Change: Promoting Development Without Compromising Ratepayer Protection" (with S. C. Lundquist), *IEEE Communications Magazine*, January, 1989.

"The Role of Cost Based Pricing of Telecommunications Services in the Age of Technology and Competition," *Presented at National Regulatory Research Institute Conference*, Seattle, July 20, 1990.

"A Public Good/Private Good Framework for Identifying POTS Objectives for the Public Switched Network" (with Patricia D. Kravtin and Paul S. Keller), Columbus, Ohio: *National Regulatory Research Institute*, September 1991.

"Telecommunications Regulation and Infrastructure Development: Alternative Models for the Public/Private Partnership," *Prepared for the Economic Symposium of the International Telecommunications Union Europe Telecom '92 Conference, Budapest, Hungary,* October 15, 1992.

"Efficient Infrastructure Development and the Local Telephone Company's Role in Competitive Industry Environment" Presented at the *Twenty-Fourth Annual Conference, Institute of Public Utilities, Graduate School of Business, Michigan State University, "Shifting Boundaries between Regulation and Competition in Telecommunications and Energy,"* Williamsburg, VA, December 1992.

"Measurement of Telecommunications Productivity: Methods, Applications and Limitations" (with Françoise M. Clottes), *Presented at Organisation for Economic Cooperation and Development, Working Party on Telecommunication and Information Services Policies, `93 Conference "Defining Performance Indicators for Competitive Telecommunications Markets," Paris, France,* February 8-9, 1993.

"Telecommunications Investment and Economic Development: Achieving efficiency and balance among competing public policy and stakeholder interests," *Presented at the 105th Annual Convention and Regulatory Symposium, National Association of Regulatory Utility Commissioners, New York,* November 18, 1993.

"The Potential for Competition in the Market for Local Telephone Services" (with David N. Townsend and Paul S. Keller), *Presented at the Organization for Economic Cooperation and Development Workshop on Telecommunication Infrastructure Competition*, December 6-7, 1993.

"Market Failure in Open Telecommunications Networks: Defining the new natural monopoly," *Utilities Policy*, Vol. 4, No. 1, January 1994.

*The Enduring Local Bottleneck:  Monopoly Power and the Local Exchange Carriers,* (with Susan M. Gately, et al) a report prepared by Economics and Technology, Inc. and Hatfield Associates, Inc. for AT&T, MCI and CompTel, February 1994.



*Statement of Qualifications – Lee L. Selwyn*

*Commercially Feasible Resale of Local Telecommunications Services: An Essential Step in the Transition to Effective Local Competition,* (Susan M. Gately, et al) a report prepared by Economics and Technology, Inc. for AT&T, July 1995.

"Efficient Public Investment in Telecommunications Infrastructure," *Land Economics*, Vol 71, No.3, August 1995.

*Funding Universal Service:  Maximizing Penetration and Efficiency in a Competitive Local Service Environment* (with Susan M. Baldwin, under the direction of Donald Shepheard), A Time Warner Communications Policy White Paper, September 1995.

*Stranded Investment and the New Regulatory Bargain* (with Susan M. Baldwin, under the direction of Donald Shepheard), A Time Warner Communications Policy White Paper, September 1995

"Market Failure in Open Telecommunications Networks: Defining the new natural monopoly," in *Networks, Infrastructure, and the New Task for Regulation*, by Werner Sichel and Donal L. Alexander, eds., University of Michigan Press, 1996.

*Establishing Effective Local Exchange Competition:  A Recommended Approach Based Upon an Analysis of the United States Experience,* paper prepared for the Canadian Cable Television Association and filed as evidence in Telecom Public Notice CRTC 95-96, Local Interconnection and Network Component, January 26, 1996.

*Adapting Taxation Policies to a Changing Telecommunications Industry*, presented at the Public Utilities Seminar, International Association of Assessing Officers, Louisville, KY, March 22, 1996.

*The Cost of Universal Service, A Critical Assessment of the Benchmark Cost Model,* (with Susan M. Baldwin), a report prepared by Economics and Technology, Inc. on behalf of the National Cable Television Association and submitted with Comments in FCC Docket No. CC-96-45, April 1996.

*Economic Considerations in the Evaluation of Alternative Digital Television Proposals*, paper prepared for the Computer Industry Coalition on Advanced Television Service, filed with comments in FCC MM Docket No. 87-268, In the Matter of Advanced Television Systems and Their Impact Upon the Existing Television Broadcast Service, July 11, 1996.

*Assessing Incumbent LEC Claims to Special Revenue Recovery Mechanisms:  Revenue opportunities, market assessments, and further empirical analysis of the "Gap" between embedded and forward-looking costs,* (with Patricia D. Kravtin), filed in *Access Charge Reform*, CC Docket No. 96-262, January 29, 1997.

*The Use of Forward-Looking Economic Cost Proxy Models* (with Susan M. Baldwin), Economics and Technology, Inc., February 1997.



*Statement of Qualifications – Lee L. Selwyn*

*The Effect of Internet Use On The Nation's Telephone Network* (with Joseph W. Laszlo), report prepared for the Internet Access Coalition, July 22, 1997.

*Regulatory Treatment of ILEC Operations Support Systems Costs*, Economics and Technology, Inc., September 1997.

*The "Connecticut Experience" with Telecommunications Competition: A Case Study in Getting it Wrong* (with Helen E. Golding and Susan M. Gately), Economics and Technology, Inc., February 1998.

*Where Have All The Numbers Gone? Long-term Area Code Relief Policies and the Need for Short-term Reform,* prepared by Economics and Technology, Inc. for the Ad Hoc Telecommunications Users Committee, International Communications Association, March 1998, second edition, June 2000.

*Broken Promises: A Review of Bell Atlantic-Pennsylvania's Performance Under Chapter 30* (with Sonia N. Jorge and Patricia D. Kravtin), Economics and Technology, Inc., June 1998.

*Building A Broadband America: The Competitive Keys to the Future of the Internet* (with Patricia D. Kravtin and Scott A. Coleman), report prepared for the Competitive Broadband Coalition, May 1999.

*Bringing Broadband to Rural America: Investment and Innovation In the Wake of the Telecom Act* (with Scott C. Lundquist and Scott A. Coleman), report prepared for the Competitive Broadband Coalition, September 1999.

*Bringing Local Telephone Competition to Massachusetts* (with Helen E. Golding), prepared for The Massachusetts Coalition for Competitive Phone Service, January 2000.

*Subsidizing the Bell Monopolies: How Government Welfare Programs are Undermining Telecommunications Competition*, Economics and Technology, Inc., April 2002.

*Competition in Access Markets: Reality or Illusion, A Proposal for Regulating Uncertain Markets* (with Susan M. Gately and Helen E. Golding), Economics and Technology, Inc., prepared for the Ad Hoc Telecommunications Users Committee, August 2004.

"When the Competition Died – and What We Can Learn From the Autopsy, " presented at the 37th Annual Regulatory Policy Conference, Institute of Public Utilities, Michigan State University, Richmond, Virginia, December 5, 2005.



**RECORD OF TESTIMONY IN REGULATORY PROCEEDINGS**

**DR. LEE L. SELWYN**

**2006**

**Illinois Commerce Commission,** *Illinois Commerce Commission vs. Illinois Bell Telephone Company, Investigation of Specified Tariffs Declaring Certain Services to be Competitive Telecommunications Services*, on behalf of the People of the State of Illinois, Docket No. 06-0027, Direct Testimony filed March 6, 2006, Rebuttal Testimony filed March 24, 2006, cross-examination April 5, 2006.

**2005**

**Superior Court of California, County of Alameda,** *Bay Area Cellular Telephone Company, doing business as AT&T Wireless Services; GTE Mobilnet of California Limited Partnership, doing business as Verizon Wireless;; Cingular Wireless LLC; Silvano Mendoza; and Walid Achikxai, Plaintiffs, v. City of Union City, and DOES 1 through 100, Defendants,* Case No: HG04-161366, Declaration filed November 8, 2005.

**California Public Utilities Commission**, *Joint Application of Verizon Communications Inc.  ("Verizon") and MCI, Inc.  ("MCI") to Transfer Control of MCI's California Utility Subsidiaries to Verizon, Which Will Occur Indirectly as a Result of Verizon's Acquisition of MCI*, Application No. 05-04-020, on behalf of the Office of Ratepayer Advocates, Reply Testimony filed August 15, 2005.

**California Public Utilities Commission**, *Joint Application of SBC Communications Inc. ("SBC") and AT&T Corp. ("AT&T") for Authorization to Transfer Control of AT&T Communications of California (U-5002), TCG Los Angeles, Inc. (U-5462), TCG San Diego (U-5389) and TCG San Francisco (U-5454) to SBC, Which Will Occur Indirectly as a Result of AT&T's Merger with SBC, Tau Merger Sub Corporation*, Application No. 05-02-027, on behalf of the Office of Ratepayer Advocates, Reply Testimony filed June 24, 2005.

**Federal Communications Commission,** *AT&T Corp. And SBC Communications Inc. Application Pursuant to Section 214 of the Communications Act of 1934 and Section 63.04 of the Commission's Rules for Consent to the Transfer of Control of AT&T Corp. To SBC Communications Inc.*, WC Docket No. 05-65, on behalf of CompTel/ALTS, Reply Declaration filed May 10, 2005.

**2004**

**United States District Court for the District of Colorado**, *Qwest Corporation, a Colorado corporation, Plaintiff, v. AT&T Corp., a New York corporation, and AT&T Communications, Inc., a Delaware corporation, Defendants,* Civil Action No. 03-F-2084 (CBS), Export Report of Dr. Lee L. Selwyn, filed November 30, 2004.

**Washington Utilities  and Transportation Commission**, *Washington and Utilities and Transportation Commission, Complainant v. Verizon Northwest, Inc., Respondent*, Docket No. UT-040788, on behalf of the Washington Utilities and Transportation Commission Staff, Direct Testimony filed November 22, 2004.

**Federal-State Joint Board on Universal Service**, *En Banc Hearing on High-Cost Universal Service Support in Areas Served by Rural Carriers,*  CC Docket No. 96-45, on behalf of Western Wireless Corp, November 17, 2004.

**New Mexico Public Regulation Commission**,  *Investigation of Whether Qwest Corporation is in Compliance with the Investment Requirements of its Amended Alternative Form of Regulation Plan*, Docket No. 04-00237-UT, on behalf of the New Mexico Public Regulation Commission Staff, Direct Testimony filed October 22, 2004.

**Federal Communications Commission**, *Unbundled Access to Network Elements, Review of the Section 251; Unbundling Obligations of the Incumbent Local Exchange Carriers*, WC Docket No. 04-313 and CC Docket No.



*Record of Testimony in Regulatory Proceedings*

01-338, on behalf of AT&T Corp., Declaration filed October 4, 2004, Reply Declaration filed October 19, 2004, *Ex Parte* Declaration filed November 8, 2004.

**Federal Communications Commission**, *Petition of Qwest Corporation for Forbearance Pursuant to 47 U.S.C. § 160(c) in the Omaha Metropolitan Statistical Area*, WC Docket No. 04-223, on behalf of AT&T Corp., Declaration filed August 24, 2004.

**Wisconsin Public Service Commission**, *Petition of Wisconsin Bell, Inc., d/b/a SBC Wisconsin, to Establish Rates and Costs for Unbundled Network Elements*, Docket No. 6720-T1-187, on behalf of AT&T Communications of Wisconsin, L.P. and TCG Milwaukee, Rebuttal Testimony filed June 15, 2004, cross-examination July 30, 2004.

**Federal Communications Commission**, *Section 272(f)(1) Sunset of the BOC Separate Affiliate and Related Requirements; 2000 Biennial Regulatory Review Separate Affiliate Requirements of Section 64.1903 of the Commission's Rules*, on behalf of AT&T Corp., *Ex Parte* Declaration filed June 8, 2004.

**Ohio Public Utilities Commission**, *Review of SBC Ohio's TELRIC Costs for Unbundled Network Elements*, Docket No. 02-1280-TP-UNC, on behalf of AT&T Communications of Ohio, Inc., TCG Ohio, LDMI Telecommunications, Inc., CoreComm Newco, Inc., and XO Ohio Inc., Direct Testimony filed May 28, 2004.

**Washington Utilities and Transportation Commission**, *Review of:  Unbundled Loop and Switching Rates; the Deaveraged Zone Rate Structure; and Unbundled Network Elements, Transport, and Termination (Recurring Costs)*, Docket No.  UT-023003, on behalf of AT&T Communications of the Pacific Northwest, Inc., Direct Testimony filed April 20, 2004, Surrebuttal Testimony filed May 12, 2004, Affidavit filed June 1, 2004.

**Arizona Corporation Commission**, *Qwest Corporation's Filing Amended Renewed Price Regulation Plan; Investigation of the Cost of Telecommunications Access*, Docket No. T-01501B-03-0454 and Docket No. T-00000D-00-0672, on behalf of AT&T Communications of the Mountain States, Inc., Affidavit filed April 8, 2004.

**Iowa Department of Commerce Utilities Board**, *Implementation of the Federal Communications Commission's Triennial Review Order Adopting New Rules For Network Unbundling Obligations*, Docket No. INU-03-1, on behalf of AT&T Communications of the Midwest, Inc., and TCG Omaha, Inc., (Collectively "AT&T"), Direct Testimony (with William H. Lehr) filed February 25, 2004.

**Illinois Commerce Commission**, *Illinois Bell Telephone Company Filing to Increase Unbundled Loop and Nonrecurring Rates*, ICC Docket No. 02-0864, on behalf of AT&T Communications of Illinois, Inc., Direct Testimony filed February 20, 2004, Rebuttal Testimony filed February 20, 2004.

**United States Court of Appeals for the District of Columbia Circuit**, *Verizon Virginia, Inc., Petitioner v. Federal Communications Commission and United States of America, Respondents*, No. 04-1043on behalf of AT&T Communications of Virginia, LLC ("AT&T") and WorldCom, Inc. ("MCI"), Declaration filed February 17, 2004.

**Oregon Public Utility Commission**, *Investigation to Determine, Pursuant to Order of the Federal Communications Commission, Whether Impairment Exists in Particular Markets if Local Circuit Switching for Mass Market Customers is No Longer Available as an Unbundled Network Element*, UM 1100, on behalf of AT&T Communications of the Pacific Northwest, Inc., AT&T Local Services on behalf of TCG Oregon (Collectively "AT&T"), Direct Testimony (with William H. Lehr) filed February 17, 2004.

**New Mexico Public Regulations Commission**, *Staff's Petition for Issuance of a Notice of Inquiry into State Implementation of the FCC's Triennial Review of Its Rules Concerning ILECs' Network Unbundling Obligations*,



*Record of Testimony in Regulatory Proceedings*

Case No. 03-00201-UT, on behalf of AT&T Communications of the Mountain States, Inc., Direct Testimony (with William H. Lehr) filed February 16, 2004.

**Colorado Public Utilities Commission**, *Implementation of the Federal Communications Commission's Triennial Review Order Adopting New Rules for Network Unbundling Obligations*, Docket No. 03I-478T, on behalf of AT&T Communications of the Mountain States and TCG Colorado, Direct Testimony (with William H. Lehr) filed January 26, 2004.

**Minnesota Public Utilities Commission**, *Commission Investigation into ILEC Unbundling Obligations as a Result of the Federal Triennial Review Order*, Docket Nos. MPUC P-999/CI-3-961, OAH 12-2500-15571-2, on behalf of AT&T Communications of the Midwest, Inc. and TCG Minnesota, Inc., Direct Testimony (with William H. Lehr) filed January 23, 2004.

**Michigan Public Service Commission,**, *Commission's own motion, to review the costs of telecommunications services provided by SBC Michigan*, Case No.  U-13531, on behalf of AT&T Communications of Michigan, Inc., Initial Testimony filed January 20, 2004; Reply Testimony filed May 10, 2004.

**Utah Public Service Commission**, *Proceeding to Address Actions Necessary to Respond to the Federal Communications Commission Triennial Review Order Released August 21, 2003*, Docket No. 03-999-04, on behalf of AT&T Communications of the Mountain states, Inc., and TCG Utah, Direct Testimony (with William H. Lehr) filed January 13, 2004.

**Arizona Corporation Commission**, *ILEC Unbundling Obligations as a Result of the Federal Triennial Review Order*, Docket No. T-00000A-03-0369, on behalf of AT&T Communications of the Mountain States, Inc., and TCG Phoenix, Direct Testimony (with William H. Lehr) filed January 9, 2004.

**2003**

**Washington Utilities and Transportation Commission**, *Petition of QWEST CORPORATION To Initiate a Mass-Market Switching And Dedicated Transport Case Pursuant to the Triennial Review Order*, Docket No. UT-033044, on behalf of AT&T Communications of the Pacific Northwest, Inc., AT&T Local Services on behalf of TCG Seattle, and TCG Oregon (Collectively "AT&T"), Direct Testimony (with William H. Lehr) filed December 22, 2003, Response Testimony filed February 2, 2004, Rebuttal Testimony filed February 20, 2004.

**Federal Communications Commission**, *Review of the Commission's Rules Regarding the Pricing of Unbundled Network Elements and the Resale of Service by Incumbent Local Exchange Carriers*, WC Docket No. 03-173, on behalf of AT&T Corp., Declaration filed December 16, 2003, Reply Declaration filed January 30, 2004.

**Federal Communications Commission**, *Section 272(b)(1)'s "Operate Independently" Requirement for Section 272 Affiliates*, WC Docket 03-228, on behalf of AT&T Corp., Declaration filed December 10, 2003.

**California Public Utilities Commission**, *Order Instituting Rulemaking to Review Policies Concerning Intrastate Carrier Access Charges*, Docket No. R.03-08-018, on behalf of AT&T Communications of California, Inc. , Declaration filed November 12, 2003.

**United States Court of Appeals for the District of Columbia Circuit**, *United States Telecom Association, et al., v. Federal Communications Commission and United States of America*, Docket Nos. 00-0012, 00-0015, et al., on behalf of AT&T Corp., Declaration filed October 8, 2003.



*Record of Testimony in Regulatory Proceedings*

**New Jersey Board of Public Utilities**, *AT&T Communications of NJ, P.P., v. Verizon New Jersey, Inc., Verizon Long Distance, Inc., Verizon Enterprise Solutions, Inc., Verizon Global Networks, Inc., and Verizon Select Services, Inc.*, Docket TR 03100767, on behalf of AT&T Communications of NJ, P.L., Affidavit filed October 1, 2003.

**Utah Public Service Commission**, *Petition of Qwest Corporation for Pricing Flexibility for Residence Services in the Areas Served by 19 Central Offices*, Docket No.  03-049-49, on behalf of the Utah Committee of Consumer Services, Direct Testimony filed September 29, 2003, cross-examination October 28, 2003.

**Utah Public Service Commission**, *Petition of Qwest Corporation for Pricing Flexibility for Business Services in the Areas Served by 19 Central Offices*, Docket No.  03-049-50, on behalf of the Utah Committee of Consumer Services, Direct Testimony filed September 29, 2003, cross-examination October 28, 2003.

**United States Court of Appeals for the Eighth Circuit**, *Eschelon Telecom, Inc. v. Federal Communications Commission and United States of America*, Docket No. 03-3212 (and consolidated cases), on behalf of AT&T Corp., Declaration filed September 23, 2003.

**Superior Court of the State of Washington in and for the County of Snohomish**, *Verizon Northwest, Inc., v. Washington Utilities and Transportation Commission*, on behalf of AT&T of the Pacific Northwest, Inc., Affidavit filed September 2, 2003.

**Louisiana, Thirty-third Judicial District Court for the Parish of Allen**, *Judi Abruseley, Individually and on behalf of Class of All Other Similarly Situated Customers v. Centennial Layfayette Cellular Corporation and Centennial Cellular Corporation*, Docket No. C-99-0380, on behalf of Centennial Layfayette Cellular Corporation and Centennial Cellular Corporation, Affidavit and Report filed August 28, 2003; Deposition on August 8, 2003.

**Federal Communications Commission,** *Petition for Forbearance From The Prohibition of Sharing Operating, Installation, and Maintenance Functions Under Section 53.203(a)(2) Of The Commission's Rules,* CC Docket No. 96-149, on behalf of AT&T Corp., *Ex Parte* Declaration filed July 9, 2003.

**Federal Communications Commission**, *Section 272(f)(1) Sunset of the BOC Separate Affiliate and Related Requirements,* WC Docket No. 02-112, *2000 Biennial Regulatory Review Separate Affiliate Requirements of Section 64.1903 of the Commission's Rules,* CC Docket No. 00-175, on behalf of AT&T Corp., Declaration filed June 30, 2003, Reply Declaration filed July 28, 2003, *Ex parte* Declaration June 8, 2004.

**Federal Communications Commission**, *Improving Public Safety Communications in the  800 MHz Band Consolidating the 900 MHz Industrial/Land  Transportation and Business Pool Channels* , WT Docket No. 02-55, on behalf of James A. Kay, Jr., *Ex Parte* presentation and report *Market-based Solutions for Realigning Spectrum Use in the 800 MHz Band, Ex Parte* filed (with Helen Golding) June 25, 2003.

**United States District Court For The Northern District of Illinois,** *Voices for Choices, AT&T Communications of Illinois, Inc., MCI Metro Access Transmission Services, LLC, and Association of Local Telecommunications Services,* Plaintiffs, v. *Illinois Bell Telephone Co. Inc. d/b/a SBC Illinois, Ameritech Corp. d/b/a SBC Midwest, and Edward C. Hurley, Erin M. O'Connell-Diaz, Lula M. Ford, Mary Frances Squires, and Kevin K. Wright, in their capacities as Commissioners of the Illinois Commerce Commission and Not as Individuals,* Defendants, No. 03 C 3290, Hon. Charles P. Kocoras, on behalf of AT&T, Affidavit filed May 30, 2003.

**Washington Utilities and Transportation Commission**, *Application of Qwest Corporation Regarding the Sale and Transfer of Qwest Dex to Dex Holdings, LLC, a non-affiliate*, Docket No. UT-021120, on behalf of the Washington Utilities and Transportation Commission Staff, Direct Testimony Filed March 18, 2003, cross-examination May 19-23, 2003.



*Record of Testimony in Regulatory Proceedings*

**Virginia State Corporation Commission,** *AT&T Communications of Virginia, L.L.C., Complainant v. Verizon Virginia, Inc., Verizon South, Inc., Verizon Long Distance Virginia, Inc., Verizon Enterprise Solutions Virginia, Inc., Verizon Global Networks, Inc., and Verizon Select Services of Virginia, Inc.*, Case No. PUC-2003-00091, on behalf of AT&T Communications of Virginia, L.L.C., Affidavit filed May 6, 2003.

**Washington Utilities and Transportation Commission**, *Verizon Northwest Inc., Advice Letter No. 3076*, Docket No. UT-030395, on behalf of the AT&T Communications of the Pacific Northwest, Inc., Affidavit filed April 14, 2003.

**Federal Communications Commission**, *AT&T Corp. Petition for Rulemaking to Reform Regulation of Incumbent Local Exchange Carrier Rates for Interstate Special Access Services,* RM No. 10593, on behalf of AT&T Corp., Reply Declaration filed January 23, 2003.

**2002**

**Federal Communications Commission,** *Petition for Forbearance From The Prohibition of Sharing Operating, Installation, and Maintenance Functions Under Section 53.203(a)(2) Of The Commission's Rules*, CC Docket No. 96-149, on behalf of AT&T Corp., *Ex Parte* Declaration filed November 15, 2002.

**Minnesota Public Utilities Commission, Office of Administrative Hearings,** *Complaint of the Minnesota Department of Commerce Against Qwest Corporation Regarding Unfiled Agreements,* PUC Docket No. P-421/CI-02-197, on behalf of the Minnesota Department of Commerce, Affidavit filed November 8, 2002.

**Maine Public Utilities Commission,** *Petition for Global NAPs, Inc. For Arbitration Pursuant to 47 U.S.C. §252(b) of the Telecommunications Act of 1996 to Establish and Interconnection Agreement with Verizon Maine, Inc. f/k/a Bell Atlantic-Maine*, Docket No. 2002-421, on behalf of Global NAPs, Inc., Direct Testimony filed October 30, 2002.

**Federal Communications Commission,** *Qwest Communications International, Inc. Consolidated Application for Authority to Provide In-Region, InterLATA Services in Colorado, Idaho, Iowa, Montana, Nebraska, North Dakota, Utah, Washington, and Wyoming*, WC Docket No. 02-314, filed on behalf of AT&T Corp., Declaration filed October 15, 2002.

**District of Columbia Public Service Commission,** *Verizon Washington, D.C., Inc.'s Compliance With the Conditions Established in Section 271 of the Federal Telecommunications Act of 1996,* Case No. 1011, on behalf of the Office of People's Counsel of the District of Columbia, Affidavit filed September 30, 2002, Supplemental Affidavit filed November 8, 2002.

**Washington Utilities and Transportation Commission**, *AT&T Communications of the Pacific Northwest v. Verizon Northwest, Inc.,* Docket No. UT-020406, on behalf of AT&T Communications of the Pacific Northwest, Inc., Direct Testimony filed September 30, 2002, Rebuttal Testimony filed January 31, 2003, Revisions dated May 1, 2003, Settlement Conference March 4-5, 2003, Surrebuttal Testimony filed March 6, 2003.

**Florida Public Service Commission,** *Global NAPs, Inc. Petition for Arbitration Pursuant to 47 U.S.C. Section 252(b) of Interconnection Rates, Terms and Conditions with ALLTEL Florida, Inc.*, on behalf of Global NAPs, Inc., Docket No. 011354-TP, Direct Testimony filed September 27, 2002, Reply Testimony filed October 21, 2002, deposition January 13, 2003.

**New Hampshire Public Utilities Commission,** *Petition of Global NAPs, Inc. For Arbitration Pursuant to 47 U.S.C. §252(b) of the Telecommunications Act of 1996 to Establish an Interconnection Agreement with Verizon New*


ECONOMICS AND
TECHNOLOGY, INC.

*Record of Testimony in Regulatory Proceedings*

*Hampshire, Inc. f/k/a Bell Atlantic - New Hampshire,* Docket No. 02-107, on behalf of Global NAPs, Inc., Direct Testimony filed September 17, 2002, Reply Testimony filed September 23, 2002, cross-examination October 11, 2002.

**Massachusetts Department of Telecommunications and Energy,** *Global NAPs, Inc. Petition for Arbitration Pursuant to Section 252(b) of the Telecommunications Act of 1996 to Establish an Interconnection Agreement with Verizon New England Inc. d/b/a Verizon Massachusetts f/k/a New England Telephone and Telegraph Company. d/b/a Bell Atlantic,* D.T.E. 02-45 on behalf of Global NAPs, Inc., Direct Testimony filed September 10, 2002, cross-examination October 9, 2002.

**Pennsylvania Senate Communications and High Technology Committee,** *Hearing on Chapter 30 and the Telecommunications Industry in Pennsylvania,* on behalf of AT&T, Testimony filed September 10, 2002.

**Federal Communications Commission,** *Section 272(f)(1) Sunset of the BOC Separate Affiliate and Related Requirements,* WC Docket No. 02-112, on behalf of AT&T Corp., Declaration filed August 5, 2002, Reply Declaration filed August 26, 2002.

**New Jersey Board of Public Utilities,** *Petition of Global NAPs New Jersey, Inc. For Arbitration Pursuant to 47 U.S.C. §252(b) of Interconnection Rates, Terms and Conditions with Verizon New Jersey, Inc.,* Docket No. TO02060320, on behalf of Global NAPs, Inc., Direct Testimony filed August 13, 2002, cross-examination August 28, 2002.

**Federal Communications Commission,** *Application by Verizon New England, Inc., Bell Atlantic Communications, Inc. (d/b/a Verizon Long Distance), NYNEX Long Distance Company (d/b/a Verizon Enterprise Solutions), Verizon Global Networks, Inc., and Verizon Select Services (collectively, "Verizon") for Authorization to Provide In-Region, InterLATA Services in the States of Delaware and New Hampshire,* CC Docket No. 02-157, on behalf of AT&T Corp., Reply Declaration filed August 12, 2002.

**Maryland Public Service Commission,** *Review by the Commission Into Verizon Maryland's Compliance with the Conditions of U.S.C. §271(c),* Case No. 8921 on behalf of the Maryland People's Counsel, Direct Testimony filed July 29, 2002, cross-examination October 31, 2002.

**California Public Utilities Commission,** *Verizon-California, Inc. (U1002) Petition for Arbitration of an Interconnection Agreement with Pac-West Telecomm, Inc. (U5266C) pursuant to Section (252(b) of the Telecommunications Act of 1996,* Application No. 02-06-024, on behalf of Pac-West Telecomm, Inc., Direct Testimony filed July 8, 2002.

**Federal Communications Commission,** *Notice of Inquiry Concerning a Review of the Equal Access and Nondiscrimination Obligations Applicable to Local Exchange Carriers,* CC Docket No. 02-39, on behalf of AT&T Corp., Declaration filed May 10, 2002.

**Florida Public Service Commission,** *Petition by Global NAPs, Inc. for arbitration pursuant to 47 U.S.C. §252(b) of interconnection rates, terms and conditions with Verizon Florida, Inc.,* Docket No. 011666-TP, on behalf of Global NAPs, Inc., Direct Testimony filed on May 8, 2002, Rebuttal Testimony filed January 16, 2003.

**Virginia State Corporation Commission,** *Inquiry into Verizon Virginia Inc.'s Compliance with the Conditions Set Forth in 47 U.S.C. § 271(c),* Case No. PUC-2002-0046, on behalf of AT&T Corp., Declaration filed May 3, 2002.

6



*Record of Testimony in Regulatory Proceedings*

**Minnesota Public Utilities Commission, Office of Administrative Hearings,** *Commission Investigation into Qwest's Compliance with Section 271(d)(3)(c) of the Telecommunications Act of 1996 that the Requested Authorization is Consistent with the Public Interest, Convenience and Necessity,* Docket No. P-421/CI-01-1373, OAH Docket No. 7-2500-24487-2, Affidavit on behalf of the Minnesota Department of Commerce filed May 3, 2002, cross-examination June 3, 2002, Surrebuttal Affidavit filed June 17, 2002.

**California Public Utilities Commission,** *Petition by Pac-West Telecomm, Inc. for Arbitration of an Interconnection Agreement with Pacific Bell Pursuant to Section 252(b) of the Telecommunications Act of 1996,* Application No. 02-03-059 on behalf of Pac-West Telecomm, Inc., Direct Testimony filed April 23, 2002, cross-examination May 30, 2002.

**Pennsylvania Public Utility Commission,** *Petition of Global NAPs South, Inc. For Arbitration Pursuant to 47 U.S.C. §252(b) of Interconnection Rates, Terms and Conditions with Verizon Pennsylvania,* Docket No. A-310771F7000 on behalf of Global NAPs, Inc., Direct Testimony filed April 23, 2002, Rebuttal Testimony filed May 22, 2002, cross-examination July 2, 2002, July 9, 2002.

**Federal Communications Commission,** *Review of Regulatory Requirements for Incumbent LEC Broadband Telecommunications Services,* CC Docket No. 01-337, on behalf of Focal Communications Corp. and Pac-West Telecomm, Inc. and on behalf of US LEC Corp., Declaration filed April 22, 2002.

**Delaware Public Service Commission,** *Inquiry into Verizon Delaware Inc.'s Compliance with the Condition set Forth in 47 U.S.C. § 271(c),* Docket No. 02-001, on behalf of AT&T Corp., Declaration filed April 8, 2002.

**Washington Utilities and Transportation Commission** *AT&T Communications of the Pacific Northwest, Inc. v. Verizon Northwest, Inc., Docket UT-_____,* on behalf of AT&T Communications of the Pacific Northwest, Inc., Affidavit filed March 28, 2002.

**New York Public Service Commission,** *Global NAPs, Inc. Petition for Arbitration Pursuant to Section 252(b) of the Telecommunications Act of 1996 to Establish and Interconnection Agreement with Verizon New York, Inc.,* Case No. 02-C-006, on behalf of Global NAPs, Inc., Direct Testimony filed March 15, 2002.

**Georgia Public Service Commission,** *Global NAPs, Inc. Petition for Arbitration Pursuant to 47 U.S.C. Section 252(b) of Interconnection Rates, Terms and Conditions with ALLTEL Georgia, Inc.; ALLTEL Georgia Communications Corp.; Georgia ALLTEL Telecom, Inc.; Georgia Telephone Corp.; and Standard Telephone Company,* Docket No. 14529-U, on behalf of Global NAPs, Inc., Direct Testimony filed March 11, 2002, Rebuttal Testimony filed April 8, 2002.

**Federal Communications Commission,** *Application by Verizon New Jersey, Inc., Bell Atlantic Communications (d/b/a Verizon Long Distance), NYNEX Long Distance Company (d/b/a Verizon Enterprise Solutions), Verizon Global Networks, Inc., for Authorization to Provide In-Region, InterLATA Service in New Jersey,* CC Docket No. 01-347 on behalf of AT&T Communications of New Jersey, Declaration filed February 28, 2002.

**Federal Communications Commission,** *Performance Measurements and Standards for Unbundled Network Elements and Interconnection,* CC Docket No. 01-318, *Performance Measurements and Reporting Requirements For Operations Support Systems, Interconnection, and Operator Services and Directory Assistance,* CC Docket No. 98-56, *Deployment of Wireless Services Offering Advanced Telecommunications Capability,* Docket No. 98-147, *Petition of Association for Local Telecommunications Services for Declaratory Ruling,* CC Docket Nos. 98-147, 98-141, on behalf of Focal Communications Corp., Pac-West Telecomm, Inc., and US LEC Corp., Declaration (with Scott C. Lundquist) filed January 21, 2002.



*Record of Testimony in Regulatory Proceedings*

**Federal Communications Commission,** *Application by Verizon New Jersey, Inc., Bell Atlantic Communications, (d/b/a Verizon Long Distance), NYNEX Long Distance Company (d/b/a Verizon Enterprise Solutions), Verizon Global Networks, Inc., for Authorization to Provide In-Region, InterLATA Service in New Jersey,* CC Docket No. 01-347, on behalf of State of New Jersey Division of the Ratepayer Advocate, Declaration filed January 14, 2002.

**2001**

**Minnesota Public Utilities Commission, Office of Administrative Hearings,** *Commission Investigation into Qwest's Compliance with Section 272 of the Telecommunications Act of 1996's Separate Affiliate Requirement*, PUC Docket No. P-421/CI-01-1372, OAH Docket No. 7-2500-24487-2 on behalf of the Minnesota Department of Commerce, Affidavit filed December 5, 2001.

**Utah Public Service Commission**, Application *of Qwest Corporation for a Change in the Productivity Factor for Price Cap Regulation, R746-352,* Docket No. 01-049-78, on behalf of the Utah Division of Public Utilities, Direct Testimony filed November 14, 2001, cross-examination on November 28, 2001.

**New Jersey Board of Public Utilities,** *Application of Verizon New Jersey, Inc. for Reclassification of Directory Assistance Service as Competitive,* Docket No. TT97120889, on behalf of the State of New Jersey Division of the Ratepayer Advocate, Direct Testimony filed November 8, 2001, Updated Direct Testimony filed December 12, 2002.

**New Jersey Board of Public Utilities,** *Application of Verizon New Jersey, Inc. for FCC Authorization to Provide In-Region InterLATA Service in New Jersey,* Docket No. TO01090541, on behalf of the State of New Jersey Division of the Ratepayer Advocate, Declaration filed October 22, 2001.

**Federal Communications Commission,** *Centennial Communications Corp and its affiliates - Complainants v. Tricom USA - Defendant,* File No. EB-01-MD-021, on behalf of Centennial Communications, Inc. and its affiliates, Declaration filed September 4, 2001.

**Connecticut Department of Public Utility Control,** *Global NAPs, Inc. Petition for Arbitration Pursuant to 47 U.S.C. § 252(b) of Interconnection Rates, Terms and Conditions with Southern New England Telephone Co.,* Global NAPS/SNET ARBITRATION:ADJ:sah, on behalf of Global NAPS, Inc., Direct Testimony filed August 24, 2001, cross-examination December 12-13, 2001.

**Massachusetts Department of Telecommunications and Energy,** *Investigation by the Department of Telecommunications and Energy on its own Motion into the Appropriate Regulatory Plan to succeed Price Cap Regulation for Verizon New England, Inc. d/b/a Verizon Massachusetts' Intrastate Retail Telecommunications Services in the Commonwealth of Massachusetts,* Docket No. D.T.E. 01-31, on behalf of the Commonwealth of Massachusetts Office of Attorney General, Direct Testimony filed August 24, 2001, Surrebuttal Testimony filed October 31, 2001, cross-examination December 17, 2001.

**California Public Utilities Commission,** *Rulemaking on the Commission's Own Motion to Govern Open Access to Bottleneck Services and Establish a Framework for Network Architecture Development of Dominant Carrier Networks,* Rulemaking No. 93-04-003, *Investigation on the Commission's Own Motion into Open Access and Network Architecture Development of Dominant Carrier Networks,* Investigation No. 93.04-002, *Order Instituting Rulemaking on the Commission's Own Motion Into Competition for Local Exchange Service,* Rulemaking No. 95-04-043, *Order Instituting Investigation on the Commission's Own Motion Into Competition for Local Exchange Service,* Investigation No. 95-04-044, on behalf of PacWest Telecomm, Inc. (U-5266-C) and Working Assets Long Distance (U-5233-C) Declaration filed August 23, 2001.



*Record of Testimony in Regulatory Proceedings*

**New Jersey Board of Public Utilities**, *Application of Verizon New Jersey, Inc. For Approval (i) of a New Plan for an Alternative Form of Regulation and (ii) to Reclassify Multi-Line Rate Regulated Business Service as Competitive Services, and Compliance Filing*, Docket No. TO01020095, on behalf of the New Jersey Division of the Ratepayer Advocate, Direct Testimony filed May 15, 2001, Supplemental Direct Testimony filed June 14, 2001, Direct Testimony filed August 3, 2001.

**Oregon Public Utility Commission of Oregon,** *Application of U S West Communications, Inc. for an Increase in Revenues,* Docket No. UT 125 Phase II, on behalf of AT&T Communications of the Pacific Northwest, Inc. and WorldCom, Inc., Direct Testimony filed April 10, 2001.

**Georgia Public Service Commission,** *Generic Proceeding on Point of Interconnection and Virtual FX Issues,* Docket No. 13452-U on behalf of Global NAPS, Inc., Direct Testimony filed April 3, 2001, Rebuttal Testimony filed April 19, 2001.

**Florida Public Service Commission,** *Investigation into appropriate methods to compensate carriers for exchange of traffic subject to Section 251 of the Telecommunications Act of 1996,* Docket No. 000075-TP on behalf of AT&T Communications of the Southern States, Inc., TCG of South Florida, Global NAPS, Inc., MediaOne Florida Telecommunications, Inc., Time Warner Telecom of Florida, L.P., Florida Cable Telecommunications Association, Inc. and the Florida Competitive Carriers Association, Phase II, Direct Testimony filed March 12, 2001.

**Pennsylvania Public Utility Commission,** *Consultative Report on Application of Verizon-Pennsylvania, Inc. for FCC Authorization to Provide In-Region, InterLATA Service in Pennsylvania,* Docket No. M-00001435, on behalf of AT&T Communications of Pennsylvania, Inc., Declaration filed February 12, 2001, Affidavit filed April 18, 2001.

**Utah Public Service Commission,** *Investigation of Inter-carrier Compensation for Exchanged ESP Traffic*, Docket No. 00-999-05 on behalf of Pac-West Telecomm, Inc. and XO Communications, Inc., Direct Testimony filed February 2, 2001, Rebuttal Testimony filed March 9, 2001.

**Pennsylvania Public Utility Commission,** *Petition for Alternative Regulation and Network Modernization Plan of Verizon North, Incorporated*, Docket No. P-00001854 on behalf of the Pennsylvania Office of Consumer Advocate, Direct Testimony filed January 26, 2001, Rebuttal Testimony filed February 20, 2001, Surrebuttal Testimony filed on March 5, 2001.

**Federal Communications Commission,** *Teleport Communications Atlanta, Inc., Complainant, v. Georgia Power Company, Respondent*, Docket No. PA 00-006, on behalf of Complainant Teleport Communications of Atlanta, Inc., Declaration filed January 3, 2001.



*Record of Testimony in Regulatory Proceedings*

**2000**

**New Hampshire Public Utilities Commission**, *Investigation as to Whether Certain Calls are Local*, Docket No. DT 00-223, on behalf of Global NAPs, Inc., Direct Testimony filed December 21, 2000, cross-examination April 15, 2002.

**Florida Public Service Commission,** *Investigation into appropriate methods to compensate carriers for exchange of traffic subject to Section 251 of the Telecommunications Act of 1996,* Docket No. 000075-TP, on behalf of AT&T Communications of the Southern States, Inc., TCG of South Florida, Global NAPS, Inc., MediaOne Florida Telecommunications, Inc., Time Warner Telecom of Florida, L.P., Allegiance Telecom of Florida, Inc., Florida Cable Telecommunications Association, Inc. and the Florida Competitive Carriers Association, Direct Testimony filed December 1, 2000, Rebuttal Testimony filed January 10, 2001.

**Illinois Commerce Commission**, *Illinois Bell Telephone Company, Application for Review of Alternative Regulation Plan*, Docket No. 98-0252, *Petition to Rebalance Illinois Bell Telephone Company's Carrier Access and Network Access Line Rates*, Docket No. 98-0335, on behalf of the City of Chicago, Direct Testimony filed November 3, 2000, Rebuttal Testimony filed January 11, 2001.

**Pennsylvania Public Utility Commission**, *Structural Separation of Bell Atlantic-Pennsylvania, Inc.'s Retail and Wholesale Operations*, Docket No. M-00001353, on behalf of AT&T Communications of Pennsylvania, Inc., Direct Testimony filed August 25, 2000, Rebuttal Testimony filed  October 30, 2000.

**New Jersey Board of Public Utilities**, *Application of Bell Atlantic-New Jersey, Inc. for Approval of a Modified Plan for an Alternative Form of Regulation and to Reclassify All Rate Regulated Services as Competitive Services*, Docket No. TO99120934, on behalf of the State of New Jersey Division of the Ratepayer Advocate, Direct Testimony filed August 8, 2000, Supplemental Direct Testimony filed August 18, 2000, Rebuttal Testimony September 8, 2000, cross-examination waived October 26, 2000.

**Arizona Corporation Commission**, *Application of US West Communications, Inc., a Colorado Corporation, for a Hearing to Determine the Earnings of the Company, the Fair Value of the Company for Ratemaking Purposes, to Fix a Just and Reasonable Rate of Return Thereon and to Approve Rate Schedules Designed to Develop Such Return*, Docket No. T-1051B-99-105, on behalf of AT&T Communications of the Mountain States, Direct Testimony filed August 8, 2000, Supplemental Testimony November 13, 2000.

**California Public Utilities Commission**, *Order Instituting Rulemaking on the Commission's Own Motion into Reciprocal Compensation for Telephone Traffic Transmitted to Internet Service Providers Modems*, Rulemaking 00-02-005, on behalf of Pac-West Telecom, Inc., Direct Testimony filed July 18, 2000, Reply Testimony August 4, 2000, cross-examination August 23, 2000.

**Iowa Department of Commerce Utilities Board**, *Area Code 319 Relief Plan*, Docket No. SPU-00-30, on behalf of the Office of Consumer Advocate, Initial Statement of Position filed June 26, 2000, Counter-statement of Position filed July 24, 2000, cross-examination August 22, 2000.

**Colorado Public Utilities Commission**, *Application of US West Communications, Inc. for Investigation into Switched Access Rates,* Docket No. 00A-201T, on behalf of AT&T Communications of the Mountain States, Inc., Direct Testimony of Lee L. Selwyn filed July 18, 2000, adopted by Susan M. Gately, cross-examination October 17-18, 2000.

**United States House of Representatives**, Subcommittee on Telecommunications, Trade and Consumer Protection, 106th Congress, Written Statement, June 22, 2000.



ECONOMICS AND
TECHNOLOGY, INC.

*Record of Testimony in Regulatory Proceedings*

**Federal Communications Commission**, *Bell Atlantic-Delaware, Inc.; Bell Atlantic-Maryland, Inc.; Bell Atlantic-New Jersey, Inc.; Bell Atlantic Pennsylvania, Inc.; Bell Atlantic-Virginia, Inc.; Bell Atlantic-Washington, D.C., Inc.; Bell Atlantic-West Virginia, Inc.; New York Telephone Company; and New England Telephone and Telegraph Company, Complainants v. Global NAPS, Inc., Defendant*, File No. EB-00-MD-009, on behalf of Global NAPs, Inc., Affidavit filed June 14, 2000.

**Florida Public Service Commission**, *Global NAPs, Inc. Arbitration with BellSouth Telecommunications Inc.*, Docket No. 991220-TP, on behalf of Global NAPs, Inc., Reply Testimony filed May 1, 2000.

**Illinois Commerce Commission**, *Investigation into the Compliance of Illinois Bell Telephone Company with the Order in Docket 96-0486/0569 Consolidated*, Docket No. 98-0396, on behalf of AT&T Communications of Illinois, Inc., Direct Testimony filed March 29, 2000, Surrebuttal Testimony July 12, 2000, cross-examination October 24, 2000.

**Texas Public Utilities Commission**, *Proceedings to Examine Reciprocal Compensation Pursuant to Section 252 of the Federal Telecommunications Act of 1996*, Docket No. 21982, on behalf of AT&T Communications of Texas, L.P., TCG Dallas, and Teleport Communications Houston, Inc., Direct Testimony filed by Lee L. Selwyn March 17, 2000, adopted by Patricia D. Kravtin, Rebuttal Testimony filed March 31, 2000.

**Federal Communications Commission**, *Price Caps Performance Review for Local Exchange Carriers,* CC Dockets 94-1*, Access Charge Reform*, CC Dockets 96-262, on behalf of Ad Hoc Telecommunications Users Committee, Statement filed January 24, 2000.

**Federal Communications Commission**, *Price Caps Performance Review for Local Exchange Carriers,* CC Dockets 94-1*, Access Charge Reform*, CC Dockets 96-262, on behalf of Ad Hoc Telecommunications Users Committee, Comments (with Patricia D. Kravtin) filed January 7, 2000.

**1999**

**Florida Public Service Commission**, *Global NAPs, Inc. (Complainant) vs. BellSouth Telecommunications Inc.(Defendant)*, Docket No. 991267-TP, on behalf of Global NAPs, Inc., Direct Testimony filed November 16, 1999, Rebuttal Testimony filed December 20, 1999.

**Federal Communications Commissio**n, *Calling Party Pays Service Offering in the Commercial Mobile Radio Services*, WT Docket No. 97-207, on behalf of the Texas Office of Public Utility Counsel, Comments filed September 17, 1999.

**Federal Communications Commission**, *Numbering Resource Optimization,* CC Docket No. 99-200, on behalf of Texas Office of Public Utility Counsel, and National Association of State Utility Consumer Advocates, Comments (with Susan M. Baldwin) filed June 30, 1999, Reply Comments filed August 30, 1999.

**High Court of Dublin Ireland**, *Orange Communications Ltd, plaintiff, v. Director of Telecommunications Regulation and Meteor Mobile Communications, Limited, Defendants,* 1998 No. 12160P, Appearance before the Court, July 26, 1999.

**Federal Communications Commission,** *Numbering Resource Optimization*, CC Docket No. 99-200, on behalf of Ad Hoc Telecommunications Users Committee, Comments (with Helen E. Golding) filed June 30, 1999, Reply Comments filed July 30, 1999.


ECONOMICS AND TECHNOLOGY, INC.

*Record of Testimony in Regulatory Proceedings*

**Connecticut Department of Public Utility Control**, *Evaluation and Application to Modify Franchise Agreement by SBC Communications, Inc., Southern new England Telecommunications Corporation and SNET Personal Vision, Inc.,* Docket No. 99-04-02, on behalf of the State of Connecticut Office of Consumer Counsel, Direct Testimony filed (with Patricia D. Kravtin) June 22, 1999, cross-examination July 7-8, 1999.

**Indiana Utility Regulatory Commission**, *Investigation on the Commission's Own Motion Into All Matter Relating to the Merger of Ameritech Corporation and SBC Communications Inc.*, Cause No. 41255, on behalf of the Indiana Office of Utility Consumer Counselor, Direct Testimony (with Susan Baldwin) filed June 22, 1999, Surrebuttal Testimony filed July 12, 1999.

**California Public Utilities Commission**, *Joint Application of GTE Corporation and Bell Atlantic Corporation to Transfer Control of GTE's California Utility Subsidiaries to Bell Atlantic, Which Will Occur Indirectly as a Result of GTE's Merger with Bell Atlantic*, Application No. 98-12-005, on behalf of the Office of Ratepayer Advocates of the California Public Utilities Commission, Direct Testimony filed June 7, 1999.

**New York Public Service Commission**, *Proceeding on Motion of the Commission to Reexamine Reciprocal Compensation*, Case No. 99-C-0529, on behalf of Global NAPs, Inc., Direct Testimony filed May 26, 1999, Rebuttal Testimony filed June 11, 1999.

**Federal Communications Commission**, *Implementation of the Local Competition Provisions in the Telecommunications Act of 1996*, CC Docket No. 96-98, *Inter-Carrier Compensation for ISP-bound traffic*, CC Docket No. 99-68, on behalf of Global NAPs, Inc., Affidavit filed April 12, 1999, Reply Affidavit filed August 4, 2000.

**Washington Utilities and Transportation Commission**, *Petition of US West Communications, Inc. for an Accounting Order*, Docket No. UT-980948, on behalf of Staff of the Washington Utilities and Transportation Commission, Responsive Testimony filed March 4, 1999, Surrebuttal Testimony filed June 28, 1999.

**Pennsylvania Public Utility Commission**, *Petition for Alternative Regulation and Network Modernization Plan of GTE North, Inc.*, Docket No. P-00981449, on behalf of Pennsylvania Office of Consumer Advocate, Direct Testimony filed February 26, 1999, Supplemental Direct filed March 3, 1999, Rebuttal filed March 23, 1999, Surrebuttal filed April 7, 1999.

**California Public Utilities Commission**, *Petition by Pacific Bell (U 1001 C) for Arbitration of an Interconnection Agreement with Pac-West Telecommunications, Inc (U 5266 C) Pursuant to Section 252(b) of the Telecommunications Act of 1996*, Application No. 98-11-024, on behalf of Pac-West Telecomm., Inc., Direct Testimony filed February 8, 1999.

**1998**

**Illinois Commerce Commission**, *SBC Communications, Inc., SBC Delaware, Inc., Ameritech Corporation, Illinois Bell Telephone Company d/b/a Ameritech Illinois metro, Inc., Joint Application for Approval of the Reorganization of Illinois Bell Telephone Company d/b/a Ameritech Illinois, and the Reorganization of Ameritech Illinois Metro, Inc. in Accordance with Section 7-204 of The Public Utilities Act and For All Other Appropriate Relief*, Docket No. 98-0555, on behalf of Government and Consumer Intervenors (GCI): the Citizens Utility Board, The Cook County State's Attorney, and the Attorney General of the State of Illinois, Direct Testimony filed October 28, 1998, Rebuttal Testimony filed December 18, 1998, Direct Testimony on re-opening July 6, 1999.

**New Jersey Board of Public Utilities**, *Petition of AT&T Communications of New Jersey, Inc. for Determination of Compliance by Bell Atlantic-New Jersey, Inc.'s Selective Calling and Intramunicipal Calling Services with*



*Record of Testimony in Regulatory Proceedings*

*Imputation Requirements*, Docket No. TO97100808, OAL Docket No. PUCOT 11326-97M, on behalf of AT&T Communications of New Jersey, Inc. and MCI Telecommunications Corporation, Rebuttal Testimony filed August 31, 1998.

**Rhode Island Public Utilities Commission**, *Bell Atlantic's TELRIC Study*, Docket No. 2681, on behalf of AT&T Communications of New England, Inc., Direct Testimony filed June 30, 1998, October 6, 1998.

**Massachusetts Department of Telecommunications and Energy**, *The DTE's Investigation to Determine the Need for New Area Codes in Eastern Massachusetts and Whether Measures Can be Implemented to Conserve Exchange Codes within Eastern Massachusetts*, DTE 98-38, on behalf of Massachusetts Attorney General, Comments (adopted as Direct Testimony) filed June 15, 1998, Rebuttal Testimony filed April 16, 1999, October 29, 1999.

**California Public Utilities Commission**, *Pacific Gas & Electric General Rate Case*, Application No. 97-12-020, on behalf of the Office of Ratepayer Advocates of the California Public Utilities Commission, Direct Testimony filed June 4, 1998.

**Connecticut Department of Public Utility Control**, *Joint Application of SBC Communications and Southern new England Telecommunications corporation for Approval of a Change of Control*, Docket No. 98-02-20, on behalf of Connecticut Office of Consumer Counsel, Direct Testimony (with Susan M. Baldwin) filed May 7, 1998, Supplemental Testimony filed June 12, 1998, cross-examination June 15-16, 1998.

**California Public Utilities Commission**, *Rulemaking on the Commission's Own Motion to Govern Open Access to Bottleneck Services and Establish a Framework for Network Architecture*, Rulemaking No. 93-04-003; *Investigation on the Commission's Own Motion to Open Access and Network Architecture Development of Dominant Carrier Networks (Pricing Phase)*, Investigation No. 93-04-002, on behalf of AT&T Communications of California, Inc., Direct Testimony filed April 8, 1998, Rebuttal Testimony filed April 27, 1998, cross-examination June 8-9, 1998.

**Pennsylvania Public Utilities Commission**, *Petition of NPA Relief Coordinator, 412 Area Code Relief Plan*, Docket No. P-00961027*, on behalf of Wexford Business Association, Affidavit filed April 6, 1998.

**New Hampshire Public Utilities Commission**, *Petition for Approval of SGAT*, Docket No. DE 97-171, on behalf of AT&T Communications of New England, Inc., Direct Testimony filed February 27, 1998, cross-examination May 22, 1998.

**New Hampshire Public Utilities Commission**, *Petition for Approval of SGAT*, Docket No. DE 97-171, on behalf of AT&T Communications of New England, Inc., Direct Testimony filed February 27, 1998, Surrebuttal Testimony filed May 15, 1998, cross-examination May 22, 1998.

**Massachusetts Department of Telecommunications and Energy**, *Consolidated Petitions for Arbitration of Interconnection Agreements*, Docket Nos. 96-73/74, 96-75, 96-80/81, 96-83, 96-84, on behalf of AT&T Communications of New England, Inc. and MCI Telecommunications Corporation, Direct Testimony filed February 3, 1998, Surrebuttal Testimony filed August 12, 1998, cross-examination April 8, 1998.

**1997**

**Florida Public Service Commission**, *Petition by AT&T Communications of the Southern States, Inc., MCI Telecommunications Corporation and MCI Metro Access Transmission Services, Inc.. for arbitration of certain terms and conditions of a proposed agreement with BellSouth Telecommunications, Inc. concerning interconnection and resale under the Telecommunications Act of 1996,* Docket Nos. 960833-TP, 960847-TP, on behalf of AT&T

13


ECONOMICS AND TECHNOLOGY, INC.

*Record of Testimony in Regulatory Proceedings*

Communications of the Southern States, Inc., MCI Telecommunications and MCI Metro Access, Direct Testimony filed November 13, 1997, Rebuttal Testimony filed December 9, 1997.

**Vermont Public Service Board**, *Investigation into New England Telephone's (NET's) Tariff Filing re: Open Network Architecture, Including the Unbundling of NET's Network, Expanded Interconnection and Intelligent Networks, Phase II*, Docket No. 5713, on behalf of AT&T Communications of New England, Inc., Direct Testimony filed October 31, 1997, cross-examination March 18, 1998.

**Washington Utilities and Transportation Commission,** *Washington Utilities and Transportation Commission v. US West Communications Inc.*, Docket No. UT-961638, on behalf of Attorney General of Washington Public Counsel Section, Telecommunications Ratepayers Association for Cost-based and Equitable Rates (TRACER), Direct Testimony filed October 31, 1997.

**California Public Utilities Commission**, *Rulemaking on the Commission's Own Motion to Govern Open Access to Bottleneck Services and Establish a Framework for Network Architecture,* Rulemaking No. 93-04-003*; Investigation on the Commission's Own Motion to Open Access and Network Architecture Development of Dominant Carrier Networks (OANAD Phase)*, Investigation No. 93-04-002, on behalf of AT&T Communications of California, Inc., Direct Testimony filed October 3, 1997, cross-examination October 28, 1997.

**Maine Public Utilities Commission**, *Public Utilities Commission Investigation of Total Element Long Run Incremental Cost (TELRIC) Studies and Pricing of Unbundled Network Elements*, Docket No. 97-505, on behalf of AT&T Communications of New England, Inc, Direct Testimony filed September 15, 1997, Surrebuttal December 22, 1997, cross-examination January 21, 1998.

**Hawaii Public Utilities Commission**, *Instituting a Proceeding on Communications, Including an Investigation of the Communications Infrastructure of the State of Hawaii*, Docket No. 7702, on behalf of AT&T Communications of Hawaii, Inc., Direct Testimony filed July 3, 1997, Rebuttal Testimony filed August 28, 1997, cross-examination October 13-14, 1997.

**Hawaii Public Utilities Commission**, *Instituting a Proceeding on Communications, Including an Investigation of the Communications Infrastructure of the State of Hawaii*, Docket No. 7702, on behalf of AT&T Communications of Hawaii, Inc., Direct Testimony filed (with James F. Recker) July 3, 1997, Rebuttal Testimony filed (with James F. Recker) August 28, 1997.

**Illinois Commerce Commission**, *Citizens Utility Board Petition to Implement a Form of Telephone Number Conservation Known as Number Pooling Within the 312, 773, 847, 630 and 708 Area Codes*, Docket No. 97-0192, on behalf of Attorney General of the State of Illinois, Direct Testimony filed July 23, 1997, Rebuttal Testimony filed August 8, 1997, cross-examination August 13, 1997.

**Illinois Commerce Commission**, *Illinois Bell Telephone company Petition for Approval of an NPA Relief Plan for the 847 Area Code,* Docket No. 97-0211, on behalf of Attorney General of the State of Illinois, Direct Testimony filed July 18, 1997, Rebuttal Testimony filed  August 8, 1997, cross-examination August 13, 1997.

**Ohio Public Utilities Commission**, *Complaint of the City of Parma, Ohio, as Area Code Administrator of the 216 NPA and the Public Utility which Provides the Local Exchange Service to the City of Parma, Ohio*, Case No. 97-650-TP-CSS, on behalf of The City of Parma, Direct Testimony filed July 17, 1997, cross-examination July 23, 1997.



*Record of Testimony in Regulatory Proceedings*

**Pennsylvania Public Utilities Commission**, *Petition of NPA Relief Coordinator, 412 Area Code Relief Plan,* Docket No. P-00961027*; 215/610 Area Code Relief Plan,* Docket No. P-00961061*; 717 Area Code Relief Plan,* Docket No. P-0096-1071, on behalf of Pennsylvania Office of Consumer Advocate, Comments filed June 19, 1997.

**Nevada Public Service Commission**, *Petition by the Regulatory Operations Staff to Open an Investigation into the Procedures and Methodologies that Should Be Used to Develop Costs for Bundled or Unbundled Telephone Services or Service Elements in the State of Nevada*, Docket No. 96-9035, on behalf of AT&T Communications of Nevada, Direct Testimony filed May 9, 1997, Rebuttal Testimony May 23, 1997, cross-examination June 11, 1997.

**California Public Utilities Commission,** *Rulemaking on the Commission's Own Motion to Govern Open Access to Bottleneck Services and Establish a Framework for Network Architecture Development of Dominant Carrier Networks*, Rulemaking No. 93-04-003, *Investigation on the Commission's Own Motion to Open Access and Network Architecture Development of Dominant Carrier Networks,* Investigation No. 93-04-002, on behalf of AT&T Communications of California and MCI Telecommunications Corporation, Declaration (with Scott C. Lundquist) filed March 18, 1997.

**Federal Communications Commission**, *Access Charge Reform*, CC Docket No. 96-262, on behalf of AT&T, Affidavit filed January 29, 1997, Reply Affidavit (with Patricia D. Kravtin) filed February 14, 1997.

**1996**

**Idaho Public Utilities Commission**, *Application of US West Communications, Inc. for Authority to Increase its Rates and Charge for Regulated Title 61 Services*, Case No. USW-S-96-5, on behalf of Staff of the Idaho Public Utilities Commission, Direct Testimony filed November 26, 1996, Surrebuttal Testimony filed February 25, 1997, cross-examination March 19, 1997.

**Canadian Radio-Television and Telecommunications Commission,** *Telecom Public Notice CRTC 96-26, Forbearance from Regulation of Toll Services Provided by Dominant Carriers, on behalf of AT&T Canada Long Distance Services Company, Call-Net Enterprises Inc.*, ACC TelEnterprises Ltd., fONOROLA Inc., Westel Telecommunications Ltd., filed November 26, 1996 (with Helen E. Golding).

**Maine Public Utilities Commission**, *New England Telephone and Telegraph Company d/b/a NYNEX Proposed Joint Petition for Reorganization Intended to Effect the Merger with Bell Atlantic Corporation,* Docket No. 96-388, on behalf of Office of Public Advocate, Direct Testimony filed October 16, 1996, cross-examination November 8, 1996.

**California Public Utilities Commission**, *Joint Application of Pacific Telesis and SBC Communications, Inc. for SBC to Control Pacific Bell (U1001C), Which Will Occur Indirectly as a Result of Pacific Telesis' Merger with a Wholly Owned Subsidiary of SBC*, Application No. 96-04-038, on behalf of the Office of Ratepayer Advocates of the CA Public Utilities Commission, Opening Testimony filed September 30, 1996, Surrebuttal Testimony filed November 12, 1996, cross-examination November 20-22, 1996.

**California Public Utilities Commission**, *Petition of AT&T Communications of California, Inc. for Arbitration Pursuant to Section 252 of the Federal Telecommunications Act of 1996 to Establish an Interconnection Agreement with Pacific Bell*, Application No. 96-08-040, on behalf of AT&T Communications of California, Inc., Opening Testimony filed August 20, 1996.



*Record of Testimony in Regulatory Proceedings*

**California Public Utilities Commission**, *Petition of AT&T Communications of California, Inc. for Arbitration Pursuant to Section 252 of the Federal Telecommunications Act of 1996 to Establish an Interconnection Agreement with GTE California Incorporated*, Application No. 96-08-041, on behalf of AT&T Communications of California, Inc., filed August 19, 1996.

**Canadian Radio-Television and Telecommunications Commission**, *Price Cap Regulation and Related Issues*, Docket No. CRTC 96-8, on behalf of Canadian Cable Television Association, filed August 23, 1996, cross-examination stipulated by July 30, 1996.

**Canadian Radio-Television and Telecommunications Commission**, *AGT Limited General Rate Application 1996/97,* AGTRATE on behalf of the Canadian Cable Television Association, filed July 11, 1996.

**Illinois Commerce Commission**, *Ameritech Application for Certificate of Service Authority to Provide Interexchange and Local Exchange Services, etc.*, Docket No.95-0433, on behalf of AT&T Communications of Illinois, Inc., Direct Testimony filed June 14, 1996, Surrebuttal Testimony filed August 15, 1996, cross-examination August 26, 1996.

**California Public Utilities Commission**, *Rulemaking on the Commission's Own Motion to Govern Open Access to Bottleneck Services and Establish a Framework for Network Architecture,* Rulemaking No. 93-04-003*; Investigation on the Commission's Own Motion to Open Access and Network Architecture Development of Dominant Carrier Networks,* Investigation No. 93-04-002, on behalf of AT&T Communications of California, Inc. and MCI Telecommunications Corporation, filed Direct Testimony filed June 14, 1996, Rebuttal Testimony filed July 10, 1996.

**Illinois Commerce Commission**, *Petition to Transfer Certain Charges and Services Between Regulatory Baskets*, Docket No. 96-0137, on behalf of Attorney General of the State of Illinois, Direct Testimony filed May 17, 1996, cross-examination May 31, 1996.

**Michigan Public Service Commission**, *Application of Ameritech Communications, Inc. for a License to Provide Basic Local Exchange Service to Ameritech Michigan and GTE North, Inc. Exchanges in Michigan,* Docket No. U-115053, on behalf of AT&T Communications of Michigan, Inc., Direct Testimony filed May 8, 1996, cross-examination May 20, 1996.

**California Public Utilities Commission**, *Rulemaking on the Commissions's Own Motion into Universal Service and to Comply with the Mandates of Assembly Bill 3643,* Rulemaking No. 95-01-020, *Investigation on the Commissions's Own Motion into Universal Service and to Comply with the Mandates of Assembly Bill 3643*, Investigation No. 95-01-021, on behalf of California Telecommunications Coalition, Direct Testimony filed April 16, 1996, Rebuttal Testimony filed April 24, 1996, cross-examination April 30, May 1, 1996.

**Mississippi Public Service Commission**, *Order of the Mississippi Public Service Commission Establishing a Docket to Consider Competition in the Provision of Local Telephone Service*, Docket No. 95-UA-358, on behalf of Time Warner Entertainment Company, LP, Direct Testimony filed February 28, 1996.



*Record of Testimony in Regulatory Proceedings*

**1995**

**California Public Utilities Commission**, *Order Instituting Rulemaking on the Commission's Own Motion Into Competition for Local Exchange Service,* Rulemaking No. 95-04-043;  *Order Instituting Investigation on the Commission's Own Motion Into Competition for Local Exchange Service*, Investigation No. 95-04-044, on behalf of The California Telecommunications Coalition, Rebuttal Testimony filed December 20, 1995, corrected January 4, 1996, cross-examination January 16, 1996, February 6, 1996.

**Federal Communications Commission**, *Price Caps Performance Review for Local Exchange Carriers*, CC Docket No. 94-1; *Treatment or operator services Under Price Cap Rules for AT&T*, CC Docket No. 93-124;  *Revisions to Price Cap Rules for AT&T*, CC Docket No. 93-197, on behalf of Time Warner Communications Holdings, Comments (with Susan M. Baldwin) filed December 11, 1995.

**Rhode Island Public Utilities Commission**, *Comprehensive Review of Intrastate Telecommunications Compensation*, Docket No. 2252, on behalf of New England Cable Television Association, Direct Testimony filed November 17, 1995, Supplemental Direct Testimony filed April 18, 1996, Rebuttal Testimony filed June 25, 1996, cross-examination stipulated July 29, 1996.

**Connecticut Department of Public Utility Control**, *Application of the Southern New England Telephone Company for Financial Review and Proposed Framework for Alternative Regulation*, Docket No. 95-03-01 (Phase I), on behalf of New England Cable Television Association, Direct Testimony filed September 13, 1995,  Supplemental Direct Testimony filed September 28, 1995.

**Illinois Commerce Commission**, *Petition for Approval of Stipulation and Agreement of the Parties for a 312 Relief Plan*, Docket No. 95-0371, on behalf of Attorney General of the State of Illinois, Direct Testimony filed September 18, 1995.

**Illinois Commerce Commission**, *Petition for a Total Local Exchange Service Wholesale Tariff from Illinois Bell Telephone*, Docket No. 95-0458/0531, on behalf of AT&T Communications of Illinois, Inc., Direct Testimony filed September 15, 1995, Rebuttal Testimony filed  December 19, 1995, Supplemental Direct Testimony filed February 26, 1996.

**California Public Utilities Commission**, *Investigation of the Commission's Own Motion into the Second Triennial Review of the Operations and Safeguards of the Incentive-Based Regulatory Framework for Local Exchange Carriers*, Investigation No. 95-04-047, on behalf of California Committee of Large Telecommunications Consumers (CCLTC), Direct Testimony filed September 8, 1995, Rebuttal Testimony filed September 18, 1995.

**Florida Public Service Commission**, *Determination of Funding for Universal Service and Carrier of Last Resort Responsibilities*, Docket No. 950696-TP, on behalf of Time Warner AxS and Digital Media Partners, Direct Testimony filed August 14, 1995, Rebuttal Testimony filed September 8, 1995, cross-examination October 17, 1995.

**Washington Utilities and Transportation Commission**, *Request of US West Communications, Inc. for the Increase in its Rates and Charges*, Docket No. UT-950200, on behalf of Washington Utilities and Transportation Commission Staff, Direct Testimony filed August 11, 1995, cross-examination January 15, 1996.

**Michigan Public Service Commission**, *Commission's Own Motion, to Establish Permanent Interconnection Arrangements Between  Basic Local Exchange Service Providers*, Docket No. U-10860, on behalf of AT&T, filed Direct Testimony July 24, 1995, Rebuttal Testimony September 8, 1995.



ECONOMICS AND TECHNOLOGY, INC.

**Illinois Commerce Commission**, *AT&T Communications of Illinois, Inc., Application for Certification to Provide Facilities Based and Resold Exchange Telecommunications Service in those Portions of MSA-1 Served by Illinois Bell Telephone Company d/b/a Ameritech Illinois and Central Telephone Company*, Docket No. 95-0197, on behalf of AT&T, Direct Testimony filed June 21, 1995.

**Massachusetts Department of Public Utilities**, *Investigation by the Department on its Own Motion into IntraLATA and Local Exchange Competition in Massachusetts*, Docket No. 94-185, on behalf of New England Cable Television Association, Direct Testimony filed May 19, 1995, Rebuttal Testimony filed August 23, 1995, cross-examination October 10, 1995.

**Hawaii Public Utilities Commission**, *Instituting a Proceeding on Communications, Including an Investigation of the Communications Infrastructure of the State of Hawaii*, Docket No. 7702, on behalf of Oceanic Communications, Rebuttal Testimony filed April 28, 1995, cross-examination June 1, 1995.

**Washington Utilities and Transportation Commission**, *WUTC, Complainant vs. US West, Respondent; TGC Seattle and Digital Direct of Seattle, Inc., Complaint vs. US West, Respondent; TCG Seattle, Complainant v. GTE Northwest, Inc., Respondent; GTE Northwest, Inc., Third Party Complainant v. US West, Third Party Respondent; Electric Lightwave, Inc., Complaint v. GTE Northwest, Inc., Respondent*, Docket No. UT-941464, et al, on behalf of Staff of the Washington Utilities and Transportation Commission, Direct Testimony filed April 17, 1995.

**Connecticut Department of Public Utility Control**, *Investigation Into the Unbundling of SNET Company's Local Telecommunications Network*, Docket No. 94-10-02, on behalf of New England Cable Television Association, Direct Testimony (with Helen E. Golding) filed April 13, 1995.

**Maine Public Utilities Commission,** *Inquiry into the Provision of Competitive Telecommunications Services: Revision and Restructuring of the Access Charge Provisions of Chapter 280*, Docket No. 94-114, on behalf of New England Cable Television Association, Comments(with Susan M. Gately) filed April 6, 1995.

**United States Senate Committee on Commerce, Science and Transportation**, *Hearings on Competition in the Local Telecommunications Market*, on behalf of CARE Coalition, Statement filed March 2, 1995, Oral Testimony March 2, 1995.

**Illinois Commerce Commission**, *Illinois Bell Telephone Company Petition for Approval of NPA Relief Plan for 708 Area Code by Establishing a 630 Area Code*, Docket No. 94-0315, on behalf of Attorney General of Illinois, Oral Testimony February 24, 1995.

**Connecticut Department of Public Utility Control**, *DPUC Investigation into the Southern New England Telephone's Cost of Providing Service*, Docket No. 94-10-01, on behalf of New England Cable Television Association, Oral Testimony February 1, 1995, Comments filed January 30, 1996.

**Canadian Radio-Television and Telecommunications Commission**, *Telecom Public Notice CRTC 94-52, Implementation of Regulatory Framework - Split Rate Base, 1995 Contribution Charges, Broadband Initiatives and Related Matter: Telecom Public Notice CRTC 94-56, Implementation of Regulatory Framework - Stentor Broadband Initiatives and Canada U.S. Cost Comparisons; Telecom Public Notice CRTC 94-58, Implementation of Regulatory Framework - Issues Related to Manitoba Telephone System and Reconsideration of Rate Rebalancing*, on behalf of Unitel, Expert Report filed January 31, 1995, cross-examination June 12, 1995.



*Record of Testimony in Regulatory Proceedings*

**Canadian Radio-Television and Telecommunications Commission**, *Order in Council 1994-1689, Public Notice CRTC 1994-130 (Information Highway)*, on behalf of Canadian Cable Television Association, filed January 16, 1995, cross-examination March 10, 1995.

**1994**

**Maine Public Utilities Commission**, *Investigation into Regulatory Alternatives for the New England Telephone Company, Pease, et al. v. NET,* Docket Nos. 94-123*; Complaint Requesting Investigation of the Level of Revenues Being Earned by NET and Determination of Whether Toll and Local Rates Should be Reduced*, Docket No. 94-254, on behalf of Public Advocate, Direct Testimony filed December 13, 1994, Rebuttal Testimony January 17, 1995, cross-examination February 10, 1995.

**New York Public Service Commission**, *Proceeding on Motion of the Commission to Investigate Performance-Based Incentive Regulatory Plans for New York Telephone Company*, Case No. 92-C-0665, on behalf of Cable Television Association of New York, Direct Testimony filed October 20, 1994, Supplemental Direct Testimony filed December 9, 1994.

**Massachusetts Department of Public Utilities**, *Petition of New England Telephone and Telegraph Company d/b/a NYNEX for an Alternative Regulatory Plan*, Docket No. 94-50, on behalf of Attorney General of the Commonwealth of Massachusetts, Direct Testimony filed September 14, 1994, cross-examination October 13, 1994; Surrebuttal Testimony filed November 15, 1994, cross-examination November 23, 1994.

**Delaware Public Service Commission**, *Investigation Into the Competitive Provisions of Intrastate Telecommunications Service Through IntraLATA Presubscription*, Docket No. 42, on behalf of Delaware Public Service Commission Staff, Direct Testimony filed September 9, 1994.

**Ohio Public Utilities Commission**, *Application of the Ohio Bell Telephone Company for Approval of an Alternative Form of Regulation*, Docket No. 93-487-TP-ALT, on behalf of Time Warner AxS, Direct Testimony filed May 5, 1994, cross-examination August 12, 1994, Supplemental Testimony filed October 11, 1994, cross-examination October 18, 1994.

**California Public Utilities Commission**, *Application of Pacific Bell and Pacific Bell Information Services to Notify the Commission to Enter the Electronic Publishing Services Market*, Application No. 93-11-031, on behalf of California Bankers Clearing House Association and County of Los Angeles, Direct Testimony filed July 25, 1994.

**Delaware Public Service Commission,** *Development of Regulations for the Implementation of the Telecommunications Technology Act*, Docket No. 41, on behalf of Delaware Public Service Commission Staff, Comments filed April 26, 1994, December 21, 1994, Proposed Rules filed December 22, 1994, Rebuttal Testimony filed March 9, 1995, cross-examination March 2, 1995.

**US District Court for Maine**, *NYNEX vs. USA et al*, Docket No. CA C-93-323-PC, on behalf of New England Cable Television Association, Affidavit filed April 20, 1994, Reply Affidavit filed May 20, 1994.

**California Public Utilities Commission**, *Petition of GTE-California to Eliminate the Preapproval Requirement for Fiber Beyond the Feeder*, Investigation No. 87-11-033, on behalf of California Bankers Clearing House, County of Los Angeles , Direct Testimony filed March 18, 1994.



*Record of Testimony in Regulatory Proceedings*

**Ohio Public Utilities Commission**, *Application of Cincinnati Bell Telephone Company for Approval of an Alternative Form of Regulation and for a Threshold Increase in Rates*, Docket No. 93-432-TP-ALT, on behalf of Time Warner AxS, filed Direct Testimony March 2, 1994, cross-examination May 25, 1994.

**Indiana Utility Regulatory Commission**, *Petition of Indiana Bell Telephone Company, Inc. for the Commission to Decline to Exercise in Part its Jurisdiction over Petitioner's Provision of Basic Local Exchange Service and Carrier Access Service, to Utilize Alternative Regulatory Procedures for Petitioner's Provision of Basic Local Exchange Service and Carrier Access Service, and to Decline to Exercise in Whole its Jurisdiction Over All Other Aspects of Petitioner and its Provisions of All Other Telecommunications Services and Equipment Pursuant to IC-8-1-2-6*, Cause No. 39705, on behalf of Indiana Office of Utility Consumer Counselor, Direct Testimony filed January 3, 1994.

**1993**

**Pennsylvania Public Utility Commission**, *The Bell Telephone Company of Pennsylvania's Petition and Plan for an Alternative Form of Regulation Under Chapter 30 of the Public Utility Code*, Docket No. P-00930715, on behalf of the Pennsylvania Cable Television Association, Direct Testimony filed December 15, 1993, Surrebuttal Testimony filed January 28, 1994.

**Ohio Public Utilities Commission**, *Complaint of the OCC on Behalf of the Residential Utility Customers of the Western Reserve Telephone Company, Docket No. 92-1525-TP-CSS; Application of the Western Reserve Telephone Company for Approval of an Alternative Form of Regulation*, Docket No. 93-230-TP-ALT, on behalf of Time Warner AxS and Western Reserve Competitive Access Providers, Direct Testimony filed November 15, 1993.

**Illinois Commerce Commission**, *Illinois Bell Telephone Company's Petition to Regulate Rates and Charges of Noncompetitive Services Under an Alternative Form of Regulation*, Docket No. 92-0448, on behalf of Illinois Attorney General, Direct Testimony filed July 12, 1993, Rebuttal Testimony filed October 12, 1993.

**Delaware Public Service Commission**, *Rulemaking on Motion of the Commission to Establish Regulations for the More Efficient Supervision of Intrastate Telecommunications Service Provided for Public Use, and for the Protection of the Public Interest*, Docket No. 33, on behalf of the Delaware Public Service Commission Staff, Direct Testimony filed May 17, 1993.

**California Public Utilities Commission**, *Investigation on the Commission's own Motion into the Pacific Telesis Group's "Spin-off" Proposal*, Investigation No. 93-02-028, on behalf of the Division of Ratepayer Advocates of the California Public Utilities Commission, Declaration filed May 14, 1993, Direct Testimony filed June 28, 1993.

**California Public Utilities Commission**, *Application of GTE California Inc. (U 1002 C) for Review of the Operation of the Incentive-Based Regulatory Framework adopted in D.89-10-031,* Application No. 92-05-002; *Application of Pacific Bell (U 1001 C) for Review of the Regulatory Framework adopted in D.89-10-031*, Application No. 92-05-004, on behalf of California Bankers Clearing House Association, County of Los Angeles and Tele-Communications Association, Direct Testimony filed April 8, 1993, Reply Testimony filed May 6, 1993.

**Colorado Public Utilities Commission**, *Investigatory Docket Concerning Integrated Services Digital Network*, Docket No. 92I-592T, on behalf of Prodigy Services Company, Direct Testimony filed March 26, 1993.

**Delaware Public Service Commission**, *Diamond State Telephone Company's Application for a Rate Increase*, Docket No. 92-47, on behalf of Delaware Public Service Commission Staff, Direct Testimony filed January 15, 1993.



*Record of Testimony in Regulatory Proceedings*

**1992**

**Connecticut Department of Public Utility Control**, *DPUC Review and Management Audit of Construction Programs of Connecticut's Telecommunications Local Exchange Carriers*, Docket No. 91-10-06, on behalf of Connecticut Office of Consumer Counselor, Direct Testimony filed October 30, 1992.

**Washington Utilities and Transportation Commission**, *Washington Utilities and Transportation Commission, Complainant vs. US WEST Communications, Inc., Respondent,* Docket No. U-89-2698-F; *Application of US WEST Communications, Inc., for an Alternative Form of Regulation*, Docket No. U-89-3245-P, on behalf of Telephone Ratepayers for Cost-based Equitable Rates (TRACER), Direct Testimony filed October 16, 1992.

**New Jersey Board of Regulatory Commissioners**, *Application of New Jersey Bell Telephone Company for Approval of its Plan for an Alternative Form of Regulation*, Docket No. T092030358, on behalf of New Jersey Cable Television Association, Direct Testimony (with Patricia D. Kravtin) filed September 21, 1992.

**Louisiana Public Service Commission**, *Petition of AT&T of the South Central States, Inc. for Reduced Regulation of Intrastate Operations*, Docket No. U-19806, on behalf of LDDS of Louisiana, Inc., Direct Testimony filed July 17, 1992.

**Delaware Public Service Commission**, *Rulemaking on Motion of the Commission to Establish Regulations for the More Efficient Supervision of Intrastate Telecommunications Service Provided for Public Use, and for the Protection of Public Interest*, Docket No. 33, on behalf of the Delaware Public Service Commission Staff, Direct Testimony filed June 22, 1992; Expert Report, *Telecommunications Policy and the Delaware Economy: A Critical Analysis of the "Stapleford/Diamond State Telephone Company Study*, filed January 11, 1993.

**Arizona Corporation Commission,** *Commission's  Examination into the Caller ID  Service Offering by US West Communications, Inc.,* Docket No. E-1051-91-298, on behalf of Residential Utility Consumer Office, State of Arizona, Direct Testimony filed February 3, 1992.

**Vermont Public Service Board**, *Joint Petition of New England Telephone and Vermont Department of Public Service for Approval of the Second Vermont Telecommunications Agreement*, Docket No. 5540, on behalf of Public Contract Advocate of the State of Vermont, Direct Testimony filed January 30, 1992.

**Massachusetts Department of Public Utilities**, *Greater Media, Inc., Greater Media Cable, Greater MA Cable, Inc., Greater Worcester Cable, Greater Chicopee Cable, Greater Oxford Cable, Greater Milbury Cable, Complainants vs. New England Telephone, Respondent*, Docket No. 91-218, on behalf of Complaints, Direct Testimony filed January 14, 1992.

**New York Public Service Commission,** *Proceeding as to the Percentage of Fully Allocated Costs to be Recovered in Pole Attachment Rates*, Case No. 91-M-1166, on behalf of Cable Television Association of New York, Affidavit filed January 22, 1992, Reply Affidavit filed February 11, 1992.

**1991**

**Texas Public Utilities Commission**, *Petition of the General Counsel to Inquire into the Reasonableness of the Rates and Services*, Docket No. 9981, on behalf of Texas Office of Public Utility Counsel, Direct Testimony filed December 6, 1991.


ECONOMICS AND TECHNOLOGY, INC.

*Record of Testimony in Regulatory Proceedings*

**Federal Communications Commission,** *National Rural Telecommunications Cooperative v. Southern Satellite Systems Inc., and Netlink USA, and United Video Inc.,* File Nos. E-91-44, E-91-45, E-91-46, on behalf of United Video, Netlink USA, and Southern Satellite, affidavit filed October 10, 1991.

**Texas Public Utilities Commission**, *Application of Southwestern Bell to Change and Restructure Rates for Directory Assistance,* Docket No. 10381*; Application of Southwestern Bell to Introduce a New Service Called Multiple List Directory Assistance (MLDA),* Docket No. 10122*; Application of Southwestern Bell to Introduce a New Service Called Directory Assistance Call Completion (DACC)*, Docket No. 10123, on behalf of Texas Office of Public Utility Counsel, Direct Testimony filed September 24, 1991.

**Texas Public Utilities Commission**, *Southwestern Bell Statement of Intent to Change and Restructure the Rates for Certain Optional Custom Calling Service (CCS) Features for Residential Customers*, Docket No. 10382, on behalf of Texas Office of Public Utility Counsel, Direct Testimony filed September 18, 1991.

**New York Public Service Commission**, *Proceeding on Motion of the Commission to Investigate New York Telephone Company's Proposal to Introduce Caller ID Service*, Case No. 91-C-0428, on behalf of New York Clearing House Association, Rebuttal Testimony filed September 11, 1991.

**California Public Utilities Commission**, *Application of Pacific Bell (U 1101 C) for Authorization to Transfer Specified Personnel and Assets*, Application No. 92-12-052, on behalf of California Bankers Clearing House Association and the City of Los Angeles, Direct Testimony filed August 8, 1991.

**Massachusetts Department of Public Utilities**, *Investigation by the Department on Its Own Motion as to Propriety of the Rates and Charges Set Forth in the following Tariff: MDPU No. 10, Part C, Section 10 revision of Table of Contents, Page 1, revision of pages 1 through 14, original page 15 filed with the Dept. on February 22, 1991 to become effective April 8, 1991 by New England Telephone. (ISDN Service)*, Docket No. 91-63, on behalf of Prodigy Services Company, Direct Testimony filed July 24, 1991.

**California Public Utilities Commission**, *Application of Pacific Bell (U 1001 C), a Corporation, for Approval of COMMSTAR Features*, Application No. 90-11-011, on behalf of California Bankers Clearing House Association, Direct Testimony filed May 24, 1991, Reply Testimony filed June 12, 1991.

**Manitoba Public Utilities Board**, *Manitoba Telephone System 1991/1992 General Rate Application*, on behalf of the Board of Manitoba, Direct Testimony filed March 28, 1991.

**Federal Communications Commission,** *AT&T Communications Revisions to Tariff FCC No. 12,* CC Docket No. 87-568, on behalf lf Ad Hoc Telecommunications Users Committee, Asea Brown Boveri, Inc., Delta Airlines, General Dynamics Corporation, and United Technologies Corporation, Comments (with Susam M. Gately, W. Page Montgomery, James S. Blaszak and Patrick J. White), filed March 4, 1991.

**Province de Quebec Regie Du Gaz Naturel**, *Considerations and Alternatives for Adapting Price Cap Regulation to Gas Metropolitan, Inc.*, Docket No. R-3173-89, on behalf of Industrial Gas Users Association, Expert Report filed February 28, 1991.

**California Public Utilities Commission**, *Alternative Regulatory Frameworks for Local Exchange Carriers*, Investigation No. 87-11-033, on behalf of California Bankers Clearing House Association, County of Los Angeles, Comments filed February 15, 1991, Direct Testimony filed September 23, 1991, Reply Testimony filed January 17, 1992, Supplemental Testimony filed April 24, 1992.


ECONOMICS AND TECHNOLOGY, INC.

**Texas Public Utilities Commission**, *Application of GTE Southwest, Inc. to Revise Tariffs to Establish "Enhance Services" Network Offerings*, Docket No. 9713, *Application of GTE Southwest Incorporated to Establish "Enhanced Services" at Dallas-Fort Worth Airport,* Docket No. 9714, on behalf of Texas Office of Public Utility Counsel, Direct Testimony filed February 13, 1991.

**Colorado Public Utilities Commission**, *Investigation and Suspension of Proposed Changes in Tariffs filed by the Mountain States Telephone and Telegraph Company d/b/a US West Communications, Inc. in Advice Letter No. 2173*, Docket No. 90S-544T, on behalf of Colorado Municipal League and the Colorado Cable Television Association, Direct Testimony filed January 25, 1991, May 20, 1991, Rebuttal Testimony filed June 21, 1991.

**1990**

**Wisconsin Public Service Commission**, *Investigation of Intrastate Access Costs and IntraLATA Access Charges*, Docket No. 05-TR-103, on behalf of the Public Service Commission of Wisconsin, Direct Testimony filed November 15, 1990.

**New York Public Service Commission**, *Proceeding on Motion of the Commission Concerning the Supply o f Telephone Numbers Available to New York City Telephone Company in New York City*, Case No. 90-C-0347, on behalf of Radio Common Carriers of New York, Inc., Direct Testimony filed October 15, 1990.

**Delaware Public Service Commission**, *Application of the Diamond State Telephone Company for Approval of Rules and Rates for a New Service Known as Caller ID*, Docket No. 90-6T, on behalf of Delaware Public Service Commission Staff, Direct Testimony filed September 17, 1990.

**Arizona Corporation Commission**, *Commission's Examination of the Rates and Charges of the Mountain States Telephone and Telegraph Company*, Docket No. E-1051-88-306, on behalf of Residential Utility Consumer Office, Direct Testimony filed July 13, 1990, Rebuttal Testimony filed August 7, 1990.

**Maryland Public Service Commission**, *Agreement by the Chesapeake and Potomac Telephone Company of Maryland, the Office of People's Counsel and the Staff of the Public Service Commission of Maryland Proposing a Regulatory Structure for the Telephone Company*, Case No. 8274, on behalf of The Sun Company, Reply Testimony filed July 20, 1990.

**New York Public Service Commission**, *New York Telephone Rates,* Case No. 90-C-0191, on behalf of User Parties NY Clearing House Association, Direct Testimony filed July 13, 1990, Surrebuttal Testimony filed July 30, 1990.

**Wisconsin Public Service Commission**, *Investigation into Intra-state Access and Toll Costs,* Docket No. 6720-TR-104, on behalf of the Wisconsin Public Service Commission, Direct Testimony filed April 12, 1990.

**California Public Utilities Commission**, *Alternative Regulatory Frameworks of Local Exchange Carriers (Phase III)*, Investigation No. 87-11-033, on behalf of California Bankers Clearing House Association, County of Los Angeles, Direct Testimony filed January 23, 1990, Rebuttal Testimony filed February 20, 1990, Direct Testimony filed August 6, 1990, Supplemental Testimony filed September 10, 1990.

**Washington Utilities and Transportation Commission**, *Petition of GTE Northwest Inc. to Adopt an Alternative Regulatory Framework*, Docket No. U-89-3031-P, on behalf of Telephone Ratepayers for Cost-based Equitable Rates (TRACER), State of Washington Department of Information Services, Direct Testimony filed January 16, 1990.


ECONOMICS AND TECHNOLOGY, INC.

*Record of Testimony in Regulatory Proceedings*

**1989**

**California Public Utilities Commission**, *Investigation on the Commission's Own Motion into the Rates, Tolls, Rules, Charges, Operations, Costs Separations Practices, Contracts, Service and Facilities. of General Telephone Corporation of California*, Investigation No. 87-02-025, on behalf of the County of Los Angeles, Direct Testimony filed November 3, 1989.

**New York State Public Service Commission**, *New York Telephone Company - Rate Moratorium Extension - Fifth Stage Filing*, Case No. 28961 Fifth Stage, on behalf of User Parties New York Clearing House Association Committee of Corporate Telecommunication Users, Direct Testimony filed October 16, 1989.

**Texas Public Utilities Commission**, *Inquiry of General Counsel into Reasonableness of Rates and Services of Southwestern Bell*, Docket No. 8585, on behalf of the Texas Office of Public Utility Counsel, Direct Testimony filed July 19, 1989, Reply Testimony filed October 18, 1989.

**Maine Public Utilities Commission**, *New England Telephone Dispute with Cable Antenna Television Companies*, Docket No. 89-71, on behalf of A-R Cable Services - Maine, Inc.; Bee-Line, Inc.; Better Cable TV; Cable Television of the Kennebunks; Casco Cable Television, Inc.; Continental Cablevision of NH, Inc.; Houlton CATV, Inc.; International Cablevision; Longfellow Cable Co., Inc.; Moosehead Enterprises; New England Cablevision; Paragon Cable; Public Cable Company; State Cable TV Corporation; and United Video Cablevision Inc., Direct Testimony filed October 13, 1989.

**Texas Public Utilities Commission**, *Application of Southwestern Bell to Provide Custom Service to Specific Customers*, Docket No. 8672, on behalf of Texas Office of Public Utility Counsel, Direct Testimony filed August 7, 1989, Supplemental Testimony filed March 1, 1990.

**Texas Public Utilities Commission**, *Application of Southwestern Bell for Revisions to the Customer Specific Pricing Plan*, Docket No. 8665, on behalf of the Texas Office of Public Utility Counsel, Direct Testimony filed July 19, 1989.

**Delaware Public Service Commission**, *Amortization of the Diamond State Telephone Company Straight Line Depreciation Reserve Deficiency to Account 608 Depreciation Expense Over a Three Year Period*, Docket No. 86-20 Phase II - Rate Design, on behalf of Delaware Public Service Commission Staff, Direct Testimony filed June 16, 1989, Supplemental Testimony filed August 29, 1989, Surrebuttal Testimony filed December 1, 1989, .

**New Mexico State Corporation Commission**, *Commission's Inquiry Into Alternatives to Traditional Rate Base, Rate of Return Regulation, Including, but not Limited to, the Social Contract Concept*, Docket No. 87-54-TC, on behalf of New Mexico State Corporation Commission, Direct Testimony filed April 28, 1989.

**California Public Utilities Commission,** *Application of Pacific Bell for approval to the extent required or permitted by law of its plan to provide enhanced services*, Docket No. 88-08-031, on behalf of California Bankers Clearing House Association, Direct Testimony filed April 4, 1989.

**Arizona Corporation Commission**, *Commission's Examination of the Rates and Changes of the Mountain States Telephone and Telegraph Company*, Docket No. E-1051-88-146, on behalf of Arizona Corporation Commission, Direct Testimony filed March 6, 1989, Surrebuttal Testimony filed May 9, 1989.

**Oregon Public Utility Commission**, *Application of Pacific Northwest Bell dba: US West Communications Inc., to Price List Telecommunications Services Other than Essential Local Exchange Services*, Docket No. UT-80, on

24


ECONOMICS AND
TECHNOLOGY, INC.

*Record of Testimony in Regulatory Proceedings*

behalf of Telephone Ratepayers for Cost-based Equitable Rates (TRACER), Direct Testimony filed February 17, 1989.

**New York Public Service Commission**, *New York Telephone Company - Generic Telephone Rate Design,* Case No. 28978 (Remand), on behalf of Capital Cities/ABC, Inc., CBS, Inc., and NBC, Inc., Direct Testimony filed January 13, 1989.


**1988**

**Florida Public Service Commission**, *Investigation into the Statewide Offering of Access to the Local Network for the Purpose of Providing Information Services*, Docket No. 880423-TP, on behalf of Coalition of Open Network Architecture Parties, Committee of Corporate Telecommunications Users, Rebuttal Testimony filed November 14, 1988.

**Colorado Public Utilities Commission**, *Investigation and Suspension of Proposed Changes and Additions to Exchanges and Network Services Tariff of Mountain States Telephone and Telegraph*, Docket No. 1766, on behalf of Denver Metropolitan Intervenors: the City and County of Denver, the Cities of Arvada, Boulder, Commerce, Federal Heights, Lakewood, Littleton and Wheat Ridge, and the Colorado Association of Realtors, Direct Testimony filed October 26, 1988, cross-examination November 28, 1988.

**Washington Utilities and Transportation Committee**, *Washington Utilities and Transportation Commission v. Pacific Northwest Bell Telephone Company*, Docket No. U-88-2052-P, on behalf of Telephone Ratepayers for Cost-based Equitable Rates (TRACER), and State of Washington, Department of Information Services, Direct Testimony filed September 27, 1988.

**Washington Utilities and Transportation Committee**, *Washington Utilities and Transportation Commission v. Pacific Northwest Bell Telephone Company*, Docket No. U-88-2052-P, on behalf of Public Counsel Section of the Attorney General Office, State of Washington, Direct Testimony filed September 27, 1988.

**California Public Utilities Commission**, *Alternative Regulatory Frameworks for Local Exchange Carriers*, Investigation No. 87-11-033 Phase II, on behalf of California Bankers Clearing House Association, Tele-Communications Association, and CBS, Inc., Direct Testimony filed September 19, 1988, Rebuttal Testimony filed October 28, 1988.

**Texas Public Utilities Commission**, *Petition of the General Counsel for an Evidentiary Proceeding to Market Dominance Among Interexchange Telecommunication Carriers*, Docket No. 7790, on behalf of Texas Office of Public Utility Counsel, Direct Testimony filed May 25, 1988, cross-examination June 29, 1988.

**Maryland Public Service Commission**, *Chesapeake and Potomac Telephone Company of Maryland's Proposal for a Regulatory Reform Trial*, Case No. 8106, on behalf of Maryland Independent Group and other C&P Business Customers, Direct Testimony filed March 9, 1988, Rebuttal Testimony filed April 25, 1988, cross-examination May 10, 1988.

**California Public Utilities Commission**, *Alternative Regulatory Frameworks for Local Exchange Carriers*, Investigation No. 87-11-033 Phase I, on behalf of California Bankers Clearing House Association, Tele-Communications Association, and CBS, Inc., Direct Testimony filed February 16, 1988, Reply Testimony February 26, 1988.



*Record of Testimony in Regulatory Proceedings*

**1987**

**California Public Utilities Commission**, *Investigation of the Commission's Own motion to Determine the Feasibility of Implementing New Funding Sources and Program Reductions in the Deaf and Disabled Program Pursuant to Section 2881 of the Public Utilities Code*, Investigation No. 87-11-031, on behalf of Tele-Communications Association, Direct Testimony filed December 24, 1987, cross-examination January 5, 1988.

**Ohio House of Representatives,  117th Ohio General Assembly, Public Utilities Committee, Subcommittee on House Bill 563**, House Bill No. 563, on behalf of County of Suffolk, County of Nassau, Ohio Association of Realtors, Testimony filed November 10, 1987.

**New York State Public Service Commission**, *New York Telephone, August 1987 rate change,* Case No. 28961, third stage, on behalf of Downstate Governments Coalition of Utilities: County of Suffolk, City of New York, County of Westchester, County of Nassau, Direct Testimony filed June 22, 1987.

**New York State Public Service Commission**, *New York Telephone, August 1987 rate change,* Case No. 28961, third stage, on behalf of American Express Company, Capital Cities/ABC Inc., CBS Inc., National Broadcasting Company Inc., Direct Testimony filed June 22, 1987.

**New York State Public Service Commission**, *Proceeding on Motion of Commission to Review Regulatory Policies for Segments of the Telecommunications Industry Subject to Competition*, Case No. 29469, on behalf of American Express Company, Capital Cities/ABC Inc., CBS Inc., National Broadcasting Company Inc., Direct Testimony filed April 17, 1997, Rebuttal Testimony filed June 26, 1987.

**New York State Public Service Commission**, *Proceeding on Motion of Commission to Review Regulatory Policies for Segments of the Telecommunications Industry Subject to Competition*, Case No. 29469, on behalf of the County of Suffolk, County of Nassau, Direct Testimony filed April 17, 1987.

**Massachusetts Department of Public Utilities**, *Paging Network of Massachusetts*, Docket No. 86-213, on behalf of Omni Communications, Inc., RAM Communications of Massachusetts, MA-CT Mobile Telephone Company, Direct Testimony filed April 1, 1987.

**1986**

**New York State Public Service Commission**, *New York Telephone Company Generic Telephone Rate Design*, Docket No. 28978, Phase II, on behalf of American Express Company, Capital Cities/ABC Inc., CBS Inc., National Broadcasting Company Inc., General Electric Company,  Mobil Corporation, Sears, Roebuck and Company, Direct Testimony filed November 21, 1986, Rebuttal Testimony filed December 15, 1986, cross-examination on January 5, 1987.

**Rhode Island Public Utilities Commission**, *New England Telephone and Telegraph Company*, Docket No. 1475, on behalf of Rhode Island Bankers Association, Direct Testimony filed November 10, 1986, cross-examination December 17, 1986.

**Michigan Public Service Commission**, *Application of Michigan Bell Telephone Company for Authority to Issue its Tariff MPSC No. 13 Entitled "Cellular Mobile Carrier Services" to Provide Rates, Charges, and Regulations Governing Interconnection With Facilities of Cellular Mobile Carriers*, Docket No. U-8492, on behalf of Detroit Cellular, Direct Testimony filed September 5, 1986, cross-examination September 22, 1986.



*Record of Testimony in Regulatory Proceedings*

**Massachusetts Department of Public Utilities**, *New England Telephone and Telegraph Company*, Docket No. 86-33, 86-124, on behalf of Massachusetts Port Authority, Direct Testimony filed September 2, 1986, cross-examination October 1, 1986.

**California Public Utilities Commission**, *Application of Pacific Bell for authority to increase certain intrastate rates and charges applicable to telephone services furnished within the State of California,* Application No. 85-01-034, Investigation No. 85-03-078, on behalf of California Bankers Clearing House Association, Tele-Communications Association, Direct Testimony filed August 22, 1986, Rebuttal Testimony filed September 30, 1986, cross-examination October 1-2, 1986.

**New York State Public Service Commission,** *Proceeding on Motion of the Commission as to the Rates, Charges, Rules, and Regulations of New York Telephone Company*, Case No. 28961, second stage, on behalf of County of Suffolk, Direct Testimony filed June 16, 1986.

**New York State Public Service Commission**, *Proceeding on Motion of the Commission as to the Rates, Charges, Rules, and Regulations of New York Telephone Company*, Case No. 28961, second stage, on behalf of American Express Company, ABC, Inc., CBS, Inc., National Broadcasting Company, Inc., General Electric Company, Reuters Ltd., and Sears, Roebuck and Company Direct Testimony filed June 16, 1986.

**Massachusetts Department of Public Utilities**, *Formal Complaint against the New England Telephone Company, and Petition for Declaratory Ruling for Enforcement of Tariff on Provision of Student Residence Flat Rate Service,* Docket No. 86-13, on behalf of Massachusetts Institute of Technology, Direct Testimony filed May 29, 1986.

**California Public Utilities Commission**, *Application of the Pacific Telephone and Telegraph Company for authority to adopt intrastate access charge tariffs applicable to telephone services furnished within the State of California,* Application No. 83-06-65, on behalf of ABC, Inc., CBS, Inc., California Bankers Clearing House Association, Tele-Communications Association, Direct Testimony filed May 9, 1986, cross-examination June 11-12, 1986.

**Massachusetts Department of Public Utilities**, *Investigation by the Department on its own motion as to the propriety of the rates and charges set forth in the following: MDPU No. 10, Part A , Section 9, Revision of Page 1, flied with the Department on December 31,1985 to become effective on January 30, 1986 by the New England Telephone Company,* Docket No. 86-17, on behalf of Zip-Call, Inc., Direct Testimony filed May 1, 1986.

**Massachusetts Department of Public Utilities**, *Investigation by the Department on its Own Motion as to the Propriety of the Rates and Charges set forth in the following: MDPU No. 1, Supplement No. 2, title page and original pages 1 and 2, filed with the Department on December 4, 1985 to become effective on January 3, 1986 by the NYNEX Mobile Services Company* Docket No. 85-279, on behalf of Zip-Call, Inc., Direct Testimony filed May 1, 1986.

**1985**

**New York Public Service Commission**, *New York Telephone Company Generic Telephone Rate Design*, Case No. 28978, on behalf of Downstate Government Coalition on Utilities: County of Suffolk, City of New York, County of Westchester, County of Nassau, Supplemental Testimony filed December 6, 1985, Additional Supplemental and Rebuttal Testimony filed December 20, 1985.

**Pennsylvania Public Utilities Commission**, *Pennsylvania Bell*, Docket No. R-842772, on behalf of Pennsylvania Cable Television Association, Direct Testimony filed November 12, 1985, cross-examination December 17, 1985.



*Record of Testimony in Regulatory Proceedings*

**Illinois Commerce Commission**, *Investigation Concerning the Appropriate Methodology for the Calculation of Intrastate Access Charges for all Illinois Telephone Utilities*, Docket No. 83-0142, on behalf of Illinois Merchant Retail Association, Direct Testimony filed November 12, 1985, Supplemental Testimony filed January 17, 1986, cross-examination February 11, 1986.

**Michigan Public Service Commission**, *Application of Michigan Bell Telephone Company for Authority to Issue its Tariff MPSC No. 12 as it Pertains to Pole Attachment and Conduit Occupancy Accommodations*, Docket No. U-8148, on behalf of Michigan Cable Television Association, Direct Testimony filed October 18, 1985.

**Hawaii Public Utilities Commission,** *Application of GTE Mobilnet of Hawaii Inc. for a Certificate of Public Convenience and Necessity to Provide Cellular Radio Telecommunications Service in the Honolulu, Hawaii Metropolitan Statistical Area*, Docket No. 5180, on behalf of Honolulu Cellular Telephone Company, Direct Testimony filed August 15, 1985, cross-examination October 7, 1985.

**New York Public Service Commission**, *Proceeding on Motion of the Commission as to the Impact of the Modification of Final Judgement and the Federal Communications Commission's Docket 78-72 on the Provision of Toll Service in New York State*, Case No. 28425, on behalf of American Express Company, Capital Cities/ABC Inc., CBS Inc., National Broadcasting Company Inc., General Electric Company, Mobil Corporation, Sears, Roebuck and Company, Direct Testimony filed July 17, 1985.

**Arizona Corporation Commission**, *Application of the Mountain States Telephone and Telegraph Company for a Hearing to Determine the earnings of the company, a fair value for the company for ratemaking purposes, to fix a just and reasonable rate of return thereon, and to approve rate schedules designed to develop such return,* Docket Nos. E-1051-84-100, on behalf of Tele-Communications Association, Direct Testimony filed June 3,1985, June 28, 1985, cross-examination August 20, 1985.

**Texas Public Utilities Commission**, *Petition of Southwestern Bell Telephone Company for Authority to Change Rates*, Docket No. 6200, on behalf of Texas Office of Public Utilities Counsel, Direct Testimony filed June 24, 1985.

**Colorado Public Utilities Commission**, *Investigation and Suspension of Proposed Change in Tariff - Colorado PUC No. 5 - Telephone, the Mountain States Telephone and Telegraph Company*, Docket No. 1671, on behalf of Oxford-AnsCo Development Company, Reynolds Properties, Inc., and SBS RealCorn, Direct Testimony filed June 14, 1985.

**New York Public Service Commission**, *New York Telephone Company Generic Telephone Rate Design*, Case No. 28978, on behalf of American Express Company, Capital Cities/ABC Inc., CBS Inc., National Broadcasting Company Inc., General Electric, Mobil Corporation, Reuters Ltd., and Sears, Roebuck and Company, Direct Testimony filed June 21, 1985, Rebuttal Testimony filed August 30, 1985, Supplemental Testimony filed December 6, 1985, January 24, 1986.

**New York Public Service Commission**, *New York Telephone Company Generic Telephone Rate Design*, Case No. 28978, on behalf of County of Suffolk, Town of Hempstead, Town Supervisors Association of Suffolk County, Direct Testimony filed May 30, 1985, June 21, 1985, Rebuttal Testimony filed August 30, 1985.

**Pennsylvania Public Utilities Commission**, *Pennsylvania Public Utility Commission v. The Bell Telephone Company of Pennsylvania*, Docket No. R-842779, on behalf of Business Users Group, Bethlehem Steel Corporation, Honeywell Corporation, Lehigh University, Moravian College, Pennsylvania Retailers Association, Pennsylvania State University, Scott Paper Company, US Steel Corporation, Westinghouse Electric Corporation, Direct Testimony filed May 20, 1985.



**California Public Utilities Commission**, *Application of Pacific Bell for authority to increase certain intrastate rates and charges applicable to telephone services furnished within the State of California*, Application No. 85-01-034, on behalf of ABC, Inc., CBS, Inc., California Bankers Clearing House Association, Tele-Communications Association, Direct Testimony filed May 17, 1985, cross-examination June 6, 1985.

**Alabama Public Service Commission**, *AT&T*, Docket No. 19314, on behalf of Department of Finance of the State of Alabama, Direct Testimony filed May 10, 1985, cross-examination May 20, 1985.

**New York Public Service Commission**, *Proceeding on Motion of the Commission as to the Rates, Charges, Rules, and Regulations of New York Telephone Company*, Case No. 28961, on behalf of American Express Company, ABC, Inc., CBS, Inc., National Broadcasting Company, Inc., General Electric Company, Mobil Corporation, Reuters Ltd., and Sears, Roebuck and Company, Direct Testimony filed March 28, 1985 (Volume I), April 4, 1985, (Volume II) .

**New York Public Service Commission**, *Proceeding on Motion of the Commission as to the Rates, Charges, Rules, and Regulations of New York Telephone Company*, Case No. 28961, on behalf of County of Suffolk, Town of Hempstead, Town Supervisors Association of Suffolk County, Direct Testimony filed April 1, 1985 .

**Rhode Island Public Utilities Commission**, *New England Telephone and Telegraph Company*, Docket No. 1780, on behalf of Rhode Island Bankers Association, Direct Testimony filed March 12, 1985, cross-examination April 4, 1985.

**Rhode Island Public Utilities Commission**, *New England Telephone and Telegraph Company*, Docket No. 1560, on behalf of Rhode Island Bankers Association, Direct Testimony filed March 12, 1985, cross-examination April 4, 1985.

**1984**

**Hawaii Public Utilities Commission**, *Application of Hawaiian Telephone Company Investigation of Rate Structure Phase IV: Basic Exchange Service*, Docket No. 3423, on behalf of Department of the Navy and the Federal Executive Agencies, Direct Testimony filed October 10, 1984, Supplemental Testimony filed November 21, 1984.

**New York Public Service Commission**, *Proceeding on Motion of the Commission as to the Provision of Telephone Services that Bypass Local Exchange or Toll Networks*, Case No. 28710, Phase II, on behalf of American Express Company, ABC, Inc., CBS, Inc., National Broadcasting Company, Inc., General Electric Company, Mobil Corporation, Direct Testimony filed October 5, 1984, Rebuttal Testimony filed November 20, 1984.

**Utah Public Service Commission**, *Application of the Mountain States Telephone and Telegraph Company for Approval of an Increase in Rates and Associated Tariff Revision*, Docket No. 84-049-01, on behalf of University of Utah, Utah State University, Weber State College, State of Utah Department of Administrative Services, Brigham Young University, Direct Testimony filed August 8, 1984, cross-examination October 3, 1984.

**California Public Utilities Commission**, *Application of GTE Mobilnet of San Francisco, and GTE Mobilnet of San Jose for certificates of public convenience and necessity to construct and operate a domestic cellular mobile radio system in the San Francisco-Oakland and San Jose Metropolitan areas,* Application No. 83-07-04, on behalf of McCaw/Intrastate Cellular Systems, Direct Testimony filed June 22, 1984, cross-examination July 5, 1984.

**Alabama Public Service Commission**, *South Central Bell Company*, Docket No. 18882, on behalf of Department of Finance of the State of Alabama, Direct Testimony filed May 30, 1984, cross-examination June 13, 1984.



*Record of Testimony in Regulatory Proceedings*

**Massachusetts Department of Public Utilities**, *Investigation by the Department on Its Own Motion as to the Propriety of the Rates and Charges Set Forth in Revised Pages to Tariffs Filed With the Department on March 2, 1984 by the New England Telephone Company*, Docket No. 84-82, on behalf of Massachusetts Institute of Technology, Direct Testimony filed May 25, 1984, cross-examination August 1, 1984.

**New York Public Service Commission**, *Proceeding on Motion of the Commission as to the Provision of Telephone Services that Bypass Local Exchange or Toll Networks*, Case No. 28710, on behalf of American Express Company, ABC, Inc., CBS, Inc., National Broadcasting, Inc., American Express Company, General Electric, Mobil Corporation, Direct Testimony filed May 1, 1984, Rebuttal Testimony filed June 1, 1984, cross-examination June 26, 1984.

**Pennsylvania Public Utilities Commission**, *Petition Requesting the Commission to Institute a Generic Investigation Concerning the Development of Intrastate Access Charges*, Docket No. 830452, on behalf of Bethlehem Steel Corporation, Burlington Industries, Fox Chase Medical Center, Honeywell, Inc., Jones and Laughlin Steel, Lehigh University, National Liberty Corporation, Pennsylvania Retailers, Pennsylvania State University, PPG Industries, Inc., Scott Paper Company, Sears, Roebuck and Company, Strawbridge and Clothier, Westinghouse Electric Corporation, Direct Testimony filed April 6, 1984, August 1, 1984, cross-examination April 26, 1984.

**Maine Public Utilities Commission**, *New England Telephone Company Re: Consideration of Local Measured Service and Alternative Exchange Service Options*, Docket No. 83-179, on behalf of Maine Public Advocate, Direct Testimony filed February 17, 1984.

**Maine Public Utilities Commission**, *New England Telephone and Telegraph Company Re: Proposed Increase in Rates*, Docket No. 83-213, on behalf of Maine Public Utilities Commission Staff, Direct Testimony filed February 7, 1984, Supplemental Testimony filed March 6, 1984, cross-examination March 15, 1984.

**Mississippi Public Service Commission**, *Notice of South Central Bell Telephone Company of its Intent to Revise its Rates for Intrastate Telephone Service throughout its Service Area in Mississippi, effective January 1, 1984,* Docket No. U-4415, on behalf of Mississippi Public Service Commission Staff, Direct Testimony filed January 24, 1984, cross-examination February 16, 1984.

**1983**

**Minnesota Public Utilities Commission**, *Petition of Northwestern Bell Telephone Company, Minneapolis Minnesota for Authority to Change its Schedule of Telephone Rates for Customers within the State of Minnesota*, Docket No. P-421-GR-83-600, on behalf of Minnesota Business Utility Users Council, Direct Testimony filed December 21, 1983, cross-examination January 27, 1984.

**New York Public Service Commission**, *New York Telephone*, Case No. 28601, on behalf of County of Suffolk, Town of Hempstead, Town Supervisors Association of Suffolk County, Direct Testimony filed December 14, 1983, Rebuttal Testimony filed January 1, 1984, Surrebuttal Testimony January 18, 1984, Rebuttal Testimony filed January 1, 1984.

**New York Public Service Commission**, *Proceeding on Motion of the Commission as to the Rates, Charges, Rules and Regulations of New York Telephone Company*, Case No. 28601, on behalf of ABC, Inc., CBS, Inc., General Electric, Mobil Corporation, Direct Testimony filed December 14, 1983.



*Record of Testimony in Regulatory Proceedings*

**Oregon Public Utilities Commission**, *Revised Tariff Schedules for Telephone Service in the State of Oregon Filed by Pacific Northwest Bell*, Docket No. UT-9, on behalf of Telephone Ratepayers for Cost-based Equitable Rates (TRACER), Direct Testimony filed October 27, 1983, Surrebuttal Testimony filed November 28, 1983.

**Kentucky Public Service Commission**, *Notice of South Central Bell of an Adjustment in its Intrastate Rates and Charges*, Docket No. 8847, on behalf of Kentucky Public Service Commission Staff, filed October 25, 1983.

**Indiana Public Service Commission**, *Petition of Indiana Bell: I. to Report Restructuring II. for Changes and Adjustment in it's Rates, Tolls, Changes and Schedules for Telephone Service, Including Basic Exchange Service, III. Intrastate Wide Area Telephone Service and Message Toll Telephone Service, IV. Private Line Services and Channels and Certain Other Dedicated Facilities in Accordance with the Proposed Schedules Filed Herewith; and V. Establishment of Appropriate Intrastate Access Charges*, Cause No. 37200, on behalf of Utility Consumer Counselor. Direct Testimony filed October 21, 1983.

**Texas Public Utilities Commission**, *Petition of Texas PUC for Inquiry Concerning the Effects of the Modified Final Judgement and the Access Charge order upon Southwestern Bell and the Independent Companies of Texas,* Docket No. 5113; *Application of Southwestern Bell for Authority to Increase Rates*, Docket No. 5220, on behalf of Texas Retailers Association, Direct Testimony filed October 11, 1983.

**Pennsylvania Public Utilities Commission**, *Pennsylvania Public Utility Commission v. The Bell Telephone Company of Pennsylvania*, Docket No. R-832316, on behalf of Bethlehem Steel Corporation, Jones and Laughlin Steel Corporation, Lehigh University, PPG Industries Inc, Pennsylvania Retailers Association, Penn State University, Pomeroy's Department. Store, Scott Paper Company, Temple University of the Commonwealth System of Higher Education, U.S. Steel Corporation, Westinghouse Electric Corporation, Direct Testimony filed August 12, 1983, cross-examination September 1, 1983.

**Michigan Public Service Commission**, *Application of Michigan Bell for Authority to Revise its Schedule of Rates and Charges,* Docket No. U-7473, on behalf of the Association of Businesses Advocating Tariff Equity, Direct Testimony filed July 18, 1983, cross-examination August 17, 1983.

**Minnesota Public Utilities Commission,** *Investigation into Intrastate Access Charges of Twenty-Three Telephone Companies Operating in Minnesota*, Docket No. PUC-83-102-HC, on behalf of Minnesota Business Utility Users Council, filed on July 17, 1983.

**California Public Utilities Commission**, *Application of Pacific Telephone for Authority to Increase Certain Intrastate Rates and Charges Applicable to Telephone Services Furnished with the State of California due to Increased Depreciation Rates,* Application No. 82-11-07; *Application of Pacific Telephone for Authority to Increase Certain Intrastate Rates and Charges Applicable to Telephone Services Furnished with the State of California,* Application No. 83-01-22, on behalf of ABC, Inc., CBS, Inc., California Bankers Association, Tele-Communications Association, Direct Testimony filed May 13, 1983, October 21, 1983.

**Kentucky Public Service Commission**, *Inquiry into the Resale of Intrastate- Wide Area Telecommunication Service*, Docket No. 261, on behalf of Commonwealth of Kentucky, Direct Testimony filed May, 1983, cross-examination May 17, 1983.

**Colorado Public Utilities Commission**, *Investigation and Suspension of Proposed Changes in Tariff -CO PUC #5-Telephone, Mountain. State Telephone and Telegraph Company, Denver, Colorado*, Docket No. 1575, on behalf of Colorado Retail Council, Colorado State Agencies, Direct Testimony Direct Testimony filed April 18, 1983, cross-examination May 18, 1983.



*Record of Testimony in Regulatory Proceedings*

**Florida Public Service Commission**, *Petition of Southern Bell Telephone and Telegraph Company for an Increase in its Rates and Charges*, 820294-TP, on behalf of Florida Department of General Services, Florida Ad Hoc Telecommunications Users Committee, Direct Testimony filed March 21, 1983

**Alabama Public Service Commission**, *Resale of WATS and Toll Services*, Docket Nos. 18548, 18617, on behalf of the State of Alabama, Direct Testimony filed February 28, 1983.

**1982**

**Maine Public Utilities Commission**, *New England Telephone Proposed Increase in Rates*, Docket No. 82-142, on behalf of the Staff of the Maine Public Utilities Commission, Direct Testimony filed November 15,1982, Rebuttal Testimony filed January 6, 1983, cross-examination January 19, 1983.

**Washington Utilities and Transportation Commission**, *Washington Utilities and Transportation Commission v. Pacific Northwest Bell Telephone Company*, Docket No. U-82-19, on behalf of Tele-Communications Association, Direct Testimony filed November 10, 1982.

**Maryland Public Service Commission**, *Application of the Chesapeake and Potomac Telephone Company of Maryland for Authority to Increase and Restructure its Schedule of Rates and Charges*, Case No. 7661, on behalf of Maryland Industrial Group, Direct Testimony filed November 9, 1982.

**New York Public Service Commission**, *Proceeding on Motion of the Commission as to the Rates, Charges, and Regulations of New York Telephone*, Case No. 28264, on behalf of Suffolk County, Direct Testimony filed November 4, 1982, Rebuttal Testimony filed November 29, 1982.

**New York Pubic Service Commission**, *Proceeding on Motion of the Commission as to the Rates, Charges, and Regulations of New York Telephone*, Case No. 28264,  on behalf of ABC, Inc., CBS, Inc., General Electric Company, and Mobil Corporation, Direct Testimony filed November 4, 1982, Rebuttal Testimony filed November 29, 1982.

**Minnesota Public Utilities Commission**, *Petition of Northwestern Bell, Minneapolis, Minnesota, for Authority to Change its Schedule of Rates*, Docket No. P-421/GR-79-388 (Remand), on behalf of Minnesota Department of Public Services, Direct Testimony filed October 5, 1982, Surrebuttal Testimony filed December 9, 1982, cross-examination January 19, 1983.

**Texas Public Utilities Commission**, *Petition of Southwestern Bell Telephone Company for Authority to Change Rates*, Docket No. 4545, on behalf of Texas Retailers Association, State Purchasing and General Services Commission, Direct Testimony filed August 25, 1982, Supplemental Testimony filed October 18, 1982.

**Massachusetts Department Public Utilities**, *New England Telephone and Telegraph Company Rates and Charges for Private Line Telephone Service*, Docket No.1117 on behalf of Massachusetts Ad Hoc Committee of Telecommunication Users, Brigham and Women's Hospital, Children's Hospital Medical Center, Harvard School of Public Health, Harvard Medical School, Harvard School of Dentistry, Honeywell Corporation, Joslin Diabetes Foundation, Inc., Massachusetts College of Pharmacy and Allied Health Professionals, Medical Area Service Company, New England Deaconness Hospital, Polaroid Corporation, Sidney Farber Cancer Institute, Direct Testimony filed August 20, 1982, Surrebuttal Testimony filed October 4, 1982.

**Kentucky  Public Service Commission,** *Notice of South Central Bell Telephone Company of Changes in its Intrastate Rates and Charges for Services and Increased Revenue Authority*, Docket No. 8467, on behalf of the Commonwealth of Kentucky, Direct Testimony filed July 26, 1982.



*Record of Testimony in Regulatory Proceedings*

**Federal Communication Commission**, *AT&T vs. USA*, on behalf of Ad Hoc Telecommunications Users Committee, filed June 14, 1982.

**Federal Communication Commission**, *AT&T Migration Strategy*, on behalf of Ad Hoc Telecommunications Users Committee, filed May 11, 1982.

**Pennsylvania Public Utilities Commission**, *Pennsylvania Public Utility Commission et al v. The Bell Telephone Company of Pennsylvania*, Docket No. R811819, on behalf of Bethlehem Steel Corporation, GE, Jones and Laughlin Steel Corporation, Lehigh University, PPG Industries, Inc., Pennsylvania Retailers Association, Pennsylvania State University, Temple University of the Commonwealth System of Higher Education, US Steel Corporation, Westinghouse Electric Corporation, Direct Testimony filed April 28, 1982, cross-examination May 19, 1982.

**Utah Public Commission**, *Application of the Mountain States Telephone and Telegraph Company for Approval of an Increase in Rates and Associated Tariff Revision,* Docket No. 81-049-11, on behalf of State of Utah Dept of Finance, University of Utah, Utah State University, Weber State College, Brigham Young University, Direct Testimony filed April 16, 1982.

**Canadian Radio-Television and Telecommunications Commission**, *Bell Canada*, on behalf of CNCP Telecommunications, filed March 19, 1982, cross-examination June 15-16, 1982.

**California Public Utilities Commission**, *Applications of the Pacific Telephone and Telegraph Company for authority to increase certain intrastate rates and charges applicable to telephone services furnished within the State of California*, Application Nos. 59849, 59269, on behalf of ABC, Inc., California Retailers Association, Telephone Answering Services of California, Inc., Tele-Communications Association, Direct Testimony filed January 25, 1982, March 26, 1982, Surrebuttal Testimony filed July 26, 1982, cross-examination February 9-10, 1982, June 24-25, 1982.

**California Public Utilities Commission**, *Applications of the Pacific Telephone and Telegraph Company for authority to increase certain intrastate rates and charges applicable to telephone services furnished within the State of California*, Application Nos. 59849, 59269, on behalf of Telephone Answering Services of California, Inc., and Tele-Communications Association, Direct Testimony filed January 25, 1982, cross-examination February 9-10, 1982.

**Iowa State Commerce Commission**, *Northwestern Bell Telephone Company, Des Moines, Iowa*, Docket No. RPU-81-40, on behalf of Meredith Corporation, Deere and Company, Hawkeye Security Insurance Company, Direct Testimony filed January 8, 1982.

**1981**

**Maryland Public Service Commission**, *Application of the Chesapeake and Potomac Telephone Company of Maryland for Authority to Increase and Restructure its Schedule of Rates and Charges*, Case No. 7591, on behalf of City of Baltimore, Equitable Trust Company, First National Bank of Maryland, Maryland Industrial Group, Maryland National Bank, Mercantile-Safe Deposit and Trust Company, Suburban Trust Company, Direct Testimony filed December 18, 1981, cross-examination January 11, 1982.

**Illinois Commerce Commission**, *Illinois Bell Telephone Company*, Docket No. 81-0478, on behalf of Communication Users of Illinois, Direct Testimony filed November, 1981, cross-examination January 6, 1982.

33



*Record of Testimony in Regulatory Proceedings*

**New York Public Service Commission**, *Proceeding of the Commission as to the rates, charges, rules and regulations of New York Telephone Company*, Case No. 27995, on behalf of ABC, Inc., CBS, Inc., General Electric Company, Mobil Corporation, Direct Testimony filed September 28, 1981, Surrebuttal Testimony filed October 13, 1981, cross-examination October 21, 1981, November 4, 1981.

**New York Public Service Commission**, *Proceeding of the Commission as to the rates, charges, rules and regulations of New York Telephone Company*, Case No. 27995, on behalf of Nassau County Suffolk County, Direct Testimony filed September 17, 1981, Surrebuttal Testimony filed October 13, 1981, cross-examination October 21, 1981, November 4, 1981.

**Texas Public Utilities Commission**, *Petition of Southwestern Bell Telephone Company for Authority to Change Rates*, Docket No. 3920, on behalf of Texas Retailers Association, State Purchasing and General Service Commission, Direct Testimony filed August 14, 1981, cross-examination October 1, 1981.

**Iowa State Commerce Commission,** *Rules Regarding Telephone Utilities Chapter 250-22 Iowa Administrative Code,* Docket No. RMU-81-4, on behalf of AID Insurance, Deere & Company, Dubuque Telegraph & Herald, Farmers Grain and Livestock, Fisher Controls Company, Hawkeye-Security Insurance Company, Meredith Corporation, Polk County, Quad City Times, Sioux City Journal, State of Iowa, Comments filed August 14, 1981.

**Maryland Public Service Commission**, *Application of the Chesapeake and Potomac Telephone Company of Maryland to establish appropriate principles for the pricing of competitive telephone services*, Case No. 7435, on behalf of Maryland Independent Group, Direct Testimony filed July 14, 1981, cross-examination October 20, 1981.

**Florida Public Service Commission**, *Petition of Southern Bell Telephone and Telegraph Company to place into effect certain new rates and charges pursuant to Section 364.05, Florida Statutes*, Docket No. 810035-TP, on behalf of Florida Ad Hoc Committee of Telecommunication Users, Direct Testimony filed June 22, 1981, Direct Supplemental June 30, 1981, cross-examination October 16, 1981.

**United States Senate**, Committee on the Judiciary, 97th Congress,  *Hearings on the Monopolization and Competition in the Telecommunications Industry*, Oral Statement July 24, 1981.

**Iowa State Commerce Commission**, *Northwestern Bell Telephone Company, Des Moines, Iowa*, Docket No. RPU-80-40, on behalf of Aid Insurance, Deere and Company, Dubuque Telegraph and Herald, Farmers Grain and Livestock, Fisher Controls Company, Hawkeye Security Insurance, Meredith Corporation, Polk County, Quad City Times, Sioux City Journal, State of Iowa, Direct Testimony filed June 1, 1981, Surrebuttal Testimony filed October 7, 1981, cross-examination July 17, 1981.

**United States House of Representatives,** Subcommittee on Telecommunications, Consumer Protection and Finance, Committee on Energy and Commerce, 97th Congress, *Hearings on the Status of Competition and Deregulation in the Telecommunications Industry*, Oral Statement May 28, 1981.

**Ohio Public Utilities Commission**, *Application of Cincinnati Bell Inc. for Authority to Adjust its Rates and Charges and to Change its Tariffs*, Docket No. 80-476-TP-AIR, on behalf of Tri-State Telecommunication Association, Direct Testimony filed March 27, 1981, cross-examination May 14, 1981.

**Utah Public Service Commission**, *Application of the Mountain States Telephone and Telegraph Company for Approval of an Increase in Rates and Associated Tariff Revisions*, Docket No. 80-049-01, on behalf of State of Utah Department of Finance, University of Utah, Utah State University, Weber State College, Brigham Young University, Direct Testimony filed March 6, 1981, Surrebuttal Testimony filed June 29, 1981, cross-examination April 9, 1981.



*Record of Testimony in Regulatory Proceedings*

**California Public Utilities Commission**, *Applications of the Pacific Telephone and Telegraph Company for authority to increase certain intrastate rates and charges applicable to telephone services furnished within the State of California*, Application No. 59849, on behalf of ABC, Inc., CBS, Inc., California Retailers Association, Tele-Communications Association, Direct Testimony filed January 26, 1981, cross-examination March 11-12, 1981.

**Maine Pubic Utilities Commission**, *New England Telephone and Telegraph Company Proposed Increase in Rates*, Docket No. 80-142, on behalf of  State of Maine Department of Finance and Administration, Direct Testimony filed January 8, 1981, cross-examination March 15-16, 1981.

**1980**

**Maine Pubic Utilities Commission**, *New England Telephone and Telegraph Company Proposed Increase in Rates*, Docket No. 80-142, on behalf of Casco Bank and Trust Company, Direct Testimony filed December 22, 1980, Supplemental Testimony filed January 8, 1981, cross-examination March 15-16, 1981.

**Massachusetts Department of Public Utilities**, *Investigation by the Department on its own motion as to the propriety of the rates and charges filed by the new England Telephone and Telegraph Company on October 4, 1980*, Docket No. 411, on behalf of Massachusetts Ad Hoc Committee of Telecommunication Users, Direct Testimony filed December 15, 1980, Surrebuttal Testimony filed February 2, 1981.

**Arizona Corporation Commission**, *Determine the Earnings of the  Company and the Valuation of all  of the Company's Properties and a  Fair Rate of Return Thereon*, Docket No. 9981-E-1051, on behalf of Tele-Communications Association, Sears, Roebuck and Company, Direct Testimony filed December 10, 1980, June 17, 1981, cross-examination December 17, 1980.

**Pennsylvania Public Utilities Commission**, *Pennsylvania Bell*, Docket No. R-80061235, on behalf of Business Users Group, Direct Testimony filed December 5, 1980, cross-examination December 16, 1980.

**Missouri Public Service Commission**, *Filing by Southwestern Bell Telephone Company of New Intrastate Rates, Tolls, and Charges Applicable to Intrastate Telecommunication Services Furnished Within the State of Missouri*, Docket No. TR-80-256, on behalf of Missouri Retailers Association, Missouri Hotel and Motel Association, Armco, Inc., Direct Testimony filed October 31, 1980.

**Minnesota Public Utilities Commission**, *Petition of Northwestern Bell Telephone Company Minneapolis Minnesota for Authority to Change its Schedule of Private Line Telephone Rates for Customers within the state of Minnesota,* Docket No. P-421/M-80-306, on behalf of Minnesota Department of Public Services, Direct Testimony filed October 31, 1980, Surrebuttal Testimony filed December 10, 1980, cross-examination December 18, 1980.

**Indiana Public Service Commission**, *Petition of Indiana Bell for approval of changes and adjustments in rates,,, and a proposal for measured telephone service*, Cause No. 36105, on behalf of Indiana Retail Council, Direct Testimony filed October 10, 1980, cross-examination October 27,1980.

**Massachusetts Department of Public Utilities**, *Request for interim rate relief by New England Telephone and Telegraph Company*, Docket No. 380, on behalf of Massachusetts Ad Hoc Committee of Telecommunications Users, Direct Testimony filed October 3, 1980, cross-examination October 8, 1980.

**Texas Public Utilities Commission**, *Application of Southwestern Bell Telephone Company for Authority to Change Rates Statewide*, Docket No. 3340, on behalf of Texas Retailers Association State Purchasing and General Services Commission, Direct Testimony filed September 9, 1980, cross-examination October 20, 1980.



ECONOMICS AND
TECHNOLOGY, INC.

*Record of Testimony in Regulatory Proceedings*

**Alabama Public Service Commission**, *Application of South Central Bell Telephone Company for a Rate Change*, Rehearing Docket No. 17743, on behalf of Attorney General of Alabama, Direct Testimony filed September 1980, cross-examination January 21, 1981.

**Illinois Commerce Commission**, *Illinois Bell Telephone Company*, Docket No. 80-0010, on behalf of Illinois Retail Merchants Association, Direct Testimony filed July 1980, cross-examination, July 28, 1980.

**New York Public Service Commission**, *Proceeding on motion of the Commission as to the rates, charges, rules and regulations of the New York Telephone Company for telephone service*, Case No. 27710, on behalf of ABC, Inc., General Electric Company, New York State Council of Retail Merchants, Direct Testimony filed July 9, 1980, Rebuttal Testimony filed August 4, 1980,  cross-examination July 24, 1980.

**Texas Public Utilities Commission**, *Inquiry by the Public Utility Commission of Texas into Certain Cost Studies of Southwestern Bell Telephone Company*, Docket No. 2944, on behalf of Texas Retailers Association, Texas Alarm and Signal Association, Direct Testimony filed June 23, 1980.

**Texas Public Utilities Commission**, *Petition of Mountain States Telephone and Telegraph Company for Authority to Change Rates*, Docket No. 3040, on behalf of Texas Retailers Association, Direct Testimony filed March 31, 1980, cross-examination May 28-29, 1980.

**Ohio Public Utilities Commission**, *Complaint of the Ohio Bell Telephone Company Concerning Certain of its Filed Rates and Charges*, Docket No. 79-1185-TP SLF, on behalf of Ohio Council of Retail Merchants, Armco, Inc., General Electric Company, Direct Testimony filed March 17, 1980, cross-examination March 26, 1980.

**Michigan Public Service Commission**, *Application of Michigan Bell Telephone Company for authority to file Tariff MPSC No. 80 to provide for the offering of Republican National Convention Service and for the authority to withdraw Tariff MPSC No. 80 on or before October 1, 1980*, Docket No. U-6327, on behalf of Committee of Arrangement of the Republican National Convention, ABC, Inc., CBS, Inc., NBC, Inc., Direct Testimony filed January 25, 1980.

**1979**

**Louisiana Public Services Commission**, *Application of South Central Bell Telephone Company of Louisiana for authority to restructure and reprice its private line service rates*, Docket No. U-14252, on behalf of Alarm Association of Louisiana, Direct Testimony filed December 24, 1979, cross-examination January 17, 1980.

**Arizona Corporation Commission**, *Mountain States Telephone and Telegraph Company*, Docket No. 9981-E-1051, on behalf of Sears, Roebuck and Company, filed December 7, 1979, cross-examination March 16, 1980.

**Minnesota Public Service Commission**, *Petition of Northwestern Bell Telephone Company Minneapolis Minnesota for Authority to Change its Schedule of Telephone Rates for Customers within the state of Minnesota,* Docket No. P-421/GR-79-388 (Rate Design), on behalf of Participating Department Staff of the Minnesota Department of Public Services, Direct Testimony filed August 28, 1979.

**Texas Public Utilities Commission**, *Application of Southwestern Bell Telephone Company for a Statewide Rate Increase,* Docket No. 2673, on behalf of Texas Retailers Association, Direct Testimony filed August 27, 1979, cross-examination September 19, 1979.

**Minnesota Public Service Commission**, *Petition of Northwestern Bell Telephone Company Minneapolis Minnesota for Authority to Change its Schedule of Telephone Rates for Customers within the state of Minnesota,* Docket No. P-



*Record of Testimony in Regulatory Proceedings*

421/GR-79-388 (Business Information Systems), on behalf of Participating Department Staff of the Minnesota Department of Public Services, Direct Testimony filed August 24, 1979, Surrebuttal Testimony filed October 10, 1979,  cross-examination September 12, 1979.

**Maryland Public Service Commission**, *Application of the Chesapeake and Potomac Telephone Company of Maryland for Authority to increase and restructure its schedule of rates and charges*, Case Nos. 7305/7335, on behalf of Banking and Savings Institute, Mayor and City Council of Baltimore, Hospital Association, Maryland Industrial Business Group, Maryland Association of Realtors, Greater Balto Board of Realtors, Montgomery, Anne, Arundel Harford, Howard, Prince George's County Board of Realtors Inc., Direct Testimony filed August 20, 1979, cross-examination September 4, 1979.

**Pennsylvania Public Utilities Commission**, *Pennsylvania Public Utility Commission et al v. The Bell Telephone Company of Pennsylvania*, Docket No. 719, on behalf of  Pennsylvania Retailers Association, et al., General Electric Company, Westinghouse Electric Corporation, Manufacturers Association of Beaver County, Bethlehem Steel Corporation, Statement filed June 15, 1979, cross-examination June 21, 1979.

**New York Public Service Commission**, *Proceeding on motion of the Commission as to the rates, charges, rules, and regulations of the New York Telephone Company for telephone service*, Case No. 27469, on behalf of CBS, Inc., ABC, Inc., General Electric Company, New York State Council of Retail Merchants, Direct Testimony filed May 1, 1979, Rebuttal Testimony filed May 22, 1979, Surrebuttal Testimony filed June 6, 1979, cross-examination May 18, 1979, June 4 and 12, 1979.

**Michigan Public Service Commission**, *Application of Michigan Bell Telephone Company for authority to revise its tariff MPSC No.2 to provide for the offering of the Dimension 100 PBX System, Dimension 2000 PBX System, Dimension 100 PBX Service, Dimension 400 PBX Service, and Dimension 2000 PBX Service,* Docket Nos. U-5197, U-5330, U-4742, U-5753, U-5754 , on behalf of Michigan Telephone Users Committee, Direct Testimony filed March 2, 1979.

**Pennsylvania Public Utilities Commission**, *Pennsylvania Public Utility Commission et al v. The Bell Telephone Company of Pennsylvania*, Docket No. 719, on behalf of Pennsylvania Retailers Association, et. al., General Electric Company, Westinghouse Electric Corporation, filed March 1, 1979, cross-examination March 1, 1979.

**1978**

**California Public Utilities Commission**, *Application of the Pacific Telephone and Telegraph Company for authority to increase certain intrastate rates and charges applicable to telephone services furnished within the State of California*, Application No. 58223, on behalf of California Retailers Association, Direct Testimony filed November 20, 1978, cross-examination December 12, 1979.

**Federal Communications Commission**, *American Telephone and Telegraph Company, Revisions to Tariff FCC Nos. 258 and 267, Transmittal No. 12478, Revisions to Tariff  FCC No. 268, Transmittal No. 12500, Revisions to Tariff FCC No. 267, Transmittal No. 12853*, Docket No. 20690, on behalf of Hearing Division of the Common Carrier Bureau, filed November 6, 1978, cross-examination January 29-31, 1979.

**Virginia State Corporation Commission**, *Application of Chesapeake and Potomac Telephone Company of Virginia for authority to withdraw one-party business flat rate service, to time all message rates services, and to freeze offering of multi-party business service,* Docket No. 19994, on behalf of Virginia Business Committee for Equitable Telephone Rates, et. al, Direct Testimony filed October 16, 1978, cross-examination January 11, 1979.



*Record of Testimony in Regulatory Proceedings*

**Oregon Public Utilities Commission**, *Revised Centrex Service Tariff Filed by Pacific Northwest Bell Telephone Company (on the Commissioner's Own Motion),* Docket No. UF 3342; *Introduction of ESSX Telephone Service Schedules and the Elimination of New Centrex-CO Service Filed by Pacific Northwest Bell Telephone Company (on the Commissioner's Own Motion,* Docket No. UF 3343, on behalf of General Electric Company, Georgia Pacific Company, Preliminary Direct filed December 2, 1977, Supplemental Direct filed September 22, 1978, cross-examination October 19, 1978.

**New York Public Service Commission**, *Proceeding on motion of the Commission as to the rates, charges, rules and regulations of the New York Telephone Company for telephone service.*, Case No. 27350, on behalf of ABC., Inc., CBS, Inc., General Electric Company, New York State Council of Retail Merchants, Direct Testimony filed September 8, 1978, cross-examination September 26, 1978.

**New Jersey Department of Energy**, *Petitions of New Jersey Telephone Company for Approval of Increases in Rates for Telephone Services*, Docket Nos. 7711-1136, 784-278, 784-279, on behalf of New Jersey Retail Merchants Association, Direct Testimony filed August 10, 1978.

 **Federal Communications Commission**, *AT&T Charges for Private Line Services Revision of Tariff FCC No. 260 (Series 2000/3000)*, Docket No. 20814, on behalf of Ad Hoc Telecommunications Users Committee, Direct Testimony filed July 10, 1978, cross-examination August 25, 1978.

**California Public Utilities Commission**, *Investigation on the Commission's own motion into the rates, tariffs, costs, and practices of Centrex service by any or all of the telephone corporations listed in the investigation,* Application No. 10191, on behalf of California Retailers Association, California Manufacturers Association, Direct Testimony filed July 8, 1977, cross-examination July 26-27, 1977; Supplemental Direct Testimony filed February 1, 1978, cross-examination February 9, 1978; Second Supplemental Direct Testimony filed June 19, 1978, cross-examination October 24 and 26, 1978.

**Illinois Commerce Commission**, *Illinois Bell Telephone Company Proposed general increase in telephone rates applicable in all exchanges of the Company in Illinois*, Docket No. 78-0034, on behalf of Illinois Retail Merchants Association, Direct Testimony filed June 9, 1978, cross-examination July 10, 1978.

**Minnesota Public Service Commission**, *Petition of Northwestern Bell Telephone for Authority to Change Certain of its Rates for the Telephone Service Furnished to Customers in the State of Minnesota*, Docket No. P-421/GR-77-1509, on behalf of Participating Department Staff of the Minnesota Department of Public Services, Direct Testimony filed June 2, 1978, Supplemental Direct Testimony filed July 17, 1978, cross-examination June 20, 1978, July 27, 1978.

**Michigan Public Service Commission**, *Application of Michigan Bell Telephone Company for Authority to Revise its Tariff MPSC Nos. 1, 3, and 5*, Docket No. U-5719, on behalf of Michigan Business Telecommunication Users Committee, Direct Testimony filed May 22, 1978, cross-examination June 1, 1978.

**Texas Public Service Commission**, *Application of Southwestern Bell Telephone Company for a Statewide Rate Increase*, Docket No. 1704, on behalf of Texas Retailers Association, Direct Testimony filed May 12, 1978, cross-examination June 2, 1978.

**Washington Utilities and Transportation Commission**, *Washington Utilities and Transportation Commission v. Pacific Northwest Bell Telephone Company,* Docket No. U-77-50 U-77-51 U-77-52, on behalf of The Boeing Company, Sears, Roebuck and Company, Direct Testimony filed April 14, 1978, cross-examination April 25, 1978.



ECONOMICS AND TECHNOLOGY, INC.

*Record of Testimony in Regulatory Proceedings*

**Illinois Commerce Commission**, *Illinois Bell Telephone Company Proposed rates and regulations for Direct Inward Dialing Service for the Company-owned or Customer-provided PBX dial switchboards, applicable to all exchanges of the Company,* Docket No. 77-0511, on behalf of Spiegel, Inc., Sears, Roebuck and Company, Carle Foundation Hospital, Brunswick Corporation, Lord, Bessell & Brook, Direct Testimony filed March 23, 1978, cross-examination April 5, 1978.

**Federal Communications Commission**, *American Telephone and Telegraph Company (Long Lines Department), Wide Area Telecommunications Services (WATS),* Docket No. 21402, on behalf of National Retail Merchants Association, filed January 17, 1978.

**1977**

**Oregon Public Utilities Commission**, *Revised Centrex Service Tariff Filed by Pacific Northwest Bell Telephone Company (on the Commissioner's Own Motion),* Docket No. UF 3342, on behalf of General Electric Company, Georgia Pacific Company, filed November 30, 1977, cross-examination December 2, 1977.

**Michigan Public Service Commission**, *Application of Michigan Bell Telephone Company for Authority to Revise its Schedule of Rates and Charges*, Docket No. U-5125 - Reopening, on behalf of Michigan Business Telephone Users Committee, Direct Testimony filed October 17, 1977.

**Nevada Public Service Commission**, *Nevada Bell Telephone Company*, Docket No. 1180, on behalf of J C Penney, Direct Testimony filed October, 1977, cross-examination October 6, 1977.

**Pennsylvania Public Utilities Commission**, *Westinghouse Electric Corporation, Pennsylvania Retailers' Association et al; The Pennsylvania State University v. The Bell Telephone Company of Pennsylvania*, Docket Nos. 22188, 22185, 22184, on behalf of Westinghouse Electric Corporation, Pennsylvania Retailers Association, et. al., Pennsylvania State University, Direct Testimony filed June 20, 1977, cross-examination July 6, 1978.

**New York Public Service Commission**, *New York Telephone Company- Optional Single Message Unit Timing,* Case No. 27079; *Terminal Equipment and Intrastate Toll Rates,* Case No. 27089; *Telephone Rates*, Case No. 27100, on behalf of New York State Council of Retail Merchants, Direct Testimony filed May 16, 1977, cross-examination June 7, 1977, Rebuttal Testimony filed July 15, 1977, cross-examination July 20, 1977.

**Indiana Public Service Commission**, *Indiana Bell Telephone Company*, Cause No. 34809, on behalf of Indiana Retail Council, Direct Testimony filed May 2, 1977, cross-examination May 9, 1977.

**Florida Public Service Commission**, *Petition of Southern Bell Telephone and Telegraph Company for Consent to Place into Effect Certain Rate Schedules,* Docket No. 760842-TP, on behalf of General Services Administration, filed March 21, 1977, cross-examination May 18-19, 1977.

**Maryland Public Service Commission**, *Application of the Chesapeake and Potomac Telephone Company of Maryland for authority to increase and restructure its schedule of rates and charges*, Case No. 7025, on behalf of Retail Merchants Association of Baltimore, Inc., Direct Testimony filed March 7, 1977, cross-examination March 16, 1977.

**Missouri Public Service Commission**, *Cost of Service Study of Southwestern Bell Telephone Company*, Docket No. 18309, on behalf of Missouri Retailers Association, filed February 16, 1977, cross-examination March 9, 1977.


ECONOMICS AND TECHNOLOGY, INC.

*Record of Testimony in Regulatory Proceedings*

**Illinois Commerce Commission**, *Illinois Bell Telephone Company Proposed general increase in telephone rates applicable to all exchanges of the Company in Illinois*, Docket No. 76-0409, on behalf of Illinois Retail Merchants Association, Direct Testimony filed January 1977, cross-examination January 30, 1977.

**1976**

**Texas Public Utilities Commission**, *Application of Southwestern Bell Telephone Company for Statewide Rate Increase*, Docket No. 78, on behalf of Texas Retail Federation, Direct Testimony filed October 26, 1976, cross-examination November 17-18, 1976.

**California Public Service Commission**, *Application of the Pacific Telephone and Telegraph Company, a corporation, for telephone service rate increases to cover increased costs in providing telephone service*, Application No. 55492, on behalf of California Retailers Association, California Manufacturers Association, Direct Testimony filed October 11, 1976, cross-examination October 27, 1976.

**Michigan Public Service Commission**, *Application of Michigan Bell Telephone Company for Authority to Revise its Schedule of Rates and Charges*, Docket No. U-5125, on behalf of Michigan Business Telephone Users Committee, Direct Testimony filed October 11, 1976, cross-examination November 4-5, 1976.

**Illinois Commerce Commission**, *Illinois Bell Telephone Company Proposed rate increase for Private Line and Mileage Services, revisions and increases for Telephone Answering Service Equipment and Services applicable to all exchanges of the company in Illinois*, Docket No. 76-0200, on behalf of Illinois Retail Merchants Association, Direct Testimony filed October 1976, cross-examination November 10, 1976.

**Missouri Public Service Commission**, *Southwestern Bell Telephone Company of St. Louis Missouri for authority to file tariffs reflecting an increase in rates for telephone service provided to customers in the Missouri service area of the Company*, Docket Nos. 18660, 18661, on behalf of Missouri Retailers Association, Direct Testimony filed September 1, 1976, cross-examination October 14, 1976.

**New Jersey Public Utilities Commission**, *Petition Filed by New Jersey Bell Telephone Company Increasing its Rates, Message Toll Rates and Charges for Certain Items of Equipment, Facilities, and Service in the State of New Jersey*, Docket No. 7512-1251, on behalf of New Jersey Retail Merchants Association, Direct Testimony filed May 17, 1976, cross-examination June 16, 1976.

**Minnesota Public Utilities Commission, Office of Administrative Hearings**, *Petition of Northwestern Bell Telephone Company for an Increase in Rates for Telephone Service in the State of Minnesota*, Hearing Docket No. PSC-76-013-BS, Agency Docket No. P-421/GR-75-496 (U-75-496), on behalf of Minnesota Retail Federation, Direct Testimony filed May 3, 1976, cross-examination May 17, 1976.

**Ohio Public Service Commission**, *Application of the Ohio Bell Telephone Company for authority to increase and adjust its Rates and Charges and to Change Regulations and Practices Affecting its Rates and Charges in each of its Duly Filed Intrastate Tariffs*, Docket No. 74-761-TP-AIR, on behalf of Ohio Counsel of Retail Merchants, Direct Testimony filed March 5, 1976, cross-examination March 18, 1976.



*Record of Testimony in Regulatory Proceedings*

**1975**

**Florida Public Service Commission**, *Petition of Central Telephone Company of Florida and Florida Central Telephone Company for Authority to Increase their Rates and Charges to Rates and Charges that are Fair and Reasonable*, Docket No. 750320-TP, on behalf of State of Florida, Direct Testimony filed November 21, 1975, cross-examination December 17, 1975.

**New Mexico State Corporation Commission**, *Mountain States Telephone and Telegraph Company,* Docket No. 673, on behalf of New Mexico Retail Association, Direct Testimony filed October 30, 1975, cross-examination November 3-4, 1975.

**North Carolina Utilities Commission**, *Application of Southern Bell Telephone and Telegraph Company for Authority to Increase its Local Exchange Rates and Charges Throughout its Franchised Areas in North Carolina*, Docket No. P-55 Sub 742, on behalf of North Carolina Retail Merchants Association, Direct Testimony filed September 23, 1975, cross-examination October 16, 1975.

**Illinois Commerce Commission**, *Illinois Bell Telephone Company proposed general increases in telephone rates applicable to all exchanges of the company in Illinois*, Docket No. 59666, on behalf of Illinois Retail Merchants Association, Direct Testimony filed September 10, 1975, cross-examination September 29-30, 1975.

**Oklahoma Corporation Commission** *Application of Southwestern Bell Telephone Company to Establish New Intrastate Rates, Tolls and Charges Applicable to Certain Intrastate Telephone and Telecommunications Services Furnished within the State of Oklahoma and to Authorize Directory Assistance Charges*, Docket No. 25444, on behalf of Oklahoma Retailer Merchants Association, Direct Testimony filed August 20, 1975, cross-examination waived.

**Florida Public Service Commission**, *Petition of Southern Bell Telephone and Telegraph Company under Section 364.05, Florida Statutes for Consent to Place in Effect Certain New Rate Schedules*, Docket No. 74805-TP, on behalf of Florida Retail Federation, Direct Testimony filed July 11, 1975, July 18, 1975, cross-examination June 30, 1975, July 29, 1975, October 8, 1975.

**Florida Public Service Commission**, *Petition of General Telephone Company of Florida under Section 364.05, Florida Statutes, that Consent be Given to the Placing in Effect of the New Rate Scheduled filed herewith to Accomplish an Increase in the Rates and Charges for Intrastate Telephone Services Rendered by Said Company to the Level of Reasonable Compensation for such Services and in the Alternative for Partial Relief on an Interim Basis,* Docket No.74792-TP , on behalf of Florida Retail Federation, Direct Testimony filed June 18, 1975, July 18, 1975, cross-examination June 30, 1975, July 29, 1975.

**Massachusetts Department of Public Utilities**, *Investigation by the Department on its own motion as to the Propriety of the Rates and Charges set forth in Revised Pages of its Tariffs Filed by the New England Telephone and Telegraph Company*, Docket No. 18210, on behalf of The Foxboro Company, Sears, Roebuck and Company, Jordan Marsh Company, Position Paper submitted May 29, 1975, Direct Testimony filed July 18, 1975, cross-examination August 29, 1975.

**Arizona Corporation Commission**, *Request of Mountain States Telephone and Telegraph Company for the Commission to Determine the Earnings of the Company and the Valuation of all of the Company's Properties and a Fair Rate of Return,*, Docket No. 9981-E-1051, on behalf of Sears, Roebuck and Company, J C Penney Company, Inc., Montgomery Ward and Company, Carter Hawley Hale Stores, Inc., Levy's, Direct Testimony filed February 11, 1975, cross-examination February 20, 1975.



ECONOMICS AND TECHNOLOGY, INC.

*Record of Testimony in Regulatory Proceedings*

**Missouri Public Service Commission**, *Filing by Southwestern Bell Telephone Company of New Intrastate Rates, Tolls, and Charges Applicable to Intrastate Telecommunication Services Furnished Within the state of Missouri,* Docket No. 18138, on behalf of Missouri Retailers Association, Direct Testimony filed January 21, 1975.

**1974**

**Colorado Public Utilities Commission**, *Mountain States Telephone and Telegraph Company*, Docket No. 867, on behalf of Sears, Roebuck and Company, J C Penney Company, Inc., filed November, 1974, cross-examination November 18, 1974.

**Georgia Public Service Commission**, *Application for an adjustment in the Scheduled of Rates and Charges for the Intrastate Service Furnished by Southern Bell Telephone and Telegraph Company of Georgia*, Docket No. 2632U, on behalf of Georgia Retailers Association, Direct Testimony filed October 2, 1974, cross-examination October 30, 1974.

**District of Columbia Public Service Commission**, *Complaint and Application of the Chesapeake and Potomac Telephone Company for Hearing and Investigation Regarding Its Current Level of Earnings and Level of Rates*, Docket No. 595, on behalf of General Services Administration and the District of Columbia Department of Highways and Traffic, Direct Testimony filed September 5, 1974, cross-examination September 12, 1974.

**Oklahoma Corporation Commission**, *Southwest General Telephone Company*, Docket No. 25048, on behalf of Oklahoma Retail Merchants Association, Direct Testimony filed February 18, 1974, cross-examination February 20, 1974.

**1973**

**New Mexico State Corporation Commission**, *Application of Mountain States Telephone and Telegraph Company for an Adjustment in Rates and Charges for Intrastate Telephone Service Furnished by it Within the State of New Mexico*, Docket No. 567, on behalf of New Mexico Retailers Association, Direct Testimony filed October 3, 1973, cross-examination October, 1973.

**New Mexico State Corporation Commission**, *Review of General Telephone Company of the Southwest Proposed Rates and Tariff,* Docket No. 533; *and Complaint of JC Penney Company and Sears Roebuck and Company Re: General Telephone Company of the Southwest's General Exchange Tariff Section 40- Access Charge Service*, Docket No. 566, on behalf of J C Penney Company, Inc., Sears, Roebuck and Company, Direct Testimony filed July 25, 1973, Supplemental Direct Testimony filed December 19, 1973, cross-examination January 8, 1974.

