

# Bridgeport-Stamford-Norwalk-Danbury, CT-MSA

REDACTED - FOR PUBLIC INSPECTION

I 95

**Metropolitan Stamford
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings
— Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
**Exhibit 6(d)(1)**
Non-SBC Territory
MSA Boundary



# Bridgeport-Stamford-Norwalk-Danbury, CT-MSA

REDACTED - FOR PUBLIC INSPECTION

**Downtown Stamford
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings

— Known Alternate Fiber Routes

  SBC Territory

  Wire Centers with Known CLEC Lit Buildings

  Non-SBC Territory

— MSA Boundary

Exhibit 6(d) F

# Chicago, IL-MSA



**Available CLEC Transport Linkages**

- Known Alternate Fiber
- 80 Percent of Special Access Demand For DS1 & DS3 Services
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)

# Chicago, IL-MSA



**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- ▢ SBC Territory
- ▢ Wire Centers w/Known CLEC Lit Buildings
- ▢ Non-SBC Territory
- ▢ MSA Boundary

**Exhibit 6(d)(1)**





# Chicago, IL-MSA

REDACTED - FOR PUBLIC INSPECTION

W Hubbard St
W Kinzie St
W Carroll Ave
W Wacker Dr
W Lake St
W Randolph St
W Washington St
W Madison St
W Monroe St
W Jackson Blvd
W Van Buren St
W Congress Pkwy
W Polk St

Columbus Dr
N Wacker Dr
N Franklin St
N State St
N Wabash Ave
N Michigan Ave
S Clinton St
S Canal St

**Downtown Chicago**
**Known CLEC Fiber and Known**
**CLEC Lit Buildings**

■ Known CLEC Lit Buildings
— Known Alternate Fiber Routes
☐ SBC Territory
☐ Wire Centers w/Known CLEC Lit Buildings
☐ Non-SBC Territory
— MSA Boundary

Exhibit 6(d)(1)



# Cleveland, OH-MSA

*Lake Erie*

**Alternate Fiber Routes**

- Known Alternate Fiber
- 80 Percent of Special Access Demand For DS1 & DS3 Services
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)





REDACTED - FOR PUBLIC INSPECTION

# Cleveland, OH-MSA

*Lake Erie*

44103

44114

44102

44113

44115

**Metropolitan Cleveland
Customers Served Using Special Access
And CLEC Lit Buildings**

△ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

— Known Alternate Fiber Routes

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

ZipCode Boundaries

Exhibit 6(n)



REDACTED - FOR PUBLIC INSPECTION
Cleveland, OH-MSA
Cleveland Memorial Shrway
S Quarry Ln
Lakeview Dr
Hamilton St
Sandalwood Dr
Rome Cir
E Berwald Rd
E 133rd St
E 71st St
US Hwy 422
E 189th St
E 195th St
Rollingview Dr
W 41st Pl
W Biddulph Rd
W 116th St
US Hwy 20
US Hwy 422
Pueblo Ct
Bobko Blvd
E 154th St
W Meadow Ln
Camp Industrial Rd
US Hwy 6
E Boston Rd
Carlyon Rd
Downtown Cleveland
Customers Served Using Special Access
And CLEC Lit Buildings
Customers of CLECs Served
Using SBC Special Access
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Exhibit 6(d)(1)
Non-SBC Territory
ZipCode Boundaries



REDACTED - FOR PUBLIC INSPECTION

**Cleveland, OH-MSA**

*Lake Erie*

**Known CLEC Lit Buildings and CLEC Customers Served Using Special Access**

▲ Customers of CLECs Served Using SBC Special Access

■ Known CLEC Lit Buildings

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

**Columbus, OH-MSA**

**Available CLEC Transport Linkages**

Known CLEC Fiber

80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers Served by Known CLEC Fiber

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

**Columbus, OH-MSA**

**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber
- ▬ Available Transport Link
- SBC Territory
- Wire Centers Served by Known CLEC Fiber
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)





REDACTED - FOR PUBLIC INSPECTION
Columbus, OH-MSA
43201
43212
43203
43215
43222
43205
43206
I 670
I 71/I 670
I 70
I 71
Metropolitan Columbus
Customers Served Using Special Access
CLEC Lit Buildings
Customers of CLECs Served Using SBC Special Access
Known CLEC Lit Buildings
Known CLEC Fiber Routes
SBC Territory
Wire Centers Served by Known CLEC Fiber
Non-SBC Territory
ZipCode Boundaries
Exhibit 6(d)(1)

REDACTED - FOR PUBLIC INSPECTION

**Columbus, OH-MSA**

43203

43215

43205

E Sycamore St
N High St
Sturbridge Ct
Ealy Ct
Earhart Ave
W Beechwold Blvd
E Oakland Ave
N Remington Rd
N Euston St
Oakwind Dr
E Livingston Ave
E Main St
E Ful
E Plum St
E Gay St
W Clearview Ave
Earman Dr
Bryden Rd
Sanbrooke Rd
Scenic Club Dr
East Fwy
Westmoor Pl
W Gay St
Sandy Ct
E Winter St
Integrity Dr N

**Downtown Columbus**
**Customers Served Using Special Access**
**CLEC Lit Buildings**

△ Customers of CLECs Served
   Using SBC Special Access

■ Known CLEC Lit Buildings

— Known CLEC Fiber Routes

  SBC Territory

  Wire Centers Served by Known CLEC Fiber

  Non-SBC Territory

— ZipCode Boundaries

Exhibit BKH(1)

43206



REDACTED - FOR PUBLIC INSPECTION

**Columbus, OH-MSA**

**Wire Centers w/ Known CLEC Lit Buildings, Known CLEC Lit Buildings, and CLEC Customers Served Using Special Access**

△ Customers of CLECs Served Using SBC Special Access

■ Known CLEC Lit Buildings

▨ SBC Territory

▨ Wire Centers w/Known CLEC Lit Buildings

☐ Non-SBC Territory

▭ MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

# Dallas-Ft.Worth, TX-PMSA

Dallas, TX-MSA

Ft.Worth, TX-MSA

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

# Dallas-Ft.Worth, TX-PMSA

*Dallas, TX-MSA*

*Ft.Worth, TX-MSA*

**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- ▨ SBC Territory
- ▨ Wire Centers w/Known CLEC Lit Buildings
- ☐ Non-SBC Territory
- ▭ MSA Boundary

Exhibit 6(d)(1)



# Dallas, TX-MSA

REDACTED - FOR PUBLIC INSPECTION

75206

75219

75214

75204

75246

75207

75202

75223

75226

75212

75201

75210

75215

I 30

I 45

35 E

**Metropolitan Dallas
Customers Served Using Special Access
CLEC Lit Buildings**

△ Customers of CLECs Served Using SBC Special Access
■ Known CLEC Lit Buildings
— Known Alternate Fiber Routes
▮ SBC Territory
▮ Wire Centers w/Known CLEC Lit Buildings
□ Non-SBC Territory
▭ ZipCode Boundaries

Exhibit 6(d)(1)



# Dallas, TX-MSA

RETRACTED - FOR PUBLIC INSPECTION

**Metropolitan Dallas
Known CLEC Fiber and Known
CLEC Lit Buildings**

- △ Customers of CLECs Served Using SBC Special Access
- ■ Known CLEC Lit Buildings
- ▬ Known Alternate Fiber Routes
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- ▬ ZipCode Boundaries

75219
75206
75207
75204
75246
75212
75223
75201
75202
75210
I 30
I 45
35 E
75215

Exhibit 6(d)(1)











REDACTED - FOR PUBLIC INSPECTION

# Ft. Worth, TX-MSA

Exhibit 6(d)(1)

REDACTED - FOR PUBLIC INSPECTION

**Detroit, MI-MSA**

*Lake Erie*

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit  Buildings

Non-SBC Territory

MSA Boundary

**Exhibit 6(d)(1)**