

REDACTED - FOR PUBLIC INSPECTION

**Detroit, MI-MSA**

*Lake Erie*

**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- ▢ SBC Territory
- ▢ Wire Centers w/Known CLEC CLIP Buildings
- ▢ Non-SBC Territory
- ▭ MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

**Detroit, MI-MSA**

I 94

I 96

I 75

**Metropolitan Detroit
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings
— Known Alternate Fiber Routes
  SBC Territory
  Wire Centers w/Known CLEC Lit  Buildings
  Non-SBC Territory
— MSA Boundary

Exhibit 6(d)(i)





REDACTED - FOR PUBLIC INSPECTION
Detroit, MI-MSA
Henry St
I 75 S
E Adams St
State Hwy 1
State Hwy 3
Rivard St
St Antoine St
I 75 N
Cass Ave
2nd Blvd
John R St
E Lafayette Blvd
Gratiot Ave
E Congress St
US Hwy 12
Griswold St
1st St
3rd Ave
E Jefferson Ave
6th St
W Congress St
W Jefferson Ave
Downtown Detroit
Known CLEC Fiber and Known
CLEC Lit Buildings
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
MSA Boundary
Exhibit 6(d)(1)

# Kansas City, KS-MO-MSA

REDACTED - FOR PUBLIC INSPECTION

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



# Kansas City, KS-MO-MSA

**Available CLEC Transport Linkages**

⦿   COs with Known CLEC Fiber-based Colloction

—   Available Transport Link

▢   SBC Territory

▢   Wire Centers w/Known CLEC Lit  Buildings

▢   Non-SBC Territory

▢   MSA Boundary

Exhibit 6(d)(1)







REDACTED - FOR PUBLIC INSPECTION

# Kansas City, KS-MO-MSA

Exhibit 6(d)(1)

REDACTED - FOR PUBLIC INSPECTION

## Houston, TX-MSA

### Alternate Fiber Routes

— Known Alternate Fiber

≡ 80 Percent of Special Access Demand For DS1 & DS3 Services

SBC Territory

Wire Centers w/Embarq CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(a)(E)



# Houston, TX-MSA

REDACTED - FOR PUBLIC INSPECTION

**Available CLEC Transport Linkages**

- ● COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- ☐ SBC Territory
- ☐ Wire Centers w/Known CLEC Lit Buildings
- ☐ Non-SBC Territory
- ☐ MSA Boundary

Exhibit 6(d)(1)



# Houston, TX-MSA

REDACTED - FOR PUBLIC INSPECTION

I 10

I-10/I 45

77007

77019

77010

77002

77003

77006

I 45

77008

77004

**Metropolitan Houston
Customers Served Using Special Access
And CLEC Lit Buildings**

▲ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

—— Known Alternate Fiber Routes

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

—— ZipCode Boundaries

Exhibit 6 0(h)



Houston, TX-MSA

REDACTED - FOR PUBLIC INSPECTION

Downtown Houston
Customers Served Using Special Access
And CLEC Lit Buildings

△ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

— Known Alternate Fiber Routes

☐ SBC Territory

☐ Wire Centers with Known CLEC Lit Buildings

☐ Non-SBC Territory

— ZipCode Boundaries



**Houston, TX-MSA**

REDACTED - FOR PUBLIC INSPECTION

**Known CLEC Lit Buildings and CLEC Customers Served Using Special Access**

▲ Customers of CLECs Served Using SBC Special Access

■ Known CLEC Lit Buildings

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

**Indianapolis, IN-MSA**

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(i)(1)



# Indianapolis, IN-MSA

REDACTED

**Available CLEC Transport Linkages**

- ● COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(4)



REDACTED - FOR PUBLIC INSPECTION

I 65

I 70

**Metropolitan Indianapolis
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings

— Known Alternate Fiber Routes

SBC Territory

Wire Centers w/Known CLEC Lit Buildings
**Exhibit 6(d)(1)**

Non-SBC Territory

▢ MSA Boundary



# Indianapolis, IN-MSA

REDACTED - FOR PUBLIC INSPECTION

W 9th St
W Saint Clair St
N Capitol Ave
N Illinois St
N Delaware St
Fort Wayne Ave
N East St
N College Ave
E North St
E Michigan St
Massachusetts Ave
E Vermont St
N West St
E New York St
W Ohio St
N Pennsylvania St
E Miami St
N New Jersey St
N Delaware St
I 70 W
US Hwy 40
E Washington St
W Maryland St
Virginia Ave
S College Ave
State Hwy 67
E Louisiana St
S Illinois St
S Delaware St
E South St
E Mccarty St

**Downtown Indianapolis
Known CLEC Fiber and Known
CLEC Lit Buildings**

- ■ Known CLEC Lit Buildings
- — Known Alternate Fiber Routes
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- ▭ MSA Boundary

Exhibit 6(d)(1)



# Los Angeles-Long Beach, Orange County, CA-PMSA

REDACTED - FOR PUBLIC INSPECTION

*Los Angeles, MSA*

*Pacific Ocean*

*Orange County, MSA*

**Alternate Fiber Routes**

| | |
|---|---|
| ▬▬▬ | Known Alternate Fiber |
| ▬▬▬ | 80 Percent of Special Access Demand For DS1 & DS3 Services |
| | SBC Territory |
| | Wire Centers w/Known CLEC Lit Buildings |
| | Non-SBC Territory |
| ▬▬▬ | MSA Boundary |

Exhibit 6(d)(1)





Los Angeles-Long Beach, CA-MSA
REDACTED - FOR PUBLIC INSPECTION
Metropolitan Los Angeles
Customers Served Using Special Access
And CLEC Lit Buildings
Customers of CLECs Served Using SBC Special Access
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
ZipCode Boundaries
Exhibit 6(d)(1)
HWY 101
HWY 110
I 5
I 10
91522
91604
91608
91602
90068
90027
91204
91205
90041
91105
91101
91106
90039
90065
90042
91030
91108
90046
90028
90069
90038
90029
90004
90031
90032
91801
91776
91803
90048
90036
90020
90211
90212
90057
90005
90035
90019
90017
90006
90013
90033
91754
91755
90063
90015
90034
90016
90018
90007
90022
90232
90023
90011
90008
90062
90037
90058
90230
90056
90043
90270
90255
90302
90001
90003
90301
90305
90045
90047
90044
90002



REDACTED - FOR PUBLIC INSPECTION
Los Angeles-Long Beach, CA-MSA
90017
90071
Harbor Fwy
S Figueroa St
S Flower St
Wilshire Blvd
W 3rd St
W 4th St
W 5th St
W 6th St
W 7th St
W 8th St
W 9th St
W Olympic Blvd
S Broadway
S Spring St
S Hope St
S Grand Ave
S Olive St
Downtown Los Angeles
Customers Served Using Special Access
And CLEC Lit Buildings
Customers of CLECs Served Using SBC Special Access
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
ZipCode Boundaries
Exhibit 6(d)(1)



# Orange County, CA-MSA

**Metropolitan Orange County Customers Served Using Special Access And CLEC Lit Buildings**

- ▲ Customers of CLECs Served Using SBC Special Access
- ■ Known CLEC Lit Buildings
- ▬ Known Alternate Fiber Routes
- ☐ SBC Territory
- ☐ Wire Centers w/Known CLEC Lit Buildings
- ☐ Non-SBC Territory
- ☐ ZipCode Boundaries

REDACTED - FOR PUBLIC INSPECTION

92844
92843
92703
92701
92782
92602
92780
92704
92708
92707
92620
92606
92604
92614
92626
92618
92646
92612
92697
92660
92603

HWY 55
I-405

Exhibit 6(I)(1)



# Orange County, CA-MSA

REDACTED - FOR PUBLIC INSPECTION

92704

92707

92780

92606

92604

W Macarthur Blvd

S Bristol St

S Main St

Barranca Pkwy

Macarthur Blvd

Red Hill Ave

Armstrong Ave

Alton Pkwy

Megaw Ave

Jamboree

I 405 S

Paularino Ave

Baker St

92626

State Hwy 55 N

Red Hill Ave

Campus Dr

Michelson Dr

Dupont Dr

Main St

Harvard Ave

92627

92612

92697

92660

**Downtown Irvine**
**Customers Served Using Special Access**
**And CLEC Lit Buildings**

△ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

━━ Known Alternate Fiber Routes

SBC Territory

Wire Centers with Known CLEC Lit Buildings
Exhibit B(3)(f)

Non-SBC Territory

━━ ZipCode Boundaries



# Los Angeles-Long Beach, Orange County, CA-PMSA

*Los Angeles, MSA*

*Orange County, MSA*

*Pacific Ocean*

**Known CLEC Lit Buildings and CLEC Customers Served Using Special Access**

△ Customers of CLECs Served Using SBC Special Access
■ Known CLEC Lit Buildings
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

## Milwaukee, WI-MSA

*Lake Michigan*

### Alternate Fiber Routes

— Known Alternate Fiber

▦ 80 Percent of Special Access Demand For DS1 & DS3 Services

▨ SBC Territory

▨ Wire Centers with Known CLEC Lit Buildings

☐ Non-SBC Territory

▭ MSA Boundary

Exhibit 6 (9/11)



**Milwaukee, WI-MSA**

*Lake Michigan*

**Available CLEC Transport Linkages**

- ● COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(e)(4)