

Milwaukee, WI-MSA

REDACTED FOR PUBLIC INSPECTION

143

I 94

**Metropolitan Milwaukee
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings

— Known Alternate Fiber Routes

  SBC Territory

  Wire Centers w/Known CLEC Lit  Buildings

Exhibit 6(d)(1)

  Non-SBC Territory

— MSA Boundary



REDACTED - FOR PUBLIC INSPECTION
Milwaukee, WI-MSA
E Knapp St
State Hwy 145
N Broadway St
N Water St
N Van Buren St
N Cass St
N Marshall St
State Hwy 32
W State St
N 3rd St
E Kilbourn Ave
N 6th St
State Hwy 32
N Prospect Ave
E Wells St
N Jefferson St
W Wells St
E Mason St
W Wisconsin Ave
E Wisconsin Ave
US Hwy 18
W Michigan St
N Lincoln Memorial Dr
W Clybourn St
I-794
N 6th St
N Plankinton Ave
N Broadway St
N Milwaukee St
Downtown Milwaukee
Known CLEC Fiber and Known
CLEC Lit Buildings
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
MSA Boundary
Exhibit 6(d)(T)



REDACTED - FOR PUBLIC INSPECTION

# Oklahoma City, OK-MSA

**Alternate Fiber Routes**

- ▬▬ Known Alternate Fiber
- ▤ 80 Percent of Special Access Demand For DS1 & DS3 Services
- ▨ SBC Territory
- ▨ Wire Centers w/Known CLEC Lit Buildings
- ☐ Non-SBC Territory
- ▭ MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

# Oklahoma City, OK-MSA

**Available CLEC Transport Linkages**

- ○ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)



Oklahoma City, OK-MSA

REDACTED - FOR PUBLIC INSPECTION

Metropolitan Oklahoma City
Known CLEC Fiber and Known
CLEC Lit Buildings

■ Known CLEC Lit Buildings
— Known Alternate Fiber Routes
■ SBC Territory
■ Wire Centers w/Known CLEC Lit  Buildings
□ Non-SBC Territory
□ MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

NW 10th St

NW 10th St

Harrison Ave

US Hwy 77

N Lee Ave

N Walker Ave

N Hudson Ave

N Harvey Ave

N Robinson Ave

N Oklahoma Ave

NE 3rd St

NW 2nd St

Couch Dr

NE 2nd St

Colcord Dr

W Main St

Santa Fe Plz

E Main St

E Sheridan Ave

S Robinson Ave

W California Ave

W Reno Ave

**Downtown Oklahoma City
Known CLEC Fiber and Known
CLEC Lit Buildings**

Known CLEC Lit Buildings

Known Alternate Fiber Routes

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Exhibit 6(d)(1)

Non-SBC Territory

MSA Boundary



# Sacramento, CA-MSA

**Alternate Fiber Routes**

— Known Alternate Fiber

80 Percent of Special Access Demand For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



**Sacramento, CA-MSA**

### Available CLEC Transport Linkages

○ COs with Known CLEC Fiber-based Collocation

━━ Available Transport Link

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

**Exhibit 6(d)(1)**

━━ MSA Boundary



Sacramento, CA-MSA

REDACTED - FOR PUBLIC INSPECTION

I 5

BUS 80

HWY 160

HWY 16

HWY 50

HWY 16

HWY 99

**Metropolitan Sacramento
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings
▬ Known Alternate Fiber Routes
▨ SBC Territory
▨ Wire Centers w/Known CLEC Lit Buildings
□ Non-SBC Territory
▭ MSA Boundary

Exhibit 6(d)(1)



# Sacramento, CA-MSA

REDACTED - FOR PUBLIC INSPECTION

**Downtown Sacramento
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings
━━ Known Alternate Fiber Routes
    SBC Territory
    Wire Centers w/Known CLEC Lit Buildings
    Non-SBC Territory
    MSA Boundary

Exhibit 6(d)(1)

# San Antonio, TX-MSA



**Alternate Fiber Routes**

—— Known Alternate Fiber

≡ 80 Percent of Special Access Demand For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

**Exhibit 6(d)(1)**

REDACTED - FOR PUBLIC INSPECTION

# San Antonio, TX-MSA



**Available CLEC Transport Linkages**

- ⦿ COs with Known CLEC Fiber-based Collocation
- —— Available Transport Link
- ▢ SBC Territory
- ▢ Wire Centers w/Known CLEC Lit  Buildings
- ▢ Non-SBC Territory
- ▬ MSA Boundary

Exhibit 6(d)(1)



San Antonio, TX-MSA

REDACTED - FOR PUBLIC INSPECTION

78215

78202

78205

I 35

I 10

I 37

I 10/I 35

Metropolitan San Antonio
Customers Served Using Special Access
And CLEC Lit Buildings

△ Customers of CLECs Served

Exhibit 6(d)(1)



# San Antonio, TX-MSA

REDACTED - FOR PUBLIC INSPECTION

78205

**Downtown San Antonio
Customers Served Using Special Access
And CLEC Lit Buildings**

▲ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

━━ Known Alternate Fiber Routes

SBC Territory

Wire Centers with Known CLEC Lit Buildings

Non-SBC Territory

━━ ZipCode Boundaries

Exhibit B(9)(f)

**San Antonio, TX-MSA**

REDACTED - FOR PUBLIC INSPECTION

**Known CLEC Lit Buildings and CLEC Customers Served Using Special Access**

△ Customers of CLECs Served Using SBC Special Access

■ Known CLEC Lit Buildings

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



**San Diego, CA-MSA**

Exhibit 6(d)(1)

**Alternate Fiber Routes**

— Known Alternate Fiber

▬ 80 Percent of Special Access Demand For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

— MSA Boundary



REDACTED - FOR PUBLIC INSPECTION

**San Diego, CA-MSA**

**Available CLEC Transport Linkages**

⦿    COs with Known CLEC Fiber-based Collocation

▬    Available Transport Link

   SBC Territory

   Wire Centers w/Known CLEC Lit  Buildings

   Non-SBC Territory

   MSA Boundary

Exhibit 6(d)(1)



San Diego, CA-MSA

REDACTED - FOR PUBLIC INSPECTION

I 5

HWY 163

HWY 94

HWY 75

Exhibit 6(d)(1)

**Metropolitan San Diego
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings
━━ Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
━━ MSA Boundary



REDACTED - FOR PUBLIC INSPECTION
San Diego, CA-MSA
San Diego Fwy
California St
1st Ave
3rd Ave
4th Ave
W Cedar St
Beech St
Kettner Blvd
India St
Ash St
A St
Pacific Hwy
C St
Broadway
E St
State St
F St
F St
G St
6th Ave
7th Ave
8th Ave
9th Ave
Market St
Market St
Island Ave
J St
W Harbor Dr
Exhibit 6(d)(1)
Downtown San Diego
Known CLEC Fiber and Known
CLEC Lit Buildings
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
MSA Boundary



REDACTED - FOR PUBLIC INSPECTION

**St. Louis, IL-MO-MSA**

**Alternate Fiber Routes**

— Known Alternate Fiber

▤ 80 Percent of Special Access Demand
For DS1 & DS3 Services

▨ SBC Territory

▨ Wire Centers w/Known CLEC Lit Buildings

☐ Non-SBC Territory

▭ MSA Boundary

Exhibit 6(d)(1)



# St. Louis, IL-MO-MSA

REDACTED - FOR PUBLIC INSPECTION

**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- ▢ SBC Territory
- ▢ Wire Centers w/Known CLEC Lit Buildings
- ▢ Non-SBC Territory
- ▭ MSA Boundary

Exhibit 6(d)(1)





St. Louis, IL-MO-MSA

REDACTED - FOR PUBLIC INSPECTION

**Downtown St. Louis
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings
— Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit  Buildings
Non-SBC Territory
□ MSA Boundary

Exhibit 6(d)(1)