

# Bridgeport-Stamford-Norwalk-Danbury, CT-MSA

REDACTED - FOR PUBLIC INSPECTION

I 95

**Metropolitan Stamford
Known CLEC Fiber and Known
CLEC Lit Buildings**

- ■ Known CLEC Lit Buildings
- — Known Alternate Fiber Routes
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

# Bridgeport-Stamford-Norwalk-Danbury, CT-MSA

REDACTED - FOR PUBLIC INSPECTION

# Chicago, IL-MSA



### Available CLEC Transport Linkages

| | |
|---|---|
| —— | Known Alternate Fiber |
| ≡≡≡ | 80 Percent of Special Access Demand For DS1 & DS3 Services |
| | SBC Territory |
| | Wire Centers w/Known CLEC Lit  Buildings |
| | Non-SBC Territory |
| —— | MSA Boundary |

Exhibit 6(d)(1)

# Chicago, IL-MSA



### Available CLEC Transport Linkages

○ COs with Known CLEC Fiber-based Collocation

— Available Transport Link

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



# Chicago, IL-MSA

REDACTED - FOR PUBLIC INSPECTION

I 90/I 94

I 290

**Metropolitan Chicago
Known CLEC Fiber and Known
CLEC Lit Buildings**

- Known CLEC Lit Buildings
- Known Alternate Fiber Routes
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)



# Chicago, IL-MSA

REDACTED - FOR PUBLIC INSPECTION

W Hubbard St
W Kinzie St
W Carroll Ave
W Wacker Dr
W Lake St
W Randolph St
W Washington St
W Madison St
W Monroe St
W Jackson Blvd
W Van Buren St
W Congress Pkwy
W Polk St

Columbus Dr
N Wacker Dr
N Franklin St
N State St
N Wabash Ave
N Michigan Ave
S Clinton St
S Canal St

**Downtown Chicago
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings
— Known Alternate Fiber Routes
▨ SBC Territory
▨ Wire Centers w/Known CLEC Lit Buildings
□ Non-SBC Territory
— MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

# Cleveland, OH-MSA

*Lake Erie*

### Alternate Fiber Routes

Known Alternate Fiber

80 Percent of Special Access Demand For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)





REDACTED - FOR PUBLIC INSPECTION

# Cleveland, OH-MSA

*Lake Erie*

44103

44114

44115

44113

44102

**Metropolitan Cleveland
Customers Served Using Special Access
And CLEC Lit Buildings**

△ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

▬ Known Alternate Fiber Routes

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

ZipCode Boundaries

Exhibit 6(h)



# Cleveland, OH-MSA

**Downtown Cleveland**
**Customers Served Using Special Access**
**And CLEC Lit Buildings**

△ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

— Known Alternate Fiber Routes

SBC Territory

Wire Centers with Known CLEC Lit Buildings

Non-SBC Territory

— ZipCode Boundaries

Exhibit B(9)(f)



**Cleveland, OH-MSA**

*Lake Erie*

**Known CLEC Lit Buildings and CLEC Customers Served Using Special Access**

△ Customers of CLECs Served Using SBC Special Access

■ Known CLEC Lit Buildings

▢ SBC Territory

▢ Wire Centers w/Known CLEC Lit Buildings

▢ Non-SBC Territory

▬ MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

# Columbus, OH-MSA

### Available CLEC Transport Linkages

- Known CLEC Fiber
- 80 Percent of Special Access Demand For DS1 & DS3 Services
- SBC Territory
- Wire Centers Served by Known CLEC Fiber
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

**Columbus, OH-MSA**

**Available CLEC Transport Linkages**

- ● COs with Known CLEC Fiber
- ▬ Available Transport Link
- SBC Territory
- Wire Centers Served by Known CLEC Fiber
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

**Columbus, OH-MSA**

43201

43212

I 670

I 71/I 670

43203

43215

43222

43205

I 70

Metropolitan Columbus
Customers Served Using Special Access
CLEC Lit Buildings

△ Customers of CLECs Served
   Using SBC Special Access

■ Known CLEC Lit Buildings

— Known CLEC Fiber Routes

  SBC Territory

  Wire Centers Served by Known CLEC Fiber

  Non-SBC Territory

— ZipCode Boundaries

43206

I 71

Esri(r) (r)(r)



# Columbus, OH-MSA

REDACTED - FOR PUBLIC INSPECTION

43203

43215

43205

E Sycamore St
N High St
Sturbridge Ct
Ealy Ct
Earhart Ave
W Beechwold Blvd
E Oakland Ave
E Livingston Ave
E Main St
N Remington Rd
Oakwind Dr
E Fulton St
E Plum St
E Gay St
W Clearview Ave
Earman Dr
Sanbrooke Rd
Scenic Club Dr
Bryden Rd
East Fwy
Westmoor Pl
W Gay St
Sandy Ct
E Winter St
Integrity Dr N

**Downtown Columbus
Customers Served Using Special Access
CLEC Lit Buildings**

△ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

━━ Known CLEC Fiber Routes

▢ SBC Territory

▢ Wire Centers Served by Known CLEC Fiber

▢ Non-SBC Territory

▢ ZipCode Boundaries

Exhibit SHK(n)



REDACTED - FOR PUBLIC INSPECTION

**Columbus, OH-MSA**

**Wire Centers w/ Known CLEC Lit Buildings,
Known CLEC Lit Buildings, and CLEC
Customers Served Using Special Access**

△ Customers of CLECs Served Using
SBC Special Access

■ Known CLEC Lit Buildings

▨ SBC Territory

▨ Wire Centers w/Known CLEC Lit Buildings

☐ Non-SBC Territory

▭ MSA Boundary

Exhibit 6(d)(1)

REDACTED - FOR PUBLIC INSPECTION



# Dallas-Ft.Worth, TX-PMSA

Dallas, TX-MSA

Ft.Worth, TX-MSA

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

# Dallas-Ft.Worth, TX-PMSA

*Dallas, TX-MSA*

*Ft.Worth, TX-MSA*

**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)





REDACTED - FOR PUBLIC INSPECTION

# Dallas, TX-MSA

Exhibit 6(d)(1)

# Dallas, TX-MSA

Metropolitan Dallas
Known CLEC Fiber and Known
CLEC Lit Buildings

△ Customers of CLECs Served Using SBC Special Access
■ Known CLEC Lit Buildings
— Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
— ZipCode Boundaries

RETRACTED - FOR PUBLIC INSPECTION

Exhibit 6(d)(1)



# Dallas, TX-MSA

REDACTED - FOR PUBLIC INSPECTION

75204

75202

75207

75201

N Ross Ave
San Jacinto St
N Pearl St
Olive St
Munger Ave
N Field St
N Ervay St
N Harwood St
N St Paul St
Live Oak St
N Lamar St
N Akard St
N Central Expy
Ross Ave
Pacific Ave
N Field St
N St Paul St
N Harwood St
Elm St
Main St
N Houston St
N Market St
Commerce St
Wood St
Jackson St
Young St

**Downtown Dallas
Known CLEC Fiber and Known
CLEC Lit Buildings**

△ Customers of CLECs Served Using SBC
Special Access

■ Known CLEC Lit Buildings

── Known Alternate Fiber Routes

▢ SBC Territory

▢ Wire Centers with Known CLEC Lit Buildings

▢ Non-SBC Territory

── ZipCode Boundaries

Exhibit 6(ii)F





# Ft. Worth, TX-MSA

REDACTED - FOR PUBLIC INSPECTION

76106

76107

76102

E Weatherford St
E 1st St
E 2nd St
E 3rd St
St Spur 280
US Hwy 377
W Weatherford St
Jones St
Calhoun St
Commerce St
W 3rd St
E 9th St
Taylor St
Throckmorton St
Houston St
Lamar St
Burnett St
E 9th St
W 10th St
Texas St
W 13th St

**Downtown Ft. Worth
Known CLEC Fiber and Known
CLEC Lit Buildings**

△ Customers of CLECs Served Using
  SBC Special Access
■ Known CLEC Lit Buildings
— Known Alternate Fiber Routes
  SBC Territory
  Wire Centers w/Known CLEC Lit Buildings
  Non-SBC Territory
  ZipCode Boundaries

Exhibit 6(d)(1)



**Dallas-Ft.Worth, TX-PMSA**

REDACTED - FOR PUBLIC INSPECTION

*Dallas, TX-MSA*

*Ft.Worth, TX-MSA*

**Known CLEC Lit Buildings and CLEC
Customers Served Using Special Access**

△ Customers of CLECs Served Using
SBC Special Access

■ Known CLEC Lit Buildings

SBC Territory

Wire Centers with Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary



REDACTED - FOR PUBLIC INSPECTION

## Detroit, MI-MSA

*Lake Erie*

### Alternate Fiber Routes

Known Alternate Fiber

80 Percent of Special Access Demand For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

**Exhibit 6(d)(1)**