

REDACTED - FOR PUBLIC INSPECTION

**Detroit, MI-MSA**

*Lake Erie*

**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- ▭ SBC Territory
- ▭ Wire Centers w/Known CLEC Lit Buildings
- ▭ Non-SBC Territory
- ▭ MSA Boundary

Exhibit 6(d)(1)



**Detroit, MI-MSA**

REDACTED - FOR PUBLIC INSPECTION

**Metropolitan Detroit
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings
— Known Alternate Fiber Routes
  SBC Territory
  Wire Centers w/Known CLEC Lit  Buildings
  Non-SBC Territory
— MSA Boundary

Exhibit 6(d)(1)







REDACTED - FOR PUBLIC INSPECTION

Exhibit 6(d)(1)

# Kansas City, KS-MO-MSA

**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber-based Colloction
- ▬ Available Transport Link
- ▨ SBC Territory
- ▨ Wire Centers w/Known CLEC Lit  Buildings
- ☐ Non-SBC Territory
- ▭ MSA Boundary

Exhibit 6(d)(1)





# Kansas City, KS-MO-MSA

REDACTED - FOR PUBLIC INSPECTION

**Downtown Kansas City
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings
━━ Known Alternate Fiber Routes
  SBC Territory
  Wire Centers w/Known CLEC Lit Buildings
  Non-SBC Territory
  MSA Boundary

Exhibit 6(n)



REDACTED - FOR PUBLIC INSPECTION

# Houston, TX-MSA

### Alternate Fiber Routes

Known Alternate Fiber

80 Percent of Special Access Demand For DS1 & DS3 Services

SBC Territory

Wire Centers w/Embedded CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(G)(E)



REDACTED - FOR PUBLIC INSPECTION

# Houston, TX-MSA

### Available CLEC Transport Linkages

- ○ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6 (b) (1)



# Houston, TX-MSA

REDACTED - FOR PUBLIC INSPECTION

I 10

I-101/45

77007

77019

77010

77002

77003

77006

I 45

77004

**Metropolitan Houston
Customers Served Using Special Access
And CLEC Lit Buildings**

△ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

━ Known Alternate Fiber Routes

▢ SBC Territory

▢ Wire Centers w/Known CLEC Lit Buildings

▢ Non-SBC Territory

▭ ZipCode Boundaries

Exhibit 6.0(n)



# Houston, TX-MSA

REDACTED - FOR PUBLIC INSPECTION

**Downtown Houston
Customers Served Using Special Access
And CLEC Lit Buildings**

▲ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

— Known Alternate Fiber Routes

SBC Territory

Wire Centers with Known CLEC Lit Buildings

Non-SBC Territory

— ZipCode Boundaries



**Houston, TX-MSA**

REDACTED - FOR PUBLIC INSPECTION

Exhibit 6(b)(1)

**Known CLEC Lit Buildings and CLEC Customers Served Using Special Access**

△ Customers of CLECs Served Using SBC Special Access

■ Known CLEC Lit Buildings

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary



# Indianapolis, IN-MSA

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers with Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(b)(f)



# Indianapolis, IN-MSA

REDACTED

**Available CLEC Transport Linkages**

- ○ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- ▭ MSA Boundary

Exhibit 6(q)(1)



REDACTED - FOR PUBLIC INSPECTION

I 65

I 70

**Metropolitan Indianapolis
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings
— Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Exhibit 6(d)(1)
Non-SBC Territory
MSA Boundary



**Indianapolis, IN-MSA**

REDACTED - FOR PUBLIC INSPECTION

W 9th St
W Saint Clair St
Fort Wayne Ave
N Capitol Ave
N Illinois St
N Delaware St
N East St
N College Ave
E North St
E Michigan St
Massachusetts Ave
E Vermont St
N West St
E New York St
W Ohio St
N Pennsylvania St
E Miami St
N Delaware St
N New Jersey St
I 70 W
US Hwy 40
E Washington St
W Maryland St
Virginia Ave
State Hwy 67
S College Ave
S Illinois St
E Louisiana St
E South St
S Delaware St

E Mccarty St

**Downtown Indianapolis
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings

— Known Alternate Fiber Routes

  SBC Territory

  Wire Centers w/Known CLEC Lit  Buildings

Exhibit 6(d)(1)

  Non-SBC Territory

  MSA Boundary



REDACTED - FOR PUBLIC INSPECTION

# Los Angeles-Long Beach, Orange County, CA-PMSA

*Los Angeles, MSA*

*Pacific Ocean*

*Orange County, MSA*

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



# Los Angeles-Long Beach, Orange County, CA-PMSA

REDACTED - FOR PUBLIC INSPECTION

*Los Angeles, MSA*

*Pacific Ocean*

*Orange County , MSA*

**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- ▨ SBC Territory
- ▨ Wire Centers w/Known CLEC Lit Buildings
- ▢ Non-SBC Territory
- ▭ MSA Boundary

Exhibit 6(d)(1)



Los Angeles-Long Beach, CA-MSA

REDACTED - FOR PUBLIC INSPECTION

**Metropolitan Los Angeles
Customers Served Using Special Access
And CLEC Lit Buildings**

△ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

— Known Alternate Fiber Routes

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

ZipCode Boundaries

Exhibit 6(xii)



# Los Angeles-Long Beach, CA-MSA

90017

90071

S Figueroa St

S Flower St

W 3rd St

Harbor Fwy

Wilshire Blvd

W 4th St

W 5th St

S Broadway

S Spring St

W 6th St

S Hope St

W 7th St

S Grand Ave

W 8th St

S Olive St

W Olympic Blvd

W 9th St

90014

**Downtown Los Angeles
Customers Served Using Special Access
And CLEC Lit Buildings**

▲  Customers of CLECs Served
     Using SBC Special Access

■  Known CLEC Lit Buildings

──  Known Alternate Fiber Routes

     SBC Territory

     Wire Centers with Known CLEC Lit Buildings

     Non-SBC Territory

──  ZipCode Boundaries

Exhibit B(9)(f)





REDACTED - FOR PUBLIC INSPECTION
Orange County, CA-MSA
92844
92843
92703
92701
92782
92602
92780
92704
92708
92707
92620
92606
92604
92618
92614
HWY 55
I 405
92626
92646
92612
92697
92660
92603
Exhibit 6(d)(1)
Metropolitan Orange County
Customers Served Using Special Access
And CLEC Lit Buildings
Customers of CLECs Served Using SBC Special Access
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
ZipCode Boundaries

# Orange County, CA-MSA

REDACTED - FOR PUBLIC INSPECTION

92704
92707
92780
92606
92604
92626
92627
92612
92697
92660

W Macarthur Blvd
S Main St
S Bristol St
Macarthur Blvd
Red Hill Ave
Barranca Pkwy
Armstrong Ave
Jamboree Rd
Alton Pkwy
Mcgaw Ave
Main St
Harvard Ave
Paularino Ave
Baker St
I 405 S
State Hwy 55 N S
Michelson Dr
Dupont Dr
Campus Dr

**Downtown Irvine**
**Customers Served Using Special Access**
**And CLEC Lit Buildings**

△ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

━━━ Known Alternate Fiber Routes

▢ SBC Territory

▢ Wire Centers with Known CLEC Lit Buildings

▢ Non-SBC Territory

━━━ ZipCode Boundaries

Exhibit 6(b)(1)



REDACTED - FOR PUBLIC INSPECTION

# Los Angeles-Long Beach, Orange County, CA-PMSA

*Los Angeles, MSA*

*Orange County, MSA*

*Pacific Ocean*

**Known CLEC Lit Buildings and CLEC
Customers Served Using Special Access**

△ Customers of CLECs Served Using
    SBC Special Access
■ Known CLEC Lit Buildings
▢ SBC Territory
▢ Wire Centers w/Known CLEC Lit Buildings
▢ Non-SBC Territory
▢ MSA Boundary

Exhibit 6(d)(1)



**Milwaukee, WI-MSA**

*Lake Michigan*

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers with Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(a)(7)



REDACTED - FOR PUBLIC INSPECTION

## Milwaukee, WI-MSA

*Lake Michigan*

### Available CLEC Transport Linkages

- ● COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- ▢ SBC Territory
- ▢ Wire Centers w/Known CLEC Lit Buildings
- ▢ Non-SBC Territory
- ▢ MSA Boundary

Exhibit 6(d)(4)