

Milwaukee, WI-MSA

REDACTED FOR PUBLIC INSPECTION

**Metropolitan Milwaukee
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings
— Known Alternate Fiber Routes
  SBC Territory
  Wire Centers w/Known CLEC Lit  Buildings
  Non-SBC Territory
— MSA Boundary

Exhibit 6(d)(1)









REDACTED - FOR PUBLIC INSPECTION
Milwaukee, WI-MSA
E Knapp St
State Hwy 145
N Broadway St
N Water St
N Van Buren St
N Cass St
N Marshall St
State Hwy 32
N 3rd St
W State St
E Kilbourn Ave
N 6th St
State Hwy 32
N Prospect Ave
N Jefferson St
E Wells St
W Wells St
E Mason St
W Wisconsin Ave
E Wisconsin Ave
W Michigan St
US Hwy 18
N Lincoln Memorial Dr
W Clybourn St
I 794
N 6th St
N Plankinton Ave
N Broadway St
N Milwaukee St
Downtown Milwaukee
Known CLEC Fiber and Known
CLEC Lit Buildings
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
MSA Boundary
Exhibit 6(d)(T)

Oklahoma City, OK-MSA

REDACTED - FOR PUBLIC INSPECTION

I 35/I 44

I 40

I 44

I 35

Metropolitan Oklahoma City
Known CLEC Fiber and Known
CLEC Lit Buildings

■ Known CLEC Lit Buildings
▬▬ Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
MSA Boundary

Exhibit 6(d)(1)



# Oklahoma City, OK-MSA

REDACTED - FOR PUBLIC INSPECTION

NW 10th St
NW 10th St

Harrison Ave

US Hwy 77

N Lee Ave

N Walker Ave

N Hudson Ave

N Harvey Ave

N Robinson Ave

N Oklahoma Ave

NE 3rd St

NW 2nd St
Couch Dr
Colcord Dr
W Main St

NE 2nd St

Santa Fe Plz

E Main St

E Sheridan Ave

S Robinson Ave

W California Ave
W Reno Ave

**Downtown Oklahoma City
Known CLEC Fiber and Known
CLEC Lit Buildings**

Known CLEC Lit Buildings

Known Alternate Fiber Routes

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



# Sacramento, CA-MSA

**Alternate Fiber Routes**

— Known Alternate Fiber

80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



REDACTED FOR PUBLIC INSPECTION

# Sacramento, CA-MSA

**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- ▮ SBC Territory
- ▮ Wire Centers w/Known CLEC Lit Buildings
- ▯ Non-SBC Territory
- ▭ MSA Boundary

Exhibit 6(d)(1)





# Sacramento, CA-MSA

REDACTED - FOR PUBLIC INSPECTION

**Downtown Sacramento
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings
▬ Known Alternate Fiber Routes
  SBC Territory
  Wire Centers w/Known CLEC Lit Buildings
  Non-SBC Territory
  MSA Boundary

Exhibit 6(d)(1)

# San Antonio, TX-MSA



**Alternate Fiber Routes**

— Known Alternate Fiber

▤ 80 Percent of Special Access Demand For DS1 & DS3 Services

▨ SBC Territory

▨ Wire Centers w/Known CLEC Lit Buildings

▢ Non-SBC Territory

▭ MSA Boundary

**Exhibit 6(d)(1)**

REDACTED - FOR PUBLIC INSPECTION

# San Antonio, TX-MSA



**Available CLEC Transport Linkages**

- ⭕ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- 🟨 SBC Territory
- 🟩 Wire Centers w/Known CLEC Lit  Buildings
- ⬜ Non-SBC Territory
- ▬ MSA Boundary

Exhibit 6(d)(1)



San Antonio, TX-MSA

Metropolitan San Antonio
Customers Served Using Special Access
And CLEC Lit Buildings

Customers of CLECs Served

Exhibit 6(d)(1)



# San Antonio, TX-MSA



**Known CLEC Lit Buildings and CLEC
Customers Served Using Special Access**

△ Customers of CLECs Served Using
   SBC Special Access

■ Known CLEC Lit Buildings

▨ SBC Territory

▨ Wire Centers w/Known CLEC Lit Buildings

▢ Non-SBC Territory

▭ MSA Boundary

Exhibit 6(d)(1)



**San Diego, CA-MSA**

Exhibit 6(d)(1)

**Alternate Fiber Routes**

— Known Alternate Fiber

▬ 80 Percent of Special Access Demand For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit  Buildings

Non-SBC Territory

— MSA Boundary



REDACTED - FOR PUBLIC INSPECTION

**San Diego, CA-MSA**

**Available CLEC Transport Linkages**

⬤    COs with Known CLEC Fiber-based Collocation

━━━    Available Transport Link

     SBC Territory

     Wire Centers w/Known CLEC Lit  Buildings

     Non-SBC Territory

     MSA Boundary

Exhibit 6(d)(1)



**San Diego, CA-MSA**

REDACTED - FOR PUBLIC INSPECTION

I 5

HWY 163

HWY 94

HWY 75

Exhibit 6(d)(1)

**Metropolitan San Diego
Known CLEC Fiber and Known
CLEC Lit Buildings**

- Known CLEC Lit Buildings
- Known Alternate Fiber Routes
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary







St. Louis, IL-MO-MSA

REDACTED - FOR PUBLIC INSPECTION

**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- ▭ MSA Boundary

Exhibit 6(d)(1)



