Declaration of Lee L. Selwyn
FCC WC Docket No. 04-313, CC Docket No. 01-338
October 4, 2004
Page 47 of 94



**Figure 6.** Two different CLEC networks may both have collocations at the same ILEC wire center (J), but are not capable of providing anywhere-to-anywhere interoffice transport.

1  routes A-B, A-C, A-D, A-E and A-F, whereas CLEC #2 requires connectivity over the routes C-
2  B, C-D, C-E and C-F, *none of which are part of CLEC #1's network design*. Viewed in the
3  context of the situation that Verizon sought to portray in its Maps "C" (Figure 4 above), the
4  actual presence of CLEC point-to-point transport capacity is in reality to be found in only a
5  handful of routes (see Figure 7). Verizon's abstraction as to what is "possible" is thus premised
6  upon two suppositions *neither one of which is true in actual practice – viz.*, (1) that all CLEC
7  networks within a given MSA are fully interconnected with one another; and (2) that each
8  individual CLEC network is capable of effecting connectivity between any two points on its
9  network. Neither Verizon nor any of the other RBOCs have offered any evidence as to the

