

**Figure 1.** SBC map of Downtown San Francisco showing CLEC enterprise customers being served using Special Access and CLEC "lit" buildings. Source: SBC *ex parte* letter dated August 18, 2004, CC Docket No. 01-338.

ECONOMICS AND TECHNOLOGY, INC.

| | |
|---|---|
| 1 | The SBC map of the San Francisco financial district (Figure 1) includes *only* customer |
| 2 | locations that, according to SBC, *are being served by CLCs either through the use of CLC-* |
| 3 | *owned facilities (the purple squares) or via SBC special access (the yellow triangles)*; the |
| 4 | map does not identify *any* enterprise customers that are being served on a retail basis directly |
| 5 | by SBC itself. Taking SBC's information at its face value, a physical count of the squares |
| 6 | and triangles reveals that there are approximately 436 instances in the small area included on |
| 7 | this map where, according to SBC, the CLC is using SBC special access *even though there* |
| 8 | *is CLC-owned fiber passing the customer's building on the very same street.*[158] |
| 9 | |
| 10 | Q. What does this analysis demonstrate? |
| 11 | |
| 12 | A. Clearly, the proximity of a customer to CLC-owned fiber is not the controlling factor in the |
| 13 | CLC's economic choice as between using its own already-in-place fiber facilities or |
| 14 | purchasing special access *at above-cost prices* from SBC. Aside from the exclusionary |
| 15 | effects of special access contracts discussed above, AT&T has identified a number of |
| 16 | reasons why a CLC may be forced to use RBOC facilities even if there is CLC-owned fiber |
| 17 | nearby, including:[159] |

---

158. Given the rather questionable nature of the data sources that were used by SBC in preparing these maps, it is also possible that for at least some of these locations the purported CLC fiber does not actually exist, it may exist but not be "lit," it may belong to a different CLC than the one serving the specific customer, or it may have been placed and engineered for some use other than for "last mile" local service, such as for interoffice transport or as an interexchange carrier access facility.

159. *See*, *TRR Proceeding*, Declaration of Anthony Fea and Anthony Giovannucci on
(continued...)