**Attachment 1**

**Statement of Qualifications**

**LEE L. SELWYN**



## Statement of Qualifications

## LEE L. SELWYN

Dr. Lee L. Selwyn has been actively involved in the telecommunications field for more than thirty-five years, and is an internationally recognized authority on telecommunications regulation, economics and public policy. Dr. Selwyn founded the firm of Economics and Technology, Inc. in 1972, and has served as its President since that date. He received his Ph.D. degree from the Alfred P. Sloan School of Management at the Massachusetts Institute of Technology. He also holds a Master of Science degree in Industrial Management from MIT and a Bachelor of Arts degree with honors in Economics from Queens College of the City University of New York.

Dr. Selwyn has testified as an expert on rate design, service cost analysis, form of regulation, and other telecommunications policy issues in telecommunications regulatory proceedings before some forty state commissions, the Federal Communications Commission and the Canadian Radio-television and Telecommunications Commission, among others. He has appeared as a witness on behalf of commercial organizations, non-profit institutions, as well as local, state and federal government authorities responsible for telecommunications regulation and consumer advocacy.

He has served or is now serving as a consultant to numerous state utilities commissions including those in Arizona, Minnesota, Kansas, Kentucky, the District of Columbia, Connecticut, California, Delaware, Maine, Massachusetts, New Hampshire, Vermont, New Mexico, Wisconsin and Washington State, the Office of Telecommunications Policy (Executive Office of the President), the National Telecommunications and Information Administration, the Federal Communications Commission, the Canadian Radio-television and Telecommunications Commission, the United Kingdom Office of Telecommunications, and the Secretaria de Comunicaciones y Transportes of the Republic of Mexico. He has also served as an advisor on telecommunications regulatory matters to the International Communications Association and the Ad Hoc Telecommunications Users Committee, as well as to a number of major corporate telecommunications users, information services providers, paging and cellular carriers, and specialized access services carriers.

Dr. Selwyn has presented testimony as an invited witness before the U.S. House of Representatives Subcommittee on Telecommunications, Consumer Protection and Finance and before the U.S. Senate Judiciary Committee, on subjects dealing with restructuring and deregulation of portions of the telecommunications industry.

In 1970, he was awarded a Post-Doctoral Research Grant in Public Utility Economics under a program sponsored by the American Telephone and Telegraph Company, to conduct research on the economic effects of telephone rate structures upon the computer time sharing industry. This work was conducted at Harvard University's Program on Technology and Society, where he was appointed as a Research Associate. Dr. Selwyn was also a member of the faculty at the College of Business Administration at Boston University from 1968 until 1973, where he taught courses in economics, finance and management information systems.



Dr. Selwyn has been an invited speaker at numerous seminars and conferences on telecommunications regulation and policy, including meetings and workshops sponsored by the National Telecommunications and Information Administration, the National Association of Regulatory Utility Commissioners, the U.S. General Services Administration, the Institute of Public Utilities at Michigan State University, the National Regulatory Research Institute at Ohio State University, the Harvard University Program on Information Resources Policy, the Columbia University Institute for Tele-Information, the International Communications Association, the Tele-Communications Association, the Western Conference of Public Service Commissioners, at the New England, Mid-America, Southern and Western regional PUC/PSC conferences, as well as at numerous conferences and workshops sponsored by individual regulatory agencies.

**Previous appearances before the California Public Utilities Commission**

Dr. Selwyn has participated in numerous California PUC proceedings dating back to the mid-I 970s. These have included Pacific Telephone general rate case Applications *55492,* 58223, 59849, 83-01-022 and 85-01-034; the Commission*'*s generic Centrex rate and cost inquiry, Case 10191; the Commission*'*s Service Cost investigation, 1.83-02-01, regarding policy development for intrastate exchange access charges and competition; at the Commission  *'*s *en banc* hearings on intra- and interLATA telecommunications policy in November, 1984; in the revenue requirements, rate design, and modernization and utilization phases of A.85-O1-034; in the GTE Mobilnet proceeding, A.83-07-04; in 1.87-11-031 dealing with the TRS surcharge; in the Los Angeles area ZUM Expansion proceeding (A.87-0I-002/I.87-02-025); and in A.90-l 1-011 involving so-called CLASS and Caller ID services.

Dr. Selwyn participated in all phases of the Commission*'*s *New Regulatory Frameworks* (NRF) investigation, 1.87-I 1-033, beginning with written comments submitted in response to the Commission*'*s August 11, 1987 Notice of *En Banc* Hearing on Competition and Regulatory Reform. He participated in the settlement workshops in Phase I, and submitted testimony in Phase II, Phase III, the "Touch Tone/ELCA" phase, and in the Implementation and Rate Design (IRD) phase. He also submitted testimony in the first and second triennial reviews of the New Regulatory Framework, A.92-05-002/004 and 1.95-05-047, respectively.

Dr. Selwyn has testified in several CPUC proceedings addressing efforts by Pacific Bell to enter or otherwise pursue strategic initiatives in new telecommunications markets. In 1993, he appeared as a witness for the Commission*'*s Division of Ratepayer Advocates (DRA) in the PacTel cellular/wireless "spin-off*"* investigation, 1.93-02-028. He was an invited speaker at the Commission*'*s en *banc* hearings on infrastructure issues in July, 1993. He also participated in several proceedings involving the Pacific Bell Information Services Group and Pacific Bell Information Services issues, A.88-08-031, Pacific*'*s proposal to offer an enhanced (information) services "gateway," in A.92-12-052, in which Pacific sought separate subsidiary status for its

2



*Statement of Qualifications – Lee L. Selwyn*

voice mail business under the name "Pacific Bell Information Services," and A.93- 11-031, which was to authorize PBIS to enter the so-called "electronic publishing" business on a "below the line basis." In September, 1996, Dr. Selwyn submitted testimony on behalf of the Commission*s Office of Ratepayer Advocates (ORA) in A.96-04-038, the Joint Application of Pacific Telesis Group and SBC Communications Inc. for approval of the takeover by SBC of Pacific Telesis. He also submitted testimony on behalf of ORA in A.98-12-005, GTE/Bell Atlantic merger proceeding. Also on behalf of ORA, Dr. Selwyn presented testimony in A.97- 12-020, the 1997 PG&E general rate case, regarding alternative forms of regulation for PG&E.

Dr. Selwyn has offered testimony in three phases of R.93-04-003/I.93-04-002, the Commission*s Investigation and Rulemaking on Open Access and Network Architecture Development (OANAD). His most recent involvement in that proceeding was the filing of direct and rebuttal testimony, on April 8 and 27, 1998, on behalf of AT&T and MCI concerning the pricing of incumbent Local Exchange Carrier unbundled network elements. On April 30, he submitted an affidavit on behalf of AT&T in the Commission*s proceeding to consider Pacific Bell*s Notice of Intent to seek authority to offer long distance services pursuant to Section 271 of the *Telecommunications Act of 1996.* In previous phases of R.93-04-003/I.93-04-002, Dr. Selwyn testified on behalf of AT&T and MCI on the pricing of wholesale basic telephone services. On December 20, 1995, he submitted testimony on behalf of the California Telecommunications Coalition addressing the financial impacts of local competition upon Pacific Bell and other incumbent LECs in the Franchise Impacts phase of in R.95-04-043/I.95-04-044, the Commission*s local competition investigation and rulemaking. On October 3, 1997, Dr. Selwyn prefiled direct testimony presenting the results of an Avoided Retailing Cost analysis giving effect to Section *252(d)(3)* of the *Telecommunications Act of 1996* as it relates to resale of incumbent local exchange calTier services, and offering recommendations concerning the level of wholesale/retail differential or "discount" that should be applied in setting prices for wholesale basic services furnished to resellers.

In April of 1996, Dr. Selwyn submitted opening and rebuttal testimony on behalf of AT&T and MCI in the Commission*s Universal Service Funding (USF) proceeding, R.95-01-020/I.95-01-021, and in June, 1996, he submitted testimony in the Open Access and Network Architecture Development (OANAD) proceeding, R.93-04-033/I.93-04-022, also on behalf of AT&T and MCI. In August of 1996, he submitted testimony on behalf of AT&T Communications of California, Inc. in two arbitration proceedings, A.96-08-040 (Pacific Bell) and A.96-08-04l (GTE-California). Dr. Selwyn*s most recent appearance before the Commission was in the 2001 Pacific Bell Section 271/Section 709.2 proceeding.

ETI ECONOMICS AND TECHNOLOGY, INC.

## Papers and Publications

"Taxes, Corporate Financial Policy and Return to Investors," *National Tax Journal*, Vol. XX, No.4, December 1967.

"Considerations for Computer Utility Pricing Policies" (with Daniel S. Diamond), presented at the 23rd Association for Computing Machinery National Conference, 1968.

"Real Time Computer Communications and the Public Interest " (with Michael M. Gold), presented at the 1968 American Federation of Information Processing Societies,  Fall Joint Computer Conference, San Francisco, CA, December 9-11, 1968.

"Computer Resource Accounting in a Time Sharing Environment," presented at the 1970 American Federation of Information Processing Societies, Spring Joint Computer Conference, Atlantic City, NJ, May 5-7, 1970.

*Planning Community Information Utilities*, H. Sackman and B. W. Boehm, Eds., Chapter 6, "Industrial and Vocational Services," Montvale, NJ, AFIPS Press, 1972, at 137-172.

"Competition and Structure in the Computer Services Industry," *Proceedings, Second Annual Symposium on Economic Considerations in Managing the Computer Installation*, New York: Association for Computing Machinery, 1972.

"Computer Resource Accounting and Pricing," *Proceedings, Second Annual Symposium on Economic Considerations in Managing the Computer Installation*, New York: Association for Computing Machinery, 1972.

"Pricing Telecommunications  Services: Policy Goals and Rate Design Principles," *Presented at the 1977 Symposium on Problems of Regulated Industries -  Sponsored by Foster Associates, Inc., Missouri Public Service Commission, University of Missouri-Columbia*, Kansas City, MO, February 13-16, 1977.

"Pricing Telephone Terminal Equipment Under Competition," *Public Utilities Fortnightly*, December 8, 1977.

"Deregulation, Competition, and Regulatory Responsibility in the Telecommunications Industry," *Presented at the 1979 Rate Symposium on Problems of Regulated Industries - Sponsored by: The American University, Foster Associates, Inc., Missouri Public Service Commission, University of Missouri-Columbia*, Kansas City, MO, February 11 - 14, 1979.

"Sifting Out the Economic Costs of Terminal Equipment Services," *Telephone Engineer and Management*, October 15, 1979.

"Usage-Sensitive Pricing" (with G. F. Borton), (a three part series), *Telephony*, January 7, 28, February 11, 1980.



*Statement of Qualifications – Lee L. Selwyn*

"Perspectives on Usage-Sensitive Pricing," *Public Utilities Fortnightly*, May 7, 1981.

"Diversification, Deregulation, and Increased Uncertainty in the Public Utility Industries" *Comments Presented at the Thirteenth Annual Conference of the Institute of Public Utilities*, Williamsburg, VA - December 14-16, 1981.

"Local Telephone Pricing: Is There a Better Way?; The Costs of LMS Exceed its Benefits: a Report on Recent U.S. Experience," *Proceedings of a conference held at Montreal, Quebec - Sponsored by Canadian Radio-Television and Telecommunications Commission and The Centre for the Study of Regulated Industries, McGill University*, May 2-4, 1984.

"Long-Run Regulation of AT&T:  A Key Element of A Competitive Telecommunications Policy," *Telematics*, August 1984.

"Is Equal Access an Adequate Justification for Removing Restrictions on BOC Diversification?" *Presented at the Institute of Public Utilities Eighteenth Annual Conference*, Williamsburg, VA - December 8-10, 1986.

"Market Power and Competition Under an Equal Access Environment," *Presented at the Sixteenth Annual Conference, "Impact of Deregulation and Market Forces on Public Utilities: The Future Role of Regulation," Institute of Public Utilities, Michigan State University*, Williamsburg, VA - December 3-5, 1987.

"Contestable Markets: Theory vs. Fact," *Presented at the Conference on Current Issues in Telephone Regulations: Dominance and Cost Allocation in Interexchange Markets - Center for Legal and Regulatory Studies Department of Management Science and Information Systems - Graduate School of Business, University of Texas at Austin*, October 5, 1987.

"The Sources and Exercise of Market Power in the Market for Interexchange Telecommunications Services," *Presented at the Nineteenth Annual Conference, "Alternatives to Traditional Regulation:  Options for Reform," Institute of Public Utilities, Michigan State University*, Williamsburg, VA, December, 1987.

"Assessing Market Power and Competition in The Telecommunications Industry:  Toward an Empirical Foundation for Regulatory Reform," *Federal Communications Law Journal*, Vol. 40 Num. 2, April 1988.

"A Perspective on Price Caps as a Substitute for Traditional Revenue Requirements Regulation," *Presented at the Twentieth Annual Conference, "New Regulatory Concepts, Issues and Controversies," Institute of Public Utilities, Michigan State University*, Williamsburg, VA, December, 1988.



*Statement of Qualifications – Lee L. Selwyn*

"The Sustainability of Competition in Light of New Technologies" (with D. N. Townsend and P. D. Kravtin), *Presented at the Twentieth Annual Conference, Institute of Public Utilities, Michigan State University*, Williamsburg, VA, December, 1988.

"Adapting Telecom Regulation to Industry Change: Promoting Development Without Compromising Ratepayer Protection" (with S. C. Lundquist), *IEEE Communications Magazine*, January, 1989.

"The Role of Cost Based Pricing of Telecommunications Services in the Age of Technology and Competition," *Presented at National Regulatory Research Institute Conference*, Seattle, July 20, 1990.

"A Public Good/Private Good Framework for Identifying POTS Objectives for the Public Switched Network" (with Patricia D. Kravtin and Paul S. Keller), Columbus, Ohio: *National Regulatory Research Institute*, September 1991.

"Telecommunications Regulation and Infrastructure Development: Alternative Models for the Public/Private Partnership," *Prepared for the Economic Symposium of the International Telecommunications Union Europe Telecom '92 Conference, Budapest, Hungary,* October 15, 1992.

"Efficient Infrastructure Development and the Local Telephone Company's Role in Competitive Industry Environment" Presented at the *Twenty-Fourth Annual Conference, Institute of Public Utilities, Graduate School of Business, Michigan State University, "Shifting Boundaries between Regulation and Competition in Telecommunications and Energy,"* Williamsburg, VA, December 1992.

"Measurement of Telecommunications Productivity: Methods, Applications and Limitations" (with Françoise M. Clottes), *Presented at Organisation for Economic Cooperation and Development, Working Party on Telecommunication and Information Services Policies, `93 Conference "Defining Performance Indicators for Competitive Telecommunications Markets," Paris, France,* February 8-9, 1993.

"Telecommunications Investment and Economic Development: Achieving efficiency and balance among competing public policy and stakeholder interests," *Presented at the 105th Annual Convention and Regulatory Symposium, National Association of Regulatory Utility Commissioners, New York,* November 18, 1993.

"The Potential for Competition in the Market for Local Telephone Services" (with David N. Townsend and Paul S. Keller), *Presented at the Organization for Economic Cooperation and Development Workshop on Telecommunication Infrastructure Competition*, December 6-7, 1993.

"Market Failure in Open Telecommunications Networks: Defining the new natural monopoly," *Utilities Policy*, Vol. 4, No. 1, January 1994.

6



*Statement of Qualifications – Lee L. Selwyn*

*The Enduring Local Bottleneck:  Monopoly Power and the Local Exchange Carriers,* (with Susan M. Gately, et al) a report prepared by Economics and Technology, Inc. and Hatfield Associates, Inc. for AT&T, MCI and CompTel, February 1994.

*Commercially Feasible Resale of Local Telecommunications Services: An Essential Step in the Transition to Effective Local Competition,* (Susan M. Gately, et al) a report prepared by Economics and Technology, Inc. for AT&T, July 1995.

"Efficient Public Investment in Telecommunications Infrastructure," *Land Economics*, Vol 71, No.3, August 1995.

*Funding Universal Service:  Maximizing Penetration and Efficiency in a Competitive Local Service Environment* (with Susan M. Baldwin, under the direction of Donald Shepheard), A Time Warner Communications Policy White Paper, September 1995.

*Stranded Investment and the New Regulatory Bargain* (with Susan M. Baldwin, under the direction of Donald Shepheard), A Time Warner Communications Policy White Paper, September 1995

"Market Failure in Open Telecommunications Networks: Defining the new natural monopoly," in *Networks, Infrastructure, and the New Task for Regulation*, by Werner Sichel and Donal L. Alexander, eds., University of Michigan Press, 1996.

*Establishing Effective Local Exchange Competition:  A Recommended Approach Based Upon an Analysis of the United States Experience,* paper prepared for the Canadian Cable Television Association and filed as evidence in Telecom Public Notice CRTC 95-96, Local Interconnection and Network Component, January 26, 1996.

*Adapting Taxation Policies to a Changing Telecommunications Industry*, presented at the Public Utilities Seminar, International Association of Assessing Officers, Louisville, KY, March 22, 1996.

*The Cost of Universal Service, A Critical Assessment of the Benchmark Cost Model,* (with Susan M. Baldwin), a report prepared by Economics and Technology, Inc. on behalf of the National Cable Television Association and submitted with Comments in FCC Docket No. CC-96-45, April 1996.

*Economic Considerations in the Evaluation of Alternative Digital Television Proposals*, paper prepared for the Computer Industry Coalition on Advanced Television Service, filed with comments in FCC MM Docket No. 87-268, In the Matter of Advanced Television Systems and Their Impact Upon the Existing Television Broadcast Service, July 11, 1996.

*Assessing Incumbent LEC Claims to Special Revenue Recovery Mechanisms:  Revenue opportunities, market assessments, and further empirical analysis of the "Gap" between embedded and forward-looking costs*, (with Patricia D. Kravtin), filed in *Access Charge Reform*,


ECONOMICS AND TECHNOLOGY, INC.

CC Docket No. 96-262, January 29, 1997.

*The Use of Forward-Looking Economic Cost Proxy Models* (with Susan M. Baldwin), Economics and Technology, Inc., February 1997.

*The Effect of Internet Use On The Nation's Telephone Network* (with Joseph W. Laszlo), report prepared for the Internet Access Coalition, July 22, 1997.

*Regulatory Treatment of ILEC Operations Support Systems Costs*, Economics and Technology, Inc., September 1997.

*The "Connecticut Experience" with Telecommunications Competition:  A Case Study in Getting it Wrong* (with Helen E. Golding and Susan M. Gately), Economics and Technology, Inc., February 1998.

*Where Have All The Numbers Gone? Long-term Area Code Relief Policies and the Need for Short-term Reform,* prepared by Economics and Technology, Inc. for the Ad Hoc Telecommunications Users Committee, International Communications Association, March 1998, second edition, June 2000.

*Broken Promises:  A Review of Bell Atlantic-Pennsylvania's Performance Under Chapter 30* (with Sonia N. Jorge and Patricia D. Kravtin), Economics and Technology, Inc., June 1998.

*Building A Broadband America:  The Competitive Keys to the Future of the Internet* (with Patricia D. Kravtin and Scott A. Coleman), report prepared for the Competitive Broadband Coalition, May 1999.

*Bringing Broadband to Rural America:  Investment and Innovation In the Wake of the Telecom Act* (with Scott C. Lundquist and Scott A. Coleman), report prepared for the Competitive Broadband Coalition, September 1999.

*Bringing Local Telephone Competition to Massachusetts* (with Helen E. Golding), prepared for The Massachusetts Coalition for Competitive Phone Service, January 2000.

*Subsidizing the Bell Monopolies:  How Government Welfare Programs are Undermining Telecommunications Competition*, Economics and Technology, Inc., April 2002.

*Competition in Access Markets:  Reality or Illusion, A Proposal for Regulating Uncertain Markets* (with Susan M. Gately and Helen E. Golding), Economics and Technology, Inc., prepared for the Ad Hoc Telecommunications Users Committee, August 2004.



**Attachment 2**

**Analysis of the
Economic Impact of
SBC/AT&T California Headcount Reductions**

**PROPRIETARY**

**Attachment 3**

**Excerpts from SBC Testimony and Other Statements
Made in Regulatory Proceedings,
both in California and at the FCC,
Characterizing AT&T as a Competitor**



Attachment 3

**Excerpts from SBC Testimony and Other Statements
Made in Regulatory Proceedings in California and at the FCC
Characterizing AT&T as a "Competitor"**

*To name just a few, AT&T, Cox, and WorldCom each serves hundreds of thousands of
California business and residential customers over its own facilities.[1]*

*Included within this group of new entrants were such formidable competitors as AT&T,
MCI, MFS, Sprint, and Teleport.[2]*

*AT&T recently responded to SBC's entry into the Kansas and Oklahoma long distance
markets by offering 30 free minutes of long distance to selected residential customers.
This offer was announced just days before SBC began offering long distance in these two
states.[3]*

*Indeed, the CLECs themselves have trumpeted the openness of the local market in
California. More than a year ago, AT&T had already, by its own admission, achieved 19
percent telephony penetration in California's Bay Area, "with many communities in the
high 20s" and it was boasting that it was "happy with the progress [it had] made so*

---

1. *Rulemaking on the Commission's Own Motion to Govern Open Access to Bottleneck
Services and Establish a Framework for Network Architecture Development of Dominant
Carrier Networks*, Rulemaking No. 93-04-003, *Investigation on the Commission's Own Motion
into Open Access and Network Architecture Development of Dominant Carrier Networks*,
Investigation No. 93.04-002, *Order Instituting Rulemaking on the Commission's Own Motion
Into Competition for Local Exchange Service*, Rulemaking No. 95-04-043, *Order Instituting
Investigation on the Commission's Own Motion Into Competition for Local Exchange Service*,
Investigation No. 95-04-044 (*"CPUC 271 Proceeding"*), *Draft FCC Brief in Support of
Application by SBC For Provision of In-Region, Interlata Services in California*, June 27, 2001,
at p. 11.

2. *CPUC 271 Proceeding, Draft FCC Affidavit of Enrico R. Batongbacal*, June 27, 2001, at
para. 20. Attachment A to Batongbacal's Affidavit identifies AT&T as a competitor.

3. *CPUC 271 Proceeding, Draft FCC Affidavit of David R. Tebeau,* June 27, 2001, at p. 17.
Attachment F to Tebeau's affidavit identifies AT&T as a "Track A" Competitor.

A3-1



*Excerpts from SBC testimony re AT&T as a "competitor"*

*far." A few months later, AT&T publicly identified certain California markets as among the "most profitable locations" in the country for a UNE-based entry strategy.* [4]
*To hear AT&T and Worldcom tell it, moreover, these impressive levels of competition can only be expected to increase. A little over a year ago, AT&T described its cable telephony operations in California as not only "racking up customers and providing hefty local competition for Pac Bell," but also "positioned to realize significant financial returns."* [5] *[citation omitted]*

*Indeed, in order to take advantage of the ease of aggregating the traffic of multiple customers, many competitors – among them AT&T, MCI, Time Warner Telecom, and others – routinely deploy multiplexing equipment that can provide capacity down to the DS1 level. As a result, most major CLECs now boast that a large and growing proportion of their customers is served exclusively over their own facilities.* [6] *[footnote omitted]*

*...SBC faces stiff competition in the special access market from a variety of facilities-based competitors who rely on self deployed and third party facilities, as well as competitors who rely exclusively on SBC's special access services or a combination of those services and competitive facilities. These competitors have been building their networks and competing to sell transport services for years. Indeed, competitors have deployed alternative high capacity facilities so widely in SBC's region that, since 2001, SBC has obtained pricing flexibility in 81 MSAs. Moreover, the vast majority of SBC's special access revenues (i.e., 90% of its DS-1 and 93% of its DS-3 revenues) are derived from wholesale customers, which use SBC's special access services as an input to provide high capacity services to retail customers in competition with SBC.* [7]

---

4. Federal Communications Commission, *Application of SBC Communications, Inc., Pacific Bell Telephone Company, and Southwestern Bell Communications Services, Inc., d/b/a Pacific Bell Long Distance, for Provision of In-Region, InterLATA Services in California*, CC Docket No. 02-306, *Draft Brief in Support of Application by SBC For Provision of In-Region, Interlata Services in California,* September 20, 2002, at p. ii.

5. *Id.*, at p. 11.

6. Federal Communications Commission, *Unbundled Access to Network Elements*, WC Docket No. 04-313, *Review of Section 251 Unbundling Obligation of Incumbent Local Exchange Carriers*, CC Docket No. 01-338, *Comments of SBC Communications, Inc.*, October 4, 2004, at para. 6.

7. Federal Communications Commission, *Unbundled Access to Network Elements*, WC Docket No. 04-313, *Review of Section 251 Unbundling Obligation of Incumbent Local Exchange Carriers*, CC Docket No. 01-338, *Declaration of Parley C. Casto, on behalf of SBC*

ETI ECONOMICS AND
TECHNOLOGY, INC.

*Excerpts from SBC testimony re AT&T as a "competitor"*

*...the vast majority of SBC's special access revenues (e.g., 90% of its DS-1 and 93% of its DS-3 revenues) come from wholesale customers, which use SBC's special access services as an input for the competitive high capacity services that they offer to retail customers. As a consequence, SBC continues to be a bit player in the retail special access marketplace, which continues to be dominated by AT&T, MCI and Sprint – carriers which, even as they rely in part on special access purchased from SBC, have managed to win the vast majority of enterprise retail business while also being significant providers of wholesale special access services.[8]*

*Moreover, more than 90 percent of SBC's DS1 revenues, and 93 percent of its DS3 revenues, come from wholesale customers. These services are merely inputs into the types of enterprise services that AT&T (and others provide), and SBC has only a tine share of the enterprise services market. To suggest that SBC could drive its rivals from the enterprise services market by raising special access prices is a stretch, to say the very least.[9]*

---

*Communications, Inc.*, October 4, 2004, at para. 6.

8. *Id.*, at para. 12

9. Federal Communications Commission, *Unbundled Access to Network Elements*, WC Docket No. 04-313, *Review of Section 251 Unbundling Obligation of Incumbent Local Exchange Carriers*, CC Docket No. 01-338, *Reply Declaration of Parley C. Casto, on behalf of SBC Communications, Inc.*, October 19, 2004, at para. 43.



**Before the**
## FEDERAL COMMUNICATIONS COMMISSION
**Washington, D.C. 20554**

In the Matter of

Application by SBC Communications Inc.,
Pacific Bell Telephone Company, and
Southwestern Bell Communications Services,
Inc. d/b/a Pacific Bell Long Distance for
Provision of In-Region, InterLATA Services in
California

CC Docket No. _____

To:     The Commission

## DRAFT BRIEF IN SUPPORT OF APPLICATION BY
## SBC FOR PROVISION OF IN-REGION,
## INTERLATA SERVICES IN CALIFORNIA

JAMES D. ELLIS
PAUL K. MANCINI
MARTIN E. GRAMBOW
KELLY M. MURRAY
ROBERT J. GRYZMALA
JOHN S. DI BENE
JOHN M. LAMBROS
    175 E. Houston
    San Antonio, Texas 78205
    (210) 351-3410
*Counsel for SBC Communications Inc.*

JAMES B. YOUNG
ED KOLTO
L. NELSONYA CAUSBY
    140 New Montgomery Street
    San Francisco, California  94105
    (415) 545-9450
*Counsel for Pacific Bell*
    *Telephone Company*

MICHAEL K. KELLOGG
COLIN S. STRETCH
KELLOGG, HUBER, HANSEN,
   TODD & EVANS, P.L.L.C.
    1615 M Street, N.W., Suite 400
    Washington, D.C. 20036
    (202) 326-7900
*Counsel for SBC Communications Inc.,*
   *Pacific Bell Telephone Company,*
   *and Southwestern Bell*
   *Communications Services, Inc.*

June 27, 2001

residential customers over their own facilities. See id. Attach. F, Table A. CLECs in California

are undoubtedly providing consumers with "an actual commercial alternative."[11]

## CLEC ACTIVITY IN CALIFORNIA

| FACILITIES-BASED | | | | RESALE | | |
|---|---|---|---|---|---|---|
| Interconnection Trunks | Standalone UNE Loops | E911 Listings | Ported Numbers | Business Lines | Residential Lines | CLEC Orders Processed by Pacific |
| 1,096,218 | 431,780 | 1,726,048 | 769,968 | 141,050 | 161,491 | 2,959,709 |

source: Tebeau Aff. Attach. A.

As the affidavit of David R. Tebeau sets out in detail, any number of CLECs provide

service to residential and business subscribers in California, either exclusively or predominantly

over their own facilities, thereby establishing that Pacific satisfies "Track A" of the 1996 Act.

See 47 U.S.C. § 271(c)(1)(A). See generally Tebeau Aff. Attachs. B, F. To name just a few,

AT&T, Cox, and WorldCom each serves hundreds of thousands of California business and

residential customers over its own facilities. See id. Attach. F, Table A. Likewise, carriers such

as Focal Communications, Mpower, Nextlink, Telepacific, and Telscape provide facilities-based

service individually and/or collectively to business and residential customers, thereby qualifying

as Track A providers under the standards developed in prior Commission decisions.[12]

---

[11] Memorandum Opinion and Order, Application of Ameritech Michigan Pursuant to Section 271 of the Communications Act of 1934, as amended, To Provide In-Region, InterLATA Services In Michigan, 12 FCC Rcd 20543, 20585, ¶ 77 (1997) ("Michigan Order"); see Memorandum Opinion and Order, Joint Application by SBC Communications Inc., et al., for Provision of In-Region, InterLATA Services in Kansas and Oklahoma, CC Docket No. 00-217, FCC 01-29, ¶ 42 (rel. Jan. 22, 2001) ("Kansas/Oklahoma Order"). While many facilities-based carriers in California have substantial numbers of subscribers, there is no statutory requirement that a qualifying CLEC under section 271(c)(1)(A) serve any particular quantity of customers. See Michigan Order, 15 FCC Rcd at 20584-85, ¶¶ 76-77. Congress rejected metric tests of actual competition in favor of a clear statutory "test of when markets are open." 141 Cong. Rec. S8188, S8195 (daily ed. June 13, 1995) (statement of Sen. Pressler).

[12] See Michigan Order, 12 FCC Rcd at 20587-88, ¶ 82 ("when a BOC relies upon more than one competing provider to satisfy section 271(c)(1)(A), each such carrier need not provide service to both residential and business customers").

**BEFORE THE**

**FEDERAL COMMUNICATIONS COMMISSION**

Washington, D.C. 20554

In the Matter of

| | | |
|---|---|---|
| Application of SBC Communications Inc.,) | | |
| Pacific Bell Telephone Company, and | ) | CC Docket No. |
| Southwestern Bell Communications | ) | |
| Services, Inc. d/b/a Pacific Bell Long | ) | _____ |
| Distance, for Provision of In-Region, | ) | |
| InterLATA Services in California | ) | |

**AFFIDAVIT OF ENRICO R. BATONGBACAL**

**STATE OF CALIFORNIA**          )

**COUNTY OF SAN FRANCISCO**  )

**TABLE OF CONTENTS**
**AFFIDAVIT ON REGULATORY AND LEGISLATIVE ACTIONS**
**IN CALIFORNIA SUPPORTING LOCAL COMPETITION**

| SUBJECT | PARAGRAPH(S) |
|---|---|
| PROFESSIONAL EXPERIENCE | ¶2 |
| OVERVIEW AND PURPOSE OF AFFIDAVIT | ¶5-9 |
| STATE POLICIES COMPELLING THE OPENING OF LOCAL MARKETS | ¶10-15 |
| ACTIONS BY CALIFORNIA PUBLIC UTILITIES COMMISSION TO IMPLEMENT LOCAL COMPETITION PRIOR TO THE ACT | ¶16-58 |
| ACTIONS TAKEN BY THE CALIFORNIA PUBLIC UTILITIES COMMISSION TO ASSESS PACIFIC'S 271 APPLICATION | ¶59-103 |
| ACTIONS TAKEN BY THE CALIFORNIA PUBLIC UTILITIES COMMISSION TO ENSURE A COLLABORATIVE 271 REVIEW PROCESS | ¶104-117 |

| SUBJECT | PARAGRAPH(S) |
|---|---|
| ACTIONS TAKEN BY THE CALIFORNIA PUBLIC UTILITIES COMMISSION TO ENSURE AGAINST BACKSLIDING AND FUTURE COMPLIANCE | ¶118-125 |
| CONCLUSION | ¶126 |
| LIST OF CLECS WITH APPROVED AND PENDING CPCNS | Attachment A |
| LIST OF CLECS NEGOTIATING WITH PACIFIC BELL UNDER FTA 96 (PROPRIETARY) | Attachment B |
| LIST OF SIGNED AND CPUC-APPROVED INTERCONNECTION AND RESALE AGREEMENTS, AND INTERCONNECTION AND RESALE AGREEMENTS PENDING APPROVAL | Attachment C |
| JOINT MANAGING COMMISSIONER'S AND ADMINISTRATIVE LAW JUDGES RULING 2/20/98 | Attachment D |

19. Decision No. 95-12-056, issued on December 20, 1995, in the Local Competition proceeding, set forth additional interconnection rules for facilities-based providers. For example, this Decision adopted several "preferred outcomes" to facilitate the negotiation of interconnection agreements, and to avoid unnecessary delays or disputes over basic interconnection terms. Preferred outcomes for such topics as the location of interconnection points, two-way trunking, signaling protocols, and "bill and keep" for reciprocal compensation were adopted by the CPUC. In addition, this Decision put in place a procedure for expedited approval of interconnection contracts, as well as an expedited dispute resolution procedure for the prompt disposition of interconnection disputes. The Decision also ordered Pacific to allow interconnection to Pacific's E-911 system so that all CLECs could immediately provide E-911 service to their customers. Finally, this Decision adopted a number of consumer safeguards, which were made applicable to all CLECs. All of these requirements were incorporated into a set of Interim Local Competition Rules, which were effective on January 1, 1996.[13]

20. Decision No. 95-12-057, issued on December 20, 1995, in the Local Competition proceeding, a companion order to the Interconnection rules (D.95-12-056), approved CPCNs for 31 facilities-based CLECs effective January 1, 1996. Included within this group of new entrants were such formidable competitors as AT&T, MCI, MFS, Sprint, and Teleport. By this action the CPUC made clear that "legal authority" would not stand as an impediment to any carrier wishing to provide local service in California.

21. In Decision No. 96-02-072, the CPUC took several actions to extend even further entry into California's local markets. First, it approved CPCNs requested by 59 carriers to provide local

---

[13] See, Appendix C to Decision No. 95-12-054

**BATONGBACAL AFFIDAVIT – ATTACHMENT A**

ATTACHMENT A

## I. LOCAL EXCHANGE SERVICE COMPETITORS

A. Competitors authorized by the CPUC to provide local exchange service in California.[1]

| No. | Name | Type | Date Filed | Authority (CPUC Decision Number) |
|---|---|---|---|---|
| 1. | 01 Communications (formerly Option One Communications, Inc.) (U 6065 C) | Facilities-based; resale | 06/30/98 | D.98-09-066 |
| 2. | 1-800 Reconex dba Reconex (formerly Sterling International Funding, Inc.) | Resale | 06/26/97 | D.97-09-034 |
| 3. | 2nd Century Communications, Inc. (U-6236-C) | Facilities-based; resale | 6/30/99 | Pet. #149 approved in D.99-10-025 |
| 4. | 24/7 Communications, Inc. | Resale | 11/1/00 | A.00-11-003 approved 4/19/01 in D.00-04-025 |
| 5. | A4 Data and Communication, LLC (U 6064 C) | Facilities-based; resale | 06/30/98 | D.98-09-066 |
| 6. | Access Network Services, Inc. (U 5433 C) | Facilities-based | 06/24/97 08/08/97 | D.97-12-084 |
| 7. | Access One, Inc. | Facilities-based; resale | 6/2/00 | Approved 1/18/01 in D.01-01-035. |
| 8. | Accutel of Texas, Inc. (dba 1-800-4-A-PHONE) | Resale | 10/15/99 | A.99-10-020 approved in D.00-12-045 |
| 9. | ACSI Local Switched Services, Inc. dba e.spire Communications, Inc. (U-5921-C) | Facilities-based; resale | 10/20/98 | Petition #127; approved in D.99-03-050 |
| 10. | ActiveTel L. D., Inc. (subsidiary of ICS Communications) | Resale | 05/29/97 | (approved 10/9/97) |
| 11. | AddTel Communications, Inc. | Resale | 9/1/95 | D.96-02-072 |
| 12. | Adelphia Business Solutions Operations (U 6248 C) | Resale<br><br>Facilities-based | 9/10/99 | Pet. # 159 (resale only) approved in D.99-12-048;<br>f-b portion of pet. deferred; appl. to transfer assets to ACC (A.01-05-004) |
| 13. | ADNET Telemanagement, Inc. | Resale | 9/1/95 | D.96-02-072 |
| 14. | Advanced Data Communications LLC | Resale | 3/23/99 | Approved 7/22/99 |
| 15. | Advanced TelCom Group, Inc. (U 6103 C) | Facilities-based<br><br>Resale | 9/29/98<br><br>10/5/98 | Petition #124 (D.98-12-083/ see also D.99-02-004)<br>A.98-10-010; also granted 12/17/98 (reiterated in 1/21/99 decision) |
| 16. | Affinity Network Incorporated | Resale | 2/3/99 | A.99-02-014; approved 5/13/99 |
| 17. | Allegiance Telecom of California, Inc. | Facilities-based; resale | 12/22/97 | D.98-03-066 |
| 18. | Alliance Network, Inc. | Resale | 8/3/99 | A.99-08-003 approved on 11/4/99. |
| 19. | Allied Riser of California, Inc. (U-6239-C) | Facilities-based; resale | 6/30/99 | Pet. #153 approved in D.99-10-025 |
| 20. | American Communications Network, Inc. (ACN) | Facilities-based; resale | 07/25/96 | D.97-05-005 |

---

[1] Information is current as of *May 7, 2001*. Data sources are CPUC list and CPUC Orders.

| No. | Name | Type | Date Filed | Authority (CPUC Decision Number) |
|---|---|---|---|---|
| 21. | American Fiber Network, Inc. | Access | 11/4/99 | A.99-11-009 approved 6/8/00 |
| 22. | American Fiber Systems, Inc. | Lim. fac.-based; resale | 01/05/01 | A.01-01-009 approved 5/3/01 in D.01-05-009 |
| 23. | Americas Conex LLC | Resale | 8/2/96 | D.97-05-007 |
| 24. | AMTEL, LLC | | 5/00 | A.00-05-045 approved 10/19/00. |
| 25. | ARBROS Communications Licensing Company California LLC (ACLC) | Lim. fac.-based; resale | 11/9/00 | A.00-11-023 approved 4/19/01 in D.01-04-033 |
| 26. | Associated Group, Inc. (dba Associated Communications of Los Angeles) | Facilities-based; resale | 9/1/95 | D.95-12-057; D.96-02-072 |
| 27. | AT&T | Facilities-based; resale<br><br>Expand to Mid-sized LEC territory | 9/1/95<br><br>10/31/97 | D.95-12-057; D.96-02-072<br>D.98-01-055 (Roseville/Citizens service area authorizations revoked for non-execution on 9/15/00) |
| 28. | Atlas Communications, Ltd. (dba Atlas Services) | Resale | 07/31/97 | D.97-12-068 |
| 29. | Avista Communications of California | Resale<br><br>Facilities-based | 9/2/99 | Pet. # 158 (resale portion) approved in D.99-12-048; f-b portion deferred. |
| 30. | AWM Messaging Corp. (dba Priority 1+ Long Distance) | Resale | 9/1/95 | D.96-02-072 |
| 31. | Backbone Communications, Inc. (U 6323 C) | Facilities-based; resale | 1/12/99 | Pet. #171 approved in D.00-03-047 |
| 32. | Bakersfield Cellular Telephone Co. | Resale | 9/1/95 | D.96-02-072 |
| 33. | BBG Communications, Inc. | Lim. fac.-based; resale | 7/17/00 | A.00-07-032 approved 1/4/01. |
| 34. | BellSouth BSE, Inc. | Resale | 4/26/99 | A.99-04-027. Approved 10/7/99. |
| 35. | Birch Telecom of the West, Inc. | Facilities-based; resale | 6/26/00 | A.00-06-036 approved 9/21 in D.00-09-056 |
| 36. | Brand X Internet (U 6094 C) | Facilities-based; resale | 9/30/98 | Petition #126 approved 12/17/98 in D.98-12-083 |
| 37. | Broadband Digital Technologies, Inc. | Facilities-based; resale | 5/30/00 | A.00-05-071 approved 9/7/00. |
| 38. | BroadBand Office Communications, Inc. (U 6326 C) | Facilities-based; resale | 12/15/99 | Pet. # 175 approved 3/16/00 in D.00-03-047 |
| 39. | Broadview Networks, Inc. | Facilities-based; resale | 4/14/00 | A.00-04-027 approved 9/7/00. |
| 40. | Brooks Fiber Communications of Bakersfield, Inc. | Facilities-based; resale | 8/31/95 | D.95-12-057; D.96-02-072 |
| 41. | Brooks Fiber Communications of Fresno, Inc. | Facilities-based; resale | 8/31/95 | D.95-12-057; D.96-02-072 |

| No. | Name | Type | Date Filed | Authority (CPUC Decision Number) |
|---|---|---|---|---|
| 42. | Brooks Fiber Communications of Sacramento, Inc. | Facilities-based; resale<br><br>Expand to mid-sized LEC territories | 8/24/95<br><br>10/31/97 | D.95-12-057;<br>D.96-02-072<br>D.98-01-055 |
| 43. | Brooks Fiber Communications of San Jose, Inc. | Facilities-based; resale | 8/24/95 | D.95-12-057;<br>D.96-02-072 |
| 44. | Brooks Fiber Communications of Stockton, Inc. | Facilities-based; resale | 8/31/95 | D.95-12-057;<br>D.96-02-072 |
| 45. | Brumfield Network Communications | Facilities-based<br>Resale | 12/31/96<br>06/20/97 | D.97-05-029<br>D.97-08-029 |
| 46. | Business Telecom, Inc. (dba BTI) | Resale | 10/7/98 | Approved 4/1/99 |
| 47. | Business Discount Plan, Inc. (dba L.D. Discount Plan) | Resale | 9/1/95 | D.96-02-072 |
| 48. | Cable and Wireless, Inc. | Resale | 9/1/95 | D.96-02-072 |
| 49. | California Telephone Company, LLC | Resale | 11/9/00 | A.00-11-019 approved 3/15/01 in D.01-03-038 |
| 50. | CalTech International Telecom Corp. | Resale | 9/1/95 | D.96-02-072 |
| 51. | Campuslink Communications Systems (U 6187 C) | Facilities-based; resale | 3/31/99 | Pet. #137 approved 6/24/99 |
| 52. | CAT Communications International, Inc. | Resale | 7/12/99 | A.99-07-018 approved 11/4/99 |
| 53. | Cbeyond Communications, L.L.C. | Lim. fac.-based; resale | 7/28/00 | A.00-07-052 approved 12/7/00. |
| 54. | CCCCA, Inc., dba Connect! | Resale | 10/6/98 | Approved 4/22/99 |
| 55. | Cellular 2000 | Resale | 9/1/95 | D.96-02-072 |
| 56. | Central Valley Telephone & Telegraph Co. | Access | 1/13/00 | A.00-01-014 approved 5/4/00. |
| 57. | Century Telecommunications, Inc. | Facilities-based; resale | 9/1/95 | D.95-12-057;<br>D.96-02-072 |
| 58. | Cheetah Communications, Inc. | Resale | 03/05/97 | D.97-08-036 |
| 59. | CI$^2$, Inc. | Resale | 8/20/99 | Approved 2/3/00 |
| 60. | Cierra Network Systems, Inc. | Access | 01/10/00 | A.00-01-008 approved 6/8/00 |
| 61. | Citizens Telecommunications Company (dba Citizens Long Distance Company) | Facilities-based; resale | 10/9/96<br><br>to expand service area | D.97-05-082<br><br>Petition #96 |
| 62. | Claricom Networks, Inc. (dbs Staples Communicatins-Networks) | Resale | 1/20/00<br>01/20/01 | A.00-01-038 approved 1/4/01; A.01-01-038 approved for resale in D.01-05-011. |
| 63. | Cmetric, Inc. (U-6234-C) | Facilities-based; resale | 6/15/99 | Pet. #146 approved in D.99-10-025; remainder of application redocketed as A.00-02-017 and approved 1/4/01. |
| 64. | Comcast Telephony Communications of California, Inc. | Facilities-based; resale | 12/31/96 | D.97-06-028 |

| No. | Name | Type | Date Filed | Authority (CPUC Decision Number) |
|---|---|---|---|---|
| 65. | Com Express, Inc. (U-6231-C) (U 6322 C) | Facilities-based; resale | 5/3/99 | Petition #141 approved in D.99-10-025; Pet. # 169 approved in D.00-03-047 |
| 66. | Commco Tec Corporation (U-6135-C) | Facilities-based; resale | 12/31/98 | Petition #131 approved in D.99-03-050 |
| 67. | Communications Brokers & Consultants, Inc. | Resale | 04/23/98 | Approved 7/23/98 |
| 68. | Compass Telecommunications, Inc (U 6327 C) | Facilities-based; resale | 12/__/99 | Pet. # 176 approved 3/16/00 in D.00-03-047 |
| 69. | Competitive Communications, Inc. (U 6279 C) | Resale<br><br>Facilities-based | 9/29/99 | Pet. #164 (resale portion) approved in D.99-12-048; f-b portion deferred |
| 70. | Computer Business Services, Inc. (U 6098 C) | Facilities-based; resale | 09/08/98 | Petition #119 in D.98-12-083 12/17/98 |
| 71. | Concert Communications Sales, LLC (JV of AT&T and BTI) | Resale | 5/13/99 | A.99-05-031 approved 2/17/00 |
| 72. | Convergent Communications Services, Inc. ("CCSI") (U-5874-C) | Resale | 06/30/97 | CPCN transferred from Convergent to CCSI in D.98-07-050 |
| 73. | Corecomm California, Inc. (U 6062 C) | Facilities-based; resale | 06/05/98 | D.98-09-066 |
| 74. | Correctional Communications Corp. | Resale | 2/29/96 | D.96-08-026 |
| 75. | Covad Communications Company | Facilities-based; resale<br><br>Expand to mid-sized LEC territories | 11/27/96<br><br>11/3/97 | D.97-04-011<br><br>D.98-01-055 |
| 76. | Cox California Telcom, Inc. | Facilities-based; resale | 3/27/96 | D.96-09-074 |
| 77. | Coyote Metro LLC (formerly Sattel Steamramp LLC) | Facilities-based; resale | 12/31/96 | D.97-07-011 |
| 78. | CRC Communications of California, Inc. (U 6483 C) | Lim. fac.-based; resale | 9/13/00 | A.00-09-043 approved 2/8/01 in D.01-02-34. A.01-03-043 filed 3/29/01 for acq. of certain GST Telecom's (U 5469 C) assets. |
| 79. | CRL Network Services, Inc.<br><br>AppliedTheory Corp.'s Appl. to Acquire | Facilities-based; resale<br><br>Acquisition | 1/2/98<br><br>4/4/00 | D.98-03-066<br><br>A.00-04-015 |
| 80. | CyberNet Communications, Inc. | Resale | 07/23/98 | A.98-07-044 approved 11/5/98 |
| 81. | Dakota Services, Ltd. (dba National Dakota Services Limited) (U 6095 C) | Facilities-based; resale | 07/16/98 | Petition #116 approved 12/17/98 |
| 82. | Dialink Corporation | Resale<br><br>Facilities-based | 10/6/98<br><br>9/9/98 | A.98-10-013<br><br>Petition #12_ |
| 83. | DialTek, LLC | Facilities-based; resale | 9/14/99 | Approved 2/3/00 in D.00-2-014 |

| No. | Name | Type | Date Filed | Authority (CPUC Decision Number) |
|-----|------|------|-----------|----------------------------------|
| 84. | DigitalNetPhone, Inc. | Lim. fac.-based; resale | 7/26/00 | Approved 1/18/01 in D.01-01-034 |
| 85. | Digital Telecommunications Services LLC (U-6134-C) | Facilities-based; resale | 12/9/98 | Petition #130 approved in D.99-03-050 |
| 86. | DMJ Communications, Inc | Resale | 3/9/99 | A.99-03-011; approved 6/3/99 |
| 87. | dPi-Teleconnect, LLC (U 6276 C) | Resale<br><br>Facilities-based | 9/29/99 | Pet. #161 (resale only) approved in D.99-12-048;<br>f-b portion deferred |
|  | Application for indirect transfer of control to Rent-Way, Inc. |  | 2/14/00 | A.00-02-028 |
| 88. | DSLNET Communications, LLC (U 6191 C) (U-6169-C) | Facilities-based; resale | 4/13/99 | Petition #142 approved for resale 6/24/99; approved for fac.-based in D.99-10-025 |
| 89. | Eagle Communications of California, LLC (U 6182 C) | Facilities-based; resale | 01/26/99 | Petition #132 approved 6/24/99 |
| 90. | Easton Telecom Services, Inc. | Resale | 07/31/97 | D.98-01-008 |
| 91. | Easy Cellular, Inc. | Resale | 12/24/96 | D.97-06-013 |
| 92. | Eclipse Communications Corp. (CPCN transferred from Mammoth Cellular Corp.) | Resale<br><br>Application to transfer CLEC CPCN to Eclipse Communications, Inc. | 9/1/95<br><br>11/7/97 | D.96-02-072<br><br>A.97-11-021<br>(trans. appl. granted 4/23/98) |
| 93. | EGIX Network Services, Inc. | Facilities-based; resale | 2/16/00 | A.00-02-025 approved 6/8/00 |
| 94. | Electric Lightwave, Inc. | Facilities-based; resale | 9/1/95 | D.95-12-057;<br>D.96-02-072<br>D.98-01-055 |
| 95. | Empire One Telecommunications, Inc. | Resale | 03/28/97 | D.97-06-099 |
| 96. | Enkido, Inc. | Facilities-based | 6/8/00 | A.00-06-015 approved 10/19/00. |
| 97. | Enron Telecommunications, Inc. | Facilities-based; resale | 4/14/00 | A.00-04-035 approved 8/3/00; approval amended 10/5/00. |
| 98. | Epoch Network Communications, Inc. (U 5737 C) | Facilities-based; resale | 06/30/98 | D.98-09-066 |
| 99. | Ernest Communications, Inc. (U-6077-C) | Resale<br><br>Facilities-based | 08/19/98<br><br>11/19/98 | A.98-08-027; approved 11/19/98<br><br>Pet. # 129 appproved in D.99-03-050 |
| 100. | Essential.com, Inc. (dba Essential.com, Your Energy and Communications Superstore) | Resale | 1/3/00 | A.00-01-003 approved 6/8/00 |
| 101. | ETH, Inc. (U 6328 C) | Facilities-based; resale | 12/30/99 | Pet. #177 approved 3/16/00 in D.00-03-047 |

| No. | Name | Type | Date Filed | Authority (CPUC Decision Number) |
|-----|------|------|-----------|----------------------------------|
| 102. | Eureka Telecom, L.L.C. | Facilities-based; resale | 7/10/00 | A.00-07-011 approved 10/19/00. |
| 103. | Everest Broadband Networks California, Inc. | Lim. fac.-based; resale | 11/28/00 | A.00-11-064 approved 4/19/01 in D.01-04-030 |
| 104. | eVoice Telecom, Inc. (dba Delaware eVoice Telecom, Inc.) | Lim. fac.-based; resale | 1/16/01 | A.01-01-022 approved 5/3/01 in D.01-05-010 |
| 105. | eVulcan, Inc. | ??? | 8/1/00 | A.00-08-007 approved 11/21/00. |
| 106. | Excel Communications Co. LLC | Resale | 04/25/97 | D.97-08-031 |
| 107. | Extelcom, Inc. (dba Express Tel) | Resale | 9/1/95 | D.96-02-072 |
| 108. | EZ Phone, Inc. (U 5867 C) | Resale | 08/20/97 | D.97-12-073 |
| 109. | EZ Talk Communications, L.L.C. | Resale | 10/24/97 | Approved 2/4/98 |
| 110. | Facilities Communications International, Ltd. | Resale | 05/08/97 | D.97-08-037 |
| 111. | Federal Communications Corporation | Facilities-based | 03/31/97 | D.97-09-110 |
| 112. | Fiber Communications, Inc. (dba FiberCom) (U 6063 C) | Facilities-based; resale | 06/29/98 | D.98-09-066 |
| 113. | Fiber Data Systems, Inc. | Facilities-based; resale | 9/1/95 | D.95-12-057; D.96-02-072 |
| 114. | Fibernet, Inc. | Resale | 9/1/95 | D.96-02-072 |
| 115. | Firstworld (U-5733-C and U-5782-C) [formerly SpectraNet Anaheim, SpectraNet Orange, SpectraNet Orange Coast, and SpectraNet SGV] | Facilities-based; resale | 5/31/96 9/12/96 9/16/96 12/20/96 | D.96-11-011 D.97-02-039 D.97-02-038 D.97-06-037 D.97-06-020 |
| 116. | Focal Communications Corporation of California (U 5922 C) | Facilities-based; Resale | 07/23/97 | D.98-01-015 D.98-03-066 |
| 117. | Fones4All Corp. | Resale | 12/30/99 | A.99-12-040 approved 5/4/00. |
| 118. | Frontier Communications of the Great Lakes/Frontier Telemanagement | Resale | 12/5/95 | D.96-08-020 |
| 119. | Frontier Local Services, Inc. | Facilities-based | 12/19/95 | D.96-09-072 |
| 120. | The Furst Group, Inc. | Resale | 11/12/98 | A.98-11-018 |
| 121. | GDN Communications, Inc. (U 6274 C) | Resale Facilities-based | 8/16/99 | Pet. #156 approved in D.99-12-048; f-b deferred. |
| 122. | Genesis Communications International, Inc. | Resale | 9/1/95 | D.96-02-072 |
| 123. | Globalcom, Inc. (dba GCI Globalcom Inc.) | Resale | 10/28/98 | Approved 2/4/99. |
| 124. | Global Internet Communications, Inc. | Facilities-based; resale | 6/9/00 | A.00-06-027 approved 10/5/00. |
| 125. | Global Metro Networks California, LLC | Lim. fac.-based; resale | 11/1/00 | A.00-11-017 approved 3/15/01 in D.01-03-035 |
| 126. | Global NAPs California, Inc. | Lim. fac.-based; resale | 1/13/00 | A.00-01-019 approved in D.00-12-039 |
| 127. | Global TeleLink Services, Inc. | Fac.-based; resale | 11/7/00 | A.00-11-014 approved 2/8/01 by D.00-02-025 |

| No. | Name | Type | Date Filed | Authority (CPUC Decision Number) |
|---|---|---|---|---|
| 128. | Gold Tel Corporation | Resale | 8/19/99 | Approved 2/3/00 |
| 129. | Group Long Distance, Inc. | Resale | 10/24/97 | Approved 2/4/98 |
| 130. | GST Lightwave (CA), Inc. | Facilities-based; resale | 8/31/95 | D.95-12-057; D.96-02-072 |
| 131. | GST Pacific Lightwave, Inc. | Facilities-based; resale | 9/1/95 | D.95-12-057; D.96-02-072 |
| 132. | GTE California | Facilities-based; resale<br><br>Expand to mid-sized LEC territories | 9/1/95<br><br>10/31/97 | D.95-12-057; D.96-02-072<br>D.98-01-055 |
| 133. | GTE Communications Corporation (formerly GTE Card Services) | Resale;<br><br>Facilities-based<br><br>Expand into MSLEC Service Areas | 9/1/95<br><br>12/23/96<br><br>10/31/97 | D.96-02-072<br><br>(approved 2/4/98)<br><br>D.98-01-055 |
| 134. | GTE Intelligent Network Services Inc. | Facilities-based | 9/1/95 | D.95-12-057 |
| 135. | GTE Mobilnet of California | Resale | 9/1/95 | D.96-02-072 |
| 136. | HighSpeed.Com of California, LLC (U 6102 C) | Facilities-based; resale | 9/28/98 | Petition #123 approved in D.98-12-083 (12/17/98) |
| 137. | HJN Telecom, Inc. | Resale | 8/3/99 | Approved 10/21/99. |
| 138. | Hurricane Electric Communications LLC (U 6099 C) | Facilities-based; resale | 09/10/98 | Petition #121 approved 12/17/98 |
| 139. | ICG Access Services, Inc. | Facilities-based; resale<br><br>Expand to mid-sized LEC territories | 9/1/95<br><br>10/31/97 | D.95-12-057; D.96-02-072<br>D.98-01-055 |
| 140. | Ideas-for-Business | Resale | 8/10/99 | A.99-08-016 approved 1/6/99 |
| 141. | InfoHighway (A.R.C. Nertworks, Inc. dba as InfoHighway) | Lim. fac.-based; resale | 5/00 | A.00-05-042 approved 9/21/00 in D.00-09-060 |
| 142. | INFONXX Carrier California, Inc. | Facilities-based; resale | 03/06/98 | Approved 6/18/98 |
| 143. | Info-Tech Communications | Facilities-based; resale | 8/31/95 | D.95-12-057; D.96-02-072 |
| 144. | InfraSwitch Services, Inc. | Facilities-based; resale | 5/ /00 | A.00-05-048 approved 9/7/00. |
| 145. | Integrated Telemanagement Services, Inc. (dba OMNICOM) | Resale | 8/1/96 | D.96-12-008 |
| 146. | Integrated Teleservices, Inc. | Resale | 1/10/00 | A.00-01-007 approved 5/4/00. |
| 147. | Intellectual Operator Services, Inc. (U-5168-C) | Facilities-based; resale | | Pet. # 145 approved in D.99-10-025 |
| 148. | Intellicall, Inc. | Resale | 05/01/98 | Approved 1/21/99 |
| 149. | Intermedia Communications, Inc. | Facilities-based; resale | 03/28/97; 11/4/99 (for reinstatement) | D.97-06-100; lapsed CPCN reinstated 2/3/00 |

| No. | Name | Type | Date Filed | Authority (CPUC Decision Number) |
|-----|------|------|-----------|----------------------------------|
| 150. | International Telcom, Ltd. (U-5964-C) | Resale; Facilities-based | 10/20/97 4/28/99 | approved 4/9/98; (f-b) petition #143 approved in D.99-10-025 |
| 151. | International Thinklink Corp. (dba ITC) (U 5873 C) | Facilities-based; resale | 06/30/98 | D.98-09-066 |
| 152. | In Touch Communication Systems, Inc. | Resale | 2/4/98 | D.98-04-042 |
| 153. | intraE. | Facilities-based; resale | 5/00 | A.00-05-049 approved 9/21/00 in D.00-09-057. |
| 154. | IP Communications Corp. (dba California IP Communications Corp.) | Facilities-based; resale | 5/12/00 | A.00-05-061 approved 9/7/00. |
| 155. | IP Networks, Inc. | Facilities-based; resale | 3/17/00 (resale) 4/19/00 (lim. f-b) 3/6/01 (full f-b) | A.00-03-030 approved 7/6/00. A.01-03-006 |
| 156. | IPVoice Communications, Inc. | Lim. fac.-based; resale | 7/5/00 | A.00-07-003 approved 2/8/01 by D.01-02-019. |
| 157. | JATO Operating Two Corp.2 (U-6235-C) | Facilities-based; resale | 6/17/99 | Pet. #147 approved in D.99-10-025 |
| 158. | Justice Long Distance Corp. (U 5721 C) | Facilities-based; resale | 8/ /97 | D.97-12-084 |
| 159. | Justice Technology Corp. (U 5902 C) | Resale Facilities-based | 8/20/96 9/29/97 | D.97-02-002 D.97-12-084 |
| 160. | J.W.E., Corp. (U-6233-C) | Facilities-based; resale | 5/21/99 | Pet. #144 approved in D.99-10-025; remainder of petition redocketed as A.00-02-023 per ALJ Ruling of 2/11/00 |
| 161. | KMC Telecom V, Inc. | Facilities-based; resale | 4/28/00 | A.00-04-049 approved 8/3/00. |
| 162. | LCI International | Resale Facilities-based | 9/1/95 06/30/97 | D.96-02-072 D.97-09-110 |
| 163. | L.D. Services, Inc. | Resale | 8/25/95 | D.96-02-072 |
| 164. | LDI Solutions, Inc. (U 5953 C) | Resale | 05/05/98 | Approved 8/6/98 |
| 165. | LDM Systems, Inc. | Resale | 07/31/97 | Approved 3/12/98 |
| 166. | Level 3 Communications, LLC (U 5941 C) | Facilities-based; resale | 12/31/97 6/16/99 | D.98-03-066; A.99-06-028 to revise CPCN approved 8/3/00. |
| 167. | LightBonding.com Inc. | Lim. fac.-based; resale | 5/31/00 | A.00-05-070 approved 10/5/00. |
| 168. | LightSource Telecom 1, LLC (formerly Dynamic Telecom Engineering 1, LLC) | Lim. fac.-based; resale | 11/15/00 | A.00-11-047 approved 5/3/01 in D01-05-008 |
| 169. | Linkatel Pacific, L.P. | Facilities-based; resale | 9/1/95 | D.95-12-057; D.96-02-072 |
| 170. | Local Fiber LLC | Lim. fac.-based; resale | 10/23/00 | A.00-10-038 approved 3/15/01 in D.01-03-021 |

ATTACHMENT A

| No. | Name | Type | Date Filed | Authority (CPUC Decision Number) |
|-----|------|------|-----------|----------------------------------|
| 171. | Local Gateway Exchange, Inc. (U 6192 C) | Resale | 4/26/99 | Approved 7/22/99 and 12/16/99 (Pet. #155 approved in D.99-12-048) |
| 172. | Long Distance Charges, Inc. | Resale | 9/1/95 | D.96-02-072 |
| 173. | Looking Glass Networks, Inc. | Facilities-based; resale | 5/30/00 | A.00-05-068 approved 9/7/00 |
| 174. | Maxcess, Inc. | Facilities-based; resale | 2/22/00 | A.00-02-034 approved 6/8/00 |
| 175. | Max-Tel Communications (U 5973 C) | Resale | 2/17/98 | D.98-04-058 |
| 176. | MediaOne (formerly Continental Telecommunications of California) | Facilities-based; resale | 9/1/95 | D.95-12-057; D.96-02-072 |
| 177. | Megsinet-CLEC, Inc. | Resale | 09/03/98 | A.98-09-004; approved 11/19/98 |
| 178. | Metromedia Fiber Network Services, Inc. | Lim. fac.-based; resale | 12/ /00 | A.00-12-005 approved 5/3/01 in D.01-05-023. |
| 179. | Metstream Communications, Inc. | Lim. fac.-based; resale | 10/6/00 | A.00-10-011 approved 2/8/01 by D.01-02-039 |
| 180. | MiComm Services, Inc. (U 5976 C) | Resale | 08/27/97 | D.98-05-006 |
| 181. | MIDCOM Telecommunications, Inc. | Facilities-based | 8/28/96 | D.97-04-064 |
| 182. | Midwestern Telecommunications, Inc. | Resale | 11/28/00 | A.00-11-066 approved 3/15/01 in D.01-03-019 |
| 183. | Mohave Cooperative Services, Inc. | Resale | 12/24/98 | A.98-12-024; approved 5/13/99. |
| 184. | Momentum Telecom, Inc. (U 5722 C) | Resale | 10/3/97 | Approved 1/7/98 |
| 185. | Mpower (formerly MGC) | Facilities-based | 05/01/97 | D.97-09-110 |
| 186. | MSN Communications, Inc. | Resale | 12/2/96 | D.97-03-010 |
| 187. | MVX Communications, LLC (U 5935 C) (application to change name to MVX.Com filed 9/9/99 in A.99-09-014) | Facilities-based; resale | 06/29/98 | D.98-09-066 |
| 188. | MTA Communications, Inc. | Resale | 04/15/98 | Approved 7/23/98 |
| 189. | Mystic Alliance Group, Inc | Resale | 04/ /98 | Approved 9/3/98 |
| 190. | Napa Valley Telecom Services (dba Ameritel) | Resale | 9/1/95 | D.96-02-072 |
| 191. | National Comtel Network, Inc. | Resale | 9/1/95 | D.96-02-072 |
| 192. | Net2000 Communications Services, Inc. | Facilities-based; resale | 5/30/00 | A.00-05-072 approved 10/19/00. |
| 193. | Netsol Technologies, Inc | Resale | 1/15/99 | Approved 4/1/99 |
| 194. | NET-Tel Corporation (U 6321 C) | Resale | 08/12/98 | (approved 12/17/98) |
|  |  | Facilities-based | 10/5/99 | Pet. #165 granted 3/16/00 |
| 195. | Network Access Solutions Corporation (NAS) | Lim. fac.-based; resale | 6/13/00 | A.00-06-031 approved 12/7/00. |
| 196. | NetworkIP, LLC | Lim. fac.-based; resale | 10/3/00 | A.00-10-018 approved 2/8/01 by D.01-02-033. |

| No. | Name | Type | Date Filed | Authority (CPUC Decision Number) |
|---|---|---|---|---|
| 197. | Network Plus, Inc. (U 6186 C) | Facilities-based; resale | 3/31/99 | Petition #136 approved 6/24/99 |
| 198. | New Concept Communications, LLC | Resale | 05/01/97 | D.97-09-110 |
| 199. | New Edge (formerly Access 21 Corporation) (U 6226 C) | Resale<br><br>Facilities-based | 8/4/99 | Resale petition #154 approved in D.99-12-048; f-b deferred. |
| 200. | New Millennium Communications Corp. (U 6033 C) | Facilities-based; resale | 07/20/98 | Petition #115 approved 12/17/98 |
| 201. | NewTelco, L.P (dba The Sprint Telecommunications Venture) | Facilities-based; resale | 8/31/95 | D.95-12-057; D.96-02-072 Appl. to transfer local resale customer base and discontinue local provisioning, A.01-03-005, filed 3/2/01. |
| 202. | nii communications, Ltd. | Lim. fac.-based; resale | 9/6/00 | A.00-09-015 approved in D.00-12-043 |
| 203. | North American Telecommunications Corp. | Facilities-based; resale | 11/18/97 | D.98-03-066 |
| 204. | North County Communications Corporation | Facilities-based; resale | 8/2/96 | D.97-04-059 |
| 205. | NorthPoint Communications, Inc. (formerly First Mile) | Lim. fac.-based; resale | 5/9/00 | A.00-05-037 approved 9/21/00 in D.00-09-059; filed A.00-08-054 to merge with Verizon/Bell Atlantic |
| 206. | NOS Communications, Inc. | Resale;<br><br>Facilities-based | 08/28/98<br><br>04/25/01 | A.98-08-043; approved 11/19/98 A.01-04-039 (for expansion of CPCN to include f-b) |
| 207. | NOW Communications, Inc. (dba NOW Communications of Mississippi, Inc.) | Resale | 4/20/99 | Approved 7/22/99 |
| 208. | NSC Communications (dba NuComNet) | Resale | 9/1/95 | D.96-02-072 |
| 209. | NTC Network, LLC (U 6190 C) | Facilities-based; resale | 3/31/99 | Petition #140 approved 6/24/99 |
| 210. | NuStar Telephone Co., Inc. | Access | 8/11/99 | A.99-08-019 approved 5/4/00. |
| 211. | OmniCall, Inc. (Access One Communications Corp. application for transfer of control approval) | Resale | 04/30/98<br>11/29/99 | Approved 7/23/98 A.99-11-035 (still pending) |
| 212. | Omniwerx | Resale | 01/26/98 | Approved 4/9/98 |
| 213. | OneStar Long Distance, Inc. | Resale | 11/14/00 | A.00-11-042 approved 3/15/01 in D.01-03-034 |
| 214. | OnFiber Carrier Services, Inc. | Access | 3/6/00 | A.00-03-013 approved 6/8/00 |
| 215. | OnSite Access Local, LLC | Resale | 11/2/99 | Approved 2/3/00. Appl. to expand CPCN, A.01-02-029, filed 2/26/01. |
| 216. | Optel (California) Telecom, Inc. | Facilities-based; resale | 03/28/97 | D.97-06-100; by A.01-01-006, appl. for authority to suspend service, and amendment to A.01-01-006 filed 4/2/01. |

| No. | Name | Type | Date Filed | Authority (CPUC Decision Number) |
|---|---|---|---|---|
| 217. | Pac-West Telecomm, Inc. | Facilities-based; resale<br><br>Expand to mid-sized LEC territories | 9/1/95<br><br>10/31/97 | D.95-12-057;<br>D.96-02-072<br>D.98-01-055 |
| 218. | Pacific Bell (U 1001 C) | Facilities-based; resale<br><br>Facilities-based; resale | 9/1/95<br><br>Petition #120<br>A.98-09-019 | D.95-12-057;<br>D.96-02-072<br><br>Petition/Appl. To Amend CPCN Expand Service to CTC, RTC Territories<br>Pet. #120 approved 12/17/98 (D.98-12-083);<br>A.98-09-019 approved 11/5/98 in D.98-11-023 |
| 219. | Pacific Centrex Services, LLC | Resale | 6/3/99 | A.99-06-003 (approved 10/7/99) |
| 220. | PaeTec Communications, Inc. (U 6051 C) | Facilities-based; resale | 08/13/98 | Petition #118 approved 12/17/98 (D.98-12-083) |
| 221. | Paging Dimensions, Inc. | Resale | 11/30/00 | A.00-11-067 approved 3/15/01 in D.01-03-039 |
| 222. | Pare Communications Inc. | Lim. fac.-based; resale | 1/24/01 | A.01-01-048 approved 5/3/01 in D.01-05-014 |
| 223. | Pathnet Operating, Inc. | Lim. fac.-based; resale | 9/1/00 | A.00-09-027 approved 1/4/01. |
| 224. | PDO Communications, Inc. (U 5961 C) | Facilities-based; resale | 1/2/98 | D.98-03-066 |
| 225. | Phoenix Integration Corporation | Facilities-based; resale | 11/19/97 | D.98-03-066 |
| 226. | Phoenix Network, Inc. (appl. to merge with US WEST and Qwest filed 9/20/99 in A.99-09-039) | Resale | 6/3/96 | D.96-11-038 |
| 227. | Platinum Development Company LLC | Limited facilities-based | 4/3/00 | A.00-04-010 approved 8/3/00 |
| 228. | PNG Telecommunications, Inc. | Resale; access | 2/1/00 | A.00-02-002 approved 6/8/00 |
| 229. | Point to Point, Inc. (U 6066 C) | Facilities-based; resale | 06/26/98 | D.98-09-066 |
| 230. | Preferred Carrier Services, Inc. (U 5641 C)<br>Appl. to transfer CPCN to Phone for All, Inc. | Resale<br><br>Transfer CPCN | 9/24/97<br><br>9/22/98 | D.98-01-006<br><br>A.98-09-027 |
| 231. | Preferred Long Distance | Resale | 9/1/95 | D.96-02-072 |
| 232. | Preferred Network Communications Corporation | Facilities-based; resale | 2/18/00 | A.00-02-036 approved 6/8/00 |
| 233. | Premiere Network Services, Inc. (U 6278 C) | Resale<br><br>Facilities-based | 9/30/99 (amended 12/6/99) | Pet. #163 (resale portion) approved in D.99-12-048;<br>f-b portion of pet. deferred. |
| 234. | Pre-Paid Phones, Ltd. | Resale | 12/17/98 | A.98-12-016 (app'd. 3/4/99) |
| 235. | Prepaid Tel.com Inc. | Resale<br>Facilities-based | 3/12/99<br>6/9/00 | A.99-03-030; approved 6/3/99<br>A.00-06-016 (to amend CPCN) approved 9/7/00 |
| 236. | Primus Telecommunications, Inc. | Facilities-based; resale | 2/8/00 | A.00-02-006 approved 6/22/00. |

| No. | Name | Type | Date Filed | Authority (CPUC Decision Number) |
|-----|------|------|-----------|----------------------------------|
| 237. | Prism California Operations LLC | Resale<br><br>Facilities-based | 8/23/99 | Pet. 157 approved 12/16/99 in D.99-12-048 for resale;<br>f-b application deferred. |
| 238. | PurePacket Communications of the South, Inc. | Facilities-based; resale | 8/14/00 | A.00-08-037 approved 1/4/01. |
| 239. | Qwest Communications (formerly U S WEST Interprise America, Inc. (dba !nterprise America, Inc.) ) (U-5619-C) | Resale<br><br>Facilities-based | 3/27/97<br><br>5/23/97 | D.97-08-015<br><br>D.97-09-110 |
| 240. | Quintelco, Inc. | Resale | 03/2/98 | Approved 10/8/98 |
| 241. | RCN Telecom Services of California, Inc. (U 6016 C) | Facilities-based; resale | 05/29/98 | D.98-09-066 |
| 242. | ReFlex Communications, Inc. (U-6230-C) | Facilities-based; resale | 6/30/99 | Pet. #152 approved in D.99-10-025 |
| 243. | Rocky Mountain Broadband, Inc. (U 6088 C) | Facilities-based | 9/30/98 | Petition #125 approved 12/17/98 |
| 244. | Roseville Telephone Co. | Facilities-based; resale | 02/27/98 | D.98-06-067 |
| 245. | Rythms (formerly Accelerated Connections, Inc.) | Resale<br>Facilities-based | 04/17/97<br>06/27/97 | D.97-07-032<br>D.97-09-110 |
| 246. | San Carlos Telecom, Inc. | Facilities-based; resale | 12/31/97 | D.98-03-066 |
| 247. | Sasscom, Inc. | Resale | 2/27/96 | D.97-03-041 |
| 248. | SBC Advanced Solutions, Inc. | Resale | 10/ /99 | A.99-10-009 approved 5/4/00. |
| 249. | Sempra Communications | Resale<br><br><br><br><br>Facilities-based | 10/1/99 | Pet. #168 approved in D.99-12-048 (Resale Only); redocketed as A.00-02-020 for F-B aspects (per ALJ Ruling of 2/11/00) – approved 6/8/00 |
| 250. | Sentre Communications, LLC (U 6260 C) | Resale<br><br>Facilities-based | 9/17/99<br><br>4/4/00 | Pet. #160 (resale only) approved in D.99-12-048;<br>f-b portion deferred to A.00-04-017 and A.01-01-005 (SD only) |
| 251. | Seren Innovations, Inc. (U 6184 C) | Facilities-based; resale | 3/4/99 | Petition #134 appr'd. 6/24/99 |
| 252. | Servisense.com, Inc. | Resale | 6/30/00 | A.00-06-043 approved9/21/00 in D.00-09-064 |
| 253. | Seven Bridges Communications, LLC | Resale | 7/31/00 | A.00-07-056 approved 2/8/01 in D.01-02-024 |
| 254. | Sigma Networks Telecommunications, Inc. | Facilities-based | 6/19/00 | A.00-06-024 approved 9/21/00 in D.00-09-055. |
| 255. | Simple Phone | Resale | 02/26/98 | Approved 5/21/98 |
| 256. | SLO Cellular, Inc. | Resale | 9/1/95 | D.96-02-072 |
| 257. | Southern California Edison Co. (U 338-E) (U 6096 C) | Facilities-based | 08/19/98 | Petition #117 approved 12/17/98 |
| 258. | SouthNet Telecomm Services, Inc. | Resale | 09/16/98 | Approved 2/4/99. |
| 259. | Sphera Optical Networks N.A., Inc. (dba Sphera Networks) | Lim. fac.-based; resale | 9/13/00 | A.00-09-035 approved 2/8/01 by D.01-02-032. |

| No. | Name | Type | Date Filed | Authority (CPUC Decision Number) |
|-----|------|------|------------|----------------------------------|
| 260. | Sprint Communications Company L.P. | Facilities-based; resale | 10/04/96 | D.97-08-045 |
| 261. | State Communications, Inc. | Resale | 08/24/98 | A.98-08-039; approved 11/19/98 |
| 262. | Storm-Tel, Inc. (formerly Z-Tel Communications, Inc.) | Resale<br><br>Appl. for transfer of control to CCC Merger Corp. | 08/12/98 | Approved Nov. 1998<br><br>A.99-08-052 |
| 263. | Supra Telecommunications and Information Systems, Inc. (U 6100 C) | Facilities-based; resale | 9/21/98 | Petition #122 approved 12/17/98 |
| 264. | TalkingNets California, LLC | Lim. fac.-based; resale | 11/17/00 | A.00-11-058 approved 3/15/01 in D.01-03-018 |
| 265. | TCG Los Angeles | Facilities-based; resale | 8/31/95 | D.95-12-057; D.96-02-072 |
| 266. | TCG San Diego | Facilities-based; resale | 8/31/95 | D.95-12-057; D.96-02-072 |
| 267. | TCG San Francisco | Facilities-based; resale<br><br>Expand to mid-sized LEC territories | 8/31/95<br><br>11/3/97 | D.95-12-057; D.96-02-072 D.98-01-055 |
| 268. | TCI Telephony Services of California<br>Appl. to transfer CPCN to AT&T | Facilities-based; resale<br><br>Transfer CPCN | 7/3/96<br><br>9/30/98 | D.96-10-064<br><br>A.98-09-039 |
| 269. | Telco Holding, Inc. (U-5526-C) (formerly Dial and Save of California, Inc., dba Dial and Save) | Resale | 8/25/95<br><br>8/26/97 | D.96-02-072<br><br>D.97-08-085 |
| 270. | TeleCenter, Inc. | Resale | 07/28/98 | Approved 10/22/98; dec. no. pending |
| 271. | Telecom Licensing, Inc. | Resale | 3/15/99 | A.99-03-026 approved 6/24/99 |
| 272. | Telemanagement Advantage Corp. | Resale | 1/9/97 | D.97-05-049 |
| 273. | Telemanagement Services, Inc. (dba Telenet Services, Inc.) | Resale | 9/3/99 | A.99-09-004 approved 10/19/00. |
| 274. | Tele-Matic Corp | Resale | 9/1/95 | D.96-02-072 |
| 275. | Telera Communications, Inc. | Lim. fac.-based; resale | 9/29/00 | A.00-09-062 approved in D.00-12-056 |
| 276. | Telicor Inc. (dba TSC Communications, Inc.) | Lim. fac.-based; resale | 10/30/00 | A.00-10-051 approved 5/3/01 in D.01-05-013 |
| 277. | Teligent (acquired from Microwave Services, Inc.) (U-5803-C) | Facilities-based; resale<br><br>Expand authorization to CTC, RTC service areas | 01/13/97<br><br>6/29/99 | D.97-06-100 Transfer to Teligent approved 12/16/97; MSI's CPCN revoked 7/23/98 in Res. T-16161; appl. to expand service area filed 6/29/99 as Petition #148 partially approved in D.99-10-025; remainder of petition redocketed as A.00-02-024 per ALJ Ruling of 2/11/00. |

| No. | Name | Type | Date Filed | Authority (CPUC Decision Number) |
|---|---|---|---|---|
| 278. | Tel-Link, L.L.C. (U 5680 C) | Resale | 11/10/97 | Approved 3/12/98 |
| 279. | Tel-Save, Inc. of Pennsylvania (dba The Phone Company) | Facilities-based; resale | 12/20/96<br><br>05/29/97 (amended) | D.97-09-110<br><br>D.98-07-020 (Petition to Modify filed 8/21/98) |
| 280. | Telscape (formerly Pointe Local Exchange, formerly HTC Communications, LLC (U 6185 C) | Facilities-based; resale | 3/15/99 | Petition #135 approved 6/24/99 |
| 281. | Teltrust Communications Services, Inc | Facilities-based; resale | 12/30/97 | D.98-03-066 |
| 282. | Tel West Communications, LLC | Resale | 10/7/98 | Approved 1/21/99 |
| 283. | Tesco | Facilities-based; resale | 11/3/97 | D.98-03-066 |
| 284. | TGEC Communications Co., LLC | Resale | 04/24/97 | D.97-08-013 |
| 285. | The Telephone Connection of Los Angeles, Inc. | Facilities-based<br>Resale | 9/1/95<br>4/5/96 | D.96-02-072<br>D.96-09-073 |
| 286. | Tie Communications, Inc. | Resale | 06/03/97 | D.97-09-029 |
| 287. | Time Warner AxS of California | Facilities-based; resale | 6/18/96 | D.96-11-007 |
| 288. | Time Warner Connect | Resale | 1/3/96 | D.96-06-032 |
| 289. | Time Warner Telecom of California, Inc. (U-5358-C) | Facilities-based | 11/10/98 | Pet. #128 |
| 290. | Tin Can Communications Company | Resale | 12/3/97 | Approved 7/2/98 |
| 291. | TNS of California, Inc. | Lim. fac.-based; resale | 10/27/00 | A.00-10-058 approved 3/15/01 in D.01-03-024 |
| 292. | Topp Telecom, Inc. (acquirer of Comm South Companies, Inc.) | Resale | 12/22/97 | Approved 3/12/98. Acquisition of Comm South by Topp Telecom, Inc. approved 10/21/99; CPCN extended to Roseville, Citizens territories in D.00-09-058 (via A.00-04-032 of Comm South). |
| 293. | Total Media Technologies, Inc. | Resale | 11/18/98 | Approved 2/4/99. |
| 294. | TotalTel, Inc. | Resale | 10/31/98 | Approved 2/4/98 |
| 295. | TransAmerican Telephone, Inc. | Resale | 0210/98 | D.98-05-005 |
| 296. | Trans National Communications International, Inc. | Resale | 9/00 | A.00-09-067 approved 1/18/01 in D.01-01-033. |
| 297. | Triad Communications Corp. (U 6189 C) | Facilities-based; resale | 3/31/99 | Petition #139 approved 6/24/99 |
| 298. | Tritel Communications, LLC (U 5900 C) | Resale | 11/3/97 | Approved 2/4/98 |
| 299. | Tycho Networks, Inc. | Facilities-based; resale | 9/30/99 | Approved in D.99-12-048 |
| 300. | UC Computers, Inc. | Facilities-based; resale | 12/31/97 | D.98-03-066 |
| 301. | UniDial, Inc. | Facilities-based; resale | 10/21/96 | D.97-03-036 |

| No. | Name | Type | Date Filed | Authority (CPUC Decision Number) |
|-----|------|------|-----------|----------------------------------|
| 302. | United Calling Network Inc. (U 6277 C) | Resale<br><br>Facilities-based | 9/28/99 | Pet. #162 (resale only) approved in D.99-12-048;<br>f-b portion deferred |
| 303. | United States Communications Corporation (dbs U.S. CommCorp.) | Lim. fac.-based; resale | 11/2/00 | A.00-11-030 approved 3/15/01 in D.01-03-036 |
| 304. | United States Telecommunications, Inc. | Resale | 02/25/98 | Approved 7/2/98 |
| 305. | Unitel Communications | Resale | 9/1/95 | D.96-02-072 |
| 306. | Universal Access, Inc. (U-6237-C) | Facilities-based; resale | 6/30/99 | Pet. #150 approved in D.99-10-025 |
| 307. | Universal Pacific Communications, Inc. | Resale | 9/1/95 | D.96-02-072 |
| 308. | Urban Media of California, Inc. | Facilities-based; resale | 4/12/00 | A.00-04-034 approved 9/7/00. |
| 309. | URJET Backbone Networks, Inc. | Facilities-based; resale | 10/22/99 | Approved 2/3/00 in D.00-02-020 |
| 310. | USA eXchange, LLC (dba Omniplex Communications Group) | Resale | 06/11/97 | D.97-09-024 |
| 311. | USA Soft-Tronik Corporation | Facilities-based; resale | 12/8/99 | Pet. #174 approved 3/16/00 in D.00-03-047 |
| 312. | US Data Highway Corp. (U 6183 C) | Facilities-based | 2/1/99 | Petition #133 approved 6/24/99 |
| 313. | U. S. Dial Tone, L.P. | Resale | 7/13/00 | A.00-07-021 apprioved in D.00-12-055 |
| 314. | U.S. Long Distance, Inc. | Facilities-based; resale | 8/31/96<br>11/19/96 | D.96-02-072<br>D.97-05-004 |
| 315. | US Optics, Inc. | Facilities-based; resale | 9/29/99 | Pet. #166; approved in D.99-12-048 |
| 316. | U.S. Telco | Resale | 8/13/97 | approved 2/4/98 |
| 317. | U.S. Voice Telemanagement, Inc. | Resale | 9/1/95 | D.96-02-072 |
| 318. | Utility Telephone, Inc. | Facilities-based; resale | 03/31/97 | D.97-06-100 |
| 319. | Vartec, Inc. (A.99-04-011 sought acquisition of CPCN from Choctaw Communications, L.L.C.) | Resale | 1/6/98 | approved 7/2/98 |
| 320. | Vectren Communications Services, Inc. | Lim. fac.-based; resale | 10/5/00 | A.00-10-017 approved 2/8/01 by D.01-02-037. |
| 321. | Verizon Advanced Data, Inc. | Lim. fac.-based; resale | 6/28/00 | A.00-06-052 (originally filed by Bell Atlantic Network Data, Inc.) approved in D.0012-042 |
| 322. | Viacom Communications Inc. | Facilities-based | 9/1/95 | D.95-12-057 |
| 323. | Vision Prepaid Services, Inc. | Resale | 10/20/00 | A.00-10-036 approved 2/8/01 by D.01-02-035. |
| 324. | Voice Vision International, Inc. | Resale | 10/7/99 | Approved 2/3/00 |
| 325. | Western Fiber Telecom, LLC | Facilities-based; resale | 06/30/97 | D.97-09-110 |
| 326. | Western Integrated Networks of California Operating LLC | Facilities-based; resale | 12/2/99 | Pet. # 173 approved 3/16/00 (D.00-03-047) |

| No. | Name | Type | Date Filed | Authority (CPUC Decision Number) |
|---|---|---|---|---|
| 327. | Western States Teleport | Lim. fac.-based; resale | 8/4/00 | A.00-08-017 approved 3/15/01 in D.01-03-023 |
| 328. | Western Telephone Integrated Communications, Inc. | Facilities-based; resale | 6/27/00 | A.00-06-040 approved 10/5/00. |
| 329. | Whole Earth Access Networks, LLC | Facilities-based; resale | 8/7/96 | D.97-03-004 |
| 330. | Wholesale Airtime, Inc. (U 5751 C) | Resale | 04/21/98 | Approved 7/23/98 |
| 331. | Williams Local Network, Inc. | Facilities-based; resale | 01/06/00 | A.00-01-011 approved 7/20/00. Appl. to construct additional facilities, A.01-02-033, filed 2/28/01. |
| 332. | Wilshire Connection, LLC (U-6238-C) | Facilities-based; resale | 6/28/99 | Pet. #151 approved in D.99-10-025 |
| 333. | Winstar Wireless of California, Inc. | Facilities-based; resale | 8/25/95 | D.95-12-057; D.96-02-072 |
| 334. | Working Assets Funding Service, Inc. | Resale | 8/30/95 | D.96-05-060 |
| 335. | WorldCom, Inc. (dba MFS, MCI WorldCom) | Facilities-based; resale | 9/1/95 | D.95-12-057 D.96-02-072 (CPCNs of MFS Intelenet and MCI acquired via acquisition) |
| | | | 11/3/97 | D.98-01-055 |
| | | Expand to mid-sized LEC territories | | |
| | | Appl. to acquire Sprint | 12/10/99 | A.99-12-012 |
| 336. | WTI Advantage Products, LLC | Resale | 5/31/00 | A.00-05-065 approved 10/5/00. |
| 337. | XL Network, Inc. (U 6188 C) | Facilities-based resale | 3/31/99 5/10/99 | Petition #138 approved 6/24/99 |
| 338. | XO communications (formerly NextLink of California) | Facilities-based; resale | 9/1/95 | D.95-12-057; D.96-02-072 |
| | | Expand to mid-sized LEC territories | 11/3/97 | D.98-01-055 |
| 339. | Yipes Transmission, Inc. | Facilities-based; resale | 3/14/00 | A.00-03-031 approved 6/22/00 |
| 340. | Zama Networks, Inc. | Lim. fac.-based; resale | 11/2/00 | A.00-11-010 approved 3/15/01 in D.01-03-037 |
| 341. | Z-Tel Comunications, Inc. | Facilities-based; resale | 3/23/00 | A.00-03-045 approved 6/8/00 |

F I N A L  D R A F T

BEFORE THE
FEDERAL COMMUNICATIONS COMMISSION
WASHINGTON, D.C. 20554

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Application by SBC Communications Inc., | ) | CC Docket No. _____ |
| Pacific Bell Telephone Company , and | ) | |
| Southwestern Bell Communications Services, Inc. | ) | |
| d/b/a Pacific Bell Long Distance for Provision of | ) | |
| In-Region, InterLATA Services in California | ) | |

**AFFIDAVIT OF DAVID R. TEBEAU**

| | |
|---|---|
| **STATE OF TEXAS** | ) |
| | ) |
| **COUNTY OF DALLAS** | ) |

**TABLE OF CONTENTS**
**STATE OF COMPETITION AFFIDAVIT**

| SUBJECT | PARAGRAPH |
|---|---|
| PROFESSIONAL EXPERIENCE | 2 |
| PURPOSE OF AFFIDAVIT | 3 |
| CLEC MARKET ENTRY IN CALIFORNIA | 4 |
| FACILITIES-BASED PROVIDERS | 11 |
| E911 DATABASE & UNE-P | 14 |
| INTERCONNECTION TRUNKS & UNE-P | 19 |
| CLEC SWITCHES | 27 |
| COLLOCATION | 30 |
| RESALE PROVIDERS | 35 |
| COMPETITIVE BENEFITS | 36 |
| CONCLUSION | 47 |
| 14-POINT CHECKLIST | ATTACHMENT A |
| LIST OF CERTIFIED CLECS & APPROVED | ATTACHMENT B |
| CLEC SPECIFIC COMPETITIVE INDICATOR VOLUMES | ATTACHMENT C |
| SELECTED COMPETITIVE INDICATOR GROWTH | ATTACHMENT D |
| ARTICLES AND ADVERTISEMENTS | ATTACHMENT E |
| FACILITIES-BASED CLEC COMPANY PROFILES | ATTACHMENT F |

Table 8
Growth in Competitive Indicators
After Southern Bell entry into the Texas Long Distance Market
July 2000 to April 2001

| Growth in Competitive Indicators for Texas | | | |
|---|---|---|---|
| *Competition Indicators* | **Jul-00** | **Apr-01** | **% Growth** |
| Facilities Based (FB) Lines Captured by FB CLECs | 1,838,000 | 2,817,400 | 53% |
| Total Lines Captured (includes resale) | 2,224,508 | 3,136,418 | 41% |
| Interconnection Trunks | 496,361 | 607,418 | 22% |
| Operational Physical Collocations | 2,044 | 2,367 | 16% |
| Unbundled Stand-Alone Loops | 86,402 | 131,452 | 52% |
| UNE Loop/Port Combinations | 472,249 | 1,145,804 | 143% |
| E911 Listings | 398,957 | 587,974 | 47% |

36. After the approval of the Texas application, Texas consumers joined New York consumers

as the only states where AT&T Local One Rate® promotional services are offered.  This

plan – bundling local and long distance into one package offering – was promoted through

direct mail and telemarketing in Austin, Dallas, Houston, San Antonio and South Texas,

offering 60 minutes of free long distance to consumers as an incentive to choose AT&T

Local One Rate for local and long distance service.  Most importantly the AT&T Consumer

Sales & Services Contacts for AT&T Local Service list only two geographical options for

this service: New York – AT&T Local One Rate; and Texas – AT&T Local One Rate.  No

other states are apparently given these promotional alternatives; they are available ONLY in

States in which the incumbent Bell Operating Company has been given access to AT&T's

long distance marketplace.[10]

37. In addition the FCC Report on Competition, May 21, 2001, states, "CLECs captured 20% of

the market in the State of New York" and "12% of the market in Texas", summarizing that,

---

[10] Three webpages may be consulted for this information: AT&T, *For Home:Customer Service Numbers, AT&T Residential Service,* http://www.att.com/help/callus/home/; AT&T, *As Advertised: AT&T Local One Rate℠ New York,* http://www.att.com/local_service/ny/; and AT&T, *As Advertised: AT&T Local Service in Texas,* http://www.att.com/local_service/tx/.  Interestingly, the AT&T Local One Rate promotion began in New York

"CLEC market share in New York and Texas (the two states that had 271 approval during the reporting period ending in December 2000) are over 135% and 45% higher than the national average, respectively."[11]

38. In July 2000, coincident with SBC's entry into the Texas long distance market, AT&T also reduced its long distance rates in Texas (offered through the Texas One Rate Plan) by greater than 50% - from 15¢ a minute to 7¢ a minute. In addition, in a Wall Street Journal article on November 30, 2000[12], AT&T is cited as launching a separate promotion (excerpted below):

| **AT&T to Offer Free Cable Telephony In Campaign to Hit Subscriber Goals** |
|---|
| AT&T Corp., scrambling to meet a year-end promise to Wall Street to sign up thousands of new cable-telephony customers, plans to offer as many as five months of free local and long-distance service to people who subscribe. The new marketing campaign, which is expected to begin in a number of big cities on Friday, is aimed at boosting the number of AT&T consumers for "cable telephony," industry parlance for phone service over cable-TV lines. The campaign offers free installation and as many as five months of free local and long-distance phone service.[13] |

36. AT&T recently responded to SBC's entry into the Kansas and Oklahoma long distance markets by offering 30 free minutes of long distance to selected residential customers. This offer was announced just days before SBC began offering long distance in these two states. (See Attachment E).

37. WorldCom responded to SBC's Texas 271 approval with the introduction of three new rate plans: MCI WorldCom 7¢ Anytime, 9¢ Anytime, and WorldCom Weekends. Effective September 7, 2000 WorldCom also began offering Texas consumers different options (the

---

shortly before the FCC granted Bell Atlantic permission to offer long distance in New York. As of February 5, 2001, this promotional offering was not available in any other state.
[11] FCC Report: Local Telephone Competition: Status as of December 31, 2000, May 2001 at FCC-State Link, www.fcc.gov/ccb/stats.
[12] D. Solomon, *AT&T to Offer Free Cable Telephony in Campaign to Hit Subscriber Goals*, Wall Street Journal at A3 (Aug. 30, 2000).

## FACILITIES-BASED CLEC COMPANY PROFILES

1.  The following profiles provide further information on the facilities-based CLECs providing local service in the California serving area today.   All of these CLECs are providing service under one or more approved interconnection agreements with Pacific Bell in California. (See Attachment B)

2.  Several competitors profiled here meet the criteria for "Track A" competition by providing service to both Residence and Business customers either exclusively or predominantly over their own facilities.

**\*\*\* THIRD-PARTY PROPRIETARY**

### TABLE A
### TRACK A COMPETITORS IN CALIFORNIA
#### April 2001

| TRACK A COMPETITORS | FACILITIES-BASED (E911 LISTINGS) | | FACILITIES-BASED (UNE-Ps) | | TRACK A CLECs RESOLD LINES | |
|---|---|---|---|---|---|---|
| | BUS. | RES. | BUS. | RES. | BUS. | RES. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**THIRD-PARTY PROPRIETARY \*\*\***

<u>**INDIVIDUAL COMPANY PROFILES**</u>

<u>**AT&T**</u>
**\*\*\*THIRD-PARTY PROPRIETARY**

| AT&T | Collocation Instances | MOU *[ ]* 03/01 Exchanged | Resold Lines | Inter-connection Trunks | UNE-Ps | E911 Listings | Telephone Numbers Assigned |
|------|------|------|------|------|------|------|------|
|  |  |  |  |  |  |  |  |

Note: MOUs are local only, and do not include ISP MOUs.

**THIRD-PARTY PROPRIETARY\*\*\***

3.  AT&T is a communications and information services company, serving more than 90 million consumer, business, and government customers.  AT&T operates in more than 200 countries and territories around the world, offering long-distance and wireless services, as well as online services and access to home entertainment; it has also begun to deliver local telephone and Cable TV services.  Furthermore, AT&T gets about 44% of its revenue from telecom service to businesses, about 31% from services to consumers, about 15% from its wireless business, and about 11% from AT&T Broadband (including Cable TV). [1]

4.  Nationwide, AT&T's total assets are over $161 Billion with 2000 revenues of over $64 Billion. [2]

**California operations:**

• AT&T has 5 operational data switches in Los Angeles, Oakland, Sacramento, San Diego, and San Francisco. [3]

---

[1] Current Analysis, AT&T Description; http://www.currentanalysis.com/
[2] Market Guide, *Research: AT&T Annual Balance Sheet*,  http://www.marketguide.com/mgi /MG.asp?nss= www&rt=abalancestd&rn=A0034.
[3] New Paradigm Resources, Inc., CLEC Report 2001, Chapter 9 – AT&T at 24-26 of 29 (13th ed. 2000).

- AT&T has 13 operational voice switches located in Anaheim, Bakersfield, Los Angeles, Oakland, Sacramento, San Diego, San Francisco, and San Jose.[4]

- AT&T has at least ***THIRD-PARTY PROPRIETARY          THIRD-PARTY PROPRIETARY*** facilities-based lines in California as evidenced by its E911 listings, with at least ***THIRD-PARTY PROPRIETARY          THIRD-PARTY PROPRIETARY*** of these serving residential customers.

## COX CALIFORNIA TELECOM
***THIRD-PARTY PROPRIETARY

| COX TELECOM | Collocation Instances | MOU* 03/01 Exchanged | Resold Lines | Inter-connection Trunks | UNE-Ps | E911 Listings | Telephone Numbers Assigned |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

Note: MOUs are local only, and do not include ISP MOUs.
THIRD-PARTY PROPRIETARY***

5. Cox Communications, Inc. is a multi-service advanced communications company, serving more than 6.2 million customers as of December 31, 2000. Cox owns United States broadband network operations and investments focused on cable programming, telecommunications and technology. Cox provides an array of entertainment and communications services to both residential and commercial customers in its markets. These services primarily include analog and digital video, high-speed Internet access and *local and long-distance telephone [services].*[5]

6. By segment COX Communications gets 28% of its revenue from switched local services, 23% from long distance, 6% from dedicated access, and 43% from data.[6]

---

[4] New Paradigm Resources, Inc., CLEC Report 2001, Chapter 9 – AT&T at 20, 22-23 of 29 (13th ed. 2000).
[5] Market Guide, Research: COX Communications, business description. http://biz.yahoo.com/p/c/cox.html
[6] New Paradigm Resources, Inc., CLEC Report 2001, Chapter 9 – Cox Communications, at 4 of 8 (13th ed. 2001).

**California operations:**

- COX has 3 operational voice and 3 operational data switches in Orange County, San Diego, and Santa Barbara.[7]

- COX has at least ***THIRD-PARTY PROPRIETARY        THIRD-PARTY PROPRIETARY*** facilities-based lines in California as evidenced by its E911 listings, with at least ***THIRD-PARTY PROPRIETARY        THIRD-PARTY PROPRIETARY*** of these serving residential customers.

**WorldCom**
**\*\*\*THIRD-PARTY PROPRIETARY**

| WorldCom | Collocation Instances | MOU * 03/01 Exchanged | Resold Lines | Inter-connection Trunks | UNE-Ps | E911 Listings | Telephone Numbers Assigned |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

Note: MOUs are local only and do not include ISP MOUs.
**THIRD-PARTY PROPRIETARY\*\*\***

7.  WorldCom is a leading player in the U.S. telecom service industry and offers services in 65 countries worldwide. The company is best known for its long-distance services, but it also provides a wide range of data, Internet, local, international, network access, and facilities management solutions.  By segment, corporate revenues are as follows: consumer and wholesale 28%, data 19%, business voice 17%, international 16%, small business/alternative channels 10%, dedicated Internet 6%, and dial Internet 4%.[8]

---

[7] New Paradigm Resources, Inc., CLEC Report 2001, Chapter 9 – Cox Communications, at 4 of 8 (13th ed. 2001).
[8] Current Analysis, WorldCom Description; http://www.currentanalysis.com



KELLOGG, HUBER, HANSEN, TODD & EVANS, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209

(202) 326-7900

FACSIMILE:
(202) 326-7999

September 20, 2002

**RECEIVED**

SEP 2 0 2002

FEDERAL COMMUNICATIONS COMMISSION
OFFICE OF THE SECRETARY

<u>VIA HAND DELIVERY</u>

Marlene H. Dortch, Secretary
Federal Communications Commission
Room CY-B-402
445 12th Street, S.W.
Washington, D.C. 20554

Re:     <u>Application by SBC Communications Inc., et al., for Provision of In-Region,
        InterLATA Services in California</u>

Dear Ms. Dortch:

Accompanying this letter is the Application of SBC Communications Inc. ("SBC") for
Provision of In-Region, InterLATA Services in California.

Pursuant to the Commission's filing requirements, the following are being provided with
this letter:

- Two CD-ROM sets containing the entire Application, in electronic form, redacted for
  public inspection.  The Application includes a brief in support of the Application, one
  appendix of affidavits and supporting exhibits, and ten appendices containing
  additional supporting documentation.

- One original and one copy of the Application in paper form, redacted for public
  inspection.

- One original of only those portions of the Application that contain confidential
  information.  This includes portions of Appendix A (Affidavits), Appendix D
  (OANAD), Appendix F (OSS), and Appendix K (Selected Documents).  A copy of
  this letter accompanies the confidential portions of the Application.  The material

No. of Copies rec'd _____
List ABCDE

**REDACTED – For Public Inspection**

Marlene H. Dortch
September 20, 2002
Page 2

designated as confidential includes information relating to carriers' wholesale and retail operations in California, proprietary cost information, and other information containing trade secrets. None of this information is disclosed to the public, and disclosure would cause substantial harm. As such, we are requesting that these portions of the Application receive confidential treatment by the Commission.

We are submitting a copy of the Application, in paper and electronic form, redacted for public inspection, to Qualex (the Commission's copy contractor). In addition, we are providing the Common Carrier Bureau with 20 copies of the brief and 20 copies of Appendix A in paper form, as well as 20 CD-ROM versions of the entire Application in electronic form. All this material is redacted for public inspection. Furthermore, we are submitting to the Bureau one copy in paper form of only those portions of the Application that contain confidential information.

We are also submitting one copy of this cover letter and one copy of the Application in paper form, redacted for public inspection, to Susan Wittenberg, U.S. Department of Justice, 1401 H Street, N.W., Suite 8000, Washington, D.C. 20530. We are also including a copy of the electronic portions of the state record proprietary material. Finally, we are providing the Department of Justice with seven copies of the brief, seven copies of Appendix A in paper form (with seven copies of the proprietary portions), and seven CD-ROMs containing the entire Application in electronic form, redacted for public inspection.

All inquiries relating to access (subject to the terms of any applicable protective order) to any confidential information submitted by SBC in support of the Application should be addressed to:

Jamie J. Williams
Kellogg, Huber, Hansen, Todd & Evans, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
jwilliams@khhte.com
(202) 367-7819 (direct)
(202) 326-7999 (fax)

# REDACTED – For Public Inspection

Marlene H. Dortch
September 20, 2002
Page 3

Please date-stamp the extra copy of this letter and return it to the individual delivering the Application.  If you have any questions, please contact me at (202) 326-7968.  Thank you for your assistance in this matter.

Yours truly,

Colin S. Stretch

Encs.

**REDACTED – For Public Inspection**