

# Bridgeport-Stamford-Norwalk-Danbury, CT-MSA

REDACTED - FOR PUBLIC INSPECTION

I 95

**Metropolitan Stamford
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings

— Known Alternate Fiber Routes

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

— MSA Boundary

Exhibit 6(d)(1)

# Bridgeport-Stamford-Norwalk-Danbury, CT-MSA

REDACTED - FOR PUBLIC INSPECTION



**Downtown Stamford
Known CLEC Fiber and Known
CLEC Lit Buildings**

- ■ Known CLEC Lit Buildings
- ▬ Known Alternate Fiber Routes
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

REDACTED - FOR PUBLIC INSPECTION

# Chicago, IL-MSA



## Available CLEC Transport Linkages

— Known Alternate Fiber

▤ 80 Percent of Special Access Demand For DS1 & DS3 Services

▨ SBC Territory

▨ Wire Centers w/Known CLEC Lit Buildings

▢ Non-SBC Territory

▢ MSA Boundary

**Exhibit 6(d)(1)**

Chicago, IL-MSA

REDACTED - FOR PUBLIC INSPECTION

Exhibit 6(d)(1)

**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary





Chicago, IL-MSA

Downtown Chicago
Known CLEC Fiber and Known
CLEC Lit Buildings

- Known CLEC Lit Buildings
- Known Alternate Fiber Routes
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

## Cleveland, OH-MSA

*Lake Erie*

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



**Cleveland, OH-MSA**

*Lake Erie*

### Available CLEC Transport Linkages

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

# Cleveland, OH-MSA

*Lake Erie*

44103

44114

44115

44113

44102

## Metropolitan Cleveland
### Customers Served Using Special Access And CLEC Lit Buildings

△ Customers of CLECs Served Using SBC Special Access

■ Known CLEC Lit Buildings

— Known Alternate Fiber Routes

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

ZipCode Boundaries

Exhibit 6(h)



REDACTED - FOR PUBLIC INSPECTION
Cleveland, OH-MSA
Cleveland Memorial Shrway
S Quarry Ln
Lakeview Dr
Hamilton St
Sandalwood Dr
Rome Cir
E Berwald Rd
E 133rd St
US Hwy 422
E 189th St
E 195th St
E 71st St
Rollingview Dr
W 41st Pl
W Biddulph Rd
W 116th St
US Hwy 20
Pueblo Ct
Bobko Blvd
E 154th St
US Hwy 422
W Meadow Ln
Camp Industrial Rd
US Hwy 6
E Boston Rd
Carlyon Rd
Downtown Cleveland
Customers Served Using Special Access
And CLEC Lit Buildings
Customers of CLECs Served
Using SBC Special Access
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
ZipCode Boundaries
Exhibit 6(d)(1)



# Cleveland, OH-MSA

REDACTED - FOR PUBLIC INSPECTION

*Lake Erie*

**Known CLEC Lit Buildings and CLEC Customers Served Using Special Access**

- △ Customers of CLECs Served Using SBC Special Access
- ■ Known CLEC Lit Buildings
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

**Columbus, OH-MSA**

**Available CLEC Transport Linkages**

- Known CLEC Fiber
- 80 Percent of Special Access Demand For DS1 & DS3 Services
- SBC Territory
- Wire Centers Served by Known CLEC Fiber
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

**Columbus, OH-MSA**

**Available CLEC Transport Linkages**

- ● COs with Known CLEC Fiber
- ▬ Available Transport Link
- ■ SBC Territory
- ■ Wire Centers Served by Known CLEC Fiber
- □ Non-SBC Territory
- ▭ MSA Boundary

Exhibit 6(d)(1)



**Columbus, OH-MSA**

REDACTED - FOR PUBLIC INSPECTION

43201

43212

I 670

I 71/I 670

43203

43215

43222

43205

I 70

I 71

**Metropolitan Columbus
Customers Served Using Special Access
CLEC Lit Buildings**

△ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

— Known CLEC Fiber Routes

□ SBC Territory

□ Wire Centers Served by Known CLEC Fiber

□ Non-SBC Territory

□ ZipCode Boundaries

43206

Esri (c)(t)



# Columbus, OH-MSA

REDACTED - FOR PUBLIC INSPECTION

43203

43215

43205

43206

E Sycamore St
N High St
Ealy Ct
Sturbridge Ct
Earhart Ave
N Remington Rd
Oakwind Dr
N Felton St
W Beechwold Blvd
E Oakland Ave
E Livingston Ave
E Main St
E Plum St
E Gay St
W Clearview Ave
Earman Dr
Sanbrooke Rd
Bryden Rd
East Fwy
Scenic Club Dr
Westmoor Pl
W Gay St
Sandy Ct
E Winter St
Integrity Dr N

## Downtown Columbus
## Customers Served Using Special Access
## CLEC Lit Buildings

▲ Customers of CLECs Served
   Using SBC Special Access

■ Known CLEC Lit Buildings

— Known CLEC Fiber Routes

  SBC Territory

  Wire Centers Served by Known CLEC Fiber

  Non-SBC Territory

— ZipCode Boundaries

Exhibit BKH(1)



REDACTED - FOR PUBLIC INSPECTION

**Columbus, OH-MSA**

**Wire Centers w/ Known CLEC Lit Buildings,
Known CLEC Lit Buildings, and CLEC
Customers Served Using Special Access**

△ Customers of CLECs Served Using
SBC Special Access

■ Known CLEC Lit Buildings

▢ SBC Territory

▢ Wire Centers w/Known CLEC Lit Buildings

▢ Non-SBC Territory

▭ MSA Boundary

Exhibit 6(d)(1)

REDACTED - FOR PUBLIC INSPECTION

# Dallas-Ft.Worth, TX-PMSA



*Dallas, TX-MSA*

*Ft.Worth, TX-MSA*

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

**Exhibit 6(d)(1)**



REDACTED - FOR PUBLIC INSPECTION

# Dallas-Ft.Worth, TX-PMSA

*Dallas, TX-MSA*

*Ft.Worth, TX-MSA*

**Available CLEC Transport Linkages**

○ COs with Known CLEC Fiber-based Collocation

— Available Transport Link

▨ SBC Territory

▨ Wire Centers w/Known CLEC Lit Buildings

☐ Non-SBC Territory

▭ MSA Boundary

Exhibit 6(d)(1)





REDACTED - FOR PUBLIC INSPECTION

# Dallas, TX-MSA

RETACTED - FOR PUBLIC INSPECTION

75219
75206
75207
75204
75246
75212
75223
75201
75202
75210
75215

**Metropolitan Dallas
Known CLEC Fiber and Known
CLEC Lit Buildings**

△ Customers of CLECs Served Using SBC Special Access
■ Known CLEC Lit Buildings
━━ Known Alternate Fiber Routes
▨ SBC Territory
▨ Wire Centers w/Known CLEC Lit Buildings
□ Non-SBC Territory
━━ ZipCode Boundaries

I 30
I 35 E
I 45

Exhibit 6(d)(1)





# Ft. Worth, TX-MSA

REDACTED - FOR PUBLIC INSPECTION

76106

76107

I 35 W

76111

76102

I 30

76104

**Metropolitan Ft. Worth
Known CLEC Fiber and Known
CLEC Lit Buildings**

△ Customers of CLECs Served by Using
SBC Special Access

■ Known CLEC Lit Buildings

━━ Known Alternate Fiber Routes

▢ SBC Territory

▢ Wire Centers w/Known CLEC Lit Buildings

▢ Non-SBC Territory

━━ ZipCode Boundaries

Exhibit 6(d)(1)



# Ft. Worth, TX-MSA

REDACTED - FOR PUBLIC INSPECTION

76106
76107
76102

E Weatherford St
E 1st St
E 2nd St
E 3rd St
St Spur 280
US Hwy 377
W Weatherford St
Jones St
Calhoun St
W 3rd St
Commerce St
E 9th St
Taylor St
Throckmorton St
Houston St
Lamar St
Burnett St
E 9th St
W 10th St
Texas St
W 13th St

**Downtown Ft. Worth
Known CLEC Fiber and Known
CLEC Lit Buildings**

△ Customers of CLECs Served Using
SBC Special Access

■ Known CLEC Lit Buildings

— Known Alternate Fiber Routes

☐ SBC Territory

☐ Wire Centers w/Known CLEC Lit Buildings

☐ Non-SBC Territory

☐ ZipCode Boundaries

Exhibit 6(d)(1)

REDACTED - FOR PUBLIC INSPECTION

# Dallas-Ft.Worth, TX-PMSA



*Dallas, TX-MSA*

*Ft.Worth, TX-MSA*

**Known CLEC Lit Buildings and CLEC
Customers Served Using Special Access**

△ Customers of CLECs Served Using
SBC Special Access

■ Known CLEC Lit Buildings

SBC Territory

Wire Centers with Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary



REDACTED - FOR PUBLIC INSPECTION

**Detroit, MI-MSA**

*Lake Erie*

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

**Exhibit 6(d)(1)**

MSA Boundary