

REDACTED - FOR PUBLIC INSPECTION

**Detroit, MI-MSA**

*Lake Erie*

**Available CLEC Transport Linkages**

⬤    COs with Known CLEC Fiber-based Collocation

▬    Available Transport Link

   SBC Territory

   Wire Centers w/Known CLEC CLE Buildings

   Non-SBC Territory

   MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

**Detroit, MI-MSA**

**Metropolitan Detroit
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings
— Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
— MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION
Detroit, MI-MSA
Henry St
I 75 S
E Adams St
State Hwy 1
State Hwy 3
Rivard St
St Antoine St
I 75 N
Cass Ave
2nd Blvd
John R St
E Lafayette Blvd
Gratiot Ave
State Hwy 3
E Congress St
US Hwy 12
Griswold St
1st St
3rd Ave
E Jefferson Ave
W Congress St
6th St
W Jefferson Ave
Downtown Detroit
Known CLEC Fiber and Known
CLEC Lit Buildings
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
MSA Boundary
Exhibit 6(d)(1)





REDACTED - FOR PUBLIC INSPECTION

# Kansas City, KS-MO-MSA

**Available CLEC Transport Linkages**

- ○ COs with Known CLEC Fiber-based Collection
- —— Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)



# Kansas City, KS-MO-MSA

REDACTED - FOR PUBLIC INSPECTION

I 29/I 35

I 70

I 670

I 35

**Metropolitan Kansas City
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings

▬▬ Known Alternate Fiber Routes

SBC Territory

Wire Centers w/Known CLEC Lit  Buildings

**Exhibit 6(d)(1)**

Non-SBC Territory

MSA Boundary







REDACTED - FOR PUBLIC INSPECTION

# Kansas City, KS-MO-MSA

Exhibit 6(d)(1)

REDACTED - FOR PUBLIC INSPECTION

**Houston, TX-MSA**

**Available CLEC Transport Linkages**

- ●    COs with Known CLEC Fiber-based Collocation
- ▬    Available Transport Link
-    SBC Territory
-    Wire Centers w/Known CLEC Lit Buildings
-    Non-SBC Territory
-    MSA Boundary

Exhibit 6(d)(1)





REDACTED - FOR PUBLIC INSPECTION
Houston, TX-MSA
Memorial Dr
I 45 S
Bagby St
Louisiana St
Milam St
Main St
Commerce St
Franklin St
Prairie St
Congress St
Texas St
Rusk Ave
Walker St
Capitol St
Mckinney St
Dallas St
Travis St
Valentine St
77010
US Hwy 59
Bell St
Jefferson Ave
Polk St
Hutchins St
Bastrop St
Leeland St
Fannin St
Caroline St
I 45 N
St Joseph Pkwy
Downtown Houston
Customers Served Using Special Access
And CLEC Lit Buildings
Customers of CLECs Served
Using SBC Special Access
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
ZipCode Boundaries
Exhibit 6(d)(1)

REDACTED - FOR PUBLIC INSPECTION

# Houston, TX-MSA



**Known CLEC Lit Buildings and CLEC Customers Served Using Special Access**

▲ Customers of CLECs Served Using SBC Special Access
■ Known CLEC Lit Buildings
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
MSA Boundary

Exhibit 6(d)(1)



# Indianapolis, IN-MSA

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers with Known CLEC Lit  Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(h)(1)



# Indianapolis, IN-MSA

REDACTED

**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(4)



REDACTED - FOR PUBLIC INSPECTION

I 65

I 70

**Metropolitan Indianapolis
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings

— Known Alternate Fiber Routes

  SBC Territory

  Wire Centers w/Known CLEC Lit  Buildings
**Exhibit 6(d)(1)**
  Non-SBC Territory

  MSA Boundary



# Indianapolis, IN-MSA

REDACTED - FOR PUBLIC INSPECTION

W 9th St
W Saint Clair St
N Capitol Ave
N Illinois St
N Delaware St
Fort Wayne Ave
N East St
N College Ave
E North St
E Michigan St
Massachusetts Ave
N West St
E Vermont St
E New York St
E Miami St
N Pennsylvania St
W Ohio St
N Delaware St
N New Jersey St
US Hwy 40
I 70 W
W Maryland St
E Washington St
Virginia Ave
S College Ave
State Hwy 67
S Illinois St
S Delaware St
E South St
E Louisiana St
E Mccarty St

**Downtown Indianapolis
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings
— Known Alternate Fiber Routes
  SBC Territory
  Wire Centers w/Known CLEC Lit  Buildings
  Non-SBC Territory
  MSA Boundary

Exhibit 6(d)(1)



# Los Angeles-Long Beach, Orange County, CA-PMSA

REDACTED - FOR PUBLIC INSPECTION

*Los Angeles, MSA*

*Pacific Ocean*

*Orange County, MSA*

**Alternate Fiber Routes**

— Known Alternate Fiber

≡ 80 Percent of Special Access Demand For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



# Los Angeles-Long Beach, Orange County, CA-PMSA

REDACTED - FOR PUBLIC INSPECTION

*Los Angeles, MSA*

*Pacific Ocean*

*Orange County , MSA*

### Available CLEC Transport Linkages

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- ▬ SBC Territory
- ▬ Wire Centers w/Known CLEC Lit  Buildings
- ▬ Non-SBC Territory
- ▬ MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION
Los Angeles-Long Beach, CA-MSA
91604
91608
91522
90068
90027
91204
91205
90041
91105
91101
91106
91108
90039
90065
90042
91030
90046
90028
90069
90038
90029
91801
91776
90032
90031
90004
91803
90048
90036
HWY 101
HWY 110
90211
90020
90057
I 5
90212
90005
90035
90019
90017
91754
91755
90033
90006
90013
90063
90015
90034
90016
90018
90007
I 10
90022
90232
90023
90011
90008
90062
90037
90058
90230
90056
90270
90043
90255
90302
90001
90003
90305
90301
90045
90047
90044
90002
Metropolitan Los Angeles
Customers Served Using Special Access
And CLEC Lit Buildings
Customers of CLECs Served Using SBC Special Access
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
ZipCode Boundaries
Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION
Los Angeles-Long Beach, CA-MSA
90017
90071
90014
Harbor Fwy
S Figueroa St
S Flower St
Wilshire Blvd
W 3rd St
W 4th St
W 5th St
W 6th St
W 7th St
W 8th St
W 9th St
W Olympic Blvd
S Broadway
S Spring St
S Hope St
S Grand Ave
S Olive St
Downtown Los Angeles
Customers Served Using Special Access
And CLEC Lit Buildings
Customers of CLECs Served
Using SBC Special Access
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
ZipCode Boundaries
Exhibit 6(d)(1)



# Orange County, CA-MSA

REDACTED - FOR PUBLIC INSPECTION

92844
92843
92703
92701
92782
92602
92780
92704
92708
92707
92620
92606
92604
92614
92618
92626
92646
92612
92697
92660
92603

HWY 55
I-405

**Metropolitan Orange County Customers Served Using Special Access And CLEC Lit Buildings**

△ Customers of CLECs Served Using SBC Special Access

■ Known CLEC Lit Buildings

▬▬ Known Alternate Fiber Routes

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

ZipCode Boundaries

Exhibit 6(a)(1)



# Orange County, CA-MSA

REDACTED - FOR PUBLIC INSPECTION

92704
92707
92780
92606
92604
92626
92627
92697
92660
92612

W Macarthur Blvd
S Main St
S Bristol St
Macarthur Blvd
Red Hill Ave
Barranca Pkwy
Armstrong Ave
Alton Pkwy
Mcgaw Ave
Jamboree
Main St
Harvard Ave
I 405 S
Paularino Ave
Baker St
State Hwy 55 N
Michelson Dr
Dupont Dr
Campus Dr

### Downtown Irvine
### Customers Served Using Special Access
### And CLEC Lit Buildings

▲ Customers of CLECs Served
Using SBC Special Access

■ Known CLEC Lit Buildings

— Known Alternate Fiber Routes

SBC Territory

Wire Centers with Known CLEC Lit Buildings

Non-SBC Territory

— ZipCode Boundaries

Exhibit B(9)(f)



# Los Angeles-Long Beach, Orange County, CA-PMSA

*Los Angeles, MSA*

*Orange County, MSA*

*Pacific Ocean*

**Known CLEC Lit Buildings and CLEC Customers Served Using Special Access**

△ Customers of CLECs Served Using SBC Special Access

■ Known CLEC Lit Buildings

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)





**Milwaukee, WI-MSA**

*Lake Michigan*

**Available CLEC Transport Linkages**

○ COs with Known CLEC Fiber-based Collocation

━━ Available Transport Link

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(g)(4)