

REDACTED FOR PUBLIC INSPECTION

# Milwaukee, WI-MSA

**Metropolitan Milwaukee
Known CLEC Fiber and Known
CLEC Lit Buildings**

■ Known CLEC Lit Buildings

── Known Alternate Fiber Routes

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

── MSA Boundary

Exhibit 6(d)(1)







# Oklahoma City, OK-MSA

REDACTED - FOR PUBLIC INSPECTION

**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION

# Oklahoma City, OK-MSA

I 35/I 44

I 40

I 44

I 35

Exhibit 6(d)(1)

**Metropolitan Oklahoma City
Known CLEC Fiber and Known
CLEC Lit Buildings**

- Known CLEC Lit Buildings
- Known Alternate Fiber Routes
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary



# Oklahoma City, OK-MSA

REDACTED - FOR PUBLIC INSPECTION

**Downtown Oklahoma City**
**Known CLEC Fiber and Known**
**CLEC Lit Buildings**

- Known CLEC Lit Buildings
- Known Alternate Fiber Routes
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)



# Sacramento, CA-MSA

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



REDACTED FOR PUBLIC INSPECTION

**Sacramento, CA-MSA**

### Available CLEC Transport Linkages

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

**Exhibit 6(d)(1)**





REDACTED - FOR PUBLIC INSPECTION

# San Antonio, TX-MSA



**Alternate Fiber Routes**

- ——— Known Alternate Fiber
- 80 Percent of Special Access Demand For DS1 & DS3 Services
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

**Exhibit 6(d)(1)**

REDACTED - FOR PUBLIC INSPECTION

# San Antonio, TX-MSA



**Available CLEC Transport Linkages**

- ⬤ COs with Known CLEC Fiber-based Collocation
- ▬ Available Transport Link
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)



# San Antonio, TX-MSA

REDACTED - FOR PUBLIC INSPECTION

78215

78202

78205

I 35

I 10

I 37

I 10/I 35

**Metropolitan San Antonio
Customers Served Using Special Access
And CLEC Lit Buildings**

Customers of CLECs Served

Exhibit 6(d)(1)



REDACTED - FOR PUBLIC INSPECTION
San Antonio, TX-MSA
N Main Ave
Augusta St
Navarro St
Lexington Ave
Avenue B
Broadway St
N Alamo St
4th St
3rd St
Gonzales
E Martin St
N St Marys St
Jefferson St
E Travis St
E Houston St
E Commerce St
N Presa St
78205
Downtown San Antonio
Customers Served Using Special Access
And CLEC Lit Buildings
Customers of CLECs Served Using SBC Special Access
Known CLEC Lit Buildings
Known Alternate Fiber Routes
SBC Territory
Wire Centers w/Known CLEC Lit Buildings
Non-SBC Territory
ZipCode Boundaries
Exhibit 6(d)(1)

San Antonio, TX-MSA

REDACTED - FOR PUBLIC INSPECTION

Known CLEC Lit Buildings and CLEC
Customers Served Using Special Access

△ Customers of CLECs Served Using
   SBC Special Access
■ Known CLEC Lit Buildings
   SBC Territory
   Wire Centers w/Known CLEC Lit Buildings
   Non-SBC Territory
   MSA Boundary

Exhibit 6(d)(1)



San Diego, CA-MSA

REDACTED - FOR PUBLIC INSPECTION

Exhibit 6(d)(1)

**Alternate Fiber Routes**

Known Alternate Fiber

80 Percent of Special Access Demand
For DS1 & DS3 Services

SBC Territory

Wire Centers w/Known CLEC Lit  Buildings

Non-SBC Territory

MSA Boundary



San Diego, CA-MSA

REDACTED - FOR PUBLIC INSPECTION

**Available CLEC Transport Linkages**

○ COs with Known CLEC Fiber-based Collocation

— Available Transport Link

SBC Territory

Wire Centers w/Known CLEC Lit Buildings

Non-SBC Territory

MSA Boundary

Exhibit 6(d)(1)



San Diego, CA-MSA

REDACTED - FOR PUBLIC INSPECTION

**Metropolitan San Diego
Known CLEC Fiber and Known
CLEC Lit Buildings**

- Known CLEC Lit Buildings
- Known Alternate Fiber Routes
- SBC Territory
- Wire Centers w/Known CLEC Lit Buildings
- Non-SBC Territory
- MSA Boundary

Exhibit 6(d)(1)







# St. Louis, IL-MO-MSA

REDACTED - FOR PUBLIC INSPECTION

**Available CLEC Transport Linkages**

- ●    COs with Known CLEC Fiber-based Collocation
- ▬    Available Transport Link
- ▢    SBC Territory
- ▢    Wire Centers w/Known CLEC Lit Buildings
- ▢    Non-SBC Territory
- ▭    MSA Boundary

Exhibit 6(d)(1)



St. Louis, IL-MO-MSA

REDACTED - FOR PUBLIC INSPECTION

I 70

I 55/70

I 64

I 44

I 55

**Metropolitan St. Louis**
**Known CLEC Fiber and Known**
**CLEC Lit Buildings**

■ Known CLEC Lit Buildings
— Known Alternate Fiber Routes
  SBC Territory
  Wire Centers w/Known CLEC Lit  Buildings
  Non-SBC Territory
  MSA Boundary

Exhibit 6(d)(1)



St. Louis, IL-MO-MSA