# EXHIBIT 1

**Curriculum vitae**
**of**
**Nicholas Economides**

# CURRICULUM VITAE

July 2006

**Nicholas S. Economides**, Stern School of Business, New York University, 44 West 4th Street, New York, New York 10012. (917) 776-8777, (212) 998-0864, e-mail: neconomi@stern.nyu.edu, www: http://www.stern.nyu.edu/networks/.

Current Position
Professor of Economics, Stern School of Business, New York University.

Concurrent and Past Positions
Executive Director, NET Institute, www.NETinst.org, December 2002-
January 2004-August 2004: Visiting Professor, Stanford University. January 2001-August 2001: Visiting Professor, Stanford University. Academic year 1997-1998: Visiting Scholar, Federal Reserve Bank of New York. Academic year 1996-1997: Visiting Professor, Stanford University. January 1989 - August 1990: Visiting Associate Professor, Stanford University. July 1988 to August 1990: Associate Professor, Columbia University, Department of Economics. September 1981 - June 1988: Assistant Professor, Columbia University, Department of Economics. Research Assistant for Professor Andreu Mas-Colell, October 1979 - June 1981. Research Assistant for Professor David Babbel, January 1981 - August 1981. Research Assistant for Professor Richard Gilbert, October 1978 - September 1979. Teaching Assistant at the University of California, Berkeley, September 1977 - June 1980. Courses supervised: Graduate Microeconomic Theory, Intermediate Microeconomics, Introductory Economics.

Education
Ph.D. 1981, University of California, Berkeley.
M.A. 1979, University of California, Berkeley.
B.Sc. 1976, London School of Economics. First Class Honors.

Research Interests
Network Industries, Telecommunications, Structure of Financial Markets, Antitrust and Competition Policy, Law and Economics, Industrial Organization.

Teaching Experience
Ph.D. Industrial Organization, Topics in Industrial Organization, Strategic Interaction in Markets and Industries, Networks, Telecommunications Economics and Strategic Issues in Digital Convergence, Network Economics and the "New Economy," Ph.D. Microeconomics, MBA Microeconomics, Undergraduate Industrial Organization, Seminar in Industrial Organization, Seminar in Microeconomics.

## A.    PUBLISHED PAPERS IN REFEREED JOURNALS

1.    "Two-sided Competition of Proprietary vs. Open Source Technology Platforms and the Implications for the Software Industry" (with Evangelos Katsamakas), *Management Science* vol. 52, no. 7, pp. 1057-1071 (July 2006). Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_Katsamakas_Two-sided.pdf.

Prof. Nicholas Economides C.V., page    1

2.  "The *Trinko* case and Section 2 of the Sherman Act," *New York University Annual Survey of American Law*, vol. 63, no. 3, pp. 379-413 (2005). Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_Trinko.pdf.

3.  "A Parimutuel Market Microstructure for Contingent Claims Trading," (2004), (with Jeffrey Lange), *European Financial Management Journal*, forthcoming. Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_Parimutuel.pdf .

4.  "The Microsoft Antitrust Case," (2001), *Journal of Industry, Competition and Trade: From Theory to Policy,* vol. 1, no. 1, pp. 7-39 (August 2001), lead article. Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Microsoft_Antitrust.final.pdf .

5.  "The Microsoft Antitrust Case: Rejoinder," (2001), *Journal of Industry, Competition and Trade: From Theory to Policy,* vol. 1, no. 1, pp. 71-79 (August 2001). Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Microsoft_Antitrust.Rejoinder.pdf .

6.  "United States v. Microsoft: A Failure of Antitrust in the New Economy," Symposium: Cyber Rights, Protection, and Markets, *UWLA Law Review*, (April 2001), lead article. Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/UWLA.pdf .

7.  "Durable Goods Monopoly with Network Externalities with Application to the PC Operating Systems Market," *Quarterly Journal of Electronic Commerce,* vol. 1, no. 3 (2000), pp. 193-201. Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/durable.pdf .

8.  "Quality Choice and Vertical Integration," *International Journal of Industrial Organization,* vol. 17 (1999), pp. 903-914. Electronic copy available at http://www.stern.nyu.edu/networks/Economides_Quality_Choice_and_Vertical_Integration.pdf .

9.  "The Telecommunications Act of 1996 and Its Impact," *Japan and the World Economy,* vol. 11 (1999), pp. 455-483, lead article. Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/The_Telecommunications_Act_and_its_Impact.pdf .

10. "Comment on 'A Note on N. Economides: The Incentive for Non-Price Discrimination by an Input Monopolist' by Mats Bergman, " *International Journal of Industrial Organization,* vol. 18 (2000), pp. 989–991. Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_Comment_on_Bergman.pdf .

11. "The Incentive for Non-Price Discrimination by an Input Monopolist," *International Journal of Industrial Organization,* vol. 16 (March 1998), pp. 271-284. Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_The_Incentive_for_Non-

Price_Discrimination.pdf .

12.    "The Max-Min-Min Principle of Product Differentiation," *Journal of Regional Science,* vol. 38 (1998), pp. 207-230, lead article, (with Asim Ansari and Joel Steckel). Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/The_Max-Min-Min_Principle.pdf .

13.    "Equilibrium Coalition Structures in Markets for Network Goods," *Annales d'Economie et de Statistique*, vol. 49/50 (1998), pp. 361-380 (with Fredrick Flyer).

14.    "The Inefficiency of the ECPR Yet Again: a Reply to Larson," *The Antitrust Bulletin*, vol. XLIII, no. 2, pp. 429-444 (1998) (with Lawrence J. White). Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/The_Inefficiency_of_the_ECPR.pdf .

15.    "The Economics of Networks," *International Journal of Industrial Organization* (1996), vol. 14, no. 2, pp. 675-699, lead article. Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_Economics_of_Networks.pdf .

16.    "The Political Economy of Branching Restrictions and Deposit Insurance: A Model of Monopolistic Competition of Small and Large Banks," *Journal of Law and Economics* (October 1996) vol. XXXIX, pp. 667-704 (with R. Glenn Hubbard and Darius Palia). Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_Hubbard_Palia_Branching_Restrictions.pdf .

17.    "Network Externalities, Complementarities, and Invitations to Enter," *European Journal of Political Economy*, vol. 12, (1996), pp. 211-232. Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_Network_externalities_EJPE_1996.pdf .

18.    "Special Issue on Network Economics: Business Conduct and Market Structure," *International Journal of Industrial Organization* (1996), vol. 14, no. 6, pp. 669-671, (with David Encaoua).

19.    "Regulatory Pricing Policies to Neutralize Network Dominance," *Industrial and Corporate Change*, vol. 5, no. 4, pp. 1013-1028, (1996) (with Giuseppe Lopomo and Glenn Woroch). Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Regulatory_Pricing_Policies_to_Neutralize_Network_Dominance.pdf .

20.    "Equity Trading Practices and Market Structure: Assessing Asset Managers' Demand for Immediacy," *Financial Markets, Institutions & Instruments*, vol. 4, no. 4 (November 1995), pp. 1-46 (with Robert A. Schwartz). Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_Schwartz_Equity_Trading_Practices.pdf .

21.    "Access and Interconnection Pricing: How Efficient is the 'Efficient Component Pricing Rule'?," *The Antitrust Bulletin*, vol. XL, no. 3, (Fall 1995), pp. 557-579 (with Lawrence J. White). Pre-publication electronic copy available at

http://www.stern.nyu.edu/networks/Economides_Access_and_interconnection_pricing.pdf.

22.  "Electronic Call Market Trading," *Journal of Portfolio Management*, vol. 21, no. 3 (Spring 1995), pp. 10-18 (with Robert A. Schwartz). Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_Schwartz_Electronic_Call_Market_Tradi ng.pdf .

23.  "Competitive Positioning with Non-Uniform Preferences," *Marketing Science*, vol. 13, no. 3 (Summer 1994), pp. 248-273 (with Asim Ansari and Avijit Ghosh). Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_Competitive_Positioning.pdf .

24.  "Networks and Compatibility: Implications for Antitrust," *European Economic Review*, vol. 38 (March 1994), pp. 651-662 (with Lawrence J. White). Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_White_Networks_and_Compatibility_I mplications_for_Antitrust.pdf .

25.  "Quantity Leadership and Social Inefficiency," *International Journal of Industrial Organization*, vol. 11, no. 2 (1993), pp. 219-237. Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_Quantity_Leadership.pdf .

26.  "Quality Variations in the Circular Model of Differentiated Products," *Regional Science and Urban Economics*, vol. 23, no. 2 (1993), pp. 235-257. Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_Quality_Variations_in_The_Circular_M odel_of_Differentiated_Products.pdf .

27.  "Hotelling's 'Main Street' With More Than Two Competitors," *Journal of Regional Science*, vol. 33, no. 3 (1993), pp. 303-319. Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_Hotellings_Main_Street.pdf .

28.  "Network Economics with Application to Finance," *Financial Markets, Institutions & Instruments*, vol. 2, no. 5 (December 1993), pp. 89-97. Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/fmii93.pdf .

29.  "Competition and Integration Among Complements, and Network Market Structure," *Journal of Industrial Economics,* vol. XL, no. 1 (1992), pp. 105-123 (with Steven C. Salop). Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_Salop_Competition_and_Integration.pdf

30.  "Desirability of Compatibility in the Absence of Network Externalities," *American Economic Review,* vol. 79, no. 5 (December 1989), pp. 1165-1181. Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_Desirability_of_Compatibility.pdf .

31.  "Symmetric Equilibrium Existence and Optimality in Differentiated Products Markets," *Journal of Economic Theory,* vol. 47, no. 1 (1989), pp. 178-194. Pre-publication electronic

copy available at
http://www.stern.nyu.edu/networks/Economides_Symmetric_Equilibrium_Existence.pdf.

32.     "Quality Variations and Maximal Product Differentiation," *Regional Science and Urban Economics,* vol. 19 (1989), pp. 21-29.  Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_Quality_Variations_and_Maximal_Variet y_Differentiation.pdf.

33.     "The Division of Markets is Limited by the Extent of Liquidity," *American Economic Review,* vol. 78, no. 1 (March 1988), pp. 108-121 (with Aloysius Siow).  Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_The_Division_of_Markets.pdf .

34.     "The Economics of Trademarks," *Trademark Reporter,* vol. 78 (July-August 1988), pp. 523-539, reprinted in *The International Library of Critical Writings.*  Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_Economics_of_Trademarks.pdf

35.     "On Nash Equilibrium Existence and Optimality in Oligopolistic Competition in Prices and Varieties," *Greek Economic Review,* vol. 9, no. 2 (1987), pp. 198-209.  Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_Nash_Equilibrium_Existence.pdf .

36.     "Nash Equilibrium Existence in Duopoly with Products Defined by Two Characteristics," *Rand Journal of Economics,* vol. 17, no. 3 (1986), pp. 431-439.  Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_Nash_Equilibrium_in_Duopoly.pdf .

37.     "Stable Cartels," *International Economic Review,* vol. 22, no. 2 (1986), pp. 317-327 (with M.P. Donsimoni and H.M. Polemarchakis).  Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_Stable_Cartels.pdf.

38.     "Minimal and Maximal Product Differentiation in Hotelling's Duopoly," *Economics Letters,* vol. 21 (1986), pp. 67-71.  Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_Minimal_and_Maximal.pdf.

39.     "The Pareto-Optimal Design of Term Life Insurance Contracts," *Scandinavian Actuarial Journal* (1985), pp. 49-63 (with David F. Babbel).  Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_Pareto-optimal_Design.pdf.

40.     "Existence of Equilibrium in Price-Quality Competition," *Greek Economic Review,* vol. 7, no. 2 (1985), pp. 179-186.  Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_Equilibrium_in_price-quality_competition.pdf .

41.     "The Principle of Minimum Differentiation Revisited," *European Economic Review,* vol. 24 (1984), pp. 345-368.  Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_The_Principle_of_Minimum_Differentiati

on_Revisited.pdf.

42.    "Do Increases in Preference Diversity (Across Countries) Induce Increases in Trade? An Affirmative Example," *Journal of International Economics*, vol. 17 (1984), pp. 375-381. Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_Do_Increases_In_Preference_Diversity.pdf .

43.    "The Demand for Life Insurance: An Application of the Economics of Uncertainty: Comments," *Journal of Finance*, vol. 37, no. 5 (1982), pp. 1305-1309.  Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_Demand_For_%20Life_Insurance.pdf.

## B.    PUBLISHED PAPERS IN REFEREED BOOKS

44.    "Linux vs. Windows: A Comparison of Application and Platform Innovation Incentives for Open Source and Proprietary Software Platform"(with Evangelos Katsamakas), in Jürgen Bitzer and Philipp J.H. Schröder (eds.) *The Economics of Open Source Software Development*, Elsevier Publishers, 2006, pre-publication copy at http://www.stern.nyu.edu/networks/Economides_Katsamakas_Linux_vs._Windows.pdf.

45.    "Competition Policy in Network Industries: An Introduction," in Dennis Jansen (ed.), *The New Economy and Beyond: Past, Present and Future*, Edward Elgar (2006), pre-publication copy at http://www.stern.nyu.edu/networks/Economides_Competition_Policy.pdf.

46.    "Public Policy in Network Industries" in Paolo Buccirossi (ed.), *Handbook of Antitrust Economics,* Cambridge, The MIT Press (2006).

47.    "The Economics of the Internet Backbone," in Ingo Vogelsang (ed.) *Handbook of Telecommunications.* Amsterdam: Elsevier Publishers, 2005, pre-publication copy at http://www.stern.nyu.edu/networks/Economides_ECONOMICS_OF_THE_INTERNET_BACKBONE.pdf.

48.    "Telecommunications Regulation: An Introduction," in Richard R. Nelson (ed.) *The Limits and Complexity of Organizations,* Russell Sage Foundation Press, New York, 2005, pre-publication copy at http://www.stern.nyu.edu/networks/Economides_Telecommunications_Regulation.pdf.

49.    "US Telecommunications Today," *IS Management Handbook* Brown, Carol V. and Topi, Heikki (Eds). 2003. Auerbach Publications, Boca Raton, FL. Pre-publication electronic copy at http://www.stern.nyu.edu/networks/Economides_US_Telecommunications_Today_October_2002.pdf .

50.    "The Tragic Inefficiency of M-ECPR," (Ed) Shampine, A. (2003), *Down to the Wire: Studies in the Diffusion and Regulation of Telecommunications Technologies.* Nova

Science Publishers, Inc., New York, NY. Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_M-ECPR.pdf.

51.    "Real Options and the Costs of the Local Telecommunications Network," in *Real Options: The New Investment Theory and its Implications for Telecommunications Economics* (1999), Regulatory Economics Series, Kluwer Academic Publishers, Boston. James Alleman and Eli Noam (editors). Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/real.pdf.

52.    "US Telecommunications Today, April 1999," *Handbook of IS Management 2000,* Carol V. Brown, editor, Auerbach/CRC Press, Boca Raton, FL, 2000. Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/US1999.pdf.

53.    "Competition and Vertical Integration in the Computing Industry," in *Competition, Innovation, and the Role of Antitrust in the Digital Marketplace,* Jeffrey A. Eisenach and Thomas M. Lenard (eds.), Kluwer Academic Publishers, 1998. Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/98-11.pdf.

54.    "US Telecommunications Today," *Business Economics,* April 1998, lead article. Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/98-04.pdf.

55.    "Trademarks," (1998) in *The New Palgrave Dictionary of Economics and the Law,* London: Macmillan, pp. 601-3, reprinted in *The International Library of Critical Writings.* Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/trademarks.pdf.

56.    "One-Way Networks, Two-Way Networks, Compatibility, and Public Policy," in *Opening Networks to Competition: The Regulation and Pricing of Access,* David Gabel and David Weiman (eds). Kluwer Academic Press. 1996 (with Lawrence J. White). Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/One-Way_Networks_Two-way_Networks_Compatibility_and_Public_Policy.pdf.

57.    "Critical Mass and Network Evolution in Telecommunications," in *Toward a Competitive Telecommunications Industry: Selected Papers from the 1994 Telecommunications Policy Research Conference,* Gerard Brock (ed.), 1995 (with Charles Himmelberg). Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/tprc.pdf.

58.    "The Quality of Complex Systems and Industry Structure," in William Lehr (ed.), *Quality and Reliability of Telecommunications Infrastructure.* Lawrence Erlbaum. Hillsdale: 1995 (with William Lehr). Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/The_Quality_of_Complex_Systems.pdf.

59.    "Differentiated Public Goods: Privatization and Optimality," in *Does Economic Space Matter? Essays in Honour of Melvin L. Greenhut,* edited by H. Ohta & J.-F. Thisse. St. Martin's Press. New York: 1993 (with Susan Rose-Ackerman). Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_Differentiated_Public_Goods_Privatization_and_Optimality.pdf.

60.    "A Monopolist's Incentive to Invite Competitors to Enter in Telecommunications Services," in Gerard Pogorel (ed.), *Global Telecommunications Strategies and Technological Changes*, pp. 227-239. Elsevier. Amsterdam: 1993. Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/miic.pdf.

61.    "Liquidity and Markets," in *The New Palgrave Dictionary of Finance*, New York: 1992.

62.    "Compatibility and the Creation of Shared Networks," in *Electronic Services Networks: A Business and Public Policy Challenge* (pp. 39-55), edited by Margaret Guerin-Calvert and Steven Wildman, Praeger Publishing Inc., New York: 1991. Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Economides_Compatibility_and_the_Creation.pdf.

## C.    PUBLISHED PAPERS IN NON-REFEREED BOOKS AND JOURNALS

63.    "Dial 'C' for Competition," *SternBusiness*, Fall 2003, http://www.stern.nyu.edu/networks/Dial_C_for_Competition_Economides_SternBusiness_Fall_2003.pdf.

64.    "Comment of Nicholas S. Economides on the Revised Proposed Final Judgment in United States v. Microsoft," January 22, 2002, at http://www.usdoj.gov/atr/cases/ms_tuncom/major/mtc-00022465.htm#comments.

65.    "The Impact of the Internet on Financial Markets," *Journal of Financial Transformation*, vol. 1, no. 1 (2001), pp. 8-13. Electronic copy available at http://www.stern.nyu.edu/networks/Economides_The_Impact_of_the_Internet_on_financial_markets.pdf.

66.    "Coming Apart, Coming Together: The AT&T Breakup (Round Three) and the Remonopolization of Telecommunications," *SternBusiness*, Spring/Summer 2001, http://www.stern.nyu.edu/networks/SternBusiness_Spring_2001.pdf.

67.    "The Real Losers in the Microsoft Anti-Trust Case," *SternBusiness*, Spring / Summer 2000, http://www.stern.nyu.edu/networks/SternBusiness_spring_summer_2000.pdf.

68.    "Federal Deposit Insurance: Economic Efficiency or Politics?," *Regulation*, vol. 22, no. 3 (September 1999). (with R. Glenn Hubbard and Darius Palia). Pre-publication electronic copy available at http://www.cato.org/pubs/regulation/regv22n3/fdi.pdf.

69.    "How to Enhance Market Liquidity," chapter 6 in R. Schwartz (ed.) *Global Equity Markets*, Irwin Professional. New York: 1995. Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/how.pdf.

70.    *Making the Trade: Equity Trading Practices and Market Structure*, TraderForum, Institutional Investor (with Robert Schwartz). Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/making.pdf.

71. "Commentary on Antitrust Economics of Credit Card Networks," *Federal Reserve Bank of St. Louis Review*, November-December 1995, pp. 60-63. Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/frbstlre.pdf.

72. "Comments on 'Ranking Alternative Trade-Restricting Policies Under Duopoly'," *Japan and the World Economy*, vol. 6 (1994), pp. 171-173. Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/Comments_on_Ranking.pdf.

73. *Proposal to the Bank of Greece on the Organization of Primary and Secondary Markets in Greek State Bills, Notes and Bonds* (1993). Pre-publication electronic copy available at http://www.stern.nyu.edu/networks/bankgree.pdf.

74. *Oligopoly in Markets for Products Differentiated by their Characteristics*, Ph.D. dissertation, University of California, Berkeley, 1981.


## D.    WORKING PAPERS

75. "Hit and Miss: Leverage, Sacrifice, and Refusal to Deal and the Supreme Court Decision in *Trinko*," Electronic copy available at http://www.stern.nyu.edu/networks/Hit_and_Miss.pdf.

76. "Strategic Commitments and the Principle of Reciprocity in Interconnection Pricing," Working Paper #05-10, Stern School of Business, N.Y.U. (with Giuseppe Lopomo and Glenn Woroch), http://www.stern.nyu.edu/networks/reciprocity.pdf.

77. "Quantifying the Benefits of Entry into Local Phone Service," (with Katja Seim and V. Brian Viard), NET Institute Working Paper #05-08 (October 2005), at http://www.stern.nyu.edu/networks/Local_Telecommunications.pdf .

78. "The Incentive for Vertical Integration," NET Institute Working Paper #05-01 (January 2005), at http://www.stern.nyu.edu/networks/The_Incentive_for_Vertical_Integration.pdf.

79. "Dynamic Duopoly with Network Effects" (with Matt Mitchell and Andrzej Skrzypacz), mimeo., July 2005, at http://www.stern.nyu.edu/networks/Dynamic_Duopoly_with_Network_Effects.pdf.

80. "Quality Choice in Markets with Network Effects," (with Cristian Dezso), mimeo. September 2003.

81. "Pricing of Complementary Goods and Network Effects," (with Brian Viard), NET Institute Working Paper, June 2006, at http://www.stern.nyu.edu/networks/Economides_Viard_Pricing_of_Complementary_Goods.pdf.

82. "Does it Pay to be First? Sequential Locational Choice and Foreclosure" (with Jamie Howell and Sergio Meza), Discussion Paper, Stern School of Business, N.Y.U.,

http://www.stern.nyu.edu/networks/SeqlocDec2004.pdf.

83.  "Standards Coalitions Formation and Market Structure in Network Industries," (with Andrzej Skrzypacz), Working Paper no. EC-03-08, Stern School of Business, N.Y.U., http://www.stern.nyu.edu/networks/Standards.pdf .

84.  "The Microsoft Antitrust Case: A Case Study For MBA Students," mimeo., at http://www.stern.nyu.edu/networks/homeworks/Microsoft_Case.pdf

85.  "Market Structure in Network Industries," mimeo.

86.  "Raising Rivals' Costs in Complementary Goods Markets: LECs Entering into Long Distance and Microsoft Bundling Internet Explorer," Discussion Paper EC-98-03, Stern School of Business, N.Y.U., http://www.stern.nyu.edu/networks/98-03.pdf .

87.  "Compatibility and Market Structure for Network Goods," Discussion Paper EC-98-02, Stern School of Business, N.Y.U. (with Fredrick Flyer), http://www.stern.nyu.edu/networks/98-02.pdf.

88.  "Critical Mass and Network Size with Application to the US Fax Market," Discussion Paper no. EC-95-11, Stern School of Business, N.Y.U. (with Charles Himmelberg), http://www.stern.nyu.edu/networks/Critical.pdf.

89.  "Monopolistic Competition with Two-Part Tariffs," (with Steve Wildman), http://www.stern.nyu.edu/networks/Economides_Wildman_Monopolistic_Competition_wit h_Two-Part_Tariffs.pdf.

90.  "The Incentive of a Multiproduct Monopolist to Provide All Goods," Discussion Paper no. EC-95-09, Stern School of Business, N.Y.U., http://www.stern.nyu.edu/networks/95-09.pdf.

91.  "Principles of Interconnection: A Response to 'Regulation of Access to Vertically-Integrated Natural Monopolies'," submitted to the New Zealand Ministry of Commerce, http://www.stern.nyu.edu/networks/principl.pdf.

92.  "Equilibrium Fee Schedules in a Monopolist Call Market," Discussion Paper no. EC-94-15, Stern School of Business, N.Y.U. (with Jeff Heisler), http://www.stern.nyu.edu/networks/94-15.pdf.

93.  "Mixed Bundling in Duopoly," Discussion Paper EC-93-29, Stern School of Business, N.Y.U., http://www.stern.nyu.edu/networks/93-29.pdf.

94.  "Benefits and Pitfalls of Network Interconnection," Discussion Paper no. EC-92-31, Stern School of Business, N.Y.U. (with Glenn Woroch), http://www.stern.nyu.edu/networks/92-31.pdf.

95.  "Compatibility and Market Structure," Discussion Paper EC-91-16, Stern School of Business, N.Y.U., http://www.stern.nyu.edu/networks/91-16.pdf.

96.    "Co-existence of Call and Continuous Markets," mimeo. (with Jeff Heisler).

97.    "Market Structure of Broadband and Multimedia Services on the Information Superhighway," mimeo. (with David Salant).

98.    "The Benefits of Franchising and Vertical Disintegration in Markets for Locationally Differentiated Products," mimeo.

99.    "Variable Compatibility Without Network Externalities," Discussion Paper No. 157, Center for Economic Policy Research, Department of Economics, Stanford University.

100.   "The Choice of Strategy Space in Duopoly," mimeo.

101.   "A Simple Model of Trade in Differentiated Products," International Economics Research Center Discussion Paper No. 26 (195), Department of Economics, Columbia University.

102.   "One-sided and Two-sided Commitments," Discussion Paper No. 337, Department of Economics, Columbia University.

103.   "Equilibrium Coalition Structures," Discussion Paper No. 273, Columbia University, Department of Economics.

104.   "Stable Open Shop Unions," Discussion Paper No. 247, Columbia University, Department of Economics.


**E.    WORK IN PROGRESS**

1.    The Economics of Compatibility, Add-ons, Adapters and Interfaces.
2.    Liquidity and the Demand for Immediacy in Financial Transactions.
3.    Vertical Relations, Complementary Goods, and Franchising.
4.    Product Quality and Variety, Entry, and Welfare Considerations.
5.    Endogenous Formation of Markets.
6.    Two-Part Tariffs, and other Non-Linear Pricing Schemes.


**F.    PROFESSIONAL ACTIVITIES**

- Created in December 2002 and is the Executive Director of the NET Institute, www.NETinst.org. The Networks, Electronic Commerce and Telecommunications ("NET") Institute is a non-profit institution devoted to research on network industries, electronic commerce, telecommunications, the Internet, "virtual networks" comprised of computers that share the same technical standard or operating system, and on network issues in general. The NET Institute functions as a world-wide focal point for research and open exchange and dissemination of ideas in these areas. The NET Institute competitively funds cutting edge research projects in these areas of research. It organizes conferences and seminars on these issues. In its three years of operation, the NET Institute has funded through competitive

proposals 60 researchers (typically assistant professors) who received summer grants for research in the areas mentioned above. The NET Institute's Board consists of <u>Professor Kenneth Arrow</u> (Stanford), <u>Dr. Vinton G. Cerf</u> (Google), <u>Professor Nicholas Economides</u> (NYU), and <u>Professor Ariel Pakes</u> (Harvard).

- Editor, *International Journal of Industrial Organization*, 1993-2002.

- Editor, *European Academy for Standardization Yearbook.*

- Editor, *Netnomics.*

- Editorial Board, *Quarterly Journal of Electronic Commerce.*

- Editorial Board, *Journal of Financial Transformation.*

- Editorial Board, *Journal of Network Industries.*

- Editor, *Economics of Networks,* Social Science Research Network.

- Advisory Board, *Industrial Organization: Theory,* Social Science Research Network.

- Advisory Board, *Industrial Organization: Industry Studies,* Social Science Research Network.

- Advisory Board, *Industrial Organization: Productivity, Innovation, and Technology,* Social Science Research Network.

- Advisory Board, *Industrial Organization: Regulation, Antitrust, and Privatization,* Social Science Research Network.

- Advisory Board, *Economist Intelligence Unit.*

- Editor of a special issue of the *International Journal of Industrial Organization* on Network Economics.

- Chairman, *Roundtable for Electronic Commerce and Telecommunications*, an industry-sponsored interdisciplinary research and educational program at New York University's Stern School of Business.

- Referee for *The American Economic Review, Annales d'Economie et de Statistique, Australian Economic Papers, B.E. Journals in Economic Analysis and Policy, Econometrica, The Economic Journal, Economic Theory, Economica, The European Economic Review, The European Journal of Political Economy, International Economic Review, The International Journal on Media Management, International Journal of Industrial Organization, The Journal of Economic Theory, The Journal of Economics, Management and Strategy, The Journal of Finance, The Journal of Industrial Economics, Journal of Institutional and Theoretical Economics, The Journal of International Economics, Journal of Organizational Computing, Journal of Political Economy, Journal of Regional Science, Kyklos, Marketing*

*Science, Mathematical Social Sciences, Quarterly Journal of Economics, Quarterly Review of Economics and Finance, The Rand Journal of Economics, The Review of Economic Studies, Scandinavian Actuarial Journal, Regional Science and Urban Economics, Zeitschrift fuer Nationaloekonomie,* as well as for the National Science Foundation.

- Has made numerous presentations of current research at leading Universities and at conferences, including the Winter and Summer Meetings of the Econometric Society and the American Economic Association, the Annual Congress of the European Economic Association, the European Association for Research in Industrial Economics, the Telecommunications Policy Research Conference, and many others. Has organized the Industrial Organization and the Economic Theory Workshops at Columbia University 1982-1988. In recent years, he organized the Industrial Organization Workshop at the Stern School of Business, N.Y.U.

- Has created a server on the Internet on *The Economics of Networks*. This server contains information on networks, working papers, and a very extensive interactive bibliography on this subject. The *Economist* magazine has rated this web site among the first 5 economics site in the world. Since its creation in March 1995, it has been visited over 3.4 million times.

- Outside reviewer in numerous promotion and tenure cases.

**Ph.D. students supervised while at Stern (graduated)**
- Asim Ansari, presently Professor of Marketing at the Columbia Business School.
- Angelos Antzoulatos, presently Economist at the Federal Reserve Bank of New York.
- Ravi Aron, presently Assistant Professor of Information Systems at the Wharton School, University of Pennsylvania.
- Cristian Dezso, presently at Cornerstone Research.
- Mark Ginsburg, presently Assistant Professor of Information Systems at the University of Arizona.
- Jeffrey Heisler, presently Professor of Finance at the Business School of Boston University.
- Evangelos Katsamakas, Assistant Professor of Information Systems at Fordham University
- Ravi Mantena, starting as Assistant Professor at the University of Rochester
- Sergio Meza, presently Assistant Professor of Marketing at the University of Toronto Business School
- Chris Stefanadis, presently at Arizona State University.
- Shivakumar Viswanathan, presently Assistant Professor of Information Systems at the Business School of the University of Maryland.

## G.    PROFESSIONAL MEMBERSHIPS

- Member of the American Economic Association, the Industrial Organization Society, the European Industrial Organization Society, and the Econometric Society.
- University Senator and University Faculty Council member, New York University

## H.    AWARDS

1. Glucksman Fellowship award, 1991-1992, 1993-1994.
2. National Science Foundation research grant, 1984 - 1988.
3. Summer Research Grant, Stern School of Business, 1990-1996.
4. Research Associate, Columbia Institute for Tele-Information, Columbia Business School.
5. Research Associate, Center for the Study of Futures Markets, Columbia Business School.
6. Fellowship by the Center for Law and Economics, Columbia University, 1984 - 1986.
7. Council for Research in the Social Sciences research grant, Summer 1985.
8. Council for Research in the Social Sciences research grant, Summer 1984.
9. Council for Research in the Social Sciences research grant, Summer 1982.


## I.    **REFERENCES**

References are available upon request.


## J.    **CORPORATE AFFILIATIONS**

Advisor to the U.S. Federal Trade Commission, the governments of Greece, Ireland, New Zealand, and Portugal, major telecommunications corporations, a number of the Federal Reserve Banks, the Bank of Greece, and major Financial Exchanges. Advisory Board, *Economist Intelligence Unit*. List of cases where I have served as an expert on antitrust, regulatory, and public policy matters is available upon request.


## K.    **RECENT SEMINARS AND CONFERENCE PRESENTATIONS**

- Organizer and speaker, NET Institute Conference, New York, April 21, 2006
- Speaker and session chairman, Industrial Organization Conference, Boston, April 9, 2006
- Discussant, Industrial Organization Conference, Boston, April 8, 2006
- Speaker, Industrial Organization Conference, Boston, April 8, 2006
- Speaker, Quello Telecommunications Conference, Washington DC, April 6, 2006
- Speaker, Open Source in the International Marketplace, University of Pennsylvania Law School, Philadelphia, March 31, 2006
- Speaker, Rotman School of Business, University of Toronto, November 21, 2005
- Speaker, Telecommunications Policy Research Conference, September 24, 2005
- Speaker, Japan Fair Trade Commission, Tokyo, September 20, 2005
- Speaker, University of Tokyo, Tokyo, September 16, 2005
- Speaker, Stern's Center for Digital Economy Research Workshop, June 16, 2005, see http://w4.stern.nyu.edu/news/news.cfm?doc_id=4608
- Speaker, NYU Law School, April 7, 2005
- Organizer and speaker, NET Institute Conference, New York, April 1, 2005
- Speaker, University of California, Santa Cruz, January 11, 2005
- Speaker, American Economic Association Meetings, Philadelphia, January 8, 2005
- Speaker, Stern School of Business, November 16, 2004
- Speaker, Department of State, Washington DC, November 12, 2004

Prof. Nicholas Economides C.V., page  14

- Speaker, NYU Law School, November 5, 2004
- Speaker, Athens Business School and University of Athens, Athens, Greece, October 19, 2004
- Speaker, "Law of Network Potential" Conference, University of California, Berkeley, October 14, 2004
- Speaker, Telecommunications Conference, Stanford University, Stanford, California, October 9, 2004
- Speaker, Telecommunications Policy Research Conference, Arlington, Virginia, October 1-3, 2004
- Speaker, "After the Closing of the Spectrum Frontier: What Spectrum Allocation Models Work Best, When, And Where?," Columbia University, New York, September 27, 2004
- Speaker, University of California, Berkeley, July 31, 2004
- Speaker, Stanford University, July 12, 2004
- Speaker, University of California, Davis, April 27, 2004
- Session chairman and discussant, IIOC conference, Chicago, IL, April 24, 2004
- Speaker, IIOC conference, Chicago, IL, April 23, 2004
- Speaker, University of Arizona, April 19, 2004
- Speaker, Stern School of Business, New York, March 11, 2004
- Speaker, Hoover Institution, Stanford University, Stanford, CA, March 9, 2004
- Speaker and organizer, NET Institute conference, New York, NY, December 12, 2003
- Speaker, Stern School of Business, New York, NY. December 4, 2003
- Speaker, Federal Trade Commission, Washington DC, November 6, 2003
- Speaker, Department of State, Washington DC, November 5, 2003
- Speaker, Telecommunications Policy Research Conference, Arlington, Virginia, September 19-21, 2003
- Speaker, "Network Economics and Antitrust," Law School, New York University, March 31, 2003
- Speaker, "Complexities and the Limits of Organization" conference, Columbia University, February 24, 2003
- Speaker, "Integration, Investment And Innovation: Future Directions for the Telecommunications Industry" conference, Georgetown University, February 21, 2003
- Seminar speaker, Stern School of Business, October 31, 2002
- Speaker, Conference: "On the future agenda for economic policy," Stanford University, October 24-26, 2002
- Speaker, Telecommunications Policy Research Conference, Alexandria, VA, September 28-30, 2002
- Speaker, American Bar Association Meetings, Washington DC, August 11, 2002
- Speaker, New Economy Conference, Athens, Greece, June 7, 2002
- Keynote speaker, Austrian Economic Association Conference -- NOEG, Vienna, Austria, May 16, 2002
- Speaker, Trends for the New Economy Conference, Texas A&M, April 19, 2002
- Speaker, organizer, and moderator, CEO Summit on Rebuilding Confidence in the US Economy, New York University, December 7, 2001, see http://www.stern.nyu.edu/networks/summit.html

Prof. Nicholas Economides C.V., page 15

- Seminar speaker, Stern School of Business, November 13, 2001
- Speaker, Telecommunications Policy Research Conference, Alexandria, VA, October 29, 2001
- Session chairman, Telecommunications Policy Research Conference, Alexandria, VA, October 28, 2001
- Speaker, Conference: "Key Drivers For Wireless 3G," Columbia University, October 25, 2001
- Speaker, Federalist Society, "The Microsoft Decision, What's Next?," New York, October 24, 2001
- Speaker and moderator, "Antitrust Concerns in Network Industries," American Bar Association Meetings, Chicago, August 7, 2001
- Speaker, "Antitrust Concerns in Network Industries," New York Bar Association, June 14, 2001
- Speaker, Supercomm Conference, Atlanta, June 4, 2001
- Seminar speaker, Hoover Institution, Stanford University, May 7, 2001
- Seminar speaker, Economics Department, Stanford University, May 7, 2001
- Conference speaker, AT&T, April 25, 2001
- Seminar speaker, Stern School of Business, April 24, 2001
- Seminar speaker, MIT, April 23, 2001
- Seminar speaker, Law School, Stanford University, April 18, 2001.
- Seminar speaker, Graduate School of Business, Stanford University, March 21, 2001.
- Seminar speaker, University of California, Berkeley, March 18, 2001.
- Seminar speaker, University of California, Santa Barbara, March 12, 2001.
- Seminar speaker, University of California, Los Angeles, March 2, 2001.
- Seminar speaker, Stanford University, February 28, 2001.
- Speaker, "Consumers in the Digital Age Conference," *Hastings Law Journal* Symposium, San Francisco, February 11, 2001.
- Speaker: "Microsoft Antitrust," Winter Meetings of the American Economic Society, New Orleans, January 7, 2001.
- Keynote speaker, Canadian Competition Bureau, Ottawa, Canada, November 15, 2000.
- Speaker, Southern Economic Association, Arlington, Virginia, November 12, 2000.
- Seminar speaker, Stern School of Business, New York University, October 17, 2000.
- Seminar speaker, Columbia University Law School, October 10, 2000.
- Speaker, New York University School of Law, September 25, 2000.
- Seminar speaker at the Federal Reserve Bank of Philadelphia, September 18, 2000.
- Webcast presentation on the AOL-Time Warner merger, Yahoo FinanceVision, July 28, 2000.
- Speaker and session organizer, Conference of the European Financial Management Association, Athens, June 29, 2000.
- Seminar speaker, Athens Business School, June 26, 2000.
- Speaker, Credit Suisse First Boston, New York, May 11, 2000.
- Conference organizer and speaker, *The Law and Economics of United States v. Microsoft*, Stern School of Business and NYU School of Law, May 5, 2000.  See http://www.stern.nyu.edu/eco/conference/ .

Prof. Nicholas Economides C.V., page 16

- Speaker, "The Telecommunications Act of 1996," American Enterprise Institute, Washington DC, April 27, 2000.
- Seminar Speaker, "United States v. Microsoft," Stern School of Business, April 25, 2000.
- Speaker, "The Telecommunications Act of 1996," American Enterprise Institute and USC Annenberg Center for Communications Studies, Los Angeles, April 7, 2000.
- Session Organizer and Discussant: "Dynamic Oligopoly," Winter Meetings of the Econometric Society, Boston, January 7-9, 2000.
- Speaker, Competition Policy for the Cyber-World, Columbia University, November 18-19, 1999.
- Speaker and co-organizer, Whither Social Science Data and Data Infrastructure Conference, Stern School of Business, New York, November 12-13, 1999.
- Telecommunications Policy Research Conference, Alexandria, Virginia, September 26, 1999.
- Organizing Committee, EARIE conference, Turin, Italy, September 3-6, 1999.
- Speaker, Athens Laboratory of Economic Research, Athens, Greece, June 16, 1999.
- Speaker, Stockholm School of Economics, Stockholm, Sweden, June 4, 1999.
- Speaker, Swedish Competition Authority, Stockholm, Sweden, June 3, 1999.
- Panelist, Roundtable on remedies in the Microsoft case, Progress and Freedom Foundation, March 17, 1999.
- Seminar speaker, Federal Communications Commission, Washington DC, January 7, 1999.
- Session organizer and speaker, "Network Industries," ASSA meetings, New York, January 5, 1999.
- Panelist, "The Microsoft Case," ASSA meetings, New York, January 3, 1999.
- Speaker, Law and Economics Seminar, Columbia University, "The Microsoft Case," December 7, 1998.
- Organizing Committee and speaker, First International Conference on Information and Computation Economies, Charleston, NC, October 26, 1998.
- Speaker, Telecommunications Policy Research Conference, Alexandria, Virginia, October 4, 1998.
- Session chairman, Telecommunications Policy Research Conference, Alexandria, Virginia, October 4, 1998.
- Speaker, Conference on Real Options in Telecommunications, Columbia University, October 2, 1998.
- Keynote speaker, EARIE conference, Copenhagen, August 28, 1998.
- Speaker, Summer program, Social Science Research Council, Airlee House, VA, August 8, 1998.
- Speaker, Conference on "Competition, Convergence and the Microsoft Monopoly: The Future of the Digital Marketplace," Progress and Freedom Foundation Conference, Washington DC, February 4, 1998.
- Speaker and session organizer, American Economic Association Winter Meetings, Chicago, January 4-6, 1998.
- Speaker, Telecommunications Policy Conference, organized by the Japanese Ministry of Telecommunications and the Japan-US Center of Stern, Tokyo, Japan, December 4, 1997.
- Speaker, Information Systems Seminar, Stern School of Business, November 6, 1997
- Speaker, Conference on "Pricing and Costing a Competitive Local Telecommunications Network," organized by the American Enterprise Institute, November 4, 1997.

- Speaker, Industrial Organization Seminar, Stern School of Business, September 30, 1997.
- Speaker and session organizer, Telecommunications Policy Research Conference, Alexandria, Virginia, September 27-29, 1997.
- Speaker, Voice-on-the-Net Conference, Boston, September 25, 1997.
- Speaker, Conference on Internet Telephony, organized by the National Telecommunications Infrastructure Initiative, Washington DC, September 4, 1997.
- Speaker, Federal Communications Commission, Washington DC, September 3, 1997.
- Seminar speaker, Stanford University, August 7, 1997.
- Speaker, Workshop on Synthetic Economies, conference organized by the Institute for Defense Analyses, Washington DC, July 23-24, 1997.
- Speaker, Western Economic Association, Seattle, July 10, 1997.
- Seminar speaker, University of California, Irvine, May 5, 1997.
- Speaker, Institutional Investors, Athens, Greece, June 19, 1997.
- Seminar speaker, Stanford University, April 9, 1997.
- Speaker, Voice-on-the-Net Conference, San Francisco, April 1, 1997.
- Seminar speaker, Stanford University, March 3, 1997.
- Seminar speaker, Stanford University, February 25, 1997.
- Speaker, University of California, Berkeley, February 6, 1997.
- Speaker and organizer, Stern School of Business, Roundtable for Electronic Commerce, November 22, 1996.
- Seminar speaker, University of California, Berkeley, November 5, 1996.
- Seminar speaker, Stern School of Business, October 24, 1996.
- Speaker and session organizer, Telecommunications Policy Research Conference, October 6, 1996.
- Seminar speaker, Federal Reserve Bank of St. Louis, May 17, 1996.
- Speaker, Consortium on Telecommunications Conference at Northwestern, May 10, 1996.
- Organizer, Roundtable for Electronic Commerce, Stern School of Business, April 26, 1996.
- Seminar speaker, Workshop on Clearing Houses at the Cleveland Federal Reserve Bank, April 19, 1996.
- Speaker at the Canadian Competition Bureau, March 28, 1996.
- Seminar speaker at Princeton University, February 27, 1996.
- Seminar speaker at INSEAD, January 17, 1996.
- Speaker at the Ecole Polytechnique / University of Paris I Colloquium on the Cement Industry, January 15, 1996.
- Presenter of two research papers and organizer of as session at the ASSA conference, January 5-7, 1996.
- Seminar speaker at the Federal Trade Commission, December 07, 1995.
- Seminar speaker at the University of Toronto, November 06, 1995.
- Seminar speaker at Yale University, October 26, 1995.
- Speaker at the Workshop on Telecommunications conference, Wellington, New Zealand, October 18-19, 1995.
- Speaker at the CIRANO conference on networks, Montreal, October 13, 1995.
- Speaker in Workshop on "Economic Survival" at the Stern School of Business, October 12, 1995.

Prof. Nicholas Economides C.V., page 18

- Speaker at the 1995 Telecommunications Policy Research Conference, September 30 - October 2, 1995.
- Speaker at the New York Law School conference on "The Senate Telecommunications Bill: A Primer," August 23, 1995.
- Speaker at the Interoperability Conference, Freedom Forum, Washington DC, July 6-7, 1995.
- Speaker at the New York Law School conference on "The Senate Telecommunications Bill: A Primer," June 29, 1995.
- Speaker at the CEPR conference of Mobile Telephony at CREST-LEI, ENSAE, Paris, June 8, 1995.
- Speaker at the Annual National Conference of Economic Research in France, University of Nantes, June 9, 1995.
- Speaker at a seminar at the Stockholm School of Economics, May 29, 1995.
- Speaker at a conference on the "Restructuring and Privatization of the Electricity Industry in Europe," Athens, Greece, May 25, 1995.
- Speaker at a joint seminar of Economics and GBA at Chicago, May 4, 1995.
- Seminar speaker at the London School of Economics, April 28, 1995.
- Seminar speaker at the Federal Reserve Bank of Philadelphia, April 21, 1995.
- Speaker at a conference of *Electronic Call Market Trading* at the Stern School, April 20, 1995.
- Speaker at the "Utilities Regulation Network Conference," Milan, Italy, April 7-8, 1995.
- Seminar speaker at the Stanford Business School, March 14, 1995.
- Seminar speaker at the University of California, Berkeley, March 13, 1995.
- Seminar speaker at the University of California, Los Angeles, March 10, 1995.
- Speaker and member of the organizing committee at "Strategic Alliances and Interconnection," Symposium organized by the International Telecommunications Society, University of Colorado at Boulder, January 9, 1995.

**L.**    **RECENT ARTICLES, TELEVISION, AND RADIO PROGRAMS WITH QUOTES OF NICHOLAS ECONOMIDES ON ANTITRUST, TELECOMMUNICATIONS AND OTHER ISSUES ON THE ECONOMICS OF NETWORKS (SINCE JANUARY 1998)**

- SmartMoney.com, July 13, 2006, "Sad Song for Warner Music."
- ERA 5, May 30, 2006, "Network Economics," [mp3]
- WNYU, April 6, 2006, "Network Economics and the Internet," [mp3] http://www.stern.nyu.edu/networks/quotes/Economides_Interview_WNYU_04052006.mp3
- Competition Law 360, March 28, 2006, "Microsoft Waging IP Fight In Antitrust Battle With EC"
- Nightly Business Report, March 24, 2006, "Lucent – Alcatel merger."
- Business Week, March 20, 2006, "Why Fierce Price-Cutting Could Be Gone In A Flash" http://www.stern.nyu.edu/networks/quotes/Business_Week_3_10_2006.htm
- CNBC, December 6, 2005, "Verizon enters Cablevision Territory."
- CNN, September 29, 2005, "Google partners with NASA."
- Bloomberg Radio, July 27, 2005, "Some EU countries consider leaving the Euro"[mp3]

Prof. Nicholas Economides C.V., page 19

http://www.stern.nyu.edu/networks/quotes/Bloomberg_Radio_Economides_7_26_05.mp3
- Information Week, June 20, 2005, "Supreme Nominee Once Tussled With Microsoft"
  http://informationweek.com/story/showArticle.jhtml?articleID=166401187
- AFP, June 28, 2005, "AMD files antitrust suit against Intel"
  http://www.stern.nyu.edu/networks/quotes/AFP_June_28_2005.htm
- AFP, May 26, 2005, "Microsoft, acculé par Bruxelles, joue la montre pour sauver ses prerogatives"
  http://www.stern.nyu.edu/networks/quotes/AFP_May_26_2005.htm
- Cincinnati Enquirer, January 29, 2005, "Global giant sees chances for growth"
  http://news.enquirer.com/apps/pbcs.dll/article?AID=/20050129/BIZ01/501290353/1076
- Wall Street Journal, December 23, 2004, "Microsoft Is Dealt Blow by EU Judge"
  http://www.stern.nyu.edu/networks/quotes/WSJ_December_23_2004.htm
- Wall Street Journal Europe, December 23, 2004, "Microsoft Must Implement Antitrust Sanctions Now --- Top European Court Orders Immediate Compliance With Regulator's Ruling"
  http://www.stern.nyu.edu/networks/quotes/WSJ_Europe_December_23_2004.pdf
- New York Post, December 23, 2004, "Euro-Trashed"
  http://www.nypost.com/business/37018.htm
- Philadelphia Inquirer, December 23, 2004, "EU court orders Microsoft not to delay changes"
  http://www.stern.nyu.edu/networks/quotes/Philadelphia_Inquirer_December_23_2004.htm
- Seattle Post Intelligencer, December 23, 2004, "More on EU decision"
  http://www.stern.nyu.edu/networks/quotes/Seattle_Post_Intelligencer_December_23_2004.htm
- Bloomberg News, December 22, 2004, "Microsoft Loses Bid to Suspend EU Antitrust Order"
  http://www.stern.nyu.edu/networks/quotes/Bloomberg_December_22_2004.htm
- Associated Press Radio, December 22, 2004, "EU court keeps Microsoft sanctions"
  http://www.ap.org/
- Bloomberg Radio, December 22, 2004, "Impact of EU court's decision to deny a preliminary injunction to Microsoft" [MP3]
  http://www.stern.nyu.edu/networks/quotes/Bloomberg_Radio_12222004_Economides.mp3
- CRN.com, December 22, 2004 "Microsoft To Ship Stripped-Down Windows In Europe"
  http://www.crn.com/sections/breakingnews/breakingnews.jhtml?articleId=56200032
- AFP, December 22, 2004 "Microsoft's settlement strategy hits brick wall in Europe"
  http://news.yahoo.com/news?tmpl=story&u=/afp/20041222/ts_alt_afp/usitmicrosoftcompany_041222194914
- EETimes, December 22, 2004 "EU penalties against Microsoft upheld"
  http://www.eet.com/sys/news/showArticle.jhtml?articleID=56200008
- VAR Business, December 22, 2004 "Microsoft To Ship Stripped-Down Windows In Europe"
  http://www.varbusiness.com/components/weblogs/article.jhtml?articleId=56200032
- Seattle Post Intelligencer, November 30, 2004, "The amazing story of the Internet's life"
  http://seattlepi.nwsource.com/opinion/201593_internet30.html?searchpagefrom=1&searchdiff=1
- CNBC Bull's Eye, November 26, 2004, [RealVideo] "Internet news vs. newspaper news"

http://sterntv.stern.nyu.edu:8080/ramgen/faculty/economides/113004-neconomi-cnbc.rm

- InformationWeek, November 1, 2004, "Congratulations, Mr. Internet! This is Your Life"
  http://www.informationweek.com/story/showArticle.jhtml?articleID=51201322
- TMCnet.com, October 13, 2004, "Internet, this is your life" [Acrobat]
  http://www.stern.nyu.edu/networks/quotes/Internet%20TMCnet.com%20.pdf
- CNBC, October 11, 2004, "Decline in Newspaper Circulation"
  http://w4.stern.nyu.edu/news/news.cfm?doc_id=3217
- CNET News.com, October 7, 2004, "Congratulations to the Internet" [Acrobat]
  http://www.stern.nyu.edu/networks/quotes/CNETNews-Economides10-7-04.pdf
- Bloomberg News, August 19, 2004, "Microsoft Submits Arguments in Legal Effort to Suspend EU Order"
  http://www.stern.nyu.edu/networks/Bloomberg_August_19_2003.html
- Light Reading, August 13, 2004, "Can AT&T Stand Alone?"
  http://www.lightreading.com/document.asp?site=lightreading&doc_id=57719
- Women's Wear Daily, July 8, 2004, "Wellman Snared in Three-Year Price-Fixing Investigation"
  http://www.stern.nyu.edu/networks/quotes/WWD.html
- CRN, July 1, 2004, "Microsoft's Antitrust Case Ends In U.S As Appeals Process Begins In Europe"
  http://www.crn.com/showArticle.jhtml?articleID=22103155&flatPage=true
- AP Radio interview, 17:35 EST, June 30, 2004, "Appeals court approves Microsoft antitrust settlement"
  http://www.ap.org/
- TheStreet.com, June 24, 2004, "Oracle vs. DOJ: Analysts, Lawyers See Different Trial"
  http://www.thestreet.com/_tscs/tech/ronnaabramson/10167767_3.html
- Washington Times, March 27, 2004 "Europe's Microsoft myopia"
  http://www.washtimes.com/op-ed/20040326-090017-9352r.htm
- Financial Times, March 26, 2004 "Antitrust definitions hit a techno glitch"
  http://www.stern.nyu.edu/networks/quotes/Financial_Times_March_25_2004.htm
- AFP, EU Business, March 24, 2004, "European antitrust ruling unlikely to hurt Microsoft"
  http://www.eubusiness.com/afp/040324175058.axrgz6ou
- AP Radio interview, 12:05 EST, March 24, 2004 "EU imposes fine and sanctions on Microsoft"
  http://apbroadcast.com/AP+Broadcast/Radio/default.htm
- Bloomberg Radio interview, 12:35 EST, March 24, 2004, "EU imposes fine and sanctions on Microsoft" [in mp3 format]
  http://www.stern.nyu.edu/networks/quotes/Economides_on_Bloomberg_Radio_March_24_2004.mp3
- Sunday Times of London, March 21, 2004, "Microsoft braced for big fines by EU"
  http://www.stern.nyu.edu/networks/Sunday_Times_March_21_2004.pdf
- CNET News, March 21, 2004, "Prying apart Microsoft's pricing logic"
  http://news.com.com/2030-1012-5176062.html
- Investors Business Daily, March 18, 2004, "Europe's Regulators Ready To Rule Against Microsoft"

http://www.stern.nyu.edu/networks/quotes/Investors_Business_Daily_March_18_2004.htm
- TelecomWeb, March 17, 2004, "Renown U.S. Economists Deride D.C. Circuit's Ruling"
  http://www.telecomweb.com/news/1079549726.htm
- WSJ, February 27, 2004, "It's the Eponymy, Stupid"
  http://www.opinionjournal.com/best/?id=110004750
- National Public Radio, November 13, 2003, "Cable rates," in RealAudio; in Windows Media
  http://www.npr.org/dmg/dmg.html?prgCode=DAY&showDate=13-Nov-2003&segNum=10&NPRMediaPref=WM
- Sacramento Bee, October 24, 2003, "Taking it with you"
  http://www.sacbee.com/content/business/story/7657370p-8597531c.html
- Telecom Policy Report, October 15, 2003, "Economist Blasts FCC For Anti-Competitive Policies, pp. 4-6"
  http://www.stern.nyu.edu/networks/quotes/Telecom_Policy_Report_10_15_2003.pdf
- Bloomberg News, October 6, 2003, "Ameritrade's Low-Cost Online Trades Help Beat Schwab
  http://www.stern.nyu.edu/networks/quotes/Bloomberg_10_6_2003.html
- Nightly Business Report, PBS TV, September 26, 2003, "Reforms at NYSE"
  http://www.stern.nyu.edu/networks/quotes/Nightly_Business_Report_9_26_2003.htm
- Nightly Business Report, PBS TV, September 26, 2003, "Reforms at NYSE" in *RealVideo*
  http://sterntv.stern.nyu.edu:8080/ramgen/faculty/economides/economidesNightlyBusinessReport.rm
- Los Angeles Times, September 2, 2003, "To Save Jobs, Bush Will Appoint a Manufacturing Czar"
  http://www.stern.nyu.edu/networks/quotes/LA_Times_9_2_2003.htm
- St. Louis Post-Dispatch, August 22, 2003, "SBC will study FCC order before commenting on lease-line ruling"
  http://www.stltoday.com/stltoday/business/stories.nsf/Business/7ACFFE112722B41986256D8B00137942?OpenDocument&Headline=SBC+will+study+FCC+order+before+commenting+on+lease-line+ruling&highlight=2%2Ceconomides
- Sacramento Bee, August 22, 2003, "Big phone firms get FCC break"
  http://www.sacbee.com/content/business/story/7272298p-8217096c.html
- San Antonio Express-News, August 22, 2003, "FCC issues new rules for phone competition"
  http://news.mysanantonio.com/story.cfm?xla=saen&xlc=1043464
- Bloomberg News, August 21, 2003, "FCC issues new rules for phone competition"
  http://www.stern.nyu.edu/networks/quotes/Bloomberg_August_21_2003.html
- WSJ, August 8, 2003, "EU's Microsoft Move Could Set Precedent"
  http://www.stern.nyu.edu/networks/quotes/WSJ_August_8_2003.htm
- San Jose Mercury News, August 6, 2003, "EU outlines case against Microsoft"
  http://www.bayarea.com/mld/mercurynews/business/6477942.htm
- Bloomberg News, June 30, 2003, "Trade Center Memorial Jury to Be Hidden From Scrutiny
  http://www.stern.nyu.edu/News/news/2003/june/0630bloom.html
- New York Sun, May 23, 2003, "Union Calls For Stock Transfer Tax"
  http://www.stern.nyu.edu/networks/quotes/NYSun_05232003.pdf
- CNNfn, March 24, 2003, "Big Deals Gone Bad"

Prof. Nicholas Economides C.V., page 22

http://www.stern.nyu.edu/networks/quotes/CNNfn_March_14_2003.htm
- CNNfn, March 14, 2003, "Big Deals Gone Bad" *in RealVideo*
  http://sterntv.stern.nyu.edu:8080/ramgen/faculty/economides/economides_CNNFN.rm
- CNBC, February 21, 2003, "Broadband Pricing and Internet Expansion"
  http://www.stern.nyu.edu/News/news/2003/february/0221cnbc.html
- CNBC, February 21, 2003, "Broadband Pricing and Internet Expansion" *in RealVideo*
  http://sterntv.stern.nyu.edu:8080/ramgen/faculty/economides/economides_3_03_CNBC_inter
  view.rm
- Star-Gazette, Elmira, February 20, 2003, Editorial on proposed FCC action: "Consumers will
  suffer if FCC changes rules for phone service"
  http://www.stern.nyu.edu/networks/quotes/Star-Gazette_Elmira_02202003.htm
- BusinessWeek, February 3, 2003, "Investment Banks have a Bad Case of Immunity"
  http://www.stern.nyu.edu/News/news/2003/february/0203bw.html
- Reuters, November 4, 2002, "Microsoft Antitrust Findings Still Apply - Judge"
  http://www.stern.nyu.edu/News/news/2002/november/1104reuters.html
- Electronic Engineering Times, November 3, 2002, "Reaction: Sun wants appeal of Microsoft
  ruling"
  http://www.eet.com/sys/news/OEG20021101S0071
- Denver Post, November 3, 2002, "Analysts: Microsoft has already moved on. .Net effort
  could be next empire"
  http://www.denverpost.com/Stories/0,1413,36%257E33%257E966672%257E,00.html
- AFP, November 2, 2002, "Ruling lifts cloud over Microsoft, but leaves rivals fuming"
- Sacramento Bee, November 2, 2002 "Antitrust victory for Microsoft"
  http://www.sacbee.com/content/politics/story/5039925p-6047770c.html
- Star-Ledger, November 2, 2002, "Microsoft embraces antitrust settlement - Federal judge
  approves most of 2001 agreement"
- Bloomberg TV live at 4:30pm commenting on the judge's decision, November 1, 2002
- Bloomberg Radio live at 5:10pm commenting on the judge's decision, November 1, 2002
- Associated Press Radio live at 5:15pm commenting on the judge's decision, November 1,
  2002
- National Audio, November 2, 2002
- BBC World Service commenting on the judge's decision, November 1, 2002
- AFP, November 1, 2002, "Microsoft antitrust ruling could clear the air"
  http://www.stern.nyu.edu/networks/quotes/AFP_11_1_2002.html
- CRN, October 31, 2002, "Court To Issue Ruling in Microsoft Antitrust Cases Friday"
  http://crn.channelsupersearch.com/news/crn/38273.asp
- CRN, April 2, 2002, "Channel Applauds Microsoft's Latest Reorg, Cautions Against
  Splintering"
  http://crn.channelsupersearch.com/news/CRN/34461.asp
- Associated Press Radio, March 19,2002, "States' Case in Microsoft Antitrust"
  http://www.ap.org/
- Associated Press Radio, March 6, 2002, "Microsoft Antitrust"
  http://www.ap.org/
- WBZ CBS radio, Boston, March 6, 2002, "Microsoft Antitrust"
  http://www.wbz.com/

Prof. Nicholas Economides C.V., page 23

- AFP, March 5, 2002, "Microsoft gears up for crucial legal battles on antitrust settlement" http://www.stern.nyu.edu/networks/quotes/AFP_March_5_2002.htm
- CRN, February 28, 2002, "Experts: Microsoft's Latest Concessions Not Likely To Satisfy Dissenting States" http://crn.channelsupersearch.com/news/crn/33651.asp
- Seattle Times, February 18, 2002, "A look at the academic approach" http://www.stern.nyu.edu/networks/quotes/Seattle_Times_February_18_2002.htm
- Seattle Times, February 16, 2002, "Justice identifies 'major' complaints with Microsoft settlement deal" http://archives.seattletimes.nwsource.com/cgi-bin/texis.cgi/web/vortex/display?slug=microsoft16&date=20020216&query=economides
- Wall Street Journal, February 15, 2002, "Few Public Comments Released By US Back Microsoft Deal" http://www.stern.nyu.edu/networks/quotes/WSJ_February_15_2002_(2).htm
- New York Post, February 3, 2002, "MICROSOFT, THE GOLD MINE : ARMIES OF LAWYERS TOIL FOR SOFTWARE BIG" http://www.stern.nyu.edu/networks/quotes/NYPost_February_3_2002.htm
- CNBC, February 8, 2002, "Accounting problems at Global Crossing" http://www.cnbc.com/
- Reuters, January 22, 2002, "Kmart filing could leave some at Wal-Mart's mercy" http://biz.yahoo.com/rf/020122/n22161494_1.html
- Chicago Tribune, January 12, 2002, "Microsoft donation plan rejected" http://www.stern.nyu.edu/networks/quotes/Chicago_Tribune_January_12_2002.htm
- Star Ledger, December 21, 2001, "With a deal, AT&T remakes landscape" http://www.stern.nyu.edu/networks/quotes/Star-Ledger_December_21_2001.htm
- Newsday, December 21, 2001, "AT&T, Comcast Deal Boosts Stock" http://www.stern.nyu.edu/networks/quotes/Newsday_December_21_2001.htm
- Daily Oklahoman, December 21, 2001, "Local impact of AT&T-Comcast merger looks minimal" http://www.stern.nyu.edu/networks/quotes/Daily_Oklahoman_Decmber_21_2001.htm
- CBS Marketwatch, December 20, 2001, "AT&T faces uncertain future" http://www.stern.nyu.edu/networks/quotes/CBS_Marketwatch_December_20_2001.htm
- "CEO Summit" on Rebuilding Confidence in the U.S. Economy in Streaming Video with Richard Grasso, Chairman, New York Stock Exchange, Stephen Schwarzman, President and CEO, The Blackstone Group, Larry Silverstein, President and CEO, Silverstein Properties, Robert Berne, Academic Vice President, New York University, Nicholas Economides, Professor, Stern School of Business, John Sexton, Dean of the NYU Law School and President-designate, New York University, December 7, 2001 http://www.stern.nyu.edu/networks/summit.html
- Discussion on US v. MS on PBS TV with host Jim Goodale, Prof. Nicholas Economides, and Prof. Eleanor Fox, in streaming video, first broadcast on November 4, 2001
- Wall Street Journal, November 2, 2001, "Settlement May Not Put End To Woes Afflicting Microsoft" http://www.stern.nyu.edu/networks/quotes/WSJ_November_2_2001
- AFP, November 2, 2001, "Microsoft deal in antitrust case may lift cloud"

Prof. Nicholas Economides C.V., page  24

http://sg.news.yahoo.com/011101/1/1n77h.html
- TheStreet.com, November 2, 2001, "Microsoft Settlement Plan Has a Little Disappointment for Everyone"
  http://www.thestreet.com/tech/software/10003440.html
- AFP, November 2, 2001, "Deal in Microsoft antitrust case uncertain"
  http://sg.news.yahoo.com/011102/1/1ncm5.html
- CRN.com, November 1, 2001, "Antitrust D-Day for Microsoft: States A Wild Card"
  http://crn.channelsupersearch.com/news/crn/31045.asp
- ABCNews.com, November 1, 2001, "The Real Deal? Microsoft, Justice Department Close to Antitrust Settlement; States May Opt Out"
  http://abcnews.go.com/sections/business/DailyNews/microsoft_antitrust011101.html
- TheStreet.com, November 1, 2001, "Microsoft May Dance After Settlement"
  http://www.thestreet.com/markets/techmovers/10003307.html
- Associated Press Radio, November 1, 2001, "Possible Settlement with Microsoft"
  http://www.ap.org/
- TheDeal.com, November 1, 2001, "Feds, Microsoft settle suit at last"
  http://www.thedeal.com/cgi-bin/gx.cgi/AppLogic+FTContentServer?pagename=FutureTense/Apps/Xcelerate/Render&c=TDDArticle&cid=TDD8T6AKITC
- Seattle Times, October 31, 2001, "Prescription for economy: sales-tax holiday?"
  http://archives.seattletimes.nwsource.com/cgi-bin/texis/web/vortex/display?slug=taxholiday31m&date=20011031&query=economides
- CRN, October 25, 2001, "Starr Accuses Bush Administration Of Downplaying Microsoft Antitrust Case "
  http://crn.channelsupersearch.com/news/crn/30888.asp
- AFP, October 23, 2001, "Antitrust cloud still hangs over Microsoft amid Windows XP launch"
  http://sg.news.yahoo.com/011023/1/1kzwv.html
- CRN, October 19, 2001, "Clouds On The Horizon"
  http://crn.channelsupersearch.com/news/crn/30775.asp
- AFP, October 17, 2001, "Music industry's Napster assault backfires"
  http://sg.news.yahoo.com/011016/1/1kj0e.html
- Nikkei and Nihon Keizai Shimbun, September 28, 2001
  http://www.nikkei.com/
- CRN, September 28, 2001, "Observers Say Economic, Political Winds Favor Microsoft As Judge Orders Talks"
  http://www.crn.com/Sections/BreakingNews/BreakingNews.asp?ArticleID=30217
- Associated Press Radio, live 12:00 noon, September 28, 2001, "Judge orders around the clock negotiations"
  http://www.ap.org/
- Bloomberg Radio, live 4:21pm, September 28, 2001, "Judge orders around the clock negotiations"
  http://www.bloomberg.com/
- Reuters, September 17, 2001, "Microsoft Judge Gets U.S. Proposal For February Start"
  http://www.crn.com/Components/Search/Article.asp?ArticleID=29963

- CRN.com, September 14, 2001, "THE TRAGEDY: Impact Overseas"
  http://www.crn.com/Components/Search/Article.asp?ArticleID=29845
- CRN, September 11, 2001, "Manhattan Solution Partners Close Doors, Decry Terrorist Attack"
  http://www.crn.com/Components/Search/Article.asp?ArticleID=29731
- CRN, September 7, 2001, "Move Is Aimed At Ending The Case"
  http://www.crn.com/Components/Search/Article.asp?ArticleID=29669
- The Dallas Morning News, September 7, 2001, "U.S. says it won't seek breakup of Microsoft - Move is seen as settlement offer by Bush administration"
  http://www.stern.nyu.edu/networks/quotes/The_Dallas_Morning_News_September_7_2001.htm
- ABCNews.com, September 6, 2001, "Keeping It Together; In Ongoing Antitrust Case, DOJ Drops Microsoft Breakup Request"
  http://abcnews.go.com/sections/business/DailyNews/microsoft_010906.html
- AFP, September 6, 2001, "US abandons Microsoft break-up call"
  http://www.stern.nyu.edu/networks/quotes/AFP_September_6_2001.html
- Bloomberg Radio, live 6:20pm, September 6, 2001, "DOJ Drops Microsoft Breakup Request"
  http://www.bloomberg.com/
- Associated Press Radio, live 10:45am, September 6, 2001, "DOJ Drops Microsoft Breakup Request"
  http://www.ap.org/
- Washington Post, August 31, 2001, "Europe Expands Probe of Microsoft"
  http://www.washingtonpost.com/wp-dyn/articles/A22236-2001Aug30.html
- Associated Press Radio, August 24, 2001, "New District Court Judge is Assigned to the Microsoft Antitrust Case and Windows XP is Released to Computer Manufacturers"
  http://www.ap.org/
- Bloomberg Radio, August 24, 2001, "New District Court Judge is Assigned to the Microsoft Antitrust Case and Windows XP is Released to Computer Manufacturers"
  http://www.bloomberg.com/radio/index.html
- AFP, August 17, 2001, "Microsoft loses bid for delay in antitrust case"
  http://www.stern.nyu.edu/networks/quotes/AFP_August_17_2001.htm
- AFP, August 17, 2001, "La Cour d'appel inflige un revers a Microsoft"
  http://www.stern.nyu.edu/networks/quotesAFP_August_17_2001.html
- CRN, August 8, 2001, "Microsoft's Appeal To Supreme Court Gets Mixed Reception In Channel" http://www.crn.com/Sections/BreakingNews/BreakingNews.asp?ArticleID=28835
- ComputerWorld, August 8, 2001, "Update: Microsoft appeal gets no respect"
  http://www.computerworld.com/storyba/0,4125,NAV47_STO62903,00.html
- Washington Post, August 7, 2001, "Microsoft Appeals Antitrust Ruling to High Court"
  http://washtech.com/news/software/11705-1.html
- Associated Press Radio, Live, 17:10 EST, August 7, 2001, "Microsoft Appeals to the Supreme Court"
  http://www.ap.org/
- Bloomberg Radio, August 7, 2001, "Microsoft Appeals to the Supreme Court"
  http://www.bloomberg.com/radio/index.html

Prof. Nicholas Economides C.V., page 26

- Associated Press Radio, Live, 10:40 am EST, August 2, 2001, "Appeals Court denies Microsoft's request for a re-hearing"
  http://www.ap.org/
- Bloomberg Radio, 11:00 am EST, August 2, 2001, "Appeals Court denies Microsoft's request for a re-hearing"
- Seattle Times, July 25, 2001, "Senators again target Microsoft for hearings"
  http://archives.seattletimes.nwsource.com/cgi-bin/texis/web/vortex/display?slug=microsoft250&date=20010725&query=economides
- AFP, July 12, 2001, "Microsoft, en modifiant Windows XP, cherche un accord avec le gouvernement"
  http://fr.news.yahoo.com/010711/1/1ggtj.html
- InformationWeek, July 11, 2001, "Microsoft Eases Windows License Terms"
  http://www.informationweek.com/story/IWK20010711S0015
- PC Dealer, July 11, 2001, "Analysis - Overrule of MS break-up met with mixed respons"
  http://www.stern.nyu.edu/networks/quotes/PC_Dealer_July_11_2001.htm
- Dow Jones/The Wall Street Journal, July 10, 2001, "Comcast Launches Battle For AT&T Shareholder Confidence" http://www.stern.nyu.edu/networks/quotes/WSJ_July_10_2001.htm
- Dow Jones/The Wall Street Journal, July 9, 2001 (a), "Comcast Bid Seen As Another Setback For Armstrong's Vision"
  http://www.stern.nyu.edu/networks/quotes/WSJ_July_9_2001.htm
- Dow Jones/The Wall Street Journal, July 9, 2001 (b), "Comcast-AT&T Deal Likely Wouldn't Face Regulatory Hurdles"
  http://www.stern.nyu.edu/networks/quotes/WSJ_com_July_9_2001c.htm
- The Economist, July 7, 2001, "A bundle of trouble: The rights and wrongs of bundling"
  http://www.stern.nyu.edu/networks/quotes/Economist_July_7_2001.html
- Justice Talking, Annenberg Public Policy Center, Radio Program, July 8, 2001, "The Microsoft Case"
  http://justicetalking.asc.upenn.edu/web/store.asp
- Information Week, July 2, 2001, "No Breakup For Microsoft But Troubles May Not Be Over"
  http://www.informationweek.com/thisweek/story/IWK20010629S0013
- CBS Marketwatch, July 1, 2001, "Bundling issue still unresolved Microsoft, competitors remain ready to fight"
  http://cbs.marketwatch.com/news/story.asp?guid=%7BA3411D6B%2D6A15%2D4CB8%2DB7C1%2DAC93FA659509%7D&siteid=mktw
- San Francisco Chronicle, June 29, 2001, "THE MICROSOFT RULING; Score one for Gates; Ruling partially vindicates Microsoft chairman's take-no-prisoners strategy"
  http://www.sfgate.com/cgi-bin/article.cgi?file=/chronicle/archive/2001/06/29/BU182507.DTL
- ABCNEWS.COM, June 29, 2001, "The Road Ahead Microsoft; Government Plot Next Moves in Twisting, Turning Antitrust Case"
  http://more.abcnews.go.com/sections/business/dailynews/microsoft_whatnext010629.html
- Star-Ledger, June 29, 2001, "Microsoft wins a reversal of breakup"
  http://www.stern.nyu.edu/networks/quotes/Star-Ledger_June_29_2001.htm
- AFP, June 29, 2001, "Reaction to Microsoft appeal ruling: both sides claim victory"

Prof. Nicholas Economides C.V., page 27

http://www.stern.nyu.edu/networks/quotes/AFP_June_29_2001.htm
- CBS Marketwatch, June 29, 2001, "No rest for folks in Redmond; Gates says trust-busters will fail, yet case far from closed"
  http://cbs.marketwatch.com/news/story.asp?guid=%7BF9FFA8C2%2D23A1%2D410E%2DB587%2D94065E90AE48%7D&siteid=mktw
- CRN, June 29, 2001, "Ready For The Next Round"
  http://www.crn.com/Components/Search/Article.asp?ArticleID=27832
- Bloomberg TV, June 29, 2001, "Decision of appeals court on Microsoft"
  http://www.bloomberg.com/tv/index.html?topnav=front
- Yahoo Finance, June 28, 2001, "Big Victory for Microsoft - Now What Remedies Lie Ahead?"
  http://vision.yahoo.com/?2l07ogpvs69v7
- ABCNEWS.COM, June 28, 2001, "Mixed Message; Appeals Court Vacates Breakup Ruling, But Upholds Monopoly Finding; Judge Ripped"
  http://abcnews.go.com/sections/business/DailyNews/microsoft_decision010628.html
- CRN, June 28, 2001, "Gates: We're Free To Integrate"
  http://www.crn.com/Components/Search/Article.asp?ArticleID=27773
- Washington Post, June 24, 2001, "Microsoft Reboots And Waits"
  http://www.washingtonpost.com/wp-dyn/articles/A36455-2001Jun23.html
- AFP, June 21, 2001, "Prochs antitrust: les Etats aff{tent de nouvelles armes contre Microsoft"
  http://www.stern.nyu.edu/networks/quotes/AFP_June_21_2001.html
- ABCNEWS.COM, June 18, 2001, "Clash of the Titans; Microsoft, AOL End Talks"
  http://abcnews.go.com/sections/business/DailyNews/aolmicrosoft010618.html
- BBC TV "World Business Report," June 15, 2001 (live 9:30pm GMT), "EU and US antitrust compared," streaming video
  http://www.bbc.co.uk/newsa/n5ctrl/progs/business/wbr/latest.ram
- BBC TV "World Business Report," June 15, 2001 (live 9:30pm GMT), "EU and US antitrust compared," transcript
  http://www.stern.nyu.edu/networks/quotes/BBC_TV_June_15_2001
- CRN, June 15, 2001, "Microsoft Foes Gird For New Battle"
  http://www.crn.com/Components/Search/Article.asp?ArticleID=27426
- Telephony, June 5, 2001, "Survey: Equipment spending set to rebound"
  http://www.stern.nyu.edu/networks/quotes/Telephony_June_5_2001.html
- Forbes.com, May 21, 2001, "Top Of The News: Vivendi Rescues MP3.com"
  http://www.forbes.com/2001/05/21/0521topnews.html
- Dow Jones, May 18, 2001, "Alcatel-Lucent Not Anticompetitive, Though Unlikely"
  http://www.stern.nyu.edu/networks/quotes/Dow_Jones_May_18_2001.htm
- The Dallas Morning News, May 7, 2001, "Dreams on hold"
  http://www.stern.nyu.edu/networks/quotes/The_Dallas_Morning_News_May_7_2001.htm
- Czerwensky online, May 18, 2001, "Alcatel-Lucent-Fusion wuerde auf interne Widerstaende treffen"
  http://www.czerwensky.de/news/wirtschaft/18.05.2001-57169.html&query=economides+nicho
- Investors Business Daily, May 4, 2001, "Will Bush's New Antitrust Chief Usher in New,

Less Intrusive Era?"
http://www.stern.nyu.edu/networks/quotes/IBD_May_4_2001.html
- Wired Magazine, April 2001, "Telechasm"
http://www.wired.com/
- Tele.com, April 16, 2001, "Scarred by dot-bombs, employees are fleeing new-economy flare for traditional nine-to-fives"
http://www.teledotcom.com/article/TEL20010411S0022
- The Nihon Keizai Shimbun Nikkei, March 18, 2001
http://web.nikkei.co.jp/
- El Norte, March 12, 2001, "Dejara Napster de 'sonar'?"
http://www.stern.nyu.edu/networks/quotes/El_Norte_3_12_2001.htm
- ABC News, March 8, 2001, "Napster may be doomed, but music-swapping to thrive: analysts"
http://www.stern.nyu.edu/networks/quotes/ABC_News_March_8_2001.htm
- Philadelphia Inquirer, March 7, 2001, "Napster ordered to bar access to listed song titles"
http://www.stern.nyu.edu/networks/quotes/Philadelphia_Inquirer_3_7_2001.htm
- Agence France-Presse, March 7, 2001, "Napster may be doomed, but music-swapping to thrive: analysts"
http://www.stern.nyu.edu/networks/quotes/AFP_(2)_March_7_2001.htm
- Evening News, Scotland, March 7, 2001, "Judge gives Napster a three-day deadline"
http://www.stern.nyu.edu/networks/quotes/Evening_News_Scotland_3_7_2001.htm
- Agence France-Presse, March 6, 2001, "Napster ordered to stop the (copyrighted) music"
http://www.stern.nyu.edu/networks/quotes/AFP_March_7_2001.htm
- Star-Ledger, March 7, 2001, "Napster's future hangs in the balance with judge's injunction"
http://www.stern.nyu.edu/networks/quotes/Star-Ledger_March_7_2001.htm
- Forbes.com, March 6, 2001, "Top Of The News: Judge Orders Napster--Politely"
http://www.forbes.com/2001/03/06/0306topnews.html;$sessionid$DUGTHBYAAFSN3QFIAGWCFFA
- BBC, March 6, 2001, "Napster agrees to 72-hour deadline"
http://www.stern.nyu.edu/networks/quotes/BBC_March_6_2001.htm
- NY1 text, March 6, 2001, "Legal Trouble Leaves Napster With Uncertain Future"
http://www.ny1.com/ny/Search/SubTopic/index.html?&contentintid=11681&search_result=1
- NY1 video, March 6, 2001, "Napster given deadline"
http://real.ny1.com:8080/ramgen/real/PB22382hi.rm
- CNNfn, March 6, 2001, "Napster Court Case Update"
http://www.stern.nyu.edu/networks/quotes/CNNfn_March_6_2001.htm
- Detroit Free Press, March 6, 2001, "Music industry won a battle, not the war"
http://www.stern.nyu.edu/networks/quotes/Detroit_Free_Press_March_6_2001.htm
- MSNBC.com, March 4, 2001, "Napster to block illegal music"
http://www.msnbc.com/news/537641.asp?cp1=1
- St. Louis Post-Dispatch, March 2, 2001, "Experts don't anticipate antitrust objections in Charter, AT&T deal"
http://www.stern.nyu.edu/networks/quotes/Post-Dispatch_March_2_2001.htm
- Investor's Business Daily, February 28, 2001,
http://www.investors.com/

Prof. Nicholas Economides C.V., page  29

- Chicago Tribune, February 27, 2001, "Appeals judges hammer Microsoft, U.S. Lawyers" http://www.stern.nyu.edu/networks/quotes/Chicago_Tribune_February_27_2001.htm
- ABCNews.com, February 27, 2001, "Tables Turned: Circuit Court Skeptical About Microsoft Breakup," http://more.abcnews.go.com/sections/scitech/DailyNews/microsoft_010227.html
- Radio, Bogotá, Columbia, Live, February 27, 2001
- New York Post, February 26, 2001, "Windows of opportunity: Microsoft begins its appeal today" http://www.newyorkpost.com/news/nationalnews/24894.htm
- Associated Press Radio, Live,2:40 pm EST, February 26, 2001 http://www.ap.org/
- Agence France-Presse, February 26, 2001, "Appeals court plays rough with Microsoft attorneys" http://www.stern.nyu.edu/networks/quotes/AFP_February_26_2001.htm
- BBC, February 26, 2001, "Microsoft appeals against split" http://stern.nyu.edu/networks/quotes/BBC_2_26_2001.htm
- Internet Week, February 19, 2001, "Net-Ready, Market-Wary" http://www.internetweek.com/reload01/reload021901.htm
- San Francisco Chronicle, February 18, 2001, "Internet Music Will Still Play On Despite Napster's Uncertain Future" http://www.sfgate.com/cgi-bin/article.cgi?file=/chronicle/archive/2001/02/18/BU39387.DTL
- The Daily Oklahoman, February 15, 2001, "Napster effect on CD sales under debate. Music distribution model still far from finalized" http://www.stern.nyu.edu/networks/quotes/Daily_Oklahoman_2_15_2001.htm
- TechWeb, February 14, 2001, "Audio Companies Unmoved By Napster's Fate" http://www.techweb.com/wire/story/TWB20010214S0007
- New York Post, February 13, 2001, "Life after Napster" http://www.nypost.com/technology/23749.htm
- Newsday, February 13, 2001, "Facing the music. Court ruling against Napster could shut service down" http://www.stern.nyu.edu/networks/quotes/Newsday_2_13_2001.htm
- Star-Tribute of Twin Cities, February 13, 2001, "Napster loses key ruling Court gives record industry `a clear victory'" http://www.stern.nyu.edu/networks/quotes/Star-Tribune_Twin_Cities_2_13_2001.htm
- EETimes.com, February 13, 2001, "Audio player makers shrug off legal ruling against Napster" http://www.eet.com/story/OEG20010213S0030
- Investor's Business Daily, February 13, 2001 http://www.investors.com/
- ABCNews.com, February 13, 2001, "The Napster Revolution Net Music Swap Shop Dealt Blow, But Music-Tech Battle Continues" http://abcnews.go.com/sections/scitech/DailyNews/napster010213.html
- Associated Press Radio, Live, 1:20 pm EST, February 12, 2001 http://www.ap.org/
- ABCNews.com, February 12, 2001, "Appeals Court Rules Against Napster; Says Injunction Too Broad, But Company Must Stop Trading Copyrighted Tunes"

Prof. Nicholas Economides C.V., page 30

http://abcnews.go.com/sections/scitech/DailyNews/napsterruling010212.html
- Agence France-Presse, February 12, 2001, "Napster dans la tourmente malgri un bref ripit"
  http://www.stern.nyu.edu/networks/quotes/afp02122001.html
- Associated Press, January 26, 2001, "Microsoft embarrassment reflects on .NET"
  http://www.stern.nyu.edu/networks/quotes/Associated_Press_January_26_2001.htm
- Washington Post, January 24, 2001, "Microsoft Sites Inaccessible"
  http://www.washingtonpost.com/wp-dyn/articles/A43208-2001Jan24.html
- Smartmoney.com, December 26, 2000, "The Economy: Don't Count on That Big Tax Cut"
  http://www.smartmoney.com/theeconomy/index.cfm?story=200012261
- Discussion of the upcoming AT&T breakup on PBS TV with host Jim Goodale, Prof.
  Nicholas Economides and Seth Schiesel of the NY Times, in streaming video, first broadcast
  in December 2000
  http://www.stern.nyu.edu/networks/video2.html
- Discussion on US v. MS on PBS TV with host Jim Goodale, Prof. Nicholas Economides, and
  Prof. Eleanor Fox, in streaming video, first broadcast on November 16, 2000.
  http://www.stern.nyu.edu/networks/ms/video1.html
- NY1 text, November 16, 2000, "Launch Your Own Personal Satellite"
  http://www.ny1.com/ny/Search/SubTopic/index.html?&contentintid=9143&search_result=1
- NY1 video, November 16, 2000, "Personal Satellites"
  http://real.ny1.com:8080/ramgen/real/P19901hi.rm
- PlanetIT, November 9, 2000, "AT&T's Problems"
  http://www.planetit.com/techcenters/docs/management_issues-
  executive_strategies/news/PIT20001108S0012?printDoc=1
- USA Today, November 3, 2000, "Competition squeezes out traditional firms. The days of
  long-distance as we know it may be numbered"
  http://www.usatoday.com/money/telecom/tel0006.htm
- USA Today, November 2, 2000, "Long-distance telcos left hanging. Vicious competition,
  tech revolution hit traditional firms"
  http://www.usatoday.com/life/cyber/invest/ina297.htm
- Times Picayune, October 31, 2000, "Brave new world: As Internet changes economy, experts
  debate: Does rule book need a facelift, also?"
  http://www.stern.nyu.edu/networks/quotes/Times_Picayune_October_31_2000.htm
- Computerworld, October 30, 2000, "IT Leaders Ho-Hum On AT&T Breakup"
  http://www.computerworld.com/cwi/story/0,1199,NAV47_STO53057,00.html
- Telephony Online, October 30, 2000, "The great divide"
  http://telephonyonline.com/ar/telecom_great_divide/index.htm
- Electronic Buyers' News, October 30, 2000, "Nortel rattles opto market -- High-flying
  equipment makers grapple with customer slowdown"
  http://www.stern.nyu.edu/networks/quotes/Ebnonline_October_30_2000.html
- Columbus Dispatch, October 29, 2000, "Only thing about at&t that won't change is change"
  http://www.stern.nyu.edu/networks/quotes/Columbus_Dispatch_October_29_2000.html
- Philadelphia Inquirer, October 27, 2000, "A long, twisted path for AT&T"
  http://www.stern.nyu.edu/networks/quotes/Philadephia_Inquirer_October_27_2000.html
- Washington Times, October 27, 2000, "AT&T tries to calm customer fears. Breakup could
  mean higher rates"

Prof. Nicholas Economides C.V., page 31

http://www.stern.nyu.edu/networks/quotes/Washington_Times_October_27_2000.html
- CBS MarketWatch, October 26, 2000, "Day after: AT&T needs fresh approach"
  http://att.nac.net/cbs_marketwatch102700.htm
- Wall Street Journal, October 26, 2000, "With Breakup, Armstrong's Bet On Cable Is Lost"
  http://www.stern.nyu.edu/networks/quotes/WSJ_October_26_2000.html
- The Oklahoman, October 26, 2000, "AT&T's plan disconnected"
  http://www.stern.nyu.edu/networks/quotes/Oklahoman_10_26_2000.html
- Vanity Fair, October 2000, page 270, "Billionaires"
  http://www.vanityfair.com/
- New York Post, September 28, 2000, "M'soft breakup is DOA; giant to drag its appeal thru a biz-friendly court"
  http://www.nypost.com/business/11659.htm
- San Francisco Chronicle, September 27, 2000, "Microsoft Wins Round In High Court Justices decline to put antitrust appeal on fast track"
  http://www.sfgate.com/cgi-bin/article.cgi?file=/chronicle/archive/2000/09/27/MN96433.DTL
- Forbes, September 27, 2000, "Top Of The News: Supreme Court Passes On Microsoft"
  http://www.forbes.com/tool/html/00/Sep/0927/mu5.htm
- San Francisco Examiner, September 27, 2000, "High court gives Gates a pass Supreme Court declines to review government's case against Microsoft"
  http://www.stern.nyu.edu/networks/quotes/SF_Examiner_September_27_2000.html
- New York Post, September 27, 2000, "Giant can bare its teeth again"
  http://www.stern.nyu.edu/networks/quotes/NY_Post_September_27_2000.html
- Forbes, September 26, 2000, "High Court Punts Microsoft Case To D.C. Circuit"
  http://www.stern.nyu.edu/networks/quotes/NY_Post_September_27_2000.html
- ABC.com, September 26, 2000, "Microsoft Goes to Lower Court; Supreme Court Declines to Hear Antitrust Case First"
  http://abcnews.go.com/sections/tech/DailyNews/microsoft000926.html
- Philadelphia Inquirer, August 2, 2000, "The Philadelphia Inquirer Andrew Cassel Column"
  http://www.stern.nyu.edu/networks/quotes/Philadelphia_Inquirer_8_2_2000.html
- Webcast at Yahoo FinanceVision on the AOL-TimeWarner merger July 29, 2000
  http://financevision.yahoo.com/?pid=1090
- Kathimerini, July 16, 2000, "Telecommunications reform in Greece"
  http://www.stern.nyu.edu/networks/kathimerini.pdf
- New York Times, July 6, 2000, "Millions Phoning Online, Finding Price Is Right Even if Quality Isn't"
  http://www.stern.nyu.edu/networks/quotes/New_York_Times_7_6_2000.html
- Business Week, June 26, 2000, "THE GREAT ANTITRUST DEBATE: Focus on innovation? Or stick to pricing issues? The outcome is critical"
  http://www.stern.nyu.edu/networks/quotes/Business_Week_6_26_2000.html
- Berlin MorgenPost, June 22, 2000, "Softwareriese Microsoft erzielt Punktsieg im Kartellverfahren"  http://www.berliner-morgenpost.de/archiv2000/000622/wirtschaft/story72017.html
- Agence France-Presse, June 21, 2000, "Microsoft scores important point in legal tussle with government"
  http://www.stern.nyu.edu/networks/quotes/Agence_France-Presse_6_21_2000.html

Prof. Nicholas Economides C.V., page 32

- Financial Times, June 21, 2000, , "Microsoft: Punktsieg im Kartellverfahren"
  http://www.ftd.de/tm/te/FTD64TD2R9C-s.html
- Nikkei and Nihon Keizai Shimbun, June 19, 2000
  http://www.nikkei.co.jp/sp2/nt17/20000608dfni013708.html
- CNNfn (transcript of live video), June 12, 2000, "In the money"
  http://www.stern.nyu.edu/networks/quotes/CNNfn_6_12_2000.html
- CNNfn (web article), June 12, 2000, "Visa/MasterCard trial starts"
  http://www.stern.nyu.edu/networks/quotes/CNNfn_web_6_12_2000.htm
- Humanite (France), June 9, 2000, "La multinationale Microsoft a iti condamnie, mercredi, `
  jtre divisie. Son patron fait appel"
  http://www.humanite.presse.fr/journal/2000/2000-06/2000-06-09/2000-06-09-054.html
- Wall Street Journal, June 8, 2000, "Microsoft Breakup Could Spark Higher Software Prices"
  http://www.stern.nyu.edu/networks/quotes/Dow_Jones_6_8_2000.html
- Washington Post, June 8, 2000, "Courting Defeat: Did the Giant Slay Itself?"
  http://www.stern.nyu.edu/networks/quotes/Washington_Post_6_8_2000.html
- Los Angeles Times, June 8, 2000, "The Microsoft breakup ruling the image. War of Words to
  Continue as Software Giant Struggles to Shape Public Opinion"
  http://www.stern.nyu.edu/networks/quotes/Los_Angeles_Times_6_8_2000.html
- Star-Ledger, June 8, 2000, "Judge orders Microsoft split in two pieces - Firm draws harsh
  denouncement as Gates vows immediate appeal"
  http://www.stern.nyu.edu/networks/quotes/Star-Ledger_6_8_2000.html
- ABC.com, June 8, 2000, "Withholding judgment: Gore, Bush mum on blockbuster ruling"
  http://abcnews.go.com/sections/politics/dailynews/microsoftpolitics000608.html
- Agence France-Presse, June 7, 2000, "Microsoft monopoly survives breakup"
  http://www.stern.nyu.edu/networks/quotes/Agence_France-Presse_6%207_2000.html
- Associated Press Radio, June 7, 2000
  http://www.ap.org/pages/
- Business Week, June 5, 2000, "Commentary: Microsoft: Put down the stopwatch, your
  Honor"
  http://www.businessweek.com/2000/00_23/b3684114.htm
- Kansas City Star, May 31, 2000, "Microsoft judge should consider consumers' best interests"
  http://www.stern.nyu.edu/networks/quotes/Kansas_City_Star_5_31_2000.html
- IT News, May 30,2000, "MS plans new challenge as break-up verdict looms"
  http://www.it.fairfax.com.au/industry/20000530/A24873-2000May29.html
- Bloomberg Television, May 29, 2000
  http://compucog.net/ArticleView.ASP?articleid=51626
- The Daily Star, May 29, 2000, "Microsoft readies for another challenge to dismantling"
  http://www.dailystarnews.com/200005/29/n0052905.htm
- Agence France-Presse, May 28, 2000, "Microsoft readies final response, remedy verdict
  nears"
  http://www.afp.com/english/home/
- National Post (Canada), May 27, 2000, "Why three Baby Bills is worse than two"
  http://www.stern.nyu.edu/networks/quotes/National_Post_5_27_2000.html
- CNN, May 26, 2000, "Moneyline"
  http://www.stern.nyu.edu/networks/quotes/CNN_5_26_2000.html

Prof. Nicholas Economides C.V., page 33

- The Wall Street Journal: Op Ed, What's Worse Than Two Baby Bills? Three. (May 26, 2000)
  http://www.stern.nyu.edu/News/news/economides526.html
- The Wall Street Journal: OP Ed, What's Worse Than Two Baby Bills? Three. (May 26, 2000, in HTML)
  http://www.stern.nyu.edu/networks/wsj52600.html
- Boston Herald, May 25, 2000, "Judge suggests 3 Microsofts"
  http://www.stern.nyu.edu/networks/quotes/Boston_Herald_5_25_2000.html
- Irish Times, May 21, 2000, "Microsoft scores legal victory in anti-trust case"
  http://www.ireland.com/newspaper/breaking/2000/0621/breaking6.htm
- New York Post, May 12, 2000, "Oh, no, Mr. Bill! Legal tab may top $6 billion"
  http://www.stern.nyu.edu/networks/quotes/New_York_Post_5_12_2000.html
- Business Week, May 8, 2000, Would a Microsoft Breakup Be a Futile Effort?"
  http://www.businessweek.com/technology/content/0005/ep0508.htm
- Asahi Shimbun, May 8, 2000
  http://www.asahi.com/
- Nihon Keizai Shimbun, May 8, 2000
  http://www.nikkei.co.jp/sp2/nt17/20000608dfni013708.html
- CMP / CRN, May 8, 2000, "Microsoft Drafts Response To DOJ Breakup Proposal"
  http://www.crn.com/Components/Search/Article.asp?ArticleID=16424
- Associated_Press, May 7, 2000, "Microsoft settlement foreseen - but not with Clinton in the White House"
  http://www.stern.nyu.edu/networks/quotes/Associated_Press_5_7_2000.html
- Star-Ledger, May 7, 2000, "Microsoft case unlikely to be settled soon"
  http://www.stern.nyu.edu/networks/quotes/Star-Ledger_5_7_2000.html
- Seattle Times, May 6, 2000, "Eventual Microsoft settlement predicted. Experts see change with new president"
  http://www.stern.nyu.edu/networks/quotes/Seattle_Times_5_6_2000.html
- Dow Jones, May 5, 2000, "Microsoft, DOJ Lawyers Debate At University Conference"
  http://www.stern.nyu.edu/networks/quotes/Dow_Jones_5_5_2000.html
- Bloomberg Radio, May 5, 2000
  http://www.bloomberg.com/radio/index.html
- Chicago Tribune, April 29, 2000, "Experts divided on Microsoft breakup"
  http://www.stern.nyu.edu/networks/quotes/Chicago_Tribune_4_29_2000.html
- Baltimore Sun, April 29, 2000
  http://www.baltimoresun.com/
- Communications Today, April 28, 2000, "Telecom Act Has Few Friends In Academia"
  http://www.stern.nyu.edu/networks/quotes/Chicago_Tribune_4_29_2000.html
- Boston Herald, April 25, 2000, "Analysts cool to breakup remedy"
  http://www.stern.nyu.edu/networks/quotes/Boston_Herald_4_25_2000.html
- Boston Herald, April 4, 2000, "ANALYSIS; Microsoft ruling could result in missed deals"
  http://www.stern.nyu.edu/networks/quotes/Boston_Herald_4_4_2000.html
- Chicago Tribune, April 4, 2000, "Microsoft Ruling May Open Door for Software Competitors"
  http://www.stern.nyu.edu/networks/quotes/Chicago_Tribune_4_4_2000.html
- ABC News TV, April 4, 2000

Prof. Nicholas Economides C.V., page 34

http://abcnews.go.com/
- Associated Press Radio, April 4, 2000 (live at 5:50 pm)
  http://www.ap.org/
- Australian National Radio, April 4, 2000, "Microsoft case far from over"
  http://www.abc.net.au/worldtoday/s115890.htm
- Yomiuri Shimbun, April 4, 2000,
  http://www.yomiuri.co.jp/index-e.htm
- Star-Ledger, April 3, 2000, "Stock Market Anxiously Awaiting Microsoft Antitrust Decision Reaction"
  http://www.stern.nyu.edu/networks/quotes/Star-Ledger_4_3_2000.html
- Star-Ledger, April 2, 2000, "Mediator kills Microsoft talks - Case reverts to judge for verdict"
  http://www.stern.nyu.edu/networks/quotes/Star-Ledger_4_2_2000.html
- New York Times, March 31, 2000
  http://www.nytimes.com/auth/login?URI=http://www.nytimes.com/library/tech/00/03/biztech/articles/31soft.html
- Chicago tribune, march 29, 2000, "Microsoft judge delays ruling as talks restart"
  http://www.stern.nyu.edu/networks/quotes/Chicago_Tribune_3_29_2000.html
- Associated Press, January 23, 2000, "Pay phones going way of dinosaur outlets fewer, income less as cell use thrives"
  http://www.stern.nyu.edu/networks/quotes/Associated_Press_1_23_2000.html
- Pittsburgh Post-Gazette, January 19, 2000, "Bill Gates is master of the game, no matter where he sits"
  http://www.stern.nyu.edu/networks/quotes/Pittsburgh_Post-Gazette_1_19_2000.htm
- Boston Herald, January 14, 2000, "Gates quits CEO post at Microsoft; Gates stepping down as CEO"
  http://www.stern.nyu.edu/networks/quotes/Boston_Herald_1_14_2000.htm
- Australian Radio and Television "Investors lose confidence in Internet stock values," first broadcast January 12, 1999, 13:10 EST.
  http://www.abc.net.au/pm/s92982.htm
- The Daily Deal, January 5, 2000, "Bell Atlantic, GTE Sound Out FCC"
  http://www.thedailydeal.com/topstories/A12805-2000Jan5.html
- Discussion on US v. MS on PBS TV with host Jim Goodale, Prof. Nicholas Economides, and Prof. Eleanor Fox in streaming video, first broadcast on December 23, 1999
  http://www.stern.nyu.edu/_nwhite/videos/nicktv.ram
- Star-Ledger, November 19, 1999, "'AT&T' breakup for Microsoft doesn't compute"
  http://www.stern.nyu.edu/networks/ms.editorial.html
- Good Day USA Radio, 7:30 am EST, November 18, 1999
- New York Times, November 15, 1999
  http://http:/www.nytimes.com/
- CNN's "Moneyline," November 10, 1999, "MONEYLINE; Microsoft"
  http://www.stern.nyu.edu/networks/quotes/CNN_Moneyline_11_10_1999.htm
- About.com, November 10, 1999, "Findings of Fact: Microsoft Anti-trust Trial. Interview with Nicholas Economides"
  http://economics.about.com/finance/economics/library/weekly/aa110999.htm

Prof. Nicholas Economides C.V., page 35

- PC Semanal, November 10, 1999
  http://www.pcsemanal.com.mx/
- Boston Herald, November 9, 1999, "Microsoft's foes call judge's ruling a knockout punch"
  http://www.businesstoday.com/topstories/foes11091999.htm
- Star-Ledger, November 7, 1999, "Microsoft has years to fight ruling if it chooses"
  http://www.stern.nyu.edu/networks/quotes/Star-Ledger_11_7_1999.html
- New York Post, November 7, 1999, "Case may be a lose-win for billionaire boss"
  http://www.stern.nyu.edu/networks/quotes/NY_Post_November_7_1999.htm
- New York Post, November 6, 1999, "The Street's Verdict : How Ruling Will Hit M'sft Stock Price"
  http://www.stern.nyu.edu/networks/quotes/NY_Post_November_6_1999.htm
- San Francisco Chronicle, November 6, 1999, "Microsoft Ruled a Monopoly Court finds firm abused its power"
  http://www.sfgate.com/cgi-bin/article.cgi?file=/chronicle/archive/1999/11/06/MN94897.DTL
- San Francisco Examiner, November 6, 1999
  http://examiner.com/991107/1107msftbeer.html
- San Francisco Examiner, November 6, 1999, "Microsoft future in limbo Judge rules software giant a monopoly, calls it harmful and sets the stage for possible breakup"
  http://www.stern.nyu.edu/networks/quotes/San_Francisco_Examiner_11_6_1999.html
- New York Times, November 5, 1999
  http://www.stern.nyu.edu/networks/quotes/New_York_Times_11_5_1999.html
- Associated Press Radio, November 5, 1999
  http://www.ap.org/
- Bloomberg Radio, November 5, 1999
  http://www.bloomberg.com/radio/index.html
- Computing Japan Online, July 1999, "The End of NTT's Monopoly?"
  http://www.cjmag.co.jp/magazine/issues/1999/July99/ntt1.html
- Interactive Week, March 23, 1999, "Net Brings Shot At Fame To Smaller Banks"
  http://www.zdnet.com/zdnn/stories/news/0,4586,396339,00.html
- Web Techniques Magazine, January 1999, "The Sting of Browser Incompatibility"
  http://www.web-techniques.com/archives/1999/01/homepage/
- The Industry Standard, June 3, 1998, "Bandwidth Arbitrage?"
  http://www.thestandard.com.au/articles/display/0,1449,496,00.html
- Daily Telegraph, January 29, 1998, "Microsoft avoids one court battle"
  http://www.stern.nyu.edu/networks/quotes/Daily_Telegraph_1_29_1998.html