# EXHIBIT 3

**Economics and Technology, Inc.**

*Competition in Access Markets: Reality of Illusion,*
*A Proposal for Regulating Uncertain Markets*

**August 2004**

**(This Exhibit has been filed directly with the Court
and is available for viewing at the Office of the Clerk of the Court
during regular business hours.)**