IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>SBC Communications, Inc. and AT&T CORP.,<br><br>　　Defendants. | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Verizon Communications, Inc. and MCI, Inc.,<br><br>　　Defendants. | Civil Action No. 1:05CV02103(EGS) |

**COMPTEL'S NOTICE OF FIILING UNDER SEAL**

Pursuant to Local Rule 5.4(e)(1) and this Court's Protective Orders dated July 25 and August 4, 2006, COMPTEL hereby gives notice that it is filing under seal COMPTEL's Response To The Department of Justice's Supplemental Submission.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/

September 5, 2006　　　　　　　　　Jonathan D. Lee
　　　　　　　　　　　　　　　　　　Mary C. Albert
　　　　　　　　　　　　　　　　　　COMPTEL
　　　　　　　　　　　　　　　　　　1900 M Street N.W., Suite 800
　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　(202) 296-6650