# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Civil Action No.: 1:05CV02102 (EGS) |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| SBC Communications, Inc. and ) | |
| AT&T Corp., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| The Alliance for Competition in ) | |
| Telecommunications ) | |
| ) | |
| and ) | |
| ) | |
| COMPTEL, ) | |
| ) | |
| *Amicus-Curiae*. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | Civil Action No.: 1:05CV02103 (EGS) |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Verizon Communications Inc. and ) | |
| MCI, Inc., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| The Alliance for Competition in ) | |
| Telecommunications ) | |
| ) | |
| and ) | |
| ) | |
| COMPTEL, ) | |
| ) | |
| *Amicus-Curiae*. ) | |
| ) | |

**ACTEL'S NOTICE OF FILING UNDER SEAL PURSUANT TO THE COURT'S ORDER OF AUGUST 4, 2006**

   Pursuant to Local Rule 5.4(e)(1), notice is hereby given that, pursuant to the Court's Order of August 4, 2006, *Amicus Curiae* Alliance for Competition in Telecommunications (ACTel) is filing under seal its Response to the United States' Submission under this Court's Minute Order of July 25, 2006. The Response consists of a memorandum and supporting exhibits.

Dated September 5, 2006.

                   Respectfully submitted,

                   _____/s/_____

                   Gary Reback (Bar No. 218594)
                   Carr & Ferrell LLP
                   2200 Geng Road
                   Palo Alto, CA  94303
                   650-812-3489 (phone)
                   650-812-3444 (facsimile)
                   greback@carrferrell.com

                   Thomas Cohen (Bar No. 269332)
                   Kelley Drye & Warren, LLP
                   3050 K Street, N.W., Suite 400
                   Washington, D.C. 20005
                   (202) 342-8400 (phone)
                   (202) 342-8451 (facsimile)
                   tcohen@kelleydrye.com

                   *Attorneys for the Alliance for*
                   *Competition in Telecommunications*