# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, )<br>　　　　　　　　　　　　　　) <br>　　　　　　Plaintiff, ) <br>　　　　　　　　　　　　　　) <br>　　　v. 　　　　　　　　　　) <br>　　　　　　　　　　　　　　) <br>SBC Communications, Inc. and ) <br>AT&T Corp., 　　　　　　　　) <br>　　　　　　　　　　　　　　) <br>　　　　　　Defendants. ) | Civil Action No.: 1:05CV02102 (EGS) |
| United States of America, )<br>　　　　　　　　　　　　　　) <br>　　　　　　Plaintiff, ) <br>　　　　　　　　　　　　　　) <br>　　　v. 　　　　　　　　　　) <br>　　　　　　　　　　　　　　) <br>Verizon Communications Inc. and ) <br>MCI, Inc., 　　　　　　　　　) <br>　　　　　　　　　　　　　　) <br>　　　　　　Defendants. ) | Civil Action No.: 1:05CV02103 (EGS) |

## [PROPOSED] ORDER GRANTING THE UNITED STATES' UNOPPOSED MOTION FOR MODIFICATION OF THE COURT'S MINUTE ORDER OF AUGUST 15, 2006

Upon consideration of the United States' Motion for Modification of the Court's Minute Order of August 15, 2006, the motion is hereby **GRANTED.**

The deadline for the parties to reply to the Court's Minute Order of July 25, 2006, as modified by its Minute Order of August 15, 2006, is hereby extended until September 19, 2006.

Dated: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE