**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>        Plaintiff,  )<br>)<br>v.  )<br>)<br>SBC COMMUNICATIONS, INC. and  )<br>AT&T CORP.,  )<br>        Defendants.  )<br>)<br>UNITED STATES OF AMERICA,  )<br>        Plaintiff,  )<br>)<br>v.  )<br>)<br>VERIZON COMMUNICATIONS, INC.  )<br>and MCI, INC.,  )<br>        Defendants.  )<br>) | Civil Action No. 1:05CV02102 (EGS)<br><br><br><br>Civil Action No. 1:05CV02103 (EGS) |

**SPRINT NEXTEL CORPORATION'S
NOTICE OF FILING**

Sprint Nextel Corporation hereby gives notice of filing of redacted versions of its Response of Sprint Nextel Corporation to the United States' Submission in Response to the Court's Minute Order of July 25, 2006 and attachments.

                   Respectfully submitted,

                   ____/s/_____

Sprint Nextel Corporation     Christopher J. Wright (DC Bar No. 367384)
2001 Edmund Halley Drive     Timothy J. Simeone (DC Bar No. 453700)
Reston, VA  20191        HARRIS, WILTSHIRE & GRANNIS LLP
                   1200 Eighteenth Street, N.W., 12th Floor
                   Washington, D.C.  20036
                   (202) 730-1300

September 7, 2006        *Counsel for Sprint Nextel Corporation.*