**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, | )<br>)<br>) Civil Action No.: 1:05CV02102 (EGS)<br>) |
| Plaintiff, | ) |
| v. | )<br>) |
| SBC Communications, Inc. and<br>AT&T Corp., | )<br>)<br>) |
| Defendants. | )<br>) |
| United States of America, | )<br>)<br>) Civil Action No.: 1:05CV02103 (EGS) |
| Plaintiff, | ) |
| v. | )<br>) |
| Verizon Communications Inc. and<br>MCI, Inc., | )<br>)<br>) |
| Defendants. | )<br>) |

**NOTICE OF FILING**

The United States hereby gives Notice of Filing of Agreements Concerning Confidentiality pursuant to the Court's Order of July 25, 2006.  Attached to this Notice are agreements of confidentiality for the following employees of the Department of Justice:

W. Robert Majure

W. Tom Whalen

        Respectfully submitted,

        _____/s/_____
        Laury E. Bobbish
        Assistant Chief

        _____/s/_____
        Claude F. Scott, Jr. (D.C. Bar No. 414906)
        Jared A. Hughes
        Trial Attorneys

        Telecommunications & Media Section
        Antitrust Division
        U.S. Department of Justice
        1401 H Street, N.W., Suite 8000
        Washington, D.C. 20530
        (202) 514-5621
        Attorneys for the United States

Dated: September 7, 2006

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. ) | Civil Action No. 1:05CV02102 (EGS) |
| )<br>SBC COMMUNICATIONS, INC. and )<br>AT&T CORP. )<br>)<br>Defendants. )<br>_____ ) | |
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. ) | Civil Action No. 1:05CV02103 (EGS) |
| )<br>VERIZON COMMUNICATIONS, INC. and )<br>MCI INC. )<br>)<br>Defendants. )<br>_____ ) | |

## AGREEMENT CONCERNING CONFIDENTIALITY

I, _W Robert Majure_, am employed as an _economist_ by _the Antitrust Division of the United States Department of Justice_
I hereby certify that:

1. I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

6

2.  I agree to be bound by the terms of the Protective Order entered in the above-captioned action. I agree to use the information provided to me only for the purposes of this action.

3.  I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4.  I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5.  I make this certificate this 7th day of September, 2006.

_____
SIGNATURE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:05CV02102 (EGS) |
| SBC COMMUNICATIONS, INC. and AT&T CORP. | ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:05CV02103 (EGS) |
| VERIZON COMMUNICATIONS, INC. and MCI INC. | ) | |
| Defendants. | ) | |

## AGREEMENT CONCERNING CONFIDENTIALITY

I, _W. Tom Whalen_, am employed as a _Economist_ by _the Antitrust Division of the United States Department of Justice_
I hereby certify that:

1.  I have read the Protective Order entered in the above-captioned action. I understand its terms and the obligations imposed upon me by the Order.

6

2. I agree to be bound by the terms of the Protective Order entered in the above-captioned action. I agree to use the information provided to me only for the purposes of this action.

3. I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4. I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5. I make this certificate this 7th day of September, 2006.

_____
SIGNATURE