**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Civil Action No.: 1:05CV02102 (EGS) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| SBC Communications, Inc. and | ) | |
| AT&T Corp., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| The Alliance for Competition in | ) | |
| Telecommunications | ) | |
| | ) | |
| and | ) | |
| | ) | |
| COMPTEL, | ) | |
| | ) | |
| *Amicus-Curiae*. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Civil Action No.: 1:05CV02103 (EGS) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Verizon Communications Inc. and | ) | |
| MCI, Inc., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| The Alliance for Competition in | ) | |
| Telecommunications | ) | |
| | ) | |
| and | ) | |
| | ) | |
| COMPTEL, | ) | |
| | ) | |
| *Amicus-Curiae*. | ) | |

**NOTICE OF FILING ACTEL'S CORRECTED RESPONSE TO THE
UNITED STATES' SUBMISSION PURSUANT TO THE
COURT'S MINUTE ORDER OF JULY 25, 2006**

With this notice, the Alliance for Competition in Telecommunications ("ACTel") hereby gives notice of its filing under seal of its Corrected Response to the United States' Submission Pursuant to the Court's Minute Order of July 25, 2006 (the "Response").

After re-reviewing its response filed with the Court on September 5, 2006, Counsel identified several typographical errors that are now being corrected. There are no substantive changes to the filing. The corrections are listed below:

1. Page 8: two lines above "D. Entry analysis," the cite to Majure Decl. at para. 12.

   Correction: Majure Decl. at para. 16.

2. Page 11: Midway down the last complete paragraph on the page, the cite to Majure Decl. at para. 12.

   Correction: Majure Decl. at para. 16

3. Page 16: Footnotes 18-21 cite to "Tab 6."

   Correction: Tab 9

4. Page 31: End of the first complete paragraph quoted text.

   Correction: Quotation marks to be moved from after the word "mergers" to after the word "strategy." The quote is from a document designated as confidential and therefore cannot be quoted more fully in this notice.

5. Page 31: Footnote 51

   Correction: Moved footnote 51 to page 30, 1st full paragraph after the words "Local Private Lines."

6. Page 31: Footnote 52

   Correction: Moved footnote 52 to fifth line on page 31 after the words "Verizon's wholesale rates."

7. Page 32: Footnote 54 cite to "N.42 *supra*"

   Correction: n. 41 *supra*.

8. Page 32: Footnote 55 cite to "AT&T Delivers Strong Second Quarter Earnings," http://finanzen.net/news/nets_detail.asp?newsNR=416588 ("'[W]e plan to ramp up the share repurchase program we outline in March,'' Whitacre said.").

Correction: "AT&T Delivers Strong Second Quarter Earnings," http://broadband.wordpress.com/2006/07/25/att-delivers-strong-second-quarter-earnings/ ( "'[W]e plan to ramp up the share repurchase program we outlined in March,' Whitacre said.").

A corrected version of ACTel's Response has been filed under seal and served on the parties.

Dated: September 11, 2006

Respectfully submitted,

/s

Gary Reback (Bar No. 218594)
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, CA 94303
650-812-3489 (phone)
650-812-3444 (facsimile)
greback@carrferrell.com

Thomas Cohen (Bar No. 269332)
Kelley Drye & Warren, LLP
3050 K Street, N.W., Suite 400
Washington, D.C. 20005
(202) 342-8400 (phone)
(202) 342-8451 (facsimile)
tcohen@kelleydrye.com

*Attorneys for the Alliance for Competition in Telecommunications*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September 2006, a true and correct copy of ACTel's Corrected Response to the United States' Submission Pursuant to the Court's Minute Order of July 25, 2006 was filed with the clerk's office and copies were sent by U.P.S. overnight to the following:

            /s/
Gary L. Reback
*Attorney for the Alliance for Competition in Telecommunications*

*AT&T CORP*
**Wilma A. Lewis**
CROWELL & MORNING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595

*COMPTEL*
**Kevin R. Sullivan**
KING & SPAULDING
1730 Pennsylvania Avenue, NW
Washington, DC 20006

*FEDERAL COMMUNICATIONS COMMISSION*
**James J. Schwartz**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20001

*NATIONAL ASSOCIATION OF STATE UTILITY ADVOCATES*
**Kathleen F. O'Reilly**
414 A Street, SE
Washington, DC 20003

*NEW JERSEY DIVISION OF THE RATEPAYER ADVOCATE*
**Christopher J. White**
STATE OF NEW JERSEY
Division of the Ratepayer Advocate
31 Clinton Street
11th Floor
Newark, NJ 07101

*SBC COMMUNICATIONS INC.*
**William Randolph Smith**
CROWELL & MORING, L.L.P.
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595

*ELIOT SPITZER*
*Attorney General of New York*
**Jay L. Himes**
NEW YORK DEPARTMENT OF LAW
120 Broadway
New York, NY 10271

*SPRINT NEXTEL CORPORATION*
**Charles Thomas Kimmett, Jr.**
HARRIS, WILTSHIRE & GRANNIS
1200 18th Street, NW`
12th Floor
Washington, DC 20036

4

*TIME WARNER TELECOM INC.*
**Benjamin Wallace Jackson**
1875 K Street, NW
Washington, DC 20006

*UNITED STATES OF AMERICA*
**Claude F. Scott, Jr.**
U.S. DEPARTMENT OF JUSTICE
Antitrust Division
1401 H Street, NW
Suite 8000
Washington, DC 20530

*VERIZON COMMUNICATIONS INC.*
**Joseph S. Hall**
KELLOGG HUBER HANSEN TODD
& EVANS, PLLC
1615 M Street, NW
Suite 400
Washington, DC 20036