IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>  v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>      Defendants. | Civil Action No.: 1:05CV02102 (EGS) |
| United States of America,<br><br>      Plaintiff,<br><br>  v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>      Defendants. | Civil Action No.: 1:05CV02103 (EGS) |

**UNITED STATES' NOTICE OF FILING ITS REPLY SUBMISSION UNDER SEAL PURSUANT TO THE COURT'S ORDER OF AUGUST 4, 2006**

Pursuant to Local Rule 5.4(e)(1), notice is hereby given that, pursuant to the Court's Order August 4, 2006, plaintiff United States is filing under seal its Reply Submission in Response to the Court's Minute Order of July 25, 2006. The Submission consists of a memorandum, the Reply Declaration of W. Robert Majure, Chief of the Antitrust Division's Competition Policy Section, and supporting materials.

                                      Respectfully submitted,

                                      _____/s/_____
                                      Laury E. Bobbish
                                      Assistant Chief

                                      _____/s/_____
                                      Claude F. Scott, Jr. (D.C. Bar No. 414906)
                                      John M. Snyder (D.C. Bar No. 456921)
                                      Jared A. Hughes

                                      Trial Attorneys

                                      Telecommunications & Media Section
                                      Antitrust Division
                                      U.S. Department of Justice
                                      1401 H Street, N.W., Suite 8000
                                      Washington, D.C. 20530
                                      (202) 514-5621
                                      Attorneys for the United States

Date: September 19, 2006