**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.:  1:05CV02102 (EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| SBC Communications, Inc. and | ) | |
| AT&T Corp., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 1:05CV02103 (EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| Verizon Communications Inc. and | ) | |
| MCI, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**UNITED STATES' NOTICE OF FILING ERRATA TO ITS REPLY SUBMISSION IN
RESPONSE TO THE COURT'S MINUTE ORDER OF JULY 25, 2006**

Notice is hereby given that plaintiff United States is filing this Errata to its Reply

Submission in Response to the Court's Minute Order of July 25, 2006, filed under seal

September 19, 2006.

Upon reviewing its September 19, 2006 submission, the United States identified the

following errors (corrections in **bold**):

1.    Page 9, footnote 23, the second sentence should begin, "COMPTEL argues

that the customer **statements** show ..."

2.      Page 13, footnote 37, the last sentence and citation should read "The FCC Order approving the **Verizon/MCI** merger identifies more than 25 CLECs that sell LPL at wholesale.  FCC **Verizon/MCI** Order ¶ 30."

3.      Page 17, footnote 54, should read: "*See* FCC **Verizon/MCI** Order ¶ 30 (listing wholesale providers ... )"

4.      Page 20, in the sentence beginning "Moreover, the divestiture buyer...", the words "or Verizon" should be stricken.

5.      Page 23, footnote 78, the final parenthetical citation should read: "(noting that a court is not to "review allegations and issues that **were** not contained in the government's complaint**")**."

6.      Page 23, footnote 92, the citation should read, "*See* Majure Decl., Attachs. Tab 1, **Retail** Customer **Statements**."

7.      Page 32, footnote 107, the citation to Majure Reply Decl. ¶ 29 n.38 should be to Majure Reply Decl. ¶ 29 n.**44**.

8.      Page 35, footnote 117, beginning with the second sentence, should read: "Of the **129** retail customer **statements** previously submitted by the United States, at least 33 specifically characterize the merging parties as primarily offering complementary, rather than competitive retail products.  These **customers** included ... "

9.      Page 35, footnote 117, the citation should be: "*See* Majure Decl., Attachs. Tab 1, **Retail** Customer **Statements**."

10.    Page 35, footnote 117, the citation to Majure Reply Decl. ¶ 34 & n.50 should be to Majure Reply Decl. ¶ 34 & n.**57**.

The United States' public redacted filing shall reflect these changes.

Respectfully submitted,

_____/s/_____
Laury E. Bobbish
Assistant Chief

_____/s/_____
Claude F. Scott, Jr. (D.C. Bar No. 414906)
John M. Snyder (D.C. Bar No. 456921)
Jared A. Hughes

Trial Attorneys

Telecommunications & Media Section
Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530
(202) 514-5621
Attorneys for the United States

Date: September 21, 2006