IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>  v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>      Defendants. | Civil Action No.: 1:05CV02102 (EGS) |
| United States of America,<br><br>      Plaintiff,<br><br>  v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>      Defendants. | Civil Action No.: 1:05CV02103 (EGS) |

**UNITED STATES' NOTICE OF PUBLIC FILING OF REDACTED REPLY
SUBMISSION PURSUANT TO THE COURT'S ORDER OF AUGUST 4, 2006**

  Pursuant to Local Rule 5.4(e)(1), notice is hereby given that, pursuant to the Court's Order of August 4, 2006, plaintiff is filing a Redacted Reply Submission in Response to the Court's Minute Order of July 25, 2006. The Redacted Reply Submission consists of: a redacted reply memorandum, a redacted version of the Reply Declaration of W. Robert Majure, and redacted supporting materials.

Respectfully submitted,

_____/s/_____
Laury E. Bobbish
Assistant Chief


_____/s/_____
Claude F. Scott, Jr. (D.C. Bar No. 414906)
John M. Snyder (D.C. Bar No. 456921)
Jared A. Hughes
Trial Attorneys

Telecommunications & Media Section
Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530
(202) 514-5621
Attorneys for the United States

Date: September 21, 2006