**Attachment 3**

**REDACTED**