# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br>   v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>          Defendants,<br><br>The Alliance for Competition in<br>    Telecommunications<br><br>         and<br><br>COMPTEL,<br><br>    *Amicus-Curiae*. | Civil Action No.: 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>   v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>         Defendants,<br><br>The Alliance for Competition in<br>    Telecommunications<br><br>         and<br><br>COMPTEL,<br><br>    *Amicus-Curiae*. | Civil Action No.: 1:05CV02103 (EGS) |

**ACTel's RESPONSE TO UNITED STATES' OPPOSITION TO COMPTEL'S MOTION TO CORRECT THE RECORD**

*Amicus Curiae,* The Alliance for Competition in Telecommunications ("ACTel"), hereby files this Response to the United States' Opposition to Comptel's Motion to Correct the Record. ACTel files this response for the limited purpose of making the Court aware that it intends to file a motion for permission to file a surreply on Monday, September 25, 2006, and fears that it may be prejudiced in so doing if the Court should rule on the propriety of surreplies in response to Comptel's motion before reviewing ACTel's papers. Accordingly, ACTel respectfully requests that the Court delay any opinion on the permissibility of surreplies until it has the opportunity to review ACTel's papers on Monday.

As will be more fully explicated in its motion for permission to file a surreply, ACTel believes surreplies by the Amici are appropriate in a case of this magnitude and believes the interests of justice warrant a complete opportunity for Amici to respond to several important arguments that the government raises in its Reply brief. In fact, it appears to ACTel that the Government and the merging parties staged their briefing so that ACTel and the other amici would not otherwise receive an opportunity to meaningfully respond to these arguments absent this Court's permission for surreplies.

For example, the Government's Reply (which is almost twice as long as its opening memorandum and 13 pages over the limitation in Local Rule 7) argues that the Court should ignore traditional antitrust law and procedure and, furthermore, that the Court should adopt an entirely new stringent standard for merger analysis that is unprecedented in current antitrust jurisprudence. The consequences of these arguments should the Court find them valid could impact millions of Americans. ACTel has not previously had an opportunity to respond to these arguments. Moreover, many of the new arguments are directly contradicted by documents in the

record and ACTel would like to have the opportunity to direct the Court's attention to these instances.

Accordingly, ACTel intends to file a motion for permission to file its surreply on Monday so as to allow it address these arguments and requests that the Court delay any opinion on the propriety of surreplies until after reviewing ACTel's papers at that time.

Dated: September 22, 2006

                                                     Respectfully submitted,

                                                     _____/s/_____

Gary Reback (Bar No. 218594)
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, CA 94303
650-812-3489 (phone)
650-812-3444 (facsimile)
greback@carrferrell.com

Thomas Cohen (Bar No. 269332)
Kelley Drye & Warren LLP
3050 K Street, NW, Suite 400
Washington, DC 20007
(202) 342-8400 (phone)
(202) 342-8451 (facsimile)
tcohen@kelleydrye.com

*Attorneys for the Alliance for Competition in Telecommunications*