**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, ) | |
| ) | Civil Action No.: 1:05CV02102 (EGS) |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| SBC Communications, Inc. and ) | |
| AT&T Corp., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| The Alliance for Competition in ) | |
| Telecommunications ) | |
| ) | |
| and ) | |
| ) | |
| COMPTEL, ) | |
| ) | |
| *Amicus-Curiae*. ) | |

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Civil Action No.: 1:05CV02103 (EGS) |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Verizon Communications Inc. and ) | |
| MCI, Inc., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| The Alliance for Competition in ) | |
| Telecommunications ) | |
| ) | |
| and ) | |
| ) | |
| COMPTEL, ) | |
| ) | |
| *Amicus-Curiae*. ) | |

**PROPOSED ORDER GRANTING ACTel's
MOTION FOR LEAVE TO FILE SURREPLY**

  Upon consideration of ACTel's Motion and Memorandum of Points and Authorities for Leave to File a Surreply to the United States' Reply Submission in Response to the Court's Minute Order of July 25, 2006, as well as the record herein, it is hereby ORDERED that ACTel's motion is GRANTED.


Dated:_____          _____

                     Judge Emmet G. Sullivan

                     UNITED STATES DISTRICT JUDGE