**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                )<br>      Plaintiff, )<br>v.               )<br>                 )<br>SBC Communications, Inc. and )<br>AT&T Corp.,          )<br>                 )<br>      Defendants, )<br>                 )<br>The Alliance for Competition in )<br>  Telecommunications      )<br>                 )<br>       and         )<br>                 )<br>COMPTEL,          )<br>                 )<br>      *Amicus-Curiae*. ) | Civil Action No.: 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA, )<br>                )<br>      Plaintiff, )<br>v.               )<br>                 )<br>Verizon Communications Inc. and )<br>MCI, Inc.,            )<br>                 )<br>      Defendants, )<br>                 )<br>The Alliance for Competition in )<br>  Telecommunications      )<br>                 )<br>       and         )<br>                 )<br>COMPTEL,          )<br>                 )<br>  *Amicus-Curiae*. ) | Civil Action No.: 1:05CV02103 (EGS) |

**<u>ACTEL'S NOTICE OF FILING UNDER SEAL ITS SURREPLY TO THE
UNITED STATES' REPLY SUBMISSION IN REPONSE TO THE
COURT'S MINUTE ORDER OF JULY 25, 2006</u>**

1

2

      Pursuant to Local Rule 5.4(e)(1), notice is hereby given that, as provided for in the Court's Order of August 4, 2006, *Amicus Curiae* Alliance for Competition in Telecommunications (ACTel) is filing under seal its Surreply to the United States' Reply Submission under this Court's Minute Order of July 25, 2006. The Surreply consists of a memorandum and supporting exhibit.

Dated September 25, 2006.

                                                                    Respectfully submitted,

                                                                              /s/

Gary Reback (Bar No. 218594)
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, CA  94303
650-812-3489 (phone)
650-812-3444 (facsimile)
greback@carrferrell.com

Thomas Cohen (Bar No. 269332)
Kelley Drye & Warren, LLP
3050 K Street, N.W., Suite 400
Washington, D.C. 20005
(202) 342-8400 (phone)
(202) 342-8451 (facsimile)
tcohen@kelleydrye.com

*Attorneys for the Alliance for Competition in Telecommunications*