**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>    v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>                Defendants. | Civil Action No.: 1:05CV02102 (EGS) |
| United States of America,<br><br>                Plaintiff,<br><br>    v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>                Defendants. | Civil Action No.: 1:05CV02103 (EGS) |

**UNITED STATES' NOTICE OF FILING UNDER SEAL PURSUANT TO THE COURT'S
ORDER OF AUGUST 4, 2006**

      Pursuant to Local Rule 5.4(e)(1), notice is hereby given that, pursuant to the Court's Order of August 4, 2006, plaintiff is filing under seal its Opposition to ACTel's Motion for Leave to File Surreply. The United States files its Opposition under seal out of an abundance of caution. The Opposition references portions of ACTel's proposed Surreply, which was filed under seal. Because no redacted version of the proposed Surreply has been filed, the United States can not determine what portions of that filing are claimed by ACTel to reflect confidential information.

Upon receipt of the redacted version of ACTel's filing, the United States may be able to file a public version of its Opposition without redaction.

Respectfully submitted,

_____/s/_____
Laury E. Bobbish
Assistant Chief

_____/s/_____
Claude F. Scott, Jr. (D.C. Bar No. 414906)
John M. Snyder (D.C. Bar No. 456921)
Jared A. Hughes
Trial Attorneys

Telecommunications & Media Section
Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530
(202) 514-5621
Attorneys for the United States

Date: September 28, 2006