**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, ) | |
| ) | Civil Action No.:  1:05CV02102 (EGS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SBC Communications, Inc. and ) | |
| AT&T Corp., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| United States of America, ) | |
| ) | Civil Action No.: 1:05CV02103 (EGS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Verizon Communications Inc. and ) | |
| MCI, Inc., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**UNITED STATES' NOTICE OF PUBLIC FILING OF ITS OPPOSITION TO
ACTEel's MOTION FOR LEAVE TO FILE SURREPLY PURSUANT TO THE
COURT'S ORDER OF AUGUST 4, 2006**

Pursuant to Local Rule 5.4(e)(1), notice is hereby given that, pursuant to the Court's

Order of August 4, 2006, plaintiff is filing for the public record its Opposition to ACTel's

Motion for Leave to File Surreply.  The United States previously filed its Opposition under seal

on September 28, 2006.  Having reviewed ACTel's redacted motion and exhibits, the United

States has determined that its Opposition contains no confidential information and may be

publicly filed in its entirety.  The Opposition consists of a memorandum and a proposed order.

Respectfully submitted,


_____/s/_____
Laury E. Bobbish
Assistant Chief


_____/s/_____
Claude F. Scott, Jr. (D.C. Bar No. 414906)
John M. Snyder (D.C. Bar No. 456921)
Jared A. Hughes
Trial Attorneys

Telecommunications & Media Section
Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530
(202) 514-5621
Attorneys for the United States

Date: September 29, 2006