**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>　　　　　　Defendants. | )<br>)<br>)　Civil Action No.:  1:05CV02102 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)　Civil Action No.: 1:05CV02103 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER DENYING ACTel's MOTION FOR LEAVE TO FILE SURREPLY**

　　Upon consideration of ACTel's Motion and Memorandum of Points and Authorities in Support of Motion for Leave to File Surreply, as well as the record herein, it is hereby

**ORDERED** that ACTel's Motion for Leave to File Surreply is **DENIED.**


Dated: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE