**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, ) | Civil Action No.: 1:05CV02102 (EGS) |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| SBC Communications, Inc. and ) | |
| AT&T Corp., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| The Alliance for Competition in ) | |
| Telecommunications ) | |
| ) | |
| and ) | |
| ) | |
| COMPTEL, ) | |
| ) | |
| *Amicus-Curiae*. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | Civil Action No.: 1:05CV02103 (EGS) |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Verizon Communications Inc. and ) | |
| MCI, Inc., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| The Alliance for Competition in ) | |
| Telecommunications ) | |
| ) | |
| and ) | |
| ) | |
| COMPTEL, ) | |
| ) | |
| *Amicus-Curiae*. ) | |

## **<u>ORDER</u>**

Upon consideration of the motion by the Alliance for Competition in

Telecommunications for leave to supplement the record, any opposition thereto, and the entire

record in this case, and having found good cause, it is this_____ day of_____, 2006,

ORDERED that the Alliance for Competition in Telecommunications' motion is

GRANTED; and it is

FURTHER ORDERED that Exhibit A to the Alliance for Competition in

Telecommunications' Motion for Leave to Supplement Record is hereby admitted into the

record.

So Ordered.

_____
Judge Emmet G. Sullivan
United States District Court for the
District of Columbia