**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV02102 (EGS) |
| ) | |
| SBC Communications, Inc. and ) | |
| AT&T Corp., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV02103 (EGS) |
| ) | |
| Verizon Communications, Inc. and ) | |
| MCI, Inc., ) | |
| ) | |
| Defendants. ) | |

**ORDER DENYING ACTEL'S MOTION
FOR LEAVE TO SUPPLEMENT RECORD**

Upon consideration of ACTEL's Motion for Leave to Supplement Record and Memorandum of Points and Authorities in Support, AT&T' Inc.'s Opposition thereto, and the entire record herein, it is hereby ORDERED that ACTEL's motion is DENIED.

SO ORDERED.

Dated: _____, 2006          _____
                                       Emmet G. Sullivan
                                       United States District Judge