**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America,            )<br>                                                       )<br>                        Plaintiff,          )<br>                                                       )<br>            v.                                        )<br>                                                       )<br> SBC Communications, Inc. and   )<br> AT&T Corp.,                                 )<br>                                                       )<br>                        Defendants.     )<br>_____)<br>                                                       )<br> United States of America,           )<br>                                                       )<br>                        Plaintiff,          )<br>                                                       )<br>            v.                                        )<br>                                                       )<br> Verizon Communications Inc. and )<br> MCI, Inc.,                                     )<br>                                                       )<br>                        Defendants.     )<br>_____)  | Civil Action No.:  1:05CV02102 (EGS)<br><br><br><br><br><br><br><br><br><br>Civil Action No.: 1:05CV02103 (EGS) |

**ORDER DENYING ACTel's MOTION FOR LEAVE TO SUPPLEMENT RECORD**

Upon consideration of ACTel's Motion for Leave to Supplement Record and Memorandum of Points and Authorities in Support, as well as the record herein, it is hereby

**ORDERED** that ACTel's Motion for Leave to Supplement Record is **DENIED.**

Dated: _____         _____
                                                    UNITED STATES DISTRICT JUDGE