**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>      v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>             Defendants. | Civil Action No.:  1:05CV02102 (EGS) |
| United States of America,<br><br>             Plaintiff,<br><br>      v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>             Defendants. | Civil Action No.: 1:05CV02103 (EGS) |

**ORDER DENYING MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL**
**EVIDENTIARY BRIEF BY MICHAEL LOVERN, SR., ET AL**

Upon consideration of the Motion for Leave to File Supplemental Evidentiary Brief by Michael Lovern, Sr., et al, as well as the record herein, it is hereby **ORDERED** that the Motion for Leave to File Supplemental Evidentiary Brief by Michael Lovern, Sr., et al, is **DENIED.**

Dated: _____                    _____
                                                                UNITED STATES DISTRICT JUDGE