IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SBC Communications, Inc. and AT&T Corp.,<br><br>Defendants. | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>Verizon Communications, Inc. and MCI, Inc.,<br><br>Defendants. | Civil Action No. 1:05CV02103 (EGS) |

## ORDER

Upon consideration of Michael Lovern, Sr., et al.'s Motion for Leave of Court to File Supplemental Evidentiary Brief, related documents, and the entire record herein, it is hereby ORDERED that Michael Lovern, Sr.'s, motion is DENIED.

SO ORDERED.

Dated: _____, 2006

_____
Emmet G. Sullivan
United States District Judge