### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Civil Action No.: 1:05CV02102 (EGS) |
| Plaintiff, | ) | |
| v. | ) | |
| SBC Communications, Inc. and AT&T Corp., | ) | |
| Defendants. | ) | |
| United States of America, | ) | |
| | ) | Civil Action No.: 1:05CV02103 (EGS) |
| Plaintiff, | ) | |
| v. | ) | |
| Verizon Communications Inc. and MCI, Inc., | ) | |
| Defendants. | ) | |

**UNITED STATES' NOTICE OF INTENT TO FILE WRITTEN REBUTTAL**

During the Court's November 30, 2006 hearing on Plaintiff United States' Motion and Memorandum in Support of Entry of Final Judgments, the Court afforded the United States an opportunity to review the hearing transcript and respond in writing to allegations made by counsel for amici.[1] In response to the Court's permission, the United States files this notice to respectfully advise the Court that it anticipates filing its rebuttal no later than December 13, 2006.

---

[1] Motion Hearing Transcript at 106:16-107:2. (Nov. 30, 2006).

                        Respectfully submitted,

                        _____/s/_____
                        Laury E. Bobbish
                        Assistant Chief

                        _____/s/_____
                        Claude F. Scott, Jr. (D.C. Bar No. 414906)
                        John M. Snyder (D.C. Bar No. 456921)
                        Jared A. Hughes
                        Trial Attorneys

                        Telecommunications & Media Section
                        Antitrust Division
                        U.S. Department of Justice
                        1401 H Street, N.W., Suite 8000
                        Washington, D.C. 20530
                        (202) 514-5621
                        Attorneys for the United States

Date: December 8, 2006