**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SBC Communications, Inc. and )<br>AT&T Corp., )<br>)<br>Defendants, )<br>)<br>The Alliance for Competition in )<br>Telecommunications )<br>)<br>and )<br>)<br>COMPTEL, )<br>)<br>*Amicus-Curiae*. )<br>) | Civil Action No.: 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Verizon Communications Inc. and )<br>MCI, Inc., )<br>)<br>Defendants, )<br>)<br>The Alliance for Competition in )<br>Telecommunications )<br>)<br>and )<br>)<br>COMPTEL, )<br>)<br>*Amicus-Curiae*. )<br>) | Civil Action No.: 1:05CV02103 (EGS) |

**ACTEL'S NOTICE OF FILING UNDER SEAL
ITS RESPONSE TO THE UNITED STATES' REPLY
TO ALLEGATIONS MADE BY AMICI AT NOVEMBER 30, 2006 HEARING**

2

Pursuant to Local Rule 5.4(e)(1), notice is hereby given that, as provided for in the Court's Order of August 4, 2006, *Amicus Curiae* Alliance for Competition in Telecommunications (ACTel) is filing under seal its Response to the United States' Reply to Allegations Made by Amici at November 30, 2006 Hearing. The Response consists of a memorandum and two supporting exhibits.

Dated: December 21, 2006.

                                            Respectfully submitted,

                                            _____/s/_____

Gary Reback (Bar No. 218594)
Carr & Ferrell LLP
2200 Geng Road
Palo Alto, CA 94303
650-812-3489 (phone)
650-812-3444 (facsimile)
greback@carrferrell.com

Thomas Cohen (Bar No. 269332)
Kelley Drye & Warren, LLP
3050 K Street, N.W., Suite 400
Washington, D.C. 20005
(202) 342-8400 (phone)
(202) 342-8451 (facsimile)
tcohen@kelleydrye.com

*Attorneys for the Alliance for Competition in Telecommunications*