UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SBC COMMUNICATIONS, INC. and<br>AT&T CORP.,<br>　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:05CV02102 (EGS)<br>)<br>)<br>)<br>) |
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>VERIZON COMMUNICATIONS, INC.<br>and MCI, INC.,<br>　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:05CV02103 (EGS)<br>)<br>)<br>)<br>) |

**ORDER GRANTING
MOTION TO SUPPLEMENT SPRINT NEXTEL CORPORATION'S
RESPONSE TO THE UNITED STATES' REPLY
TO ALLEGATIONS MADE BY AMICI AT NOVEMBER 30, 2006 HEARING**

Upon consideration of the motion of Sprint Nextel Corporation dated January 4, 2007, and any opposition to it, it is

**ORDERED** that the motion to supplement Sprint Nextel's response is granted.

_____
Emmet G. Sullivan
Dated: _____, 2007　　　　　　　　United States District Judge