UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>v.<br><br>SBC COMMUNICATIONS, INC. and<br>AT&T CORP.,<br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.<br>and MCI, INC.,<br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:05CV02103 (EGS) |

## ERRATA

The attached Exhibit B replaces Exhibit B in the Motion to Supplement Sprint Nextel Corporation's Response to the United States' Reply to Allegations Made by Amici at November 30, 2006 Hearing, docket number 224 in case 1:05CV02102 (EGS). The exhibit as originally filed was truncated following the Joint Statement of Chairman Kevin J. Martin and Commissioner Deborah Taylor Tate. The attached exhibit contains the statements of Commissioners Copps and Adelstein cited in Sprint Nextel Corporation's motion.

       Respectfully submitted,

       ___/s/_____
       Christopher J. Wright
            D.C. Bar No. 367384
       Timothy J. Simeone
            D.C. Bar No. 453700
       Joseph C. Cavender
            D.C. Bar No. 499613
       Harris, Wiltshire & Grannis LLP
       1200 Eighteenth Street, N.W, 12th Floor
       Washington, D.C. 20036
       (202) 730-1300

January 4, 2006       *Counsel for Sprint Nextel Corporation*