## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>　　　　Defendants. | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>Verizon Communications, Inc. and<br>MCI, Inc.,<br><br>　　　　Defendants. | Civil Action No. 1:05CV02103 (EGS) |

## ORDER

Upon consideration of Sprint Nextel Corporation's Motion to Supplement, related documents, and the entire record herein, it is hereby ORDERED that Sprint Nextel Corporation's motion is DENIED.

SO ORDERED.

Dated: _____, 2007

_____
Emmet G. Sullivan
United States District Judge