UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>SBC COMMUNICATIONS, INC., and AT&T CORP.<br>                      Defendants. | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., and MCI, INC.<br>                      Defendants. | Civil Action No. 1:05CV02103 (EGS) |

**[PROPOSED] ORDER GRANTING THE MOTION OF LEVEL 3 COMMUNICATIONS LLC TO PARTICIPATE IN THESE PROCEEDINGS**

Upon consideration of the motion for permission to participate of Level 3 Communications LLC, any opposition to that motion, and the entire record in this case, it is

**ORDERED** that the motion to participate is granted for the limited purpose of providing this Court the views of Level 3 Communications LLC on the need for expedited review of the proposed Final Judgment submitted by the Department of Justice concerning the divestiture of certain assets of the merged AT&T Corp. and SBC Communications, Inc.

**SO ORDERED**

Dated: _____, 2007

_____
Emmet G. Sullivan
United States District Judge