AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ISA  )
    Plaintiff(s) )
                                   )      **APPEARANCE**
                                   )
         vs. )      CASE NUMBER
SBC Communications et ano. )
Verizon Communications et ano. )      1:05CV02102 (EGS)
    Defendant(s) )      1:05CV02103 (EGS)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Jeremy KASHA__ as counsel in this
                                    (Attorney's Name)

case for: __Attorney General of the State of New York__
                     (Name of party or parties)

3-9-07
Date

N/A
BAR IDENTIFICATION

Signature: *[signed]*

Print Name: Jeremy R. KASHA

Address: 120 Broadway, 26TH Fl.

City: New York   State: NY   Zip Code: 10271

Phone Number: 212 416-8277