AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

USA

Plaintiff(s)      )
               )
               )
               )
      vs.        )

**APPEARANCE**

SBC Communications et-mo,
Verizon Communications et-mo
Defendant(s)

**CASE NUMBER**  1:05CV 02102 (EGS)
1:05CV02103 (EGS)

To the Clerk of this court and all parties of record:

Please enter the appearance of  *Mary Ellen Burns*  as counsel in this
(Attorney's Name)

case for:  *Attorney General of the State of New York*
(Name of party or parties)

and substituting for Jay L. Himes as Lead Counsel.

3/12/07

Date

N/A

BAR IDENTIFICATION

*Mary Ellen Burns*

Signature

*Mary Ellen Burns*

Print Name

120 Broadway, 25TH Fl.

Address

New York, NY 10271

City     State     Zip Code

212 416-8333

Phone Number