A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

USA )
      Plaintiff(s) )    **APPEARANCE**
)
vs. )
SBC Communications et mo, )    CASE NUMBER   1:05CV02102 (EGS)
VERIZON Communications et )                       1:05CV02103 (EGS)
    Defendant(s)    mo. )


To the Clerk of this court and all parties of record:


Please enter the appearance of:   Keith Gordon        as counsel in this
                      (Attorney's Name)

case for:   State of New York
              (Name of party or parties)


2/23/07

Date

                                    Keith H Gordon
                                    Signature
                                    Keith Gordon
                                    Print Name

BAR IDENTIFICATION                    120 Broadway, 7th Floor
                                    Address
                    New York, NY 10271-0332
                    City      State      Zip Code
                    212 416
                    Phone Number