**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SBC COMMUNICATIONS, INC. and<br>AT&T CORP.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 05-2102 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>VERIZON COMMUNICATIONS, INC.<br>and MCI, INC.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 05-2103 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

For the reasons stated in the accompanying Opinion, it is by the Court hereby

**ORDERED** that plaintiff's motion for entry of final judgments in both cases is **GRANTED**.

**SO ORDERED.**

**Signed:　　Emmet G. Sullivan**
**　　　　　　United States District Judge**
**　　　　　　March 29, 2007**

1