**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| United States of America,               )<br>                                                     )<br>                       Plaintiff,         )<br>                                                     )<br>          v.                                     )<br>                                                     )<br> SBC Communications, Inc. and  )<br> AT&T Corp.,                                )<br>                                                     )<br>                       Defendants.    )<br>_____)<br>                                                     )<br> United States of America,              )<br>                                                     )<br>                       Plaintiff,         )<br>                                                     )<br>          v.                                     )<br>                                                     )<br> Verizon Communications Inc. and )<br> MCI, Inc.,                                    )<br>                                                     )<br>                       Defendants.    )<br>_____) | Civil Action No.:  1:05CV02102 (EGS)<br><br><br><br><br><br><br><br><br><br>Civil Action No.: 1:05CV02103 (EGS) |

**ORDER DENYING MOTION BY MICHAEL LOVERN, SR., ET AL, FOR LEAVE TO INTERVENE FOR PURPOSES OF APPEAL**

Upon consideration of the Motion by Michael Lovern, Sr., et al, for Leave to Intervene for Purposes of Appeal, as well as the record herein, it is hereby **ORDERED** that the Motion by Michael Lovern, Sr., et al, for Leave to Intervene for Purposes of Appeal is **DENIED.**


Dated: _____                    _____
                                                              UNITED STATES DISTRICT JUDGE