**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  )<br>  )<br>  **Plaintiff,** )<br>  v. )<br>  )<br>  **SBC Communications, Inc. and** )<br>  **AT&T Corp.,** )<br>  )<br>  **Defendants.** )<br>  ) | Civil Action No. 1:05CV02102 (EGS) |
| **UNITED STATES OF AMERICA,** )<br>  )<br>  **Plaintiffs,** )<br>  v. )<br>  )<br>  **Verizon Communications, Inc. and** )<br>  **MCI, Inc.,** )<br>  )<br>  **Defendants.** )<br>  ) | Civil Action No. 1:05CV02103 (EGS) |

**ORDER**

Upon Consideration of COMPTEL'S Ex Parte Motion For An Extension of Time to File a Notice of Appeal Pursuant to Federal Rule of Appellate Procedure 4(a)(5), it is hereby

ORDERED that the motion is GRANTED.

The time to file a Notice of Appeal is extended 30 days to June 28, 2007.

Dated: _____, 2007          _____

Judge Emmet G. Sullivan

United States District Court for the District of Columbia