**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | Civil Action No. 1:05CV02102 (EGS) |
| ) | |
| **SBC Communications, Inc. and** ) | |
| **AT&T Corp.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| **v.** ) | Civil Action No. 1:05CV02103 (EGS) |
| ) | |
| **Verizon Communications, Inc. and** ) | |
| **MCI, Inc.,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

Upon Consideration of COMPTEL'S Motion for Leave to Intervene for Purposes of

Appeal pursuant to Rule 24(b) of the Federal Rules of Civil Procedure and 15 U.S.C. § 16(f)(3)

and all the record herein, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that COMPTEL may file a Notice of Appeal.

Dated: _____, 2007        _____

Judge Emmet G. Sullivan

United States District Court for the District
of Columbia