**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-2102 (EGS) |
| v. ) | |
| ) | |
| SBC COMMUNICATIONS, INC. and ) | |
| AT&T CORP., ) | |
| ) | |
| Defendants. ) | |

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-2103 (EGS) |
| v. ) | |
| ) | |
| VERIZON COMMUNICATIONS, INC. ) | |
| and MCI, INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Pending before the Court is COMPTEL's motion for extension of time to file a notice of appeal under Fed. R. App. P. 4(a)(5). Because COMPTEL's motion to intervene for purposes of appeal deserves due consideration by all parties and the Court, there is good cause for extending the time to file a notice of appeal. *See Roe v. Town of Highland*, 909 F.2d 1097, 1099 & n.1 (7th Cir. 1990). Therefore, it is by the Court hereby

1

**ORDERED** that COMPTEL'S Motion For An Extension of Time to File a Notice of Appeal is **GRANTED;** and it is

**FURTHER ORDERED** that the time to file a Notice of Appeal is extended 30 days to June 28, 2007.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan
            United States District Judge
            May 22, 2007**