IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SBC Communications, Inc. and )<br>AT&T Corp., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Verizon Communications, Inc. and )<br>MCI, Inc., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:05CV02103 (EGS) |

**ORDER**

Upon consideration of Comptel's Motion for Leave to Intervene for Purposes of Appeal, related documents, and the entire record herein, it is hereby ORDERED that Comptel's motion is DENIED.

SO ORDERED.

Dated: _____, 2007

_____
Emmet G. Sullivan
United States District Judge