**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>   v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>              Defendants. | Civil Action No.: 1:05CV02102 (EGS) |
| United States of America,<br><br>               Plaintiff,<br><br>   v.<br><br>Verizon Communications Inc. and<br>MCI, Inc.,<br><br>              Defendants. | Civil Action No.: 1:05CV02103 (EGS) |

**ORDER DENYING COMPTEL'S MOTION FOR LEAVE TO INTERVENE FOR
PURPOSES OF APPEAL**

Upon consideration of COMPTEL's Motion for Leave to Intervene for Purposes of Appeal, as well as the record herein, it is hereby **ORDERED** that COMPTEL's Motion for Leave to Intervene for Purposes of Appeal is **DENIED.**

Dated: _____            _____
                                                      UNITED STATES DISTRICT JUDGE