**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) Civil Action No. 05-2102 (EGS)<br>v. )<br>)<br>SBC COMMUNICATIONS, INC. and )<br>AT&T CORP., )<br>)<br>Defendants. )<br>) | |

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) Civil Action No. 05-2103 (EGS)<br>v. )<br>)<br>VERIZON COMMUNICATIONS, INC. )<br>and MCI, INC., )<br>)<br>Defendants. )<br>) | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that COMPTEL'S Motion to Intervene for Purposes of Appeal is **DENIED**; and it is

**FURTHER ORDERED** that Michael Lovern's Motion to Intervene for Purposes of Appeal is **DENIED**.

1

    **SO ORDERED.**

**Signed:**    **Emmet G. Sullivan**
              **United States District Judge**
               **June 26, 2007**