IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Civil Action No. 1:05CV02102 (EGS) |
| v. | ) ) | |
| SBC Communications, Inc. and AT&T Corp., | ) ) ) | **ORDER** |
| Defendants. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 1:05CV02103 (EGS) |
| Verizon Communications Inc. and MCI, Inc., | ) ) ) | |
| Defendants. | ) ) | |

**PROPOSED ORDER**

**UPON CONSIDERATION** of the Motion by Amica Curiae, Michael Lovern, Sr. ("Lovern"), to set a hearing date to hear his Motion for Leave to Intervene For Purposes of Filing a Rule 60(b) Motion based on newly discovered evidence, the Court, hereby for good cause having been shown, grants Lovern's Motion and it is so **ORDERED** this _____ day of April, 2008.

The hearing on Lovern's Motion to Intervene <u>only</u> will be at (time) _____,
(date) _____.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

(2)