IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:05CV02102 (EGS) |
| v. | ) | |
| | ) | |
| SBC Communications, Inc. and | ) | |
| AT&T Corp., | ) | |
| | ) | **NOTICE OF CHANGE OF ADDRESS** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:05CV02103 (EGS) |
| | ) | |
| Verizon Communications Inc. and | ) | |
| MCI, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE TO THE COURT BY AMICA CURIAE, MICHAEL LOVERN, SR., OF
HIS CHANGE OF ADDRESS**

Amica Curiae, Michael Lovern, Sr. (Lovern), respectfully asks this Court to

change its records to reflect his change of address and contact information from his

original appearance in this case to the following:

Michael Lovern, Sr.
163 Mitchells Chance Rd., #121,
Edgewater, MD 21037
(443)-995-0001
mlsatt@myway.com

RECEIVED

APR 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The above contact information is the correct contact information for Lovern.

Respectfully submitted,

Michael Lovern, Sr.
163 Mitchells Chance Rd., #121,
Edgewater, MD 21037
(443)-995-0001
mlsatt@myway.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of April, 2008, copies of the foregoing NOTICE by MICHAEL LOVERN, SR., AS AMICA CURIAE, OF HIS CHANGE OF ADDRESS / CONTACT INFORMATION was served by U.S. Mail, or e-mail, on counsel of record as follows:

Claude F. Scott, Jr., Jared A. Hughes, Matthew C. Hammond
Trial Attorneys
Telecom & Media Section - Antitrust Division
U.S. Department of Justice
1401 H Street, N.W., Suite 8000
Washington, D.C. 20530
(202) 514-5621
Attorneys for the United States

-------------------------------------------------------------------------

FOR DEFENDANT AT&T CORP.

Michael Payne
175 E. Houston
San Antonio, Texas 78205-2233
210-351-3500

(2)

FOR DEFENDANT VERIZON COMMUNICATIONS, INC. / MCI

John Thorne
Verizon Communications Inc.
1515 North Courthouse Road
Arlington, Virginia 22201


Michael Lovern, Sr.
163 Mitchells Chance Rd., #121,
Edgewater, MD 21037
(443)-995-0001
mlsatt@myway.com


April 9, 2008