IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SBC Communications, Inc. and<br>AT&T Corp.,<br><br>Defendants. | Civil Action No. 1:05CV02102 (EGS) |
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>Verizon Communications, Inc. and<br>MCI, Inc.,<br><br>Defendants. | Civil Action No. 1:05CV02103 (EGS) |

**ORDER DENYING MOTION BY MICHAEL LOVERN, SR. TO SET HEARING DATE**

Upon consideration of Michael Lovern, Sr.'s Motion to Set Hearing Date and all related materials, it is hereby **ORDERED** that the Motion by Michael Lovern, Sr. to Set Hearing Date is **DENIED**.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE